IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, on behalf of the Employees' Retirement System of the State of Rhode Island, individually and behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE BOEING COMPANY, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　1:24-cv-151 (LMB/LRV) |

## ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

The above-captioned civil action was filed in the United States District Court for the Eastern District of Virginia, Alexandria Division, on January 30, 2024, on behalf of a putative class of investors who purchased shares of The Boeing Company's stock between October 23, 2019 and January 24, 2024 (the "Class"). [Dkt. No. 1]. Two motions for appointment of lead plaintiff and approval of lead counsel were filed on the April 1, 2024 statutory deadline pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). [Dkt. Nos. 13 & 18]. In its motion, the State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of the State of Rhode Island ("Rhode Island"), sought appointment as lead plaintiff and approval of Labaton Keller Sucharow LLP ("Labaton") as lead counsel. [Dkt. No. 13]. In its motion, the Local #817 IBT Pension Fund (the "IBT Pension Fund") sought appointment as lead plaintiff and approval of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as lead counsel. [Dkt. No. 18].

Rhode Island and the IBT Pension Fund, as the only two movants for appointment as lead plaintiff, have agreed, and the Court finds, that it is in the best interests of the Class for these two plaintiffs and their counsel to jointly prosecute this civil action, given that both plaintiffs are institutional investors with significant experience serving as a lead plaintiff in other actions brought pursuant to the PSLRA.  Accordingly, plaintiffs' motions, [Dkt. Nos. 13 & 18], are GRANTED; and it is hereby

ORDERED that:

1. Every pleading in this civil action shall have the following caption: <u>In re The Boeing Company Securities Litigation</u>, Case No. 1:24-cv-151-LMB-LRV (E.D. Va.).  The file in Case No. 1:24-cv-151-LMB-LRV shall be the master file for the civil action.  All securities class actions on behalf of purchasers of Boeing securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this civil action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the later-filed action is consolidated into this civil action;

2. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Rhode Island and the IBT Pension Fund are appointed as Lead Plaintiffs to represent the interests of the Class in this civil action;

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Labaton and Robbins Geller are approved as Lead Counsel for the Class, and Cohen Milstein Sellers & Toll PLLC and the Office of Craig C. Reilly are approved as Liaison Counsel for the Class; and

4. Lead Plaintiffs shall file an Amended Complaint within thirty (30) days of the date of this Order.

The Clerk is directed to forward copies of this Order to counsel of record and cancel the hearing scheduled for Friday, April 26, 2024.

Entered this 22nd day of April, 2024.

Alexandria, Virginia

/s/ LMB

Leonie M. Brinkema
United States District Judge