# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (Alexandria Division)

| | |
|---|---|
| STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, DAVID L. CALHOUN, DENNIS A. MUILENBURG, BRIAN J. WEST, and GREGORY D. SMITH,<br><br>Defendants. | Civil Action No. 1:24-cv-00151-LMB-LRV<br><br>CLASS ACTION |

**STIPULATION AND ORDER REGARDING SERVICE AND SCHEDULE**

WHEREAS, on January 30, 2024, plaintiff State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of the State of Rhode Island ("Rhode Island"), filed a class action complaint (the "Complaint") on behalf of investors against The Boeing Company, David L. Calhoun, Dennis A. Muilenburg, Brian J. West, and Gregory D. Smith ("Defendants"), alleging violations of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder;

WHEREAS, on April 22, 2024, the Court appointed Rhode Island and Local #817 IBT Pension Fund ("IBT Pension Fund") as Lead Plaintiffs and Ordered Lead Plaintiffs to file an Amended Complaint within 30 days of the entry of that Order (ECF No. 26); and

WHEREAS, Lead Plaintiffs and Defendants (together, the "Parties") have met and conferred and, for the convenience of the Parties and the Court, hereby enter into the following stipulation regarding service of Defendants and the schedule in this matter;

NOW, THEREFORE, the Parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Defendants are not required to move against, answer, or otherwise respond to the Complaint other than in accordance with the schedule and other provisions set forth herein.

2. Defendants each waives service of a summons, in accordance with Rule 4(d) of the Federal Rules of Civil Procedure, but each Defendant expressly reserves all rights, defenses, and objections other than objections to the absence of a summons or of service.

3. In accordance with the timetable set forth in Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure when a defendant has waived service of process under Rule 4(d), Defendants shall have ~~60~~ 30 days after the filing of the Amended Complaint to move against, answer or otherwise respond. /LMB/

4. If any Defendant moves to dismiss the Amended Complaint, Lead Plaintiffs shall file and serve their opposition no later than ~~60~~ 30 days after the filing of any motion to dismiss. /LMB/

5. Any moving Defendant shall file and serve its reply to any opposition made by Lead Plaintiffs no later than ~~30~~ 14 days after the filing of Lead Plaintiffs' opposition. /LMB/

IT IS SO STIPULATED.

So Ordered

/s/ /LMB/
Leonie M. Brinkema
United States District Judge  4/30/24

2

Dated: April 29, 2024

/s/ Benjamin L. Hatch
Benjamin L. Hatch (VSB No. 70116)
**McGuireWoods LLP**
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (757) 640-3727
F: (757) 640-3947
E-mail: bhatch@mcguirewoods.com

*Counsel for The Boeing Company, David L. Calhoun, Dennis A. Muilenburg, Brian J. West, and Gregory D. Smith*

*Liaison Counsel for Lead Plaintiff Local #817 IBT Pension Fund*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Chad Johnson
Noam Mandel
Desiree Cummings
Jonathan Zweig
420 Lexington Avenue, Suite 1832
New York, NY 10170
(212) 432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com
dcummings@rgrdlaw.com
jzweig@rgrdlaw.com

*Counsel for Lead Plaintiff Local #817 IBT Pension Fund and Lead Counsel for the Class*

Respectfully submitted,

/s/ Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (Va. Bar No. 15300)
S. Douglas Bunch
1100 New York Avenue, N.W. Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of the State of Rhode Island*

**LABATON KELLER SUCHAROW LLP**
Eric J. Belfi (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
Francis P. McConville (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
cvillegas@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of the State of Rhode Island and Lead Counsel for the Class*

/s/ Craig C. Reilly
**THE OFFICE OF CRAIG C. REILLY**
Craig C. Reilly (Va. Bar No. 20942)
209 Madison Street, Suite 501
Alexandria, VA 22314
Tel: (703) 549-5354
Fax: (703) 549-5355
craig.reilly@ccreillylaw.com