UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| IN RE THE BOEING COMPANY SECURITIES LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-151-LMB-LRV<br><br>Hon. Leonie M. Brinkema |

**DEFENDANTS' MOTION TO
DISMISS THE AMENDED CLASS ACTION COMPLAINT
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants The Boeing Company, David L. Calhoun, Dennis A. Muilenburg, Brian J. West, and Gregory D. Smith, through the undersigned counsel, hereby move this Court to dismiss Plaintiffs' Amended Class Action Complaint. For the reasons set forth more fully in the accompanying Memorandum of Law in Support, the Amended Class Action Complaint does not satisfy the applicable pleading standards and therefore fails to state claims upon which relief can be granted.

-2-

Dated:  June 21, 2024

Respectfully submitted,

Richard C. Pepperman II (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
peppermanr@sullcrom.com

Judson O. Littleton (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
littletonj@sullcrom.com

/s/ Benjamin L. Hatch
Benjamin L. Hatch
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (757) 640-3727
F: (757) 640-3947
E-mail: bhatch@mcguirewoods.com

*Counsel for Defendants The Boeing Company, David L. Calhoun, Dennis A. Muilenburg, Brian J. West, and Gregory D. Smith*

-2-

-3-

## CERTIFICATE OF SERVICE

I certify that on the 21st day of June, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all

counsel of record in this case.

   */s/ Benjamin L. Hatch*   
Benjamin L. Hatch
