**Appendix A to Plaintiffs' Opposition to Motion to Dismiss**

**Additional Excerpts from Senate Hearing Testimony Cited in the Amended Complaint[1]**

| Subject Matter | Testimony Excerpt |
|---|---|
| Manufacturing Defects Contributed to the Crashes (Footnote 20) | [Senator] Ron Johnson (51:23): So the MAX was taken out of service for how long? Quite some time, right?<br><br>Joe Jacobsen (51:27): It was about 20 months.<br><br>[Senator] Ron Johnson (51:28): 20 months. And again, the public, I was certainly hoping, assuming that that 20 months they would correct those defects that they did install more of the indicators, right? So they somewhat fixed that problem. I mean, are all these other problems completely unaddressed, not fixed?<br><br>Joe Jacobsen (51:46): There were many problems that were unaddressed. The crew alerting system is the big one. That one was not addressed. That contributed to the crashes. The pilots had a lot of false indications going off, which delays their response, and they're trying to figure out what's going on. In the meantime, the stabilizer is running and the nose is running down, so it's a combination of things that need to be addressed.<br><br> *    *    * <br>[Senator] Ron Johnson (53:18): Mr. Pierson, do you have anything to add to that on the 737?<br><br>Ed Pierson (53:22): No, I totally agree with Mr. Jacobsen. When investigated the accidents, they narrowly scoped it and they kept it very tight. . . . What people don't know, and I'll just give you a couple of examples very quickly, is in the Lion airplane, . . . that angle of attack sensor was removed the day before, replaced with a refurbished sensor, on the next flight the plane almost crashed, on the next flight it did crash. When that plane hit the ocean, it went right into the seawall. They never recovered that sensor that was just installed, but they had the original Boeing |

---

[1] Hearing held April 17, 2024 before the U.S. Senate Committee on Homeland Security and Governmental Affairs (cited in the Amended Class Action Complaint (ECF 43) at, *e.g.*, ¶¶14, 190-218, 317-22, 422, 472-76, 528, 544). Video and unofficial transcript available at: "Boeing whistleblower testifies before Senate Homeland Security committee" (Apr. 18, 2024), https://www.rev.com/transcript-editor/shared/fbPklajFpL_coCQa9HxkEh06Ax6oXn6b8v05nPXGrmg6EYzIaMel_VSjZgFf6jlgtvv3TpNDpyu1-V1vCaFj9-BlzjI?loadFrom=PastedDeeplink&ts=16.35. Spelling errors in proper names have been corrected. All emphasis is added unless otherwise noted.

| Subject Matter | Testimony Excerpt |
|---|---|
| | installed sensor and they tested that sensor, and it had an open circuit in it, it had evidence of arcing and burn marks. And so that is an example. . . . |
| | * * * |
| | [Senator] Ron Johnson (01:30:29): . . . I want some clarity. Was it or was it not the MCAS system that caused that crash? |
| | Ed Pierson (01:31:08): <u>The MCAS system, senator, obviously played a significant role</u>, so did the lack of pilot training. <u>But as Mr. Jacobsen has said, there was other factors, and our analysis, my analysis, shows that those airplanes also had manufacturing defects that triggered the MCAS software.</u> |
| | [Senator] Ron Johnson (01:31:25): Mr. Jacobsen? |
| | Joe Jacobsen (01:31:27): Yeah. |
| | [Senator] Ron Johnson (01:31:27): So what were those other defects? Was it the sensor? I mean, only having one sensor was part of that system though. |
| | Joe Jacobsen (01:31:34): Well, the sensor, as Mr. Pierson has talked about, the sensor showed problems, the original sensor on the Lion Air airplane showed a lot of manufacturing defects when it was examined. What I found curious was after the Ethiopian crash, they said the sensor was taken off by a bird. They had no evidence for that, none whatsoever, but they concluded that it was a bird that did it. And so I think it's much more plausible and likely that it was an electrical fault of some sort, either arcing or something like that. |
| Salehpour Elevated Safety Concerns (Footnote 25) | [Senator] Josh Hawley (01:14:30): . . . My understanding is you worked on both the 787 and the 777, correct? |
| | Sam Salehpour (01:14:56): Yes, sir. |
| | [Senator] Josh Hawley (01:14:56): And you identified major safety concerns with both of these lines, shall we say? |
| | Sam Salehpour (01:15:01): Yes. |
| | [Senator] Josh Hawley (01:15:01): And you identified these to your superiors? |
| | Sam Salehpour (01:15:05): Yes, sir. I have written many memos time after time that we can provide. |
| | [Senator] Josh Hawley (01:15:12): Over a period of years, I think? |
| | Sam Salehpour (01:15:14): Yeah, this is like three year. For the 787, it's been three years of effort. |

| Subject Matter | Testimony Excerpt |
|---|---|
| | [Senator] Josh Hawley (01:15:20): <u>And so who knew about your concerns? How far up the chain do you know that they went?</u> |
| | Sam Salehpour (01:15:25): <u>I have gone as high as Mark Stockton [senior director for 787 Engineering] and Lisa Fahl [VP of Engineering], who's the vice president.</u> |
| | [Senator] Josh Hawley (01:15:31): The vice president of the company? |
| | Sam Salehpour (01:15:33): Yes. |
| Pierson's Access to Boeing Documents Regarding the Alaska Airlines Incident (Footnote 33) | [Senator] Ron Johnson (57:32): . . . Just one quick question for Mr. Pierson. <u>You said you had delivered records to the FBI. First of all, how did you obtain those records and have you heard back from the FBI?</u> |
| | Ed Pierson (57:45): <u>The records were sent to me.</u> |
| | [Senator] Ron Johnson (57:48): From a internal whistleblower? |
| | Ed Pierson (57:50): <u>From an internal whistleblower. And I provided those records to the FBI.</u> And again, for the last couple months, <u>there's been talk that there's no records and that's obviously not the case.</u> |
| | [Senator] Ron Johnson (58:00): And this is on the Alaskan Airline… |
| | Ed Pierson (58:01) This is on the Alaska Airlines. . . . I'm talking about the actual documentation that they've been saying has not been available.  It is available. . . . and it has been available for months. |