IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE THE BOEING COMPANY SECURITIES LITIGATION | ) ) ) ) |
| STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, on behalf of the Employees' Retirement System of the State of Rhode Island, individually and behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) )   1:24-cv-151 (LMB/LRV) ) ) ) ) ) ) |

ORDER

For the reasons stated in open court, the Defendants' Motion to Dismiss for Failure to State a Claim [Dkt. No. 50] is DENIED; and it is hereby

ORDERED that Defendants file an answer within 28 days.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6th day of September, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge