UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE THE BOEING COMPANY
SECURITIES LITIGATION

      ) Case No. 1:24-cv-00151-LMB-LRV
      ) Hon. Leonie M. Brinkema
      )

**LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

Lead Plaintiffs the State of Rhode Island Office of the General Treasurer on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island") and Local #817 IBT Pension Fund (the "IBT Pension Fund," and together with Rhode Island, "Plaintiffs") respectfully move this Court for an Order certifying a class under Federal Rules of Civil Procedure 23(a) and (b)(3), appointing Plaintiffs as Class Representatives, appointing Labaton Keller Sucharow LLP and Robbins Geller Rudman & Dowd LLP as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g), and appointing Cohen Milstein Sellers & Toll PLLC and The Office of Craig C. Reilly as Liaison Counsel. Plaintiffs incorporate herein the facts and arguments presented in the accompanying Memorandum of Law, and the Declaration of Christine M. Fox, filed on December 13, 2024, and exhibits attached thereto.

DATED:  December 13, 2024

/s/ Carol C. Villegas

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (Admitted *pro hac vice*)
Christine M. Fox (Admitted *pro hac vice*)
Jake Bissell-Linsk (Admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com
jbissel-linsk@labaton.com

*Lead Counsel for Lead Plaintiff State of Rhode Island Office of the General Treasurer, on behalf of The Employees' Retirement System of Rhode Island and the Proposed Class*

/s/ Chad Johnson

**ROBBINS GELLER RUDMAN & DOWD LLP**
Chad Johnson (Admitted *pro hac vice*)
Noam Mandel (Admitted *pro hac vice*)
Jonathan Zweig (Admitted *pro hac vice*)
Desiree Cummings (Admitted *pro hac vice*)
Brent Mitchell (Admitted *pro hac vice*)
420 Lexington Ave., Suite 1832
New York, NY 10170
Tel: (212) 432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com
jzweig@rgrdlaw.com
dcummings@rgrdlaw.com
bmitchell@rgrdlaw.com

*Lead Counsel for Lead Plaintiff Local #817 IBT Pension Fund and the Proposed Class*

/s/ Steven J. Toll

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (Va. Bar No. 15300)
S. Douglas Bunch
1100 New York Avenue, N.W. Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff State of Rhode Island Office of the General Treasurer, on behalf of The Employees' Retirement System of Rhode Island and the Proposed Class*

/s/ Craig C. Reilly

**THE OFFICE OF CRAIG C. REILLY**
Craig C. Reilly (Va. Bar No. 20942)
209 Madison Street, Suite 501
Alexandria, VA 22314
Tel: (703) 549-5354
Fax: (703) 549-5355
craig.reilly@ccreillylaw.com

*Liaison Counsel for Lead Plaintiff Local #817 IBT Pension Fund and the Proposed Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2024 I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

*/s/ Steven J. Toll*
Steven J. Toll
VA Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*