UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE THE BOEING COMPANY SECURITIES LITIGATION | ) ) ) ) | Case No. 1:24-cv-00151-LMB-LRV Hon. Leonie M. Brinkema |

**DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, CHRISTINE M. FOX, declare under penalty of perjury pursuant to 28. U.S.C. § 1746 as follows:

1.      I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner in the firm of Labaton Keller Sucharow LLP, counsel for Lead Plaintiff State of Rhode Island Office of the General Treasurer on behalf of The Employees' Retirement System of Rhode Island ("Rhode Island"). I submit this declaration in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.      Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit A: | Expert Report of Chad Coffman, dated December 13, 2024 |
| Exhibit B: | Declaration of Eileen K. Cheng, General Counsel for Rhode Island |
| Exhibit C: | Declaration of Thomas J. O'Donnell, Chairman of Local #817 IBT Pension Fund |
| Exhibit D: | [Proposed] Order |
| Exhibit E: | Labaton Keller Sucharow LLP Firm Résumé |
| Exhibit F: | Robbins Geller Rudman & Dowd LLP Firm Résumé |
| Exhibit G: | Cohen Milstein Sellers & Toll PLLC Firm Résumé |

Exhibit H:    The Office of Craig C. Reilly Firm Résumé

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 13, 2024, at New York, New York.

_Christine M. Fox_
_____
Christine M. Fox

2