UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN RE THE BOEING COMPANY | ) | Case No. 1:24-cv-151-LMB-LRV |
| SECURITIES LITIGATION | ) | |
| | ) | Hon. Leonie M. Brinkema |
| | ) | |
| | ) | |

**DECLARATION OF BENJAMIN L. HATCH IN SUPPORT
OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION
TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to 28 U.S.C. § 1746, I, Benjamin L. Hatch, hereby declare as follows:

1. I am a member of the Bar of the Commonwealth of Virginia, and partner at McGuireWoods LLP, counsel to Defendants in the above-captioned action. I make this Declaration in support of Defendants' Memorandum of Law In Opposition to Lead Plaintiffs' Motion for Class Certification based on information known to me and provided to me.

2. Attached as Exhibits 1–5 hereto are true and correct copies of the documents described below.

Exhibit 1.    Deposition transcript of Chad W. Coffman, dated January 14, 2025

Exhibit 2.    Deposition transcript of Thomas J. O'Donnell, dated January 10, 2025 (excerpt)

Exhibit 3.    Expert Report of Dr. René Stulz, dated January 21, 2025

Exhibit 4.    The Boeing Company's Form 8-K, filed with the Securities & Exchange Commission ("SEC") on December 16, 2019 (excerpt)

Exhibit 5.    The Boeing Company's Form 10-K, filed with the SEC on January 31, 2022 (excerpt)

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2025 in Norfolk, Virginia.

/s/ Benjamin L. Hatch
Benjamin L. Hatch
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (757) 640-3727
F: (757) 640-3947
E-mail: bhatch@mcguirewoods.com