# Exhibit 2

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

------------------------------------------X

IN RE THE BOEING COMPANY

SECURITIES LITIGATION

    Civil Action No. 1:24-cv-00151-LMB-LRV

------------------------------------------X

           ** CONFIDENTIAL **

                  DATE: January 10, 2025

                  TIME: 9:38 a.m.

          VIDEOTAPED DEPOSITION of THOMAS O'DONNELL, taken by the respective parties, held at the offices of Robbins Geller Rudman & Dowd LLP, 58 South Service Road, Suite 200, Melville, New York 11747, before Nicole Veltri, RPR, CRR, a Notary Public of the State of New York.

Page 45

T. O'DONNELL - CONFIDENTIAL

Q.    You don't know why information pertaining to IBT Pension Fund would be incorrect?

MS. CUMMINGS:  Objection to form.

A.    I don't know.  That's not -- you're talking about -- no.  I would know if that's incorrect, yes.  I would know if that's incorrect.

Q.    Okay.  To the best of your knowledge, do you have any reason to believe that any of IBT Pension Fund's pleadings or motions contain any inaccuracies?

A.    No.

Q.    So you would agree with the positions taken in the fund's filings?

MS. CUMMINGS:  Objection to form.

A.    Yes.

Q.    Would you say that IBT Pension Fund stands behind anything that's been said in the fund submissions in this case?

A.    Yes.