# Exhibit 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE THE BOEING COMPANY SECURITIES LITIGATION | Case No. 1:24-cv-151-LMB-LRV<br><br>Honorable Leonie M. Brinkema |

## EXPERT REPORT OF RENÉ STULZ, Ph.D.

January 21, 2025

# Table of Contents

I.    Qualifications ................................................................................................... 1

II.   Assignment ...................................................................................................... 2

III.  Plaintiffs' Allegations ..................................................................................... 3

IV.   The Coffman Report ........................................................................................ 5

V.    Summary of Opinions ...................................................................................... 8

VI.   Mr. Coffman Fails to Put Forth a Class-Wide Damages Methodology Consistent with Plaintiffs' Theory of Liability, Especially in Light of the Unusual Circumstances During the Nearly Five-Year Putative Class Period in This Case ................................................................. 15

      A.    Mr. Coffman Fails to Propose a Damages Methodology That Can Assess How the Market Valued the Alleged Misstatements Regarding Forward-Looking Plans to "Implement Safety and Quality Control Practices" and "Establish a Safety Culture" ........................................................................................... 17

            1.    Mr. Coffman Fails to Propose a Damages Methodology Capable of Assessing the Impact of the Alleged Misstatements on the Market's Perception of the Value Implications of Boeing's Safety Reforms ........... 20

            2.    Mr. Coffman Fails to Propose a Damages Methodology to Address the Effect of Boeing's Evolving Regulatory Situation on Alleged Inflation in Its Stock Price ............................................................................... 42

            3.    Mr. Coffman Has Not Proposed a Damages Methodology Capable of Measuring Changes in the Stock Price Impact of the Alleged Misrepresentations Due to Major Changes in the Economic Environment ............................................................................................. 64

      B.    Mr. Coffman Fails to Provide a Damages Methodology That Can "Start[] from" the Price Declines Following the Numerous Alleged Corrective Events in 2024 and Measure Inflation Over the Previous 50 Months Consistently in Light of the Complexities of Plaintiffs' Allegations ................................................. 86

            1.    The Putative Class Period Includes 50 Months in Which the Alleged Misrepresentations Occurred and More Than Four Months During Which Those Misrepresentations Were Purportedly Corrected ........................... 87

            2.    Mr. Coffman Provides No Damages Methodology to Address the Materialization of Known Risks ................................................................ 92

            3.    Mr. Coffman Provides No Damages Methodology to Assess the Consequential Effects of Quality Escapes ............................................. 101

VII.  Mr. Coffman Has Not Reliably Established Efficiency for Boeing's Options ............... 105

      A.    Background on Options and Options Markets .................................................. 107

B.    Mr. Coffman's Purported Analysis of Put-Call Parity Is Insufficient to Demonstrate Efficiency for Boeing Options......................................................... 109

C.    Mr. Coffman's Options Analysis Fails to Account for the Heterogeneity Across Boeing Options and the Markets Where the Options Traded ............................ 112

D.    Mr. Coffman's Analysis of *Cammer* Factor 5 for Boeing Options Fails to Demonstrate a Cause-and-Effect Relationship Between New, Value-Relevant Information and Option Prices.............................................................................. 113

E.    Mr. Coffman Fails to Consider the Other *Cammer* and *Krogman* Factors for Boeing Options ......................................................................................... 119

VIII.    Mr. Coffman Does Not Propose a Class-Wide Damages Methodology for Options Consistent with Plaintiffs' Theory of Liability ................................................................. 120

A.    Mr. Coffman Fails to Provide a Damages Methodology That Can Reliably Measure Option Price Movements Following Alleged Corrective Events......... 121

B.    Mr. Coffman Fails to Provide a Damages Methodology That Can Assess How Any Inflation (or Deflation) in Option Prices Changed Over Time ................... 123

## I.    Qualifications

1.    I hold the Everett D. Reese Chair of Banking and Monetary Economics at The Ohio State University.  I am also Director of the Dice Center for Research in Financial Economics at The Ohio State University and a Research Associate of the National Bureau of Economic Research in Cambridge, Massachusetts.  Since receiving my Ph.D. in Economics from the Massachusetts Institute of Technology in 1980, I have taught at the Massachusetts Institute of Technology, the University of Rochester, the University of Chicago, and The Ohio State University.  I was a Bower Fellow at the Harvard Business School from 1996 to 1997.

2.    I am a past president of the American Finance Association; a fellow of the American Finance Association, the Financial Management Association, the European Corporate Governance Institute, and the Wharton Financial Institutions Center; and a past president of the Western Finance Association.  I received a Doctorate Honoris Causa from the University of Neuchâtel in Switzerland, an Honorary Doctorate of Laws from University College Dublin, and the Risk Manager of the Year award from the Global Association of Risk Professionals.  I have also been recognized by many organizations for my contributions to financial economics by awards or by invitations to be a keynote speaker.

3.    I belong to the editorial boards of many academic and practitioner publications.  Further, I am a member of the Asset Pricing and Corporate Finance Programs and was the director of the Risk of Financial Institutions Group of the National Bureau of Economic Research for more than 15 years.  I was editor of the *Journal of Finance* for 12 years and co-editor of the *Journal of Financial Economics* for five years (these are two of the top three journals in the field of financial economics).  Thomson Reuters has included me in its list of the world's most influential scientific minds, which identifies top researchers based on the number of authored publications that are highly cited by peers.[1]

4.    I have published more than 100 studies in finance and economics journals, including the *Journal of Political Economy*, the *Journal of Financial Economics*, the *Journal of Finance*, and the *Review of Financial Studies*.  I am the author of a textbook titled *Risk Management and*

---

[1] *See, e.g.*, Thomson Reuters, "The World's Most Influential Scientific Minds," December 2015, pp. 3, 46.

*Derivatives*, a co-author of *The Squam Lake Report: Fixing the Financial System*, and have edited several books, including the *Handbook of the Economics of Finance* and *International Capital Markets*.

5.      I have taught in executive development programs in North America, Europe, and Asia.  I have consulted for major corporations, law firms, the New York Stock Exchange, the International Monetary Fund, and the World Bank.  I also served as a member of an advisory board of the U.S. Treasury, as a director of several banks and of an asset management firm, and as a member, as vice-chairman, and as chair of the governance committee of the board of trustees of the Global Association of Risk Professionals.

6.      A copy of my curriculum vitae is attached as **Appendix A**, which includes a list of my publications over the last 10 years.  Additionally, a list of my testimony over the last four years is attached as **Appendix B**.

## II.      Assignment

7.      I have been retained by counsel for The Boeing Company ("Boeing" or the "Company"), David Calhoun, Dennis Muilenburg, Gregory Smith, and Brian West (collectively, the "Defendants") to review and respond to the Expert Report of Chad Coffman, CFA, dated December 13, 2024 ("Coffman Report").  In particular, I have been asked to review and assess whether Mr. Coffman has proffered a methodology for calculating class-wide damages that is consistent with Plaintiffs' theory of liability in this matter.  In addition, I have been asked to review and assess Mr. Coffman's opinion that the markets for Boeing's options were efficient.

8.      The analyses and opinions expressed in this report are my own.  I am being compensated for my time and services at my regular hourly rate of $1,550.[2]  I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction.  I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter.  Neither my compensation in this matter nor my compensation from Cornerstone Research is in

---

[2] My regular hourly rate increased to $1,550 on January 1, 2025.  Prior to this date, I was compensated for my time and services at my then-regular hourly rate of $1,450.

any way contingent or based on the content of my opinions or the outcome of this or any other matter.

9.      In undertaking this assignment, I have considered documents and data related to the issues in this matter.  In **Appendix C**, I have listed the documents I considered for this report. My work in this matter is ongoing, and I reserve the right to supplement my opinions in the event that additional information or arguments are provided to me or submitted in connection with this matter.

### III.    Plaintiffs' Allegations

10.     In this section, I provide a summary of my understanding of Plaintiffs' allegations as stated in the Complaint,[3] and as summarized in Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint dated July 22, 2024 ("Plaintiffs' Opposition to MTD").[4]

11.     Plaintiffs allege violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors who purchased or acquired Boeing's stock between September 30, 2019 and May 14, 2024 ("Putative Class Period").[5]  I further understand that "Plaintiffs also intend to argue that those purchasing Boeing call options and selling Boeing put options suffered injuries as the prices of those securities also incorporated the artificial inflation in Boeing Common Stock."[6]

12.     Plaintiffs contend that the prices of Boeing securities were artificially inflated by "false and misleading representations to investors [by Defendants] about …  manufacturing safe airplanes" (the "Alleged Misrepresentations").[7]  Under Plaintiffs' theory, the Putative Class Period begins on September 30, 2019, when Boeing issued a press release concerning product

---

[3] Amended Class Action Complaint for Violation of the Federal Securities Laws, *In re The Boeing Company Securities Litigation*, United States District Court, Eastern District of Virginia, Alexandria Division, Civil Action No. 1:24-cv-00151-LMB-LRV, Document 43, May 22, 2024 ("Complaint").

[4] Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint, *In re The Boeing Company Securities Litigation*, United States District Court, Eastern District of Virginia, Alexandria Division, Civil Action No. 1:24-cv-00151-LMB-LRV, Document 53, July 22, 2024 ("Plaintiffs' Opposition to MTD").

[5] Complaint, p. 1 ("Lead Plaintiffs bring this action on behalf of themselves and the Class who purchased or otherwise acquired Boeing common stock between September 30, 2019 and May 14, 2024, inclusive."). *See also* Complaint, ¶¶ 1017, 1024.

[6] Coffman Report, footnote 10.

[7] Complaint, ¶ 1.

safety.[8]  Plaintiffs claim that Defendants made hundreds of different Alleged Misrepresentations that they divide into 75 different subcategories on over 50 different dates between September 30, 2019 and April 5, 2024, and they claim that "the repetition of safety-related statements underscores their materiality."[9]  Plaintiffs identify multiple different categories of Alleged Misrepresentations, including "(1) statements regarding Boeing's enhanced safety and quality in the manufacturing process; (2) statements about Boeing's 'safety culture' and encouragement of employees to come forward with safety concerns, without fear of retaliation; (3) statements concerning Boeing's ability to produce safe airplanes at a stable and growing rate; and (4) statements about Boeing's regulatory compliance."[10]

13.    I understand based on my review of the Complaint that Plaintiffs allege that the "truth" regarding the Alleged Misrepresentations was disclosed on 20 different dates that supposedly had an impact on Boeing's stock price during the Putative Class Period (the "Alleged Corrective Events," see **Exhibit 1**).[11]

14.    During the Putative Class Period, Boeing operated in three reportable segments: (1) Commercial Airplanes ("BCA"); (2) Defense, Space & Security ("BDS"); and (3) Global Services ("BGS").[12]  I understand that Plaintiffs' allegations in this matter pertain to the BCA segment only.[13]  In particular, Plaintiffs allege that "[t]his case is about Boeing's false and misleading representations to investors about the most important aspect of its business—manufacturing safe airplanes."[14]

---

[8] Complaint, ¶¶ 575–578.

[9] Plaintiffs' Opposition to MTD, p. 16.  *See also* Complaint, Section VI.

[10] Complaint, ¶ 145.  *See also* Complaint, Section VI.

[11] Complaint, ¶¶ 365–469.

[12] Prior to Q1 2023, Boeing also included Boeing Capital ("BCC") as a reportable segment.  As described in Boeing's 2020 Form 10-K filing, BCC "seeks to ensure that Boeing customers have the financing they need to buy and take delivery of their Boeing product" and its portfolio consists of "equipment under operating leases, sales-type/finance leases, notes and other receivables, assets held for sale or re-lease and investments."  The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2020, filed on February 1, 2021 ("Boeing 2020 10-K"), p. 2.  *See also* The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on January 31, 2024 ("Boeing 2023 10-K"), pp. 1, 104.

[13] Complaint, ¶ 43 ("At issue in this Action is Boeing's Commercial Airplanes Segment.").

[14] Complaint, ¶ 1.

## IV.    The Coffman Report

15.    Mr. Coffman offers two overarching opinions in his report:  (1) "[T]hat the markets for Boeing's Common Stock and Options were efficient during the Class Period," and (2) "[T]hat damages in this action can be calculated on a class-wide basis using a common methodology that is consistent with plaintiffs' theory of liability."[15]

16.    For his opinion on efficiency, Mr. Coffman first purports to evaluate the market for Boeing common stock.  To do so, he evaluates the five factors discussed in *Cammer v. Bloom*,[16] the three factors discussed in *Krogman v. Sterritt*,[17] and "three additional factors."[18] Mr. Coffman concludes that "Boeing Common Stock traded in an efficient market during the [Putative] Class Period" based on his assessment of these 11 factors.[19]

17.    To support his opinion that "Boeing Options traded in efficient markets,"[20] Mr. Coffman mainly uses two general approaches.

18.    First, Mr. Coffman evaluates "put-call parity," which he claims is "[a] standard and well-accepted method for evaluating whether an options market is efficient."[21]  Mr. Coffman asserts that put-call parity is "a specific relationship that must exist between the price of the underlying security and prices of put and call options with the same expiration date and strike price," failing which an "arbitrage opportunity" would exist and "be evidence against market efficiency."[22]  Based on his analyses, Mr. Coffman notes that "put-call parity held … 91.10% of the time" and concludes that "the results of the put-call parity tests provide strong evidence of the efficiency of the market for Boeing Options."[23]

---

[15] Coffman Report, ¶¶ 6–7.

[16] Mr. Coffman identifies the five *Cammer* factors as "1) average weekly trading volume, 2) analyst coverage, 3) market makers, 4) SEC Form S-3 eligibility, and 5) price reaction to unexpected information."  Coffman Report, ¶ 20.

[17] Mr. Coffman identifies the three *Krogman* factors as "1) company's market capitalization, 2) stock's bid-ask spread, and 3) percentage of stock not held by insiders (the float)."  Coffman Report, ¶ 23.

[18] The "three additional factors" are "1) the amount of institutional ownership of Boeing Common Stock, 2) autocorrelation (meaning whether there is a pattern in a security's returns so that future returns can be predicted based upon past returns), and 3) options trading."  Coffman Report, ¶ 23.

[19] Coffman Report, ¶ 25.

[20] Coffman Report, ¶ 106.

[21] Coffman Report, ¶ 86.

[22] Coffman Report, ¶ 86.

[23] Coffman Report, ¶¶ 89–90.  Mr. Coffman notes that, to assess put-call parity, "[f]or all listed options during the [Putative] Class Period, [he] tested both the upper and lower bounds over the pairs of Boeing Options with valid bid

19.     Second, Mr. Coffman claims he "also undertook a test to demonstrate cause and effect (i.e., *Cammer* Factor 5) for Boeing Options."[24]  To assess whether "option prices react to information as well and are informationally efficient," Mr. Coffman analyzes whether "Boeing Option prices moved consistently to reflect the changes in the underlying stock price."[25] Mr. Coffman asserts that the put-call parity relationship can be used to construct a synthetic Boeing stock price based on the prices of option contracts.[26]  He compares this synthetic stock price "to the actual stock price in order to determine how closely aligned the two are with each other"[27] and calculates an "average ratio of actual common stock price to synthetic common stock price."[28]  Mr. Coffman further claims that he can "test for cause and effect" by "utiliz[ing] this synthetic stock price to calculate predicted returns for the common stock [based on his synthetic stock price] and compare these to the actual returns."[29]  He calculates correlations between these "synthetic and actual stock price returns" across all options pairs during the Putative Class Period and finds that they are "highly correlated with one another,"[30] which according to Mr. Coffman is "unequivocal statistical evidence"[31] that option prices are efficient. Additionally, Mr. Coffman purports to "look[] at the movement of option prices on earnings announcements versus days with little or no news as [he] did for Boeing Common Stock," which he states is what he has done in "certain prior expert reports."[32]  He finds a "statistically significant difference in (1) the incidence of statistically significant changes in option prices;

---

and ask prices."  Coffman Report, ¶ 89.  Furthermore, Mr. Coffman claims that "the vast majority of the violations [of put-call parity] occur during the COVID-19 pandemic and in options with longer time to maturity." Coffman Report, ¶ 90.

[24] Coffman Report, ¶ 91.

[25] Coffman Report, ¶ 91.

[26] According to Mr. Coffman, "[he] demonstrate[s] that one can actually infer changes in Boeing Common Stock by observing changes in the price of Boeing options, which provides direct and compelling evidence of the efficiency of the market for Boeing options."  Coffman Report, ¶ 85.

[27] Coffman Report, ¶ 94.

[28] Coffman Report, ¶ 94.

[29] Coffman Report, ¶ 95.

[30] Coffman Report, ¶ 95.  Mr. Coffman performs this correlation calculation on both the "average of the returns for each date across put-call pairs" and the "entire universe of returns for each individual put-call pair."  Coffman Report, footnote 120 ("I have also performed this calculation not just on the average of the returns for each date across put-call pairs, but over the entire universe of returns for each individual put-call pair as well.  I reach the same conclusion, that the synthetic and actual stock price returns are highly correlated with one another, with a correlation coefficient of 0.9952.").

[31] Coffman Report, ¶ 95.

[32] Coffman Report, footnote 122.

(2) the magnitude of price movements; and (3) trading volume on the earnings announcements than on least news days."[33]

20.  For his opinion on damages, Mr. Coffman states that "a standard and well-accepted method for calculating class-wide damages in cases under Section 10(b)"[34] is the "out-of-pocket" method, where "damages are equal to the artificial inflation per share at the time of purchase minus the artificial inflation per share at the time of sale (or if the share is not sold prior to the full revelation of the fraud, just the artificial inflation at the time of purchase)."[35]  Mr. Coffman then describes three broad illustrative steps that he claims would be part of estimating per-share damages for Boeing common stock:

    a.  "[T]he most widely-used technique to quantify artificial inflation starts from an event study that measures price reactions to disclosures that revealed the relevant truth."[36]

    b.  "[A]n event study would also need to consider whether and to what extent any (non-fraud related) information (i.e. 'confounding information') contributed to the observed price movement."[37]

    c.  "The loss causation analysis would also require an analysis of how inflation per share may have evolved over the [Putative Class Period]."[38]

21.  In discussing how inflation potentially could be quantified, Mr. Coffman argues that "the determination of how artificial inflation evolved over the [Putative Class Period] is also a case-specific, fact-specific loss causation exercise that can rely on valuation techniques including, but not limited to, event studies, fundamental valuation, contemporaneous valuations or documents, or some combination of the above."[39]  Additionally, Mr. Coffman claims that "all

---

[33] Coffman Report, footnote 122.
[34] Coffman Report, ¶ 96.
[35] Coffman Report, ¶ 96.
[36] Coffman Report, ¶ 99.  Mr. Coffman provides an illustrative example of incidents that "revealed the relevant truth," including "events such as the Alaska Airlines Incident that exposed systemic and pervasive manufacturing safety and quality deficiencies at Boeing, which was concealed by the alleged material omissions and/or misrepresentations (i.e. a 'corrective disclosure')."  Coffman Report, ¶ 99.
[37] Coffman Report, ¶ 99.
[38] Coffman Report, ¶ 100.
[39] Coffman Report, ¶ 100.

of these loss causation methodologies are class-wide in nature and do not depend on the identity or circumstance of any specific investor."[40]

22.     As a result, Mr. Coffman provides only a generic description of various possible approaches for quantifying inflation.  Without discussing any specific features of this case or how he would address the challenges posed by the nearly five-year Putative Class Period, Mr. Coffman asserts that he could "rely on valuation techniques including, but not limited to, event studies, fundamental valuation, contemporaneous valuations or documents, or some combination of the above."[41]

23.     According to Mr. Coffman, the "out-of-pocket methodology … can be applied equally to options on Boeing Common Stock."[42]  Mr. Coffman claims that "measuring inflation in the option prices starts from observing the abnormal price change in the option at the time of the release of corrective information."[43]  For a given level of inflation in Boeing common stock, he claims that "one could use a theoretical option pricing formula (such as the well-known and accepted Black-Scholes model or the binomial model) to translate that into an alternative 'but-for' price for the option on every day during the [Putative] Class Period in which the option existed"[44] and then apply the "exact same out of pocket methodology described above where the damages are equal to the artificial inflation at the time of purchase minus the artificial inflation at time of sale."[45]


## V.      Summary of Opinions

24.     Mr. Coffman fails to provide a class-wide damages methodology consistent with Plaintiffs' theory of liability that takes into account the unusual attributes of this case, including the hundreds of alleged misstatements on over 50 different dates spread over a nearly five-year

---

[40] Coffman Report, ¶ 100.
[41] Coffman Report, ¶ 100.
[42] Coffman Report, ¶ 101.
[43] Coffman Report, ¶ 103.
[44] Coffman Report, ¶ 103.
[45] Coffman Report, ¶ 103.  Mr. Coffman also claims that "[t]he same logic applies for calls and puts.  The only nuance for puts is that the market price is artificially deflated and the damaged party is the seller (or 'writer') of the put."  Coffman Report, ¶ 104 (emphasis removed).

period that supposedly then were "corrected" by at least 20 alleged corrective events that allegedly had a stock price impact spread over a more than four-month period.

25.     **Mr. Coffman fails to propose a damages methodology capable of measuring the impact of the Alleged Misrepresentations on the market's perception of the value implications of Boeing's safety reforms.**  Mr. Coffman offers no damages methodology that could incorporate changes in the market's perception of Boeing's statements on its commitment to safety and the safety of its airplanes, the evolving nature of the alleged fraud, or the different economic conditions between 2019 and 2024.  (See Section VI.A.)

a.  **Changes in the market's perception of Boeing's safety statements**:  As an economic matter, assuming Plaintiffs' allegations are true, assessing the value impact of Boeing's statements over the nearly five-year Putative Class Period about "prioritizing safety" would require measuring the market's perception during the Putative Class Period of (1) the potential benefits of Boeing's safety initiatives, (2) the likelihood of success of those initiatives, and (3) the time and financial costs to implement, and progress on the implementation of those initiatives.  The inherent uncertainty and variation in complex manufacturing processes like aircraft production complicates the measurement of these factors and must be considered in their evaluation.  Each of these factors would have varied over the nearly five-year Putative Class Period as Boeing introduced various safety processes and faced additional aircraft safety and quality-related developments.  For example, in July 2021, the Federal Aviation Administration ("FAA") found that Boeing's Safety Management System, a safety improvement initiative that had been mandated the previous year, "meets [the] FAA's expectations and operates as intended."[46]  The market's perception of Boeing's safety statements would be expected to be affected by such developments.

---

[46] FAA, "Section 103 Organization Designation Authorizations (ODA) for Transport Airplanes Expert Panel Review Report," February 26, 2024, Figure 2, available at https://www.faa.gov/sites/faa.gov/files/Sec103_ExpertPanelReview_Report_Final.pdf.  In February 2024, following

b. **Numerous safety-related and regulatory developments**:  The numerous safety-related and regulatory developments that took place over the nearly five-year Putative Class Period provided the market with information on challenges the Company faced in improving its safety programs and would be expected to have affected the extent to which investors were misled by Defendants' statements regarding Boeing's plans to improve safety (if at all).  Those developments also changed the goals for Boeing's safety processes and therefore the nature of the alleged fraud.  For example, in February 2022, the FAA took away Boeing's ability to self-certify new 787 Dreamliners.[47]  Given the effect of these developments on the regulatory environment in which Boeing operated and the level of scrutiny its operations faced on a day-to-day basis, it is likely that investors' perception of Boeing's statements regarding its progress on safety also would have changed.  Even one of the Lead Plaintiffs in this case acknowledged that the market's perception of the value implications of the Alleged Misrepresentations changed following the 737 MAX re-certification during the Putative Class Period.  "[I]t is simply implausible that Boeing's 2019 statements to investors concerning the grounded and uncertified 737 MAX … could properly be considered in the same manner … as allegedly false statements made thereafter."[48]

---

an investigation conducted by a panel of industry experts, the FAA determined that Boeing's "SMS procedures are not structured in a way that ensures all employees understand their role in the company's SMS" and that Boeing "lack[s] awareness of safety-related metrics at all levels of the organization."  *See* FAA, "Section 103 Organization Designation Authorizations (ODA) for Transport Airplanes Expert Panel Review Report," February 26, 2024, available at https://www.faa.gov/sites/faa.gov/files/Sec103_ExpertPanelReview_Report_Final.pdf.

[47] "When Boeing 787 Deliveries Resume, FAA Will Certify Each Plane Itself," *Seattle Times*, February 16, 2022, available at https://www.seattletimes.com/business/boeing-aerospace/when-boeing-787-deliveries-resume-faa-will-certify-each-plane-itself/.

[48] Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund for Appointment as Lead Plaintiff and for Approval of Selection of Counsel, *State of Rhode Island Office of the General Treasurer v. The Boeing Company et al.*, United States District Court, Eastern District of Virginia, Alexandria Division, Civil Action No. 1:24-cv-00151-LMB-LRV, Document 19, April 1, 2024 ("Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund"), p. 8.  Moreover, Local #817 IBT Pension Fund noted that in a separate action brought on behalf of purchasers of Boeing securities between November 7, 2018 and December 16, 2019 with allegations that Boeing misled investors as to the design and safety of the 737 MAX, the Court found that "only unreasonable investors would find Muilenburg's statements about Boeing's core values meaningful to the total mix of information," given that "when Muilenburg and Boeing made these statements [('general statements about the

c. **Changes in the economic environment and external factors**:  During the nearly five-year Putative Class Period, Boeing faced numerous external developments and large changes in the economic environment in which it operated.  For example, the onset of and Boeing's recovery from the COVID-19 pandemic during the Putative Class Period meant not only large changes in macroeconomic conditions, but also long-lasting effects on Boeing's global supply chain, labor force, production processes, and on consumer demand for air travel.  These changes affected Boeing's production timelines, efficiency, and quality assurance, and therefore the market's assessment of the likelihood of success of Boeing's safety initiatives and Boeing's progress in implementing those initiatives, and the stock price impact of Boeing's forward-looking safety statements also likely changed.  Moreover, throughout the nearly five-year period, Boeing also faced changes in its competitive landscape and the financial and operating conditions of its key suppliers.  Mr. Coffman does not address the many changes in Boeing's economic environment over the nearly five-year Putative Class Period and as such has not proposed a methodology to measure the change in the stock price impact of the Alleged Misrepresentations.

26.     **Mr. Coffman fails to provide a damages methodology that can measure inflation consistently over a nearly five-year Putative Class Period in light of the complexities of Plaintiffs' allegations, including the materialization of known risks and consequential effects**.  Mr. Coffman's suggested damages approach, which proposes "start[ing]" from the price declines following the Alleged Corrective Events, fails to explain how he will reliably connect the stock price reactions to the Alleged Corrective Events in 2024 to inflation allegedly created by the Alleged Misrepresentations dating back to 2019 given the complexities of Plaintiffs' allegations.  In addition, because at least some of the Alleged Corrective Events in this matter include (1) materializations of the risk that Boeing's safety processes—including any efforts to

---

aircraft's safety, Boeing's core values, and Boeing's commitment to safety')], there had been two closely related plane crashes, followed by an indefinite emergency grounding order from the FAA." *See* Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund, pp. 6–7.

improve those processes—would fail to prevent quality escapes, or (2) consequences of those failures that could have caused stock price declines even absent the alleged misstatements, an event study is insufficient even to measure inflation removed by the Alleged Corrective Events, let alone to measure how inflation changed over the course of the nearly five-year Putative Class Period.  (See Section VI.B.)

a. **Implicit assumptions in "constant dollar" or "constant percentage" inflation approaches**:  The "constant dollar" and "constant percentage" inflation approaches Mr. Coffman proposes implicitly assume that the market's reaction to the Alleged Corrective Events after relevant developments occurred would be equal to the market's reaction to the same alleged corrective information absent such developments. Mr. Coffman provides no basis for this assumption or way to verify it.  For example, Boeing's Alleged Misrepresentations about its compliance with its Deferred Prosecution Agreement ("DPA") with the U.S. Department of Justice ("DOJ") could not have occurred prior to the announcement of the DPA in January 2021.[49]

b. **Materialization of known risks:**  Some, if not all, of the Alleged Corrective Events (such as the Alaska Airlines accident on January 5, 2024) represent materializations of the risk that Boeing's safety processes, including any efforts to improve those processes, could fail to prevent quality escapes, which could lead to safety incidents.  Although Plaintiffs allege that the risks of these quality escapes were understated by Defendants, market commentary during the Putative Class Period suggests that the possibility of such escapes was known by the market and the market's perception of that risk evolved over time.  For example, just over a week before the Alaska Airlines accident on January 5, 2024, market participants noted the FAA's announcement "that it [was] closely monitoring newer deliveries of Boeing 737 MAX aircraft for loose bolts in

---

[49] Deferred Prosecution Agreement, *United States of America v. The Boeing Company*, United States District Court, Northern District of Texas, Fort Worth Division, Civil Action No. 4:21-cr-00005-O, Document 4, January 7, 2021 ("DPA").

the rudder control system" after "an international operator [] found a missing nut in addition to a loose nut which was not tightened properly."[50] Such news would cause the market to update its assessment of the risk of quality escapes, affecting any inflation. Moreover, because this risk was at least in part known, even in the absence of Alleged Misrepresentations that according to Plaintiffs understated the risk of quality escapes, the price of Boeing's stock would still have fallen following the materializations of that known risk.

c. **Consequential effects of quality escapes:** Plaintiffs allege that Boeing faced additional consequences "in the wake of" or "prompted by the Alaska Airlines [accident],"[51] such as the FAA's announcement on January 12, 2024 that it would audit the production line of the aircraft involved in the Alaska Airlines accident and that it was "plann[ing] to increase its monitoring" of Boeing.[52] Mr. Coffman has not proposed a damages methodology that can isolate the portion of the price decline following such consequential developments, if any, that can be attributed to the materialization of any allegedly understated risk about quality escapes, rather than the realization of additional costs of quality escapes that had already occurred. Nor does he explain how he would assess the stock price impact of such consequential developments back throughout the Putative Class Period.

27. **Mr. Coffman has not reliably established efficiency for Boeing's options**. His analyses that purportedly demonstrate that the markets for Boeing options are efficient do not support his conclusion of efficiency. Mr. Coffman attempts to link the efficiency of the Boeing options markets to the efficiency of the underlying stock price.[53] Even if the market for Boeing's

---

[50] "Boeing Recommending Inspection of Rudder Control System Due to Loose Bolts," Bank of America, December 28, 2023. *See also* "Boeing 737 MAX Planes Inspected for Loose Bolts, FAA Says" *Wall Street Journal*, December 28, 2023, available at https://www.wsj.com/business/airlines/boeing-737-max-planes-inspected-for-loose-bolts-faa-says-c925e2a9 ("Boeing 737 MAX airplanes are being inspected for potential loose bolts in the rudder control system.").

[51] Complaint, ¶ 430.

[52] Complaint, ¶ 379.

[53] Coffman Report, ¶ 84.

stock is efficient, however, there is no reliable basis to presume efficiency for the markets for Boeing options as a result.  (See Section VII.)

    a.    **Heterogeneity in individual options**:  Mr. Coffman presents the results of his analysis of the Boeing options in aggregate, even though there are in fact many different Boeing options series that have varying attributes and market characteristics.

    b.    **Unreliable tests of "cause and effect"**:  Mr. Coffman presents two analyses that he claims constitute "test[s] to demonstrate cause and effect (i.e., *Cammer* Factor 5) for Boeing Options."[54]  Neither of these purported tests reliably demonstrates a cause-and-effect relationship between new, value-relevant information and prices of the Boeing option series.

    c.    **Inconsistency across analyses of Boeing stock and options**:  Mr. Coffman states it is "important to consider the identified efficiency factors as a whole because none of the individual tests or metrics is determinative as to whether a particular market is efficient," yet in his analysis of the Boeing options markets, Mr. Coffman only analyzes one factor, *Cammer* Factor 5.  This is in contrast to his analysis of Boeing's common stock in which Mr. Coffman considers eleven factors that he describes as "important metrics to consider when evaluating efficiency for purposes of the 'fraud on the market' theory."[55]

28.    **Mr. Coffman does not propose a class-wide damages methodology for options Consistent with Plaintiffs' theory of liability.**  Mr. Coffman proposes the same generic approach to measuring damages for options that he proposes for Boeing common stock.[56]  Mr. Coffman describes an approach that relies on the theoretical relationship between the value of the options and the value of the underlying stock to estimate inflation.  Mr. Coffman's brief description of such an approach fails to demonstrate that he can reliably overcome the economic challenges in calculating inflation for Boeing options, especially given that Mr. Coffman's own

---

[54] Coffman Report, ¶ 91.
[55] Coffman Report, ¶¶ 22–23.
[56] Coffman Report, ¶ 101.

market efficiency analyses have shown how the results of his "theoretical option pricing formula" differ from actual option prices.  (See Section VIII.)

**VI.    Mr. Coffman Fails to Put Forth a Class-Wide Damages Methodology Consistent with Plaintiffs' Theory of Liability, Especially in Light of the Unusual Circumstances During the Nearly Five-Year Putative Class Period in This Case**

29.    I understand that at the class certification stage, securities plaintiffs must establish the existence of a damages methodology for calculating class-wide damages that is consistent with their theory of liability.  Accordingly, it is my understanding that any method that would ultimately be used to estimate damages here must necessarily have the ability to disaggregate the removal of inflation (as well as economic losses) attributable to the correction of any Alleged Misrepresentations from stock price declines resulting from other causes.

30.    Mr. Coffman fails to provide a class-wide damages methodology consistent with Plaintiffs' theory of liability that takes into account the unusual attributes of this case, which alleges hundreds of misstatements on more than 50 different dates spread over a nearly five-year period that supposedly then were "corrected" by 20 alleged corrective events with an alleged stock price impact spread over a more than four-month period.[57]

31.    Plaintiffs in this matter allege that contrary to Defendants' public statements that Boeing was "prioritizing safety in its aircraft manufacturing," the Company was "taking dangerous shortcuts and prioritizing the rate of production of its airplanes over safety and quality."[58]  As an economic matter, assuming Plaintiffs' allegations are true, assessing the value impact of Boeing's statements over the nearly five-year Putative Class Period about "prioritizing safety" would require measuring the market's expectations during the Putative Class Period of (1) the potential benefits of "prioritizing safety" that would be realized if Boeing's stated plans were successfully carried out, (2) the likelihood that Boeing would be able to carry out its stated plans successfully, and (3) the time and financial costs to implement and progress on the implementation of those initiatives (e.g., potential trade-offs between more safety and lower production numbers).  The inherent uncertainty and variation in managing complex

---

[57] Complaint, Sections IV.H, VI.  *See also* **Exhibit 1**.
[58] Coffman Report, ¶ 13.

manufacturing processes like aircraft production complicates the measurement of these factors and must be considered in their evaluation.  Mr. Coffman fails to propose a damages methodology capable of reliably measuring these factors at any point in time, let alone how those factors and inflation changed over the course of the nearly five-year Putative Class Period (see Section VI.A below).

32.    Instead of proposing such a methodology, Mr. Coffman simply states that he will "start[] from an event study that measures price reactions to [the] disclosures that revealed the relevant truth."[59]  At best, as I explain in Section VI.B below, that approach would measure the combined effect of different factors at one point in time (upon the occurrence of the Alleged Corrective Events).  However, because at least some of the Alleged Corrective Events in this matter include (1) materializations of the known risk that Boeing's safety processes—including any efforts to improve those processes—would fail to prevent quality escapes, or (2) consequences of those failures that could have caused stock price declines even absent the Alleged Misrepresentations, an event study is insufficient even to measure inflation removed by the Alleged Corrective Events, let alone to measure how inflation changed over the course of the nearly five-year Putative Class Period.

33.    My understanding is that plaintiff experts need not establish the amount of economic losses caused by the Alleged Misrepresentations or calculate inflation or damages at this stage of the litigation, and I am not criticizing Mr. Coffman for not having done so.  Rather, my point is that his vague and generic references to the standard tools of financial economics that potentially could apply here and his making claims such as "loss causation analyses are often informed by information learned in discovery,"[60] "[d]etermining the specific valuation approach necessary to perform a loss causation analysis that reasonably disaggregates corrective and confounding information is an inherently case-specific question that depends on specific facts and circumstances,"[61] the "nature of this analysis [of how inflation per share may have evolved over the Putative Class Period] is intensely factual, case-specific, and may depend on information

---

[59] Coffman Report, ¶ 99.
[60] Coffman Report, footnote 127.
[61] Coffman Report, ¶ 99.

learned through discovery,"[62] etc., do not represent a methodology that a financial economist could implement to measure damages in a manner consistent with Plaintiffs' theory of liability.

> **A.      Mr. Coffman Fails to Propose a Damages Methodology That Can Assess How the Market Valued the Alleged Misstatements Regarding Forward-Looking Plans to "Implement Safety and Quality Control Practices" and "Establish a Safety Culture"**

34.      The Alleged Misrepresentations in this matter include statements regarding Boeing's forward-looking plans to "implement safety and quality control practices" and "establish a safety culture."[63]  As an economic matter, assuming Plaintiffs' allegations are true, the alleged inflation in this matter would result from the market over-valuing Boeing's safety efforts as a result of the Alleged Misrepresentations.  Specifically, inflation would be related to the difference between (1) the market's perception of Boeing's forward-looking plans to improve safety, and (2) Boeing's actual progress on those plans.

35.      Boeing's actual progress on safety initiatives, what the market learned about the implementation of those initiatives, and the market's perception of Boeing's progress on safety initiatives likely varied over time, depending on, among many other things, the specific safety initiatives the Company undertook, the Company's disclosure of those initiatives to the market, and the market's assessment of the expected success of those efforts and their value implications in light of the broader economic and regulatory environment.  Further, the probability of success of those initiatives may vary over time depending on context.  For example, safety initiatives may have a different probability of success when the Company is producing planes close to its available capacity, as compared to a situation where the production is well below capacity.  This is because the cadence of the line is higher, which leaves less time available for personnel, and available resources to pursue those initiatives (e.g., personnel, time for training, etc.) may differ depending on how close production is relative to available capacity.

36.      To determine how inflation evolved over the nearly five-year Putative Class Period, Mr. Coffman simply refers to a laundry list of potential "valuation techniques" that he

---

[62] Coffman Report, ¶ 100.
[63] Coffman Report, ¶ 13.

supposedly "can rely on."[64]  However, he does not explain how he would decide which technique(s) to apply, the specific circumstances under which he would use each technique, how he then would apply that technique, what inputs he would need, or how he would obtain those inputs.  As discussed below, Mr. Coffman thus fails to propose a damages methodology capable of measuring the impact of the Alleged Misrepresentations on the market's perception of the value implications of Boeing's safety reforms.  He offers no damages methodology that could incorporate the evolving nature of the alleged fraud, including, for example:

    a.   The fact that the 737 MAX was grounded by the FAA for the first 14 months of the Putative Class Period through November 2020, and commercial 737 MAX passenger flights did not resume in the U.S. until December 2020;[65]

    b.   The fact that Boeing entered into a DPA with the DOJ in January 2021 requiring Boeing to adopt a host of "remedial measures";[66]

    c.   The fact that deliveries of the 787 Dreamliner were halted for over a year, from May 2021 through July 2022, for manufacturing issues;[67]

    d.   The fact that the grounding of the 737 MAX during the first part of the Putative Class Period led to an accumulation of a large inventory of planes, causing Boeing to halt production of the 737 MAX between January 2020 and May 2020;[68] and

---

[64] Coffman Report, ¶¶ 99–100.

[65] "Key Events in the Troubled History of the Boeing 737 MAX," *Associated Press*, July 8, 2024, available at https://apnews.com/article/boeing-plea-737-max-crashes-b34daa014406657e720bec4a990dccf6.

[66] DPA, p. 5.

[67] "US Approves Boeing Inspection and Modification Plan to Resume 787 Deliveries," *CNN*, July 30, 2022, available at https://www.cnn.com/2022/07/30/business/boeing-faa-inspection-787/index html.

[68] "Boeing Statement Regarding 737 MAX Production," Boeing Press Release, December 16, 2019, available at https://boeing mediaroom.com/2019-12-16-Boeing-Statement-Regarding-737-MAX-Production ("Boeing suspends 737 MAX production starting in January due to certification moving into 2020 … Throughout the grounding of the 737 MAX, Boeing has continued to build new airplanes and there are now approximately 400 airplanes in storage."); "Boeing Resumes 737 MAX Production," Boeing Press Release, May 27, 2020, available at https://boeing mediaroom.com/news-releases-statements?item=130685.

e.  The fact that the software design issues that contributed to the 737 MAX's grounding were different from the manufacturing issues that resulted in the Alaska Airlines accident several years later in January 2024.[69]

37.     Mr. Coffman also states that "an often-used method" to measure inflation "is to assume 'constant dollar inflation,' which implies that the artificial inflation was the same dollar amount" from the first Alleged Misrepresentation until the first Alleged Corrective Event.[70]  Measured this way, inflation would reach its maximum level at the start of the Putative Class Period in September 2019, before any of the above developments had occurred, and at a time when one of the Lead Plaintiffs here notes that another court has already held that "only unreasonable investors would find" a statement about "Boeing's core values meaningful to the total mix of information."[71]

38.     Such an approach would also be inconsistent with my understanding that Plaintiffs assert that it was the repetition of the Alleged Misrepresentations regarding Boeing's plans to improve safety and safety culture over several years that made those Alleged Misrepresentations material to investors.  Although Mr. Coffman allows that "inflation per share may have evolved over the [Putative Class Period]," he claims that determining how it did so is part of a loss causation analysis.[72]  What Mr. Coffman has not done is present a methodology that could be used for estimating class-wide damages arising from the repetition of the Alleged Misrepresentations or other aspects of evolving inflation during the Putative Class Period.

39.     Finally, Mr. Coffman also fails to explain how he would incorporate the impact of changes in Boeing's economic environment that took place over the nearly five-year Putative Class Period.

---

[69] FAA, "Summary of the FAA's Review of the Boeing 737 MAX," November 18, 2020, available at https://www.faa.gov/sites/faa.gov/files/2022-08/737_RTS_Summary.pdf ("Immediately following the first accident and after issuing the Emergency AD, the FAA instructed Boeing to address the flight control software. … The FAA used accident data and expert analysis to target the software changes necessary to address the causes and factors that contributed to both accidents"); Complaint, ¶ 370; "737 Max-9 Partial Fleet Grounded by FAA After Fuselage Panel Loss Mid Flight," Bank of America, January 7, 2024 ("[T]his appears to be a manufacturing quality escape as opposed to a design issue.").

[70] Coffman Report, ¶ 100.  *See also* Videotaped Deposition of Chad W. Coffman, January 14, 2025 ("Coffman Deposition"), 157:7–158:10.

[71] Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund, p. 7.

[72] Coffman Report, ¶ 100.

**1.    Mr. Coffman Fails to Propose a Damages Methodology Capable of Assessing the Impact of the Alleged Misstatements on the Market's Perception of the Value Implications of Boeing's Safety Reforms**

40.    In the aviation industry, "quality escapes" generally refers to a situation in which a product defect or other quality-related issue passes through the company's quality control processes undetected and remains in the product delivered to the end client.[73]  Boeing warned investors of the potential for quality escapes during the Putative Class Period.[74]  Given the potential for quality escapes, in conjunction with certain product sales, Boeing "provide[s] warranties that cover factors such as non-conformance to specifications and defects in material and design."[75]  The safety reforms announced by Boeing could reduce the risk of quality escapes, if successful, but they could not eliminate that risk entirely.[76]

41.    Mr. Coffman notes that during the Putative Class Period, Boeing operated in three segments and "employed nearly 171,000 employees."[77]  Implementing safety reforms in an organization of the size and complexity of Boeing is a complicated endeavor that does not occur overnight and is subject to potential challenges.  Indeed, in its Form 10-K filings, Boeing warned investors of the challenges and uncertainties inherent in its "extremely complex" manufacturing operations:

---

[73] GovInfo, "Federal Aviation Administration, Department of Transportation, 14 CFR Ch. 1, § 21.139:  Location of or Change to Manufacturing Facilities," 2012, available at https://www.govinfo.gov/content/pkg/CFR-2012-title14-vol1/pdf/CFR-2012-title14-vol1-sec21-139.pdf.

[74] The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2019, filed on January 31, 2020 ("Boeing 2019 10-K"), p. 8 ("Developing and manufacturing commercial aircraft that meet or exceed our performance and reliability standards, as well as those of customers and regulatory agencies, can be costly and technologically challenging.  These challenges are particularly significant with newer aircraft programs.  Any failure of any Boeing aircraft to satisfy performance or reliability requirements could result in disruption to our operations, higher costs and/or lower revenues.").  Additionally, as part of its earnings calls, Boeing's management also commented on the possibility of quality escapes within its supply chain.  For example, in the Q2 2021 earnings call, CEO David Calhoun explained, "Good news, the inspections are done, right, toe to tail.  So those inspections are done.  Doesn't mean somewhere along the way, a supplier is not going to raise their hand and tell us there's an escape somewhere along the way."  *See* The Boeing Company, Q2 2021 Earnings Call, July 28, 2021.  In its Q4 2023 earnings call, Boeing discussed measures it took to reduce the risk of quality escapes in its supply chain, stating, "We issued bulletins to suppliers to strengthen the focus on conformance and reduc[e] the risks of quality escapes."  *See* The Boeing Company, Q4 2023 Earnings Call, January 31, 2024.

[75] Boeing 2019 10-K, p. 68.

[76] *See* Yuling Li and Frank W. Guldenmund, "Safety Management Systems:  A Broad Overview of the Literature," *Safety Science* 103 (2018), pp. 94–123, p. 96 ("[A] zero-risk situation, or absolute and unconditional safety, does not exist.")  *See also* Nancy Leveson, "White Paper on Approaches to Safety Engineering," April 23, 2003, p. 7 ("Nothing is absolutely safe, and safety is not the only, and is rarely the primary, goal in building systems.").

[77] Coffman Report, ¶¶ 10–11.

> The commercial aircraft business is extremely complex, involving extensive
> coordination and integration with U.S. and non-U.S. suppliers, highly-skilled
> labor performed by thousands of employees and other partners, and stringent [and
> evolving] regulatory requirements and performance and reliability standards.
> …
> Our commercial aircraft production system is extremely complex.  Operational
> issues, including delays or defects in supplier components, failure to meet internal
> performance plans, or delays or failures to achieve required regulatory approval,
> such as with the 737 MAX, could result in additional out-of-sequence work and
> increased production costs, as well as delayed deliveries to customers, impacts to
> aircraft performance and/or increased warranty or fleet support costs.[78]

42.     Given these complexities, as I explain below, alleged inflation in this matter is expected

to depend on the market's expectations during the Putative Class Period of (1) the potential

benefits of "prioritizing safety"[79] if Boeing's stated plans were successfully carried out, (2) the

likelihood that Boeing would be able to carry out its stated plans successfully, and (3) the time

and financial costs that would be required for Boeing to implement such plans (e.g., potential

trade-offs between more safety and lower production numbers).  I also explain how the inherent

uncertainty and variation in managing complex manufacturing processes like aircraft production

complicates the measurement of these factors and must be considered in their evaluation.

43.     Leading up to and during the Putative Class Period, Boeing announced several initiatives

geared toward improving safety and Boeing's safety culture.  These initiatives include but are

not limited to:

    a.  **Formation of the Aerospace Safety Committee.**  In August 2019,
Boeing established the Aerospace Safety Committee as a permanent Board
committee with the goal "to increase the effectiveness of its oversight of
safety in all aspects of operations, including engineering, design,
development, manufacturing, production, maintenance and delivery of
products and services."[80]

    b.  **Launching of a Speak Up program.**  In August 2019, Boeing
"established a confidential reporting channel called Speak Up for

---

[78] Boeing 2019 10-K, pp. 7–8
[79] Coffman Report, ¶ 13.
[80] Boeing, "Chief Aerospace Safety Officer Report, 2022: Our Safety Journey," April 2023, available at
https://www.boeing.com/content/dam/boeing/boeingdotcom/principles/safety/caso/caso-report-2022.pdf.

employees to voice their concerns about product quality and safety and offer ideas for how to improve."[81]

c. **Formation of an independent Product and Services Safety organization.** On September 30, 2019, Boeing announced the creation of a new Product and Services Safety ("PSS") organization to "unify safety-related responsibilities currently managed by teams across several Boeing business and operating units."[82] The PSS organization would report to the Boeing Chief Engineer and the Board's Aerospace Safety Committee.

d. **Enterprise-wide implementation of Safety Management Systems ("SMS").** On September 30, 2019, Boeing announced it would be "expanding companywide use of a comprehensive safety management system and safety review boards to standardize safety policy and objectives, share best practices, manage risk, assess performance, increase visibility and further strengthen the company's safety culture."[83] In 2020, the FAA formally accepted Boeing's voluntary SMS for its BCA segment.[84] In July 2021, the FAA determined that "BCA's SMS meets [the] FAA's expectations and operates as intended."[85]

---

[81] Boeing, "Safety at Boeing," available at https://www.boeing.com/safety.

[82] "Boeing Chairman, President and CEO Dennis Muilenburg Announces Changes to Sharpen Company Focus on Product and Services Safety," Boeing Press Release, September 30, 2019, available at https://boeing mediaroom.com/2019-09-30-Boeing-Chairman-President-and-CEO-Dennis-Muilenburg-Announces-Changes-to-Sharpen-Company-Focus-on-Product-and-Services-Safety.

[83] "Boeing Chairman, President and CEO Dennis Muilenburg Announces Changes to Sharpen Company Focus on Product and Services Safety," Boeing Press Release, September 30, 2019, available at https://boeing mediaroom.com/2019-09-30-Boeing-Chairman-President-and-CEO-Dennis-Muilenburg-Announces-Changes-to-Sharpen-Company-Focus-on-Product-and-Services-Safety.

[84] Boeing, "Chief Aerospace Safety Officer Report, 2022: Our Safety Journey," April 2023, available at https://www.boeing.com/content/dam/boeing/boeingdotcom/principles/safety/caso/caso-report-2022.pdf.

[85] FAA, "Section 103 Organization Designation Authorizations (ODA) for Transport Airplanes Expert Panel Review Report," February 26, 2024, Figure 2, available at https://www faa.gov/sites/faa.gov/files/Sec103_ExpertPanelReview_Report_Final.pdf. *See also* Boeing, "Chief Aerospace Safety Officer Report, 2022: Our Safety Journey," April 2023, available at https://www.boeing.com/content/dam/boeing/boeingdotcom/principles/safety/caso/caso-report-2022.pdf ("In July 2021, the FAA completed an evaluation and determined the BCA SMS is meeting regulatory expectations and operating as intended."). In February 2024, following an investigation conducted by a panel of industry experts, the FAA determined that Boeing's "SMS procedures are not structured in a way that ensures all employees understand their role in the company's SMS" and that Boeing "lack[s] awareness of safety-related metrics at all levels of the

e. **Alignment of engineering reporting structure.**  On September 30, 2019, Boeing also aligned its engineering function to a single reporting structure with the goal of "strengthen[ing] engineering and elevat[ing] focus on safety and quality."[86]  Following this change, engineers across Boeing began reporting to the Boeing Chief Engineer.[87]

f. **Formation of the Chief Aerospace Safety Office.**  On January 13, 2021, Boeing established the Chief Aerospace Safety Office ("CASO") and appointed its first Chief Aerospace Safety Officer.[88]

g. **Completion of Boeing Safety Intelligence ("BSI").**  In 2022, the CASO team completed the development of BSI, "a new safety analytics platform that … helps teammates proactively monitor emerging safety trends within the global fleet and across the company's SMS."[89]

h. **Introduction of Safety Experience digital learning platform**.  In early 2023, Boeing launched the Safety Experience digital learning platform with the goal of "provid[ing] employees with an engaging and

---

organization." *See* FAA, "Section 103 Organization Designation Authorizations (ODA) for Transport Airplanes Expert Panel Review Report," February 26, 2024, available at https://www.faa.gov/sites/faa.gov/files/Sec103_ExpertPanelReview_Report_Final.pdf.

[86] The Boeing Company, SEC Schedule 14A, Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, filed on April 2, 2021; "Boeing Chairman, President and CEO Dennis Muilenburg Announces Changes to Sharpen Company Focus on Product and Services Safety," Boeing Press Release, September 30, 2019, available at https://boeing mediaroom.com/2019-09-30-Boeing-Chairman-President-and-CEO-Dennis-Muilenburg-Announces-Changes-to-Sharpen-Company-Focus-on-Product-and-Services-Safety.

[87] "Boeing Chairman, President and CEO Dennis Muilenburg Announces Changes to Sharpen Company Focus on Product and Services Safety," Boeing Press Release, September 30, 2019, available at https://boeing mediaroom.com/2019-09-30-Boeing-Chairman-President-and-CEO-Dennis-Muilenburg-Announces-Changes-to-Sharpen-Company-Focus-on-Product-and-Services-Safety ("The team will be led by Vice President of Product and Services Safety Beth Pasztor, who will report jointly to the Boeing Board of Directors Aerospace Safety Committee and Greg Hyslop, Boeing chief engineer and senior vice president of Engineering, Test & Technology. The organization will bring together teams across Boeing—and external talent where needed—to elevate awareness and reporting of, and accountability for, safety issues within the company, further improving enterprise-wide product and services safety ."); The Boeing Company, SEC Schedule 14A, Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, filed on April 27, 2020 ("To further strengthen engineering and elevate product and services safety, engineers across Boeing now report to the Chief Engineer.").

[88] "Boeing CEO Updates Employees on Safety Infrastructure," Boeing Press Release, January 13, 2021, available at https://boeing.mediaroom.com/news-releases-statements?item=130804; FAA, "Section 103 Organization Designation Authorizations (ODA) for Transport Airplanes Expert Panel Review Report," February 26, 2024, available at https://www.faa.gov/sites/faa.gov/files/Sec103_ExpertPanelReview_Report_Final.pdf

[89] Boeing, "Chief Aerospace Safety Officer Report, 2023:  Our Safety Journey," May 2024, available at https://www.boeing.com/content/dam/boeing/boeingdotcom/safety/caso/caso-report-2023.pdf

collaborative forum for discovering and sharing product safety information."[90]

44.     From an economic perspective, each of those measures is expected to have different potential benefits net of costs, likelihood of success, time to implement, costs of implementation, and levels of uncertainty regarding potential outcomes.  As discussed below, the market's assessment of those factors evolved over the Putative Class Period in light of new information about the Company's progress in implementing those initiatives as well as external factors, including broader economic trends that shaped the market's perception of those initiatives.

### a)     Potential Net Benefits of Safety Initiatives

45.     In this case, Plaintiffs allege misrepresentations regarding Boeing's safety initiatives[91] and, more generally, the Company's commitment to safety.  As a result, inflation would be based on the extent to which those Alleged Misrepresentations caused the market to overestimate the value implications of successfully implementing those initiatives and that commitment.  However, identifying the specific benefits of a particular safety initiative that was allegedly misrepresented (or of the Company's then CEO David Calhoun, stating that the Company was "prioritizing safety"),[92] and translating those benefits to the Company's expected cash flows, is not straightforward, and Mr. Coffman has not provided a damages methodology to do either.

46.     For example, many of the Alleged Misrepresentations relate generally to Boeing's commitment to safety.  Plaintiffs allege that Boeing falsely and misleadingly stated that "[s]afety is, simply put, [its] highest priority."[93]  If that statement caused the market to expect a lower risk of quality escapes, inflation would depend on the difference between the true risk of quality escapes and the market's perception of that risk based on the alleged misstatement.  Yet

---

[90] Boeing, "Chief Aerospace Safety Officer Report, 2023:  Our Safety Journey," May 2024, available at https://www.boeing.com/content/dam/boeing/boeingdotcom/safety/caso/caso-report-2023.pdf

[91] *See, e.g.*, Complaint, ¶ 577 (alleging as false and misleading the statement in a Boeing press release that "Boeing is standing up a new Product and Services Safety Organization" and "expanding the role and reach of the Company's Safety Promotion Center"); Complaint, ¶ 581 (alleging as false and misleading the statement by Mr. Muilenburg that Boeing is "strengthening and elevating [its] engineering function through a direct reporting line to Boeing's Chief Engineer").

[92] "Boeing Reports Fourth-Quarter Results," Boeing Press Release, January 25, 2023, available at https://boeing mediaroom.com/2023-01-25-Boeing-Reports-Fourth-Quarter-Results.

[93] Complaint, ¶ 1 (emphasis removed).

Mr. Coffman has provided no damages methodology capable of determining whether the market expected a lower risk of quality escapes or the effect on expected cash flows of that lower risk.

47.     Similarly, Mr. Coffman has provided no damages methodology that can determine what net benefits the market expected could be realized from more specific programs that Plaintiffs allege were misrepresented.  For example, he has not provided a damages methodology to measure the benefits the market expected from Boeing creating "a direct reporting line to Boeing's Chief Engineer" or the cash flow implications of those benefits.  Even if the specific facts relating to that direct reporting relationship are yet to be established, Mr. Coffman's statement of a methodology for class-wide damages could identify (1) the types of information he would require, (2) how such information could be applied in estimating class-wide damages (e.g., tracking intended and realized progress over time; determining the likelihood, impact, expected timing, and costs of such actions; and addressing the uncertainty associated with such actions), and (3) the analytical methods (as opposed to generic tools) he would apply in addressing relevant questions in that analysis.  Mr. Coffman has provided no such information.

### b)     Likelihood of Success of Safety Initiatives

48.     Given the complexity of Boeing's operations and the size of its workforce, as discussed above, the changes to Boeing described in the Alleged Misrepresentations would be difficult to implement and uncertain to succeed in realizing the potential benefits.  The market's assessment of the value implications of Boeing's safety initiatives described by the Alleged Misrepresentations would be influenced by the perceived likelihood that Boeing would be able to successfully implement those initiatives.

49.     In the wake of the 737 MAX accidents in 2018 and 2019, many market participants called for a cultural shift at Boeing, citing the Company's prior emphasis on cost-cutting over safety, innovation, and transparency as factors contributing to Boeing's troubles.[94]  However,

---

[94] *See, e.g.*, "What Boeing Has Taught Us About Not Neglecting Company Culture," *Forbes*, December 18, 2019, available at https://www.forbes.com/sites/brettonputter/2019/12/18/what-boeing-has-taught-us-about-not-neglecting-company-culture-culturegene/ ("[B]esides the systematic and financial costs of these events, it is Boeing's company culture that should be deeply examined."); "Boeing Has a Crisis of Confidence; It's Time for the Board to Step Up," *CNN*, May 16, 2019, available at https://www.cnn.com/2019/05/16/business/boeing-737-max-crisis-faa/index html ("To restore confidence in Boeing's once-sterling reputation for safety, corporate governance

they noted that such changes can be difficult to implement successfully in large and complex organizations like Boeing, especially in the short term.[95]  For example, analysts at Bank of America stated in 2022, more than two years into the Putative Class Period and after Boeing had replaced its CEO in December 2020, that:

> The first key to Boeing's success is culture change.  Peter Drucker's phase, "Culture eats strategy for lunch," is apropos to [Boeing's] predicament.  The key to [Boeing's] long-term success is culture change.  Without it, management's strategy and operations would be impaired.  We suggest that investors ask themselves, 'Can the current leadership successfully change the culture that led to the 737 Max tragedy, the 787 delivery halt, the loss of the right to certificate [*sic*] aircraft coming off the lines and the multitude of charges across the defense business?'  It took the better part of 20 years to get to this point.  Change won't happen overnight.  But, turnaround stories can be good investments for the patient investor if the right leadership is in place, the right culture takes hold, and a good strategy is in place.  Balancing short-term catalysts against long-term issues and challenges is the key to understanding [Boeing's] stock, in our view.[96]

50.    Similarly, analysts at Bernstein noted in 2022 that they "cannot be sure" whether Boeing can "truly change" its culture, but saw the measures the Company was taking as steps in "the right direction."[97]

51.    The view that changing culture in large organizations can be difficult and subject to challenges is also consistent with academic research.  For example, a paper published in the

---

experts and analysts urged the world's largest aerospace company to take more dramatic steps, including shaking up its board of directors, curbing Muilenburg's power, owning up to what went wrong with the 737 Max and hiring a credible outsider to investigate.").  *See also* "Boeing 737 MAX Safety System Was Vetoed, Engineer Says," *New York Times*, October 29, 2019, available at https://www nytimes.com/2019/10/02/business/boeing-737-max-crashes html.  As noted in the *New York Times* article, Boeing management also noted the need for culture change.  For example, in an address at the Economic Club of New York in October 2019, Boeing CEO Mr. Muilenburg noted that "it is critical [the Company] take[s] a step back to humbly look at [its] culture."

[95] *See, e.g.*, "When a Loss of Corporate Governance Results in Quality Erosion," Bank of America, April 12, 2021 ("We recognize [Boeing's] recent initiatives to improve its focus on safety and engineering….  We believe [Boeing] is just beginning to dig its way out of this hole.  We also remain cautious that the cost-efficiencies necessitated by the coronavirus' impact on the industry could create other long-term hurdles for the co.  We look forward to [Boeing] ultimately re-finding its true North:  regaining its engineering excellence and unrelenting focus on safety.  However, until then, we believe there will be bumps along the way.  Similar case studies suggest restoring its reputation may take years and not be a straight path."); "Letter to the CSO:  Boeing and ESG – What Is and What Should Never Be," Bernstein, December 16, 2022 ("We trace the cultural and governance challenges at Boeing to well before the last decade….  The long history of issues at Boeing makes change all the more difficult.").

[96] "Where to Now? How Management Can Unlock Value," Bank of America, September 7, 2022 (emphasis removed).

[97] "Boeing:  After the Investor Conference - A New Start?" Bernstein, November 4, 2022.

*Journal of Financial Economics* in 2022 finds that 92% of the 1,348 North American executives surveyed by the authors believe that improving corporate culture would increase firm value, and that only 16% of those executives believe that their company's culture is where it should be.[98] The study identifies several potential barriers to cultural change, including lack of trust among employees, coordination challenges, and capacity constraints such as limited time or resources.[99]

52.     My review of commentary from sell-side all-star equity analysts shows that analysts were skeptical about Boeing's ability to successfully implement substantial changes in its culture and organization.[100]  For example, in December 2019, after Boeing announced a 737 MAX production halt and a CEO change, analysts from Bank of America noted they had "mixed feelings on Boeing selecting [its new CEO] from within," stating that "an insider that has been with the company for 10 years, signals more of the same from Boeing vs an outside appointee who may have offered more of a change of pace and culture."[101]  Similarly, analysts from J.P. Morgan reported in May 2022:

---

[98] John R. Graham et al., "Corporate Culture:  Evidence from the Field," *Journal of Financial Economics* 146, no. 2 (2022), pp. 552–593 ("Graham et al. (2022)"), p. 552.

[99] Graham et al. (2022), p. 554.

[100] Given the volume of sell-side equity analyst report coverage of Boeing released during the Putative Class Period, I rely on a review of sell-side all-star equity analyst commentary in forming my opinions.  Academic research has found that "[a]nalysts process numerous information triggers, such as market prices, financial metrics, and management disclosures" and "provide information to their clients by synthesizing multiple information sources." *See* Mark T. Bradshaw et al., "Soft Information in the Financial Press and Analyst Revisions," *The Accounting Review* 96, no. 5 (2021), pp. 107–132, p. 108.  The publication *Institutional Investor* conducts annual surveys to rank sell-side research analysts based on votes from investment managers.  The rankings identify sell-side equity analysts that are "All-America" (previously known as all-stars) as part of the first-team, second-team, third team, and runners-up.  *See* "2021 II Research All-America & All-Canada Methodology," *Institutional Investor*.  I focus my review of analyst report commentary on firms with analysts that made these all-America lists during the Putative Class Period, as my prior research has found that "[i]nfluential recommendations" from analysts are "more likely to be from *Institutional Investor*–ranked analysts."  *See* Roger K. Loh and René M. Stulz, "When Are Analyst Recommendation Changes Influential?," *The Review of Financial Studies* 24, no. 2 (2011), pp. 593–627, p. 595.  In addition to my review of sell-side all-star equity analyst commentary, I reviewed *Wall Street Journal* articles on Boeing published during the Putative Class Period identified using the Factiva database.

[101] "Dennis Muilenburg Resigns as President and CEO of Boeing," Bank of America, December 23, 2019.  A month later, in January 2020, analysts at Credit Suisse noted that "cultural issues at the company, execution missteps at BDS, 777X EIS risk, and other items [kept them] firmly on the sidelines."  *See* "Boeing: Uncomfortably Numb: Slashing Estimates and Revisiting the Investment Thesis and Product Strategy," Credit Suisse, January 22, 2020.

> While [Domhnal Slattery, the CEO of Avolon, a leading lessor and Boeing customer] believes Boeing is too important not to fix itself over time, he indicated that doing so might require new leadership.[102]

53.     Similarly, a review of user-generated public commentary in sources like online forums, such as Glassdoor,[103] shows that industry professionals, apparently including Boeing employees, expressed skepticism and concerns about Boeing's safety culture throughout the Putative Class Period.  For example, on May 6, 2019, a user on Airliners.net—an aviation website that includes online forums where aviation professionals and enthusiasts discuss topics related to aviation— commented on Boeing's corporate culture:

> I worked for Boeing, and I can tell you right now….  They are all about profit, and that's the culture they hold dearly in the tower in Chicago.  Ram these planes out, go as Lean as possible, increase production, hurry, and be ethical.  Oh, and outsource this, outsource that![104]

54.     Similarly, on December 13, 2021, more than a year into the Putative Class Period, a user identified as a Boeing systems engineer provided the following review on Glassdoor:

> [T]hese issues have been with the company for a long time.  Heard it from many others, nothing can change, it's part of the company.  It's a real shame because there's so much potential, but a lot of good engineers have left this past year….  Management totally out of sync with what engineers want/need; Depending on the project you're with, there's an undertone of a toxic, gas-lighting culture that can be used against you, resulting in long-time colleagues turning against you.[105]

---

[102] "Boeing Company, a Pointed Message," J.P. Morgan, May 5, 2022.  Later in May 2022, analysts at J.P. Morgan noted: "the CFO made a rare conference appearance to highlight that Boeing is on the cusp of turning the corner.  Obviously, the market does not share this view and for the stock to work, we think Boeing needs to deliver on its commitments over time, most notably by literally delivering 737s and 787s." *See* "Boeing Company: Processing a Tough Week," J.P. Morgan, May 16, 2022.

[103] Glassdoor is a job market data aggregator that includes 2.5 million employer profiles and over 200 million reviews, salaries, and insights that attract over 60 million unique monthly visitors as of January 9, 2025.  *See* Glassdoor, "About Us / Press," available at https://www.glassdoor.com/about/.

[104] "Re:  Something Wrong with Boeing's Safety Culture?," *Airliners.net*, May 6, 2019, available at https://www.airliners net/forum/viewtopic.php?f=3&t=1421869.

[105] Anonymous Glassdoor reviews for Boeing from Coresignal, a third-party web data provider.  *See* Coresignal, "Always Fresh Public Web Data," available at https://coresignal.com/.  A data file containing 10,118 anonymous reviews for Boeing with review publish dates between July 1, 2019 and May 30, 2024 was provided to me by Coresignal upon request.

55.     Market participants' skepticism about Boeing's ability to successfully implement cultural reforms was further compounded by developments such as the onset of COVID-19 and the discovery of manufacturing quality escapes in the 787 Dreamliner in September 2020.  With respect to COVID-19, some analysts noted that the pandemic adversely affected Boeing's operations, leading to negative financial consequences (see also Section VI.A.3).[106]  Those negative operational and financial consequences could complicate Boeing's safety reforms and slow the pace of those reforms.

56.     Boeing's discovery of quality escapes in the 787 Dreamliner later that year raised additional questions about Boeing's safety culture and quality control processes.  In September 2020, analysts at Jefferies noted that "production issues on 787 aircraft produced in its Charleston, South Carolina facility … ha[ve] led to more in-depth inspection for quality assurance."[107]  Analysts at Bernstein noted the issues with the 787 Dreamliners manufactured in the South Carolina facility "may be greater than originally thought" and that it was "not clear when this will be resolved."[108]  Around the same time, analysts at Bank of America also discussed 787 Dreamliner quality issues, and similarly noted that those issues "raise ongoing questions about fabrication quality at Boeing, especially in South Carolina."  They further noted that "while investors may see a 737 MAX return to service as marking the end of quality issues at Boeing, these recent reports could suggest otherwise."[109]

---

[106] *See, e.g.*, "It's About the Virus Now; Downgrade to Neutral," J.P. Morgan, March 12, 2020 ("Our desire to hang in with Boeing until the return of the 737 MAX has worked out poorly … now more importantly with the impact of COVID-19 on aircraft demand.  It's time for us to acknowledge that and without clarity on how COVID-19 will affect aircraft demand over the next year, we lack conviction and downgrade to Neutral.").

[107] "August Orders and Deliveries:  Slow Month with 787 Deliveries at 4 as Watch Item," Jefferies, September 8, 2020.

[108] "Boeing: 737MAX Return – Escaping Gravity's Rainbow?," Bernstein, November 19, 2020.

[109] "Quality Issues Amass; August Orders Don't Paint a Better Picture; Maintain Neutral," Bank of America, September 9, 2020.  Quality issues of the 787 Dreamliner continued after 2020, with several analysts noting persistence of the issues.  For example, in July 2021, analysts at Goldman Sachs noted, "Current quality control issues on the 787 are not ideal.  However, it has now been known for months that they exist, and we believe new management wants to fix all production challenges before moving into a sustained delivery recovery, which is needed for long-term quality of product and profitability.  We think the changes that have come about thus far are relatively minor."  *See* "Boeing Co. (BA):  June Aircraft Order & Delivery Report," Goldman Sachs, July 13, 2021.  Similarly, analysts at Bank of America noted, "787 still not in the clear 10 years & 1,000 deliveries later:  This morning, Boeing surprised the market with another program engineering issue.  A supplier notified that certain 787 titanium parts were improperly manufactured and weaker than they should be.  The defect affects 787s built over the past three years.  We are concerned about continued manufacturing issues in a quite mature stage of the 787 program and concerned about what this could imply about Boeing's engineering health and timely quality control."  *See* "Another 787 Manufacturing Issue, Increasing Risks of Forward Loss," Bank of America, October 14, 2021

57.      In October 2020, analysts at Bernstein noted ongoing concerns about safety issues with

the 787 Dreamliner, as well as other processes, and highlighted the need for cultural changes:

> Cultural challenges – Need for progress:  The 737MAX led to many concerns
> about management processes at Boeing and eventually led to the change of CEO
> at the beginning of 2020.  There were other issues that came to light on the MAX
> beyond just the MCAS system (e.g. FOD).  Issues arose on other programs,
> including ongoing challenges on the KC-46 tanker and the Starliner space
> program.  Manufacturing issues were found on the several 787s in service that
> were built in Charleston.  Last week, the FAA announced that Boeing must make
> changes to software on recent 747 flight computers to address a safety issue. [110]

58.      In the context of the 787 Dreamliner issues, analysts also questioned Boeing's decision,

announced in October 2020, to consolidate the 787 Dreamliner production in South Carolina.[111]

For example, analysts at Credit Suisse raised concerns about productivity and quality at the

consolidated facility:

> Boeing to move 787 production to South Carolina in 2021:  Boeing Co said on
> Thursday it will move the rest of its 787 Dreamliner production to South Carolina
> in 2021 … Consolidation should allow the program to maintain some of its prior
> economics, though we believe cash gross margins will be significantly pressured
> from both higher unit costs and increased discounts.  Note that while labor in SC
> is understood to be cheaper, *productivity/quality may be worse*.[112]

---

(emphasis removed).  *See also* "Valuation Trends – Val. Trends #701:  Lessons Learned in 2021, Preamble to 2022," Bank of America, December 27, 2021 (emphasis removed) ("Boeing issues persist, to Airbus' advantage: Engineering and culture troubles run deeper than expected and continue to hamper [Boeing] programs into 2022. We view continued manufacturing issues in mature programs, like the 787, as a red flag and are concerned about what this could imply about engineering health, but also timely quality control and overall negative impact to the [Boeing] brand.").

[110] "Airbus, Boeing:  When, Not If; Q3 Preview, Planning for Recovery, But with a Long Winter Ahead," Bernstein, October 26, 2020 (emphasis removed).

[111] "Boeing to Consolidate 787 Production in South Carolina in 2021," Boeing Press Release, October 1, 2020, available at https://investors.boeing.com/investors/news/press-release-details/2020/Boeing-to-Consolidate-787-Production-in-South-Carolina-in-2021/default.aspx.

[112] "A&D Weekly: FAA Chief Puts MAX Through Paces, BA Announces 787 Consolidation, Airbus Undelivered Fleet Declines," Credit Suisse, October 2, 2020 (emphasis added).  Analysts at Bernstein also noted that consolidation would be "difficult" given differences in production and volumes.  *See* "Boeing:  After Q2 – Looking for lights; How Long Is the Tunnel?," Bernstein, July 30, 2020 ("Management said that Boeing is looking at potentially consolidating activities at the 787 facilities at Everett, WA and North Charleston, SC into a single facility given these lower production rates.  We have seen consolidation of these sites as difficult.  Charleston is needed for production of the 787 aft fuselage and is the only site that produces the 787-10.  Volume is needed at Everett to absorb costs on other programs, including the KC-46 tanker and 777, which are at low volumes."); Similarly,

59.     Analysts at Bank of America also highlighted these quality concerns, questioning the move:

> SC is viewed as a more cost-effective option as WA's workforce is unionized (IAM District 751) and SC's is not.  That said, cheaper does not always mean less expensive, as quality control issues can lead to expensive fixes.  Recently, 787 issues have raised questions about fabrication quality at [Boeing], especially in SC….  This is not the first time quality control has been a concern in SC.  In 2014, debris left on assembled planes became such an issue that Qatar Airways stopped taking delivery of 787 Dreamliners coming out of SC. [113]

60.     At least one analyst also expressed skepticism about Boeing's relocation of its corporate headquarters from Chicago, Illinois, to Arlington, Virginia, announced in May 2022,[114] questioning how the move to northern Virginia was consistent with Boeing's stated focus on engineering excellence:[115]

> Why D.C. – Lobbying vs. Engineering:  For a company on a redemption arc, we question the move to D.C.  Boeing's reputation was built by excellence in engineering talent and execution on shop floors.  Every manufacturer is competing for engineering talent.  Calhoun has previously stated, "our culture is focused on getting as close to our work as we possibly can from the very top of the company through the engineering rank."  We find it difficult to pair the actions with the quote or imagine a cultural reset is happening in Seattle via Zoom from the National Mall.  We will watch to see whether Boeing will speak on how

---

analysts at UBS noted: "With news reports pointing toward consolidation of the 787 final assembly in South Carolina, we expect that transition alone to create an air pocket for production that will put further stress on near-term cash flow but likely necessary as we expect the company to need to rationalize its cost base for 6/mo for the next several years vs. the drop and climb currently embedded in the accounting assumptions." *See* "Putting the 737MAX News in Order," UBS, September 30, 2020.  Analysts at J.P. Morgan noted that the long-term consequences of the consolidation in South Carolina are unclear.  *See* "Q3 Preview", J.P. Morgan, October 14, 2020 ("Plans to consolidate 787 production in Charleston may have long-term implications for Boeing's presence in Washington State but for now we are focused on how this changes earnings and cash flow…The move should also bring long-term savings that can help profitability but with ~70% of 787 costs in the supply chain and not all of the remainder in final assembly, the size of the benefit is unclear.").

[113] "Valuation Trends – Val. Trends #637:  Cheaper Isn't Always Less Expensive - [Boeing] Consolidates 787 in SC," Bank of America, October 5, 2020.

[114] "Boeing Names Northern Virginia Office Its Global Headquarters; Establishes Research & Technology Hub," Boeing Press Release, May 5, 2022, available at https://investors.boeing.com/investors/news/press-release-details/2022/Boeing-Names-Northern-Virginia-Office-Its-Global-Headquarters-Establishes-Research--Technology-Hub/default.aspx.

[115] Although analysts at Bernstein thought that the move was "irrelevant," they stated that the issue had "come up with multiple investors."  *See* "Boeing:  What Is Wrong with This Picture?  Sorting Through Ten Arguments to Explain Last Week's Decline," Bernstein, May 16, 2022.

they [believe] this move creates tangible value and … positively impacts the corporate culture.[116]

61.    While many analysts were skeptical about Boeing's ability to implement the safety reforms it had announced, some analysts noted positive developments on those reforms but warned that substantial uncertainties still lay ahead.  For example, analysts at Bank of America noted in April 2021—18 months into the Putative Class Period—that Boeing "is just beginning to dig its way out of this hole" and that "there will be bumps along the way … [to Boeing] regaining its engineering excellence and unrelenting focus on safety."[117]  In February 2022, analysts from Morgan Stanley noted that "Boeing is still in the process of overcoming its execution issues" and that it is "going to take a while for confidence regarding execution to return" but that "current problems are seeing progress."[118]  Analysts from UBS summarized progress on Boeing's safety initiatives but also highlighted that the work on those initiatives was not yet complete:

> Has there been any culture change at Boeing?  We sense there have been a few realizations in the last couple of years that are first appearing as changes in conversation and process and over time could become more changes in culture.  Most of the process changes we are sensing are senior leadership perspectives around the trade-off between cost and quality, the trade-off between rate and stability, the trade-off between simplicity and expansion and the trade-off between cost control and bureaucratic approvals.  None of these pivots are complete, but there appear to be real internal debates that are reevaluating priorities.[119]

62.    Beyond recognizing the inherent challenges of implementing cultural reforms in a large and complex organization like Boeing[120] and expressing skepticism about the Company's

---

[116] "Boeing Investor Day Preview – Looking for Tyche's Blessing," Bank of America, October 10, 2022 (emphasis removed).

[117] "When a Loss of Corporate Governance Results in Quality Erosion," Bank of America, April 12, 2021.

[118] "Boeing Bulls vs. Bears," Morgan Stanley, February 1, 2022.

[119] "Top 10 Questions We Get on Boeing," UBS, September 13, 2021 (emphasis removed).

[120] Analysts also noted that Boeing's safety initiatives were a firm-wide effort, the success of which depended on cooperation with employees and customers.  *See, e.g.*, "737 MAX Update:  Progress w/ Software Submission, but Timeline Slipping to Right," Jefferies, October 23, 2019 ("Renewed Commitment to Safety.  [Boeing] announced several actions over the past few weeks to advocate its commitment to safety following a five-month independent board committee review of the policies and processes surrounding the design and development of its airplanes…. The company will also establish a formal design requirement program meant to further enhance the company's

progress, some market participants also questioned the credibility of statements from Boeing's management about the changes Boeing intended to make with respect to safety. For example, analysts from Bank of America stated, "[t]he tone of the questions [that the analysts received from investors] points to investors not necessarily believing management commentary."[121] While following the appointment of a new CEO in January 2020, analysts at Jefferies stated that changing the CEO adds credibility to the changes that have been made,[122] and analysts at J.P. Morgan described the change as "one necessary step forward" on a "long road" ahead for change,[123] at least one analyst expressed concern that the new CEO appointment would bring only "more of the same."[124]

63.      Some analysts reacted positively to Boeing's change of its CFO in July 2021,[125] expecting that the new CFO will "focus on manufacturing operations."[126] At least one analyst noted that the change was an important indicator of Boeing's commitment to changing its culture:

---

safety program. The program will entail partnerships with airline customers on flight deck designs that anticipate the needs of future pilot populations and expand the reach of the safety promotion center."); "Mgmt Mtg Takes: Advancing Sustainability to Drive Customer Trust and Preference," Jefferies, June 21, 2022 ("Improving Safety Culture Across the Company…. The safety management system is a firm-wide approach to encourage employees to speak up w/ weekly safety meetings where [Boeing] business unit leaders hear directly from employees."); "2022 Sustainability Report: Continuous Improvement," Jefferies, June 29, 2022 ("[Boeing] implemented a Safety Management System across the business in 2021, which helps to foster a positive safety culture. The new system creates a culture where employees are informed about the human, technical, organizational, and environmental factors in global safety, as well as allowing for flexible organizational processes when facing safety issues, and a willingness to learn from safety information systems. The positive safety culture also relies on people reporting errors and experiences.").

[121] "Crisis of Confidence: [Boeing] Needs to Prove It Can Navigate Commercial Aero Turbulence," Bank of America, July 31, 2020.

[122] "CEO Departure: The End of a Tumultuous Year," Jefferies, December 23, 2019 (emphasis removed) ("[Boeing] announced Dennis Muilenburg has resigned as CEO and member of the [Boeing] BoD.… The mgmt change was necessary to strengthen credibility with regulators and customers.… CEO Transition Reinforces Recent Structural Moves and Adds Credibility.").

[123] "Boeing Company: David Calhoun Will Become CEO," J.P. Morgan, December 23, 2019 ("Recovering from the challenges around the 737 MAX – financial, reputational, and otherwise – is still going to be a long road but we view this leadership change as one necessary step forward.").

[124] "Dennis Muilenburg Resigns as President and CEO of Boeing," Bank of America, December 23, 2019 ("We wonder if appointing from within, especially an insider that has been with the company for 10 years, signals more of the same from Boeing vs an outside appointee who may have offered more of a change of pace and culture.").

[125] Boeing disclosed in April 2021 that its CFO Greg Smith announced that he would retire in July 2021. *See* "Boeing Announces Leadership Updates," Boeing Press Release, April 20, 2021, available at https://investors.boeing.com/investors/news/press-release-details/2021/Boeing-Announces-Leadership-Updates/default.aspx. The appointment of the new CFO, Brian West, was announced on June 30, 2021. *See* "Boeing Appoints Brian West as Chief Financial Officer," Boeing Press Release, June 30, 2021, available at https://boeing mediaroom.com/2021-06-30-Boeing-Appoints-Brian-West-as-Chief-Financial-Officer.

[126] "You've Got a Friend in Me; Selecting Mr West, a GE/Nielsen Counterpart, as CFO," Jefferies, June 30, 2021 (emphasis removed) ("What to Look for in the New CFO. Mr Smith was a standout in terms of the financials,

> We view the CFO choice as an indicator of [Boeing's] commitment to change and to a culture more focused on engineering excellence.
>
> …
>
> The choice of a new CFO is particularly important. Given the hurdles facing Boeing in the wake of the COVID-19 pandemic, an extended balance sheet, and product development challenges on many of their major programs (737MAX, KC-46 (767), 787, 777X, Starliner), we are keenly interested in Boeing's ultimate selection of CFO. We view this choice as an indicator of Boeing's commitment to change and a recommitment to a culture more focused on engineering excellence as opposed to shorter term financial gains.[127]

64.    In sum, market participants recognized the challenges of implementing cultural reforms in a large and complex organization like Boeing and often expressed skepticism about Boeing's ability to successfully implement its forward-looking plans to improve safety and safety culture. Further, some market participants questioned the credibility of statements from Boeing's management about the changes Boeing intended to make with respect to safety.

65.    As a result, any inflation caused by the Alleged Misrepresentations would be expected to vary over time and depend on investors' views of the likelihood of success of Boeing's safety plans. For example, suppose that investors had the view at a point in time that there was only a 20% chance that Boeing would successfully implement its safety initiatives in light of institutional resistance to making changes necessary for a successful transformation. In that scenario, the amount of any inflation created by the Alleged Misrepresentations would be lower than if the market was certain (or close to certain) that Boeing's efforts would succeed. Hence, the inflation throughout the Putative Class Period would vary depending on the market's belief at different points in time about how likely it was that the initiatives would succeed.

66.    Mr. Coffman offers no damages methodology to estimate the market's assessment of the likelihood of Boeing successfully implementing cultural reforms or how that assessment evolved over the nearly five-year Putative Class Period. He does not propose a damages methodology

---

generally surprising to the upside. We expect Mr West to be granted a 'pass' for a few quarters given a wide range of consensus expectations; however, as [Boeing ] emerges from the crisis there will be more accountability regarding financial figures. Secondly, the new CFO will have to focus on manufacturing operations given the inventory excess for the MAX, 787 delivery issues, 777X development delays, and significant development programs within Defense. Mr West appears to have some experience given his tenure at GE as GE Aviation CFO.").

[127] "Leadership Update: Calhoun to Stay, Smith to Go – The New CFO Choice Is Key," Bank of America, April 20, 2021 (emphasis removed).

that could assess how the Alleged Misrepresentations created false confidence in Boeing's ability to successfully implement reforms, or what effect those statements had on Boeing's stock price.

### c)    Time and Financial Costs to Implement Safety Initiatives

67.    My review of analyst commentary on Boeing's safety initiatives indicates that those initiatives were not expected to be implemented immediately or to yield results immediately. Rather, those initiatives were considered hard to implement and were expected to take time before they would yield any meaningful results.  For example, in April 2021, approximately 18 months into the Putative Class Period, analysts at Bank of America noted:

> Boeing is working to mitigate future safety risks, as referenced above in the proxy review section of our note.  Safety is now acknowledged and the company continues to work towards regaining the confidence of customers and shareholders.  However, this will take time in our view – and Boeing will suffer the consequences of its missteps for the foreseeable future.[128]

68.    The same analysts also noted that "[s]imilar case studies suggest restoring [Boeing's] reputation may take years and not be a straight path,"[129] citing case studies of Volkswagen's diesel emissions issues and General Motor's ("GM") faulty ignition issues.  In both cases, the analysts noted it took years and substantial financial expenses for the companies to remediate the issues.  The analysts highlighted a specific similarity with GM, which, like Boeing, committed to making changes in its quality and safety culture:

> GM's CEO at the time of recall, Mary Barra, blamed the delayed recall (13 years) on a cost culture spurred by the post-bankruptcy evolution.  She claimed the company was working to improve its quality and safety culture, and putting customers first.  On March 18, 2014 GM appointed a new safety chief and on April 10, 2014 GM started a Speak up for Safety campaign, encouraging employees to say something when they saw a potential safety concern.  It took three and a half years before GM's equity started to recover to January 2014 levels, albeit briefly.[130]

---

[128] "When a Loss of Corporate Governance Results in Quality Erosion," Bank of America, April 12, 2021.
[129] "When a Loss of Corporate Governance Results in Quality Erosion," Bank of America, April 12, 2021.
[130] "When a Loss of Corporate Governance Results in Quality Erosion," Bank of America, April 12, 2021.

69.     Analysts at Bernstein similarly noted:

[Boeing's] new Code of Conduct is designed to emphasize the aibility [*sic*] for employees to speak up when they identify issues (e.g., quality, safety).  The Board of Directors has been changed significantly with strong participation from industry leaders, rather than those with political backgrounds.  An Aerospace Safety Committee was established that reports directly to the Board of Directors.  This committee focuses on safety, quality, and aircraft design.  All of these are good steps.  But, because there is a long history of opaqueness from corporate management down through lower levels at Boeing, this is not easy.  So, we do not expect eveyrthing [*sic*] to change instantaneously.[131]

70.     In addition to taking time to implement safety initiatives, Boeing also would have incurred costs in making those changes, such as through decreased speed of production, as suggested by Plaintiffs;[132] inefficiencies resulting from reallocating resources; increased labor or machine costs; or other channels.[133]  Analysts commented on these different types of costs.  For example, with respect to rework that would result from added safety checks and any findings of nonconformities, analysts at Jefferies noted that Boeing had been forced to "redirect[] resources," which was "driv[ing] new production below the announced 2/mo rate."[134]

71.     Analysts also questioned whether culture change would divert resources away from other initiatives.  For example, analysts at Bank of America asked:

How does the company deliver culture change while balancing product development, technology investment, its work force, internal reporting and audit,

---

[131] "Letter to the CSO:  Boeing and ESG – What Is and What Should Never Be," Bernstein, December 16, 2022.

[132] For example, Plaintiffs allege that Boeing made false and misleading statements regarding the trade-off between safety and costs.  *See* Complaint, ¶ 647 ("[The] statement that Boeing purportedly was not 'making trades' on safety was materially false and misleading when made because this statement was inconsistent with, and Defendants failed to disclose, pervasive safety and quality failures in Boeing's commercial airplane manufacturing process that sacrificed safety and quality in favor of production speed and profits.").

[133] *See* "Lots of Stock Movement on Little New Info," J.P. Morgan, October 25, 2023 ("Boeing should deliver 737s out of inventory, with 240-250 likely to be left at YE23.  Given that these aircraft require inspection and rework for Spirit production lapses and that addressing these issues in completed aircraft like those in inventory takes time and resources, we are keeping our inventory reduction expectations for 2024 in check.").

[134] *See* "August Orders & Deliveries:  787 Returns, but MAX Not at Potential w/ 27 Units," Jefferies, September 13, 2022.

supply-chain challenges, and inflation (both labor and raw materials) while de-levering the balance sheet?[135]

72.     The Company itself also discussed the costs of implementing safety initiatives.  For example, in response to a question at a February 12, 2020 investor conference about the additional costs associated with the 737 MAX program from safety-related initiatives and issues, Boeing CFO Gregory Smith replied that "you have the program cost, which is essentially the result of a lower production rate and the time to produce those aircraft.  So again, think of it as the fixed cost, supply chain costs as well as [Boeing's] labor that [it has] continued to maintain through that period."[136]  On Boeing's Q4 2020 earnings call, Boeing CEO David Calhoun explained that the Company "remain[ed] committed to taking the time to ensure each airplane meets [its] rigorous engineering specifications" even though "this work has a near-term impact [] in terms of both schedule and cost."[137]  On the Q1 2021 earnings call on April 28, 2021, Mr. Calhoun reiterated that the Company had "directed an awful lot of energy, a lot of cost and a lot of effort" toward rework.[138]  According to the letter from Mr. Calhoun in Boeing's 2023 annual report, Boeing "made, and will continue to make, significant investments in [Boeing's] Safety Management System and the safety of the overall industry."[139]

73.     The notion that changes in corporate culture can take substantial time and investment is also consistent with findings in the academic research.  For example, the authors of the *Journal of Financial Economics* study discussed earlier noted that investment in culture entails risks and can take a long time to implement.[140]

74.     Indeed, Boeing's own disclosures regarding its safety initiatives (some of which Plaintiffs allege were false or misleading) noted the ongoing and long-term nature of those initiatives.  For

---

[135] "Let Them Have Cash:  Some Thoughts on Boeing and the Upcoming Investor Day," Bank of America, November 1, 2022.  *See also* "Reducing 2024 Forecasts for BA/SPR, Maintain 2025; Gauging Further Downside for Stocks," Barclays, January 17, 2024. ("Given what we expect to be stepped up FAA oversight of [Boeing]/[Spirit] manufacturing along with the impact of companies having to divert resources to improve quality control, we are reducing our forecast for [Boeing] and [Spirit] MAX deliveries in 2024.").

[136] The Boeing Company at Cowen Aerospace/Defense and Industrials Conference, February 12, 2020.

[137] The Boeing Company, Q4 2020 Earnings Call, January 27, 2021.

[138] The Boeing Company, Q1 2021 Earnings Call, April 28, 2021.

[139] The Boeing Company, 2023 Annual Report, filed April 2024, available at https://investors.boeing.com/investors/reports/.

[140] Graham et al. (2022), p. 569.

example, on its Q3 2020 earnings call in October 2020, over a year after the first Alleged

Misrepresentation, Boeing stated:

> [The Company] *continue[s] to implement* a series of meaningful changes
> announced 1 year ago to strengthen the safety practices and culture of our
> company.…  We're also *making significant progress* on our enhanced enterprise
> safety management system, with an initial focus on our Commercial Airplanes
> business.  We *are working to* ensure our system meets the regulators' tougher
> standards and reflects industry best practices as well as lessons learned from a
> number of independent reviews that *have taken place over the past 18 months*.[141]

75.     In sum, market participants observed that it would take a significant amount of time and

financial cost for Boeing to implement its forward-looking plans to improve safety and safety

culture.  Mr. Coffman has provided no methodology to measure the extent to which the Alleged

Misrepresentations would have affected the market's expectations of the timing and costs of

these initiatives and the amount of any inflation over time.

### d)      Uncertainty and Variation Inherent in Managing Complex Manufacturing Operations

76.     Manufacturing operations, and safety procedures therein, are inherently complex

processes.[142]  In its Form 10-K filings, Boeing warned investors of the challenges and

uncertainties inherent in its "extremely complex" manufacturing operations.[143]  Boeing's

---

[141] The Boeing Company, Q3 2020 Earnings Call, October 28, 2020 (emphasis added).

[142] Waguih ElMaraghy et al., "Complexity in Engineering Design and Manufacturing," *CIRP Annals – Manufacturing Technology* 61, no. 2 (2012), pp. 793–814, p. 793 ("Manufacturing is facing unprecedented challenges due to increased variety, market volatility and distributed global manufacturing.  A fundamental residue of globalization and market uncertainty is the increasing complexity of manufacturing, technological and economic systems."; "Modern complex products or equipment may have many thousands of parts and take hundreds of manufacturing and assembly steps to be produced.  Most complex products and equipment now incorporate not only mechanical and electrical components but also software, control modules, and human-machine interfaces."); Bugra Alkan et al., "Complexity in Manufacturing Systems and Its Measures:  A Literature Review," *European Journal of Industrial Engineering* 12, no. 1 (2018), pp. 116–150, p. 119 ("Modern manufacturing systems work in [an] ambiguous and rapidly changing environment guided by fluctuations in global, socio-political, and economic factors….  They are directly influenced by the external complexity driven by demand uncertainty and volatility, technological advancements, global competition, and supplier variability….  These drivers can be associated and linked with the internal complexity in a company, where they are mainly leveraged by factors such as:  a high number of heterogeneous customers, large product portfolios, increased product complexity, and a high number and variety of business targets….  This results in increased uncertainty in manufacturing systems leading to increased information generation and unpredicted/unknown behaviours.").

[143] Boeing 2019 10-K, pp. 7–8.

commercial airplanes business includes, for example, a sprawling and complex manufacturing process with many locations, products, suppliers, and third-party contractors.  For example, during the Putative Class Period, Boeing's BCA business segment primarily produced four different models of aircraft:  the 737 MAX narrow-body model as well as 767, 777, and 787 Dreamliner wide-body models.[144]  Between 2019 and 2024, Boeing delivered 2,233 aircraft across all model types to at least 46 different countries or 130 different airline customers.[145]  As of December 2023, Boeing employed approximately 171,000 employees both in and outside the U.S.[146]  The Company also operates multiple factories in the U.S., Europe, and Asia.[147]  Boeing has reported working with over 20,000 suppliers and partners worldwide.[148]

77.    As discussed in the prior sections, the stock price impact of the Alleged Misrepresentations depends on the perceived benefits, likelihood of success, and time and financial costs of Boeing's implementation of its safety initiatives.  Measuring those factors is made more complicated by the uncertainty and variation inherent in Boeing's complex commercial airplane manufacturing process.  Mr. Coffman has not proposed a methodology to measure the extent to which this complexity would affect the value impact of the Alleged Misrepresentations throughout the Putative Class Period.

78.    For Boeing, determining the price impact of the Alleged Misrepresentations would need to address not only the Company's own actions (e.g., safety reforms) and their potential outcomes in both the actual and the hypothetical state of the world absent the Alleged Misrepresentations, but also the potential actions and disruptions introduced by various external

---

[144] *See* Boeing 2019 10-K, p. 1; Boeing 2020 10-K, p. 1; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on January 31, 2022 ("Boeing 2021 10-K"), p. 1; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2022, filed on January 27, 2023 ("Boeing 2022 10-K"), p. 1; Boeing 2023 10-K, p. 1.

[145] Boeing, "General Information:  Orders and Deliveries," available at https://www.boeing.com/company/general-info#orders-deliveries.

[146] Boeing 2023 10-K.  As of December 2023, Boeing's 170,688 employees included 129,454 employees across nine states with Boeing operations (Alabama, Arizona, California, Missouri, Oklahoma, Pennsylvania, South Carolina, Texas, and Washington), and an additional 41,234 employees elsewhere.  *See* Boeing, "General Information: Employment Data," available at https://www.boeing.com/company/general-info#employment-data.

[147] Boeing's 737- and 747-family aircraft are manufactured in Renton, Washington.  Its 767-family is manufactured in Kansas City, Missouri, and its 787-family is manufactured in production facilities in Kansas City, Missouri, and North Charleston, South Carolina.  The 737-family aircraft are also produced in Shanghai, China, and 787-family aircraft are also produced in Boeing's UK facility in Heathrow.  Boeing also has other facilities that manufacture aircraft components in Ireland, Japan, India, Canada, Brazil, and Australia.  *See* "Where Are Boeing Factories?," *GB Times*, June 6, 2024, available at https://gbtimes.com/where-are-boeing-factories/.

[148] Boeing, "Boeing Global: Global Focus," available at https://www.boeing.com/company/key-orgs/boeing-global#global-focus.

parties, such as suppliers. Each of these external parties introduces additional layers of uncertainty, further increasing the complexity of this analysis. Consistent with these complexities, analysts from J.P. Morgan in November 2021 noted that "[v]aluing Boeing is difficult."[149]

79.    In addition, market participants noted that Boeing also faced external challenges and uncertainties that could affect both the implementation of its safety initiatives and the stock price impact of the Alleged Misrepresentations. For example, some analysts inferred in December 2021 that Boeing faced issues with recruiting and retaining senior engineers:

> The production issues that began with the 737 MAX crashes have raised concerns among industry participants we spoke to about the strength of Boeing's engineering expertise…. We use data from Revelio Labs to gauge the trends in Boeing's engineering strength. The data show a recent turnaround in net engineering hiring after a year of post-pandemic net outflows. However, the recovery is mainly driven by the hiring of less senior engineers. Last twelve month (LTM) net flows for senior engineers remain negative since the pandemic started. The net addition of senior engineers has been lower than the hiring of less senior engineers since 2018 (deeper declines and softer increases). Lastly, Boeing hiring rates from top-schools have lagged total engineers hiring since 2016, particularly at senior positions. These trends imply lower senior and top-school engineer workforce levels compared to five years ago.[150]

80.    Given the uncertainties and complexities involved in Boeing valuations, some analysts considered applying an additional discount to long-term valuations of Boeing. For example, analysts at Bank of America stated in September 2019:

> Questions continue to surround [free cash flow], re-entry into service, and valuation multiples. There seems to be a debate on whether or not Boeing should trade at a discount to the market on a long-term basis and what that discount should be.[151]

---

[149] "Boeing Company: A Deep Breath and Diving In; Upgrade to OW," J.P. Morgan, November 18, 2021.

[150] "Analyzing Boeing's Engineering Strength: Tech & Space Cos Compete for Same Talent," Bank of America, December 8, 2021.

[151] "Valuation Trends – Val. Trends #582: BofAML Boeing Bull / Bear Debate & Recent Developments," Bank of America, September 16, 2019.

81.     Similarly, analysts at Jefferies valued Boeing at a 40% discount to the market as of May 2022—32 months after the start of the Putative Class Period—noting that this valuation discount was higher than the discount they applied to Boeing historically.[152]  Other analysts noted that methodologies for valuing Boeing may need to change to account for the realities the Company was facing during the Putative Class Period.  For example, analysts at Credit Suisse noted in October 2020 that "[g]iven that the world is so sharply different, it may be the point at which this focus on [free cash flow] breaks down and the market begins to migrate to another valuation construct."[153]

82.     Mr. Coffman offers no damages methodology to determine whether the Alleged Misrepresentations had a different stock price impact on Boeing's stock at various points during the Putative Class Period given the uncertainty and variation in expectations throughout that nearly five-year period.

83.     In sum, Mr. Coffman does not provide a damages methodology to measure the effect of the Alleged Misrepresentations on the market's perception of the value implications of Boeing's safety initiatives.  In particular, he offers no explanation for how he would measure the impact of Alleged Misrepresentations on market expectations regarding the benefits of Boeing's disclosed safety initiatives, the probability that those benefits would be realized, the time and cost necessary for the initiatives to be completed, and the impact of such initiatives, as well as general uncertainty and variation in Boeing's operations, on the market's perception of Boeing's risk profile.

---

[152] "Everything But the Kitchen Sink and the 737 Lav," Jefferies, May 1, 2022 ("We value [Boeing] at 7.2% FCF Yield on our 2024 FCF/Share estimate of $16.21, which derives a target price of $225.  The yield represents a 40% discount to the market vs. 22% historically.").

[153] "Beyond the Pandemic:  Deconstructing Boeing's Future Free Cash Flows," Credit Suisse, October 6, 2020.  *See also* "Slower Delivery Cadence; Revisiting Bull/Bear and Lowering PT to $180," Morgan Stanley, April 10, 2024 ("Updating Our Valuation Methodology.  Boeing currently is in a negative headline period.  Operations are disrupted from the increased FAA scrutiny, negatively affecting aircraft deliveries and free cash flow.  This makes valuation for Boeing more difficult than other periods.  The only other comparable period of disruption was after the Boeing 737 MAX accidents in 2018 and 2019 when the aircraft was grounded for 2 years and further implications from COVID-19.  However, the 2018-2020 period is not helpful for valuation purposes since FCF and earnings were negative.").

2.     **Mr. Coffman Fails to Propose a Damages Methodology to Address the Effect of Boeing's Evolving Regulatory Situation on Alleged Inflation in Its Stock Price**

84.     As explained above, inflation in Boeing's stock price in this matter would be related to misperception by the market, caused by the Alleged Misrepresentations, of Boeing's forward-looking plans to improve safety and its progress on and likelihood of successfully implementing those plans.  During the Putative Class Period, events and developments provided the market with information on challenges the Company faced in improving its safety programs.  This information would be expected to affect the extent to which investors were misled by Boeing's statements regarding its plans to improve safety (if at all).

85.     **Exhibit 2** presents a timeline of select relevant events and developments during the Putative Class Period.  As shown in **Exhibit 2**, the events and developments occurred at different times throughout the nearly five-year Putative Class Period and well before the first Alleged Corrective Event on January 5, 2024 (which is the earliest time that inflation would change under the "often-used" "constant dollar inflation" method proffered by Mr. Coffman).[154]  The market's perceptions with regard to Boeing's success or lack thereof in implementing the new safety standards and its forward-looking safety statements varied over time and were affected by these events and developments.[155]  As explained above, inflation depends on (1) the market's perception of Boeing's forward-looking plans to improve safety, including the length of time it was expected to take to implement the plans, caused by the Alleged Misrepresentations; and (2) Boeing's actual progress on those plans.  Therefore, these changes in the market's perceptions would affect the value of inflation over time and thus the stock price impact of the Alleged Misrepresentations.

---

[154] Coffman Report, ¶ 100.

[155] For example, as noted above in Section VI.A.1 above, in July 2021, the FAA determined that "BCA's SMS meets [the] FAA's expectations and operates as intended."  FAA, "Section 103 Organization Designation Authorizations (ODA) for Transport Airplanes Expert Panel Review Report," February 26, 2024, Figure 2, available at https://www.faa.gov/sites/faa.gov/files/Sec103_ExpertPanelReview_Report_Final.pdf.  However, in February 2024, following an investigation conducted by a panel of industry experts, the FAA determined that Boeing's "SMS procedures are not structured in a way that ensures all employees understand their role in the company's SMS" and that Boeing "lack[ed] awareness of safety-related metrics at all levels of the organization." FAA, "Section 103 Organization Designation Authorizations (ODA) for Transport Airplanes Expert Panel Review Report," February 26, 2024, p. 5, available at https://www.faa.gov/sites/faa.gov/files/Sec103_ExpertPanelReview_Report_Final.pdf.

86.    Indeed, one of the Lead Plaintiffs in this matter acknowledged that these developments substantially changed the state of affairs at Boeing:

> Perhaps the biggest deficiency in the allegations here is the failure to distinguish the dramatically altered state of affairs at Boeing in 2020 after the FAA's recertification of the 737 MAX and production resumed, not to mention the substantive changes Boeing implemented in connection with the Company's January 6, 2021 DPA with the DOJ resolving the MCAS system safety-related issues....[156]

87.    The notion that Boeing's safety-related statements would have been interpreted by the market exactly the same way between September 30, 2019 and May 14, 2024, given the "altered state of affairs at Boeing in 2020 after the FAA's recertification of the 737 MAX and production resumed, not to mention the substantive changes Boeing implemented in connection with the Company's January 6, 2021 DPA with the DOJ[,] … defies not only common sense, but basic logic."[157]

88.    Consistent with that Lead Plaintiff's observations, according to Mr. Coffman's event study, none of the Alleged Misrepresentations on the 22 different dates prior to the January 7, 2021 DPA with the DOJ are associated with statistically significant increases in Boeing's stock price (see **Exhibit 3**).

89.    Mr. Coffman provides no damages methodology capable of allowing inflation to vary as the market's expectations regarding the value of the implementation of safety processes and thus the stock price impact of the Alleged Misrepresentations changed over the nearly five-year Putative Class Period.  Put differently, Mr. Coffman does not offer a damages methodology that could incorporate the evolving nature of the alleged fraud (i.e., the meaning of and goals for safety changing over the course of the nearly five-year Putative Class Period), including how these many events, occurring between September 2019 and May 2024, could lead to different stock price impacts of the Alleged Misrepresentations at different times during the nearly five-year Putative Class Period.

---

[156] Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund, p. 7.
[157] Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund, pp. 7–9.

90.     In the following sections, I discuss specific events and developments that could change the stock price impact of the Alleged Misrepresentations.  In Section VI.A.2.a, I discuss the global grounding of the 737 MAX due to the software design issues and the two 737 MAX accidents.  In Section VI.A.2.b, I discuss the transition from focusing on the software design issues to safety in Boeing's manufacturing process during the Putative Class Period.  In Section VI.A.2.c, I discuss increased FAA oversight and restrictions.  In Section VI.A.2.d, I discuss changes in Boeing's regulatory obligations as a result of its DPA with the DOJ, and in Section VI.A.2.e, I discuss Boeing's implementation of a safety management system or "SMS."

### a)     Grounding of the 737 MAX During the First 14 Months of the Putative Class Period

91.     Following the second 737 MAX accident on March 10, 2019, the 737 MAX was grounded by the FAA and other regulators around the world.[158]  This grounding of the 737 MAX remained in effect for the first 14 months of the Putative Class Period, from September 2019 through November 2020,[159] and Boeing also suspended production of the 737 MAX from January 2020 through May 2020.[160]  Given the progress that Boeing needed to make in order to gain recertification of the 737 MAX,[161] market participants would have interpreted Boeing's safety statements differently during and after the grounding.  As explained in this section, Mr. Coffman fails to present a damages methodology capable of addressing differences in the

---

[158] Complaint, ¶ 72.

[159] "FAA Updates on Boeing 737 Max," FAA Press Release, April 8, 2021, available at https://www.faa.gov/newsroom/faa-updates-boeing-737-max-0.

[160] "Boeing Statement Regarding 737 MAX Production," Boeing Press Release, December 16, 2019, available at https://boeing mediaroom.com/2019-12-16-Boeing-Statement-Regarding-737-MAX-Production ("Boeing suspends 737 MAX production starting in January due to certification moving into 2020."). *See also* "Boeing Resumes 737 MAX Production," Boeing Press Release, May 27, 2020, available at https://boeing.mediaroom.com/news-releases-statements?item=130685.

[161] In the U.S., the FAA is responsible for certification of aircraft.  As part of the certification process, the FAA "review[s] any proposed designs and methods that will be used to show that these designs and the overall airplane complies with FAA regulations"; conducts "ground tests and flight tests to demonstrate that the airplane operates safely"; conducts "an evaluation of the airplane's required maintenance and operational suitability for introduction of the airplane into service"; and works collaboratively "with other civil aviation authorities on their approval of the aircraft for import."  The FAA has historically delegated some of this work through the use of Organization Designation Authorization ("ODA").  *See* FAA, "How Does the FAA Certify Aircraft?," September 11, 2024, available at https://www faa.gov/aircraft/air_cert/airworthiness_certification.  While the FAA played a role in the certification process for Boeing's aircraft throughout the Putative Class Period, its role changed over time (as discussed in Section VI.A.2.c below).

market's perception of Boeing's safety statements between the grounding of the 737 MAX (when the aircraft was deemed unsafe to fly) and after its return to service.

92.    Following the second 737 MAX accident in March 2019, the FAA ordered the grounding of the 737 MAX, which lasted for nearly 20 months (of which 14 months were during the Putative Class Period), ending in November 2020.[162] Regulators around the globe entered similar orders.[163] To return the 737 MAX to service, Boeing needed the FAA to recertify the plane, which required changes to the 737 MAX's design—the plane that would be allowed to return to service would be different from the version in use before the grounding.[164] During the recertification process, Boeing worked with the FAA to determine the requirements for recertification and ultimately received approval from the regulator in November 2020.[165]

93.    In light of these developments, it is implausible to suggest that investors would have interpreted Boeing's statements regarding the safety of its airplanes in the same way during the period of time when the 737 MAX was grounded at the beginning of the Putative Class Period as they would have after the plane returned to service in November 2020, over a year later, or as they would two, three, and four years later in the Putative Class Period.

94.    As noted above, one of the Lead Plaintiffs acknowledged the implausibility that investors would have interpreted Boeing's safety statements the same way at the beginning of the Putative Class Period:

---

[162] "FAA Updates on Boeing 737 Max," FAA Press Release, April 8, 2021, available at https://www.faa.gov/newsroom/faa-updates-boeing-737-max-0.

[163] See "Boeing's Plane Deliveries Tumble as 737 MAX Jet Stays Grounded," *Wall Street Journal*, August 13, 2019, available at https://www.wsj.com/articles/boeing-plane-deliveries-tumble-so-far-in-2019-11565714502 ("The plane has been grounded by regulators around the globe since March following two fatal crashes in less than six months.").

[164] See Boeing, "737 Updates: Changes to the 737 MAX," available at https://www.boeing.com/737-max-updates/#faqs/process/what-information-will-pilots-receive-about-enhancements-during-their-training.

[165] See "Boeing Responds to FAA Approval to Resume 737 MAX Operations," Boeing Press Release, November 18, 2020, available at https://boeing.mediaroom.com/2020-11-18-Boeing-Responds-to-FAA-Approval-to-Resume-737-MAX-Operations, ("Throughout the past 20 months, Boeing has worked closely with airlines, providing them with detailed recommendations regarding long-term storage and ensuring their input was part of the effort to safely return the airplanes to service. An Airworthiness Directive issued by the FAA spells out the requirements that must be met before U.S. carriers can resume service, including installing software enhancements, completing wire separation modifications, conducting pilot training and accomplishing thorough de-preservation activities that will ensure the airplanes are ready for service.").

> [I]t is simply implausible that Boeing's 2019 statements to investors concerning the grounded and uncertified 737 MAX … could properly be considered in the same manner … as allegedly false statements made thereafter.[166]

95.    Mr. Coffman offers no damages methodology that could incorporate this change in the market's perception of Boeing's statements regarding its commitment to safety and the safety of its airplanes.  In other words, Mr. Coffman does not explain how any of the "valuation techniques" he mentions could be applied to measure changes in the stock price impact of the Alleged Misrepresentations.

### b)    Transition from Focus on the 737 MAX Software Design to Boeing's Manufacturing Processes

96.    While Mr. Coffman notes that Boeing "faced a number of regulatory investigations following the [October 2018 and March 2019 737 MAX] Crashes, including by the United States Department of Justice ('DOJ'), the Federal Aviation Administration ('FAA'), the Securities and Exchange Commission ('SEC') and the National Transportation Safety Board ('NTSB'),"[167] he fails to address the fact that, early in the Putative Class Period, Boeing and its regulators primarily focused on addressing the 737 MAX flight control software and related design issues that contributed to the 737 MAX accidents in October 2018 and March 2019.[168]  Those design issues were different from the manufacturing issues that nearly five years later contributed to the Alaska Airlines accident (in a different aircraft, the 737 MAX 9, not the 737 MAX 8) in January 2024.  As the nature of the safety issues in focus changed over time, the market's perception of Boeing's safety statements, including their meaning and the required time to implement, would be expected to change as well.

---

[166] Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund, p. 8.  Moreover, Local #817 IBT Pension Fund noted that in a separate action brought on behalf of purchasers of Boeing securities between November 7, 2018 and December 16, 2019 with allegations that Boeing misled investors as to the design and safety of the 737 MAX, the Court found that "only unreasonable investors would find Muilenburg's statements about Boeing's core values meaningful to the total mix of information," given that "when Muilenburg and Boeing made these statements [('general statements about the aircraft's safety, Boeing's core values, and Boeing's commitment to safety')], there had been two closely related plane crashes, followed by an indefinite emergency grounding order from the FAA."  Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund, pp. 4, 6.
[167] Coffman Report, ¶ 13.
[168] Mr. Coffman describes the Alaska Airlines incident as related to Boeing's "*manufacturing* of safe airplanes." Coffman Report, ¶ 13 (emphasis added).

97.     As explained in this section, Mr. Coffman fails to present a damages methodology capable of addressing changes in the market's perception of Boeing's safety statements as focus shifted from the 737 MAX software design issues to manufacturing.

98.     In the immediate aftermath of the two 737 MAX accidents, while market participants discussed potential manufacturing problems with Boeing's aircraft, including the 787 Dreamliner, those problems were different from the 737 MAX software design issues. In the later part of the Putative Class Period, manufacturing issues at Boeing and its supplier Spirit AeroSystems ("Spirit") received attention (see discussion in Section VI.A.3 below).

99.     For example, on its Q3 2019 earnings call, Boeing emphasized that its "priority remains supporting the safe return to service of the MAX," including "working daily with the FAA and global regulators on the process they have laid out for certifying the 737 MAX software and training updates and ungrounding the global fleet."[169] Throughout the grounding of the 737 MAX (see Section VI.A.2.a above), Boeing continued to emphasize its priority of working with the FAA on software testing to return the 737 MAX to service. For example, at Morgan Stanley's Laguna Conference in September 2019, CEO Dennis Muilenburg announced that the Company was "making good, solid progress on the software update to the" 737 MAX, describing that aircraft as Boeing's "focus."[170] A month later, Mr. Muilenburg commented that the Company had "completed the [first] MCAS software update earlier" in 2019 and was "making steady progress on the second software update announced in June," and emphasized that the Company had "brought the very best of Boeing to this effort, dedicating all resources necessary to ensure that the improvements to the 737 MAX are comprehensive and thoroughly tested."[171] Boeing CFO Gregory Smith reiterated at a conference in November 2019 that its job

---

[169] The Boeing Company, Q3 2019 Earnings Call, October 23, 2019.

[170] The Boeing Company at the Morgan Stanley Laguna Conference, September 11, 2019 ("First of all, as you would expect, the situation with the 737 MAX continues to be our focus. …[W]e're actively engaged with regulators around the world and day to day working with the FAA on return-to-service timing. We are making good, solid progress on the software update to the airplane, versions of that final software in our integration labs and simulators being tested.").

[171] The Boeing Company, Q3 2019 Earnings Call, October 23, 2019 ("As we have shared, we completed the MCAS software update earlier this year, which addresses concerns found following the 2 MAX accidents and provides 3 additional layers of protection to prevent accident[s] like these from ever happening again. To date, we have conducted more than 800 tests and production flights, totaling more than 1,500 hours with the updated software, which incorporates feedback from across global regulators and MAX operators. We are making steady progress on the second software update announced in June [2019] for additional flight control computer redundancy to eliminate the possibility of even extremely unlikely risks that are unrelated to the accidents. In the upcoming days, Boeing

was to "get everything done right" with respect to software enhancement, and with respect to return to service, "the regulators pace [it]. [Boeing does not] pace it."[172]  By April 2020, Boeing CEO David Calhoun announced on its Q1 2020 earnings call that it was "focused on completing the software validation and required technical documentation that will precede a certification flight."[173]

100.    For approximately the first year of the Putative Class Period, when the 737 MAX remained grounded, analysts likewise emphasized the importance of fixing software design issues and returning the 737 MAX to service.  For example, in September 2019, analysts noted that Boeing was "working on a sole software initiative to correct the latest flight control concerns" and expected the final certification package to be submitted to the FAA shortly after that fix.[174]  Delays relative to the expected return to service timeline were attributed to "'the rigorous scrutiny that regulatory authorities are rightly applying at every step of their review of the 737 MAX's flight control system [software].'"[175]  Consistent with this, analysts noted that

---

will complete additional testing of this software update and conduct multiple simulator evaluations and reviews, leading up to a certification flight with the FAA on board.…  We have brought the very best of Boeing to this effort, dedicating all resources necessary to ensure that the improvements to the 737 MAX are comprehensive and thoroughly tested.").

[172] The Boeing Company at Robert W. Baird Global Industrial Conference, November 6, 2019 ("[T]he regulators pace [return to service].  We don't pace it.  Our job, make sure we get everything done right on time, answer every question, every document that's needed, every form of software, enhancement that's required, any time in the simulator, test conditions, you name it.  Those are engagements that are taking place every day.  Our job, be responsive and complete with that and ensuring that everybody has exactly what they need at any given time to complete their work and essentially get to [a] safe return flight for the airplane.").

[173] The Boeing Company, Q1 2020 Earnings Call, April 29, 2020 ("We're continuing our work on the safe return of the MAX to service, working closely with the FAA and other global regulators.  Right now, we are focused on completing the software validation and required technical documentation that will precede a certification flight. Some of this documentation work has taken longer than we anticipated.  And the coronavirus situation has also required some changes to how we do things, including working remotely and virtual meetings with our regulators. With that said, we've continued to make very solid progress, and we currently expect that the necessary regulatory approvals will be obtained in time to support resumption of 737 MAX deliveries during the third quarter [of 2020].").

[174] "UBS Evidence Lab Inside:  Resilient Aftermarket Growth According to Our Survey #6 at 8.2% for 2H19," UBS, September 10, 2019 ("[S]ubmittal of the final certification package to the FAA for the 737MAX should come in late Sept/early Oct [2019] with a subsequent ungrounding shortly thereafter.  Specifically, the company continues to suggest no new requirements have been placed on the return to service and that they're working on a sole software initiative to correct the latest flight control concerns that were found during testing.").

[175] "737 MAX to Miss Another Summer of Airline Service," Bank of America, January 21, 2020 ("On Tuesday 21 January 2020, Boeing (ticker: BA) provided a statement on the updated return to service (RTS) timeline for the 737 MAX aircraft.  Boeing now expects the ungrounding of the 737 MAX to occur in 'mid-2020.'  The company stated that this new estimate is informed by the 'the rigorous scrutiny that regulatory authorities are rightly applying at every step of their review of the 737 MAX's flight control system and the Joint Operations Evaluation Board process which determines pilot training requirements.'").

"given the level of scrutiny around the MAX, any design issues have taken on greater significance."[176]

101.    On November 18, 2020, the FAA issued an Airworthiness Directive ("AD") that lifted the 737 MAX grounding order and outlined a final set of software design and other changes that Boeing needed to implement for the aircraft's return to service.[177]  The final changes included new flight control computer software, updated cockpit display system software, and re-routing of certain wiring.[178]  After resolving these final issues, Boeing completed its first commercial U.S. flight with the re-certified 737 MAX in December 2020.[179]

102.    Following the 737 MAX return to service, market participants discussed manufacturing issues and "quality escapes"[180] both at Boeing and within its supply chain.  For example, on Boeing's Q4 2020 earnings call, CEO David Calhoun started the discussion of BCA production with the delivery halt of the 787 Dreamliner (which I discuss in Section VI.A.2.c below), noting that it had been "conducting comprehensive inspections on undelivered airplanes" and had "expanded the scope of those inspections, including work done at [its] supplier partners."[181]  He also noted that it would focus on improvements to the production process to try to prevent quality escapes.[182]  At Boeing's April 2021 Annual Shareholders Meeting, Mr. Calhoun reiterated

---

[176] "Quick Take:  Boeing – Wiring Issues Reportedly May Need to Be Addressed on the 737MAX," Bernstein, March 10, 2020 ("On Sunday, press reports (Wall Street Journal) indicated that the FAA is expected to require Boeing to relocate electrical wiring in the 737 MAX before it can return to service.…  The overall wiring design has not changed in moving to the 737MAX from the 737NG, which has a very strong safety record over more than two decades.  Boeing has previously argued that the wiring design meets the requirements for the FAA and other international regulators.  But, given the level of scrutiny around the MAX, any design issues have taken on greater significance.").

[177] "Return of the MAX, Finally," Bank of America, November 18, 2020.

[178] "Return of the MAX, Finally," Bank of America, November 18, 2020.

[179] "Boeing 737 MAX Completes 1st U.S. Commercial Flight Since It Was Grounded," *NPR*, December 29, 2020, available at https://www npr.org/2020/12/29/951134212/boeing-737-max-completes-first-u-s-commercial-flight-since-it-was-grounded.

[180] The FAA defines "quality escape" as "a product or article that has been released from the quality system and does not conform to the applicable design data or quality system requirements."  FAA, "Advisory Circular No. 21-43 for Production Approval Holders Under Title 14, Code of Federal Regulations Part 21, Certification Procedures for Products, Articles, and Parts," October 16, 2009, p. C-2, available at https://www.faa.gov/documentLibrary/media/Advisory_Circular/AC_21-43.pdf.

[181] The Boeing Company, Q4 2020 Earnings Call, January 27, 2021.

[182] The Boeing Company, Q4 2020 Earnings Call, January 27, 2021 ("We are implementing changes in the production process to ensure newly built airplanes meet our specifications and do not require further inspection. This is consistent with our determination to eliminate rework from our production system to position us on stronger footing when the market recovers.").  Similarly, on its Q2 2021 earnings call, in response to a question about progress on the 787 Dreamliner (deliveries of which had been halted), Boeing noted that it had found "some issues by way of notice of escape out of the supply chain" and "ha[d] teams inside [its] suppliers working on process

that its "recent 787 delivery pause" in response to earlier-identified manufacturing issues was "a demonstration of" its efforts to "create stability, enhance quality, ensure workplace safety, and reduce rework" in the future.[183]  Likewise, during an investor conference in November 2022, Boeing management noted that following the identification of certain 787 Dreamliner manufacturing issues, it was focused on safety progress at its factories, aiming for the "return of [its] real factory performance" which "doesn't happen without work.  [It has] to reinvest [including] with the supply chain."[184]

103.    Analysts likewise commented on the need to resolve both new and ongoing manufacturing issues.  In mid-2021, for example, following the delivery halt of the 787 Dreamliner, analysts noted that Boeing was "engaged with the FAA on … the associated inspection and rework" and would "prioritize production resources for a 'few weeks' to support both the required work and inspections of the fuselages."[185]  After Boeing disclosed that the 787 Dreamliner fuselage might not meet quality standards due to issues with its manufacturing process, analysts commented that "concern remains that this new [issue] may not be the last setback"[186] and suggested that the issue left the market questioning "the process for Boeing to show the FAA that its 787 assembly process and inspections meet specifications fully."[187]  Manufacturing issues with both Boeing's 787 Dreamliner and 737 MAX continued to surface throughout 2022 and 2023.[188]

104.    As such, at different times during the nearly five-year Putative Class Period, Boeing focused on different types of safety issues, and the market learned of various challenges Boeing

---

control development, understanding exactly why that spec is necessary and where it is.  And then on [Boeing's] side, [it] start[s] putting disciplines in place that make it clear to the supply chain that [it is] not going to keep [its] line running if [it] get[s] one that isn't right."  The Boeing Company, Q2 2021 Earnings Call, July 28, 2021.

[183] The Boeing Company Annual Shareholders Meeting, April 20, 2021.

[184] The Boeing Company Investor Conference, November 2, 2022.  As discussed in Section VI.A.3.b below, COVID-19 introduced long-lasting disruptions to Boeing's supply chain.  Mr. Coffman does not present a methodology for measuring inflation consistent with the fact that manufacturing safety challenges that Boeing faced as a result of these disruptions could not have been planned for or addressed earlier in the Putative Class Period, prior to the onset of COVID-19.

[185] "787 Inventory Poses Risk to H2; Cutting 2021 FCF Estimates," Jefferies, July 13, 2021.

[186] "Quick Take:  Boeing – 787 Issues Expand, Production Rate Slowed; Just a Timing Issue?," Bernstein, July 14, 2021.

[187] "Adjusting Model for Q2 Deliveries, 787 News; Small Financial Impact for Now but Questions Remain," J.P. Morgan, July 14, 2021.

[188] **Exhibit 4** and **Exhibit 5** present timelines of select relevant events and developments for Boeing's 787 Dreamliner and 737 MAX from 2020 to 2023 and from 2018 to 2024, respectively.

faced in addressing those different issues, which could have caused the market to value Boeing's safety statements (i.e., the Alleged Misrepresentations) differently over time. For example, before and after the FAA's November 18, 2020 AD lifting the 737 MAX grounding, the market would have a different understanding of the safety of Boeing's *software*, as it underwent significant changes as part of the recertification of the 737 MAX.[189] However, in the later part of the Putative Class Period, as Boeing faced manufacturing quality escapes, the market learned of ongoing challenges to Boeing's progress on *manufacturing* quality improvements. Given that the Alleged Misrepresentations in this matter relate to Boeing's forward-looking plans to "implement safety and quality control practices" and "establish a safety culture,"[190] differences between the software design issues and manufacturing problems—including those involving third-party suppliers—would be expected to change the stock price impact of the Alleged Misrepresentations and thus the amount of any inflation over time.

### c)    Increased FAA Oversight and Restriction of Boeing's Delegated Authority to Certify Aircraft

105.    At different points during the Putative Class Period, the market also learned of challenges to Boeing's successful implementation of its safety processes, the return to service of the 737 MAX, and the resumption of deliveries of the 787 Dreamliner, including increased FAA scrutiny due to Boeing's past issues. In December 2020, for example, the U.S. Congress passed a new law that limited the extent to which the FAA could rely upon manufacturers like Boeing to ensure compliance with certain regulations and increased reporting requirements and

---

[189] *See, e.g.*, "Quick Take:  FCF as a Bright Spot on Better Working Cap Management," Jefferies, July 24, 2019 ("Mgmt. noted it is working closely with the FAA on the process and have laid out a plan to certify the MAX software update.  The co. noted disciplined development and testing is underway and will submit the final software package to the FAA once they have satisfied all of their certification requirements."); "Return of the MAX, Finally," Bank of America, November 18, 2020 ("This morning, the US Federal Aviation Administration (FAA) announced the successful completion of the 20 month long safety review process on the 737 MAX.  The FAA rescinded the order that grounded the 737 MAX fleet and released an Airworthiness Directive (AD) that specifies the required changes to the aircraft before return to service.  While the mandatory changes and new training requirements will not allow the 737 MAX to return to service immediately, we view this event as a major milestone towards the MAX flying once more, which significantly reduces risk to Boeing's equity.…  The directive mandates several 'fixes' to include software updates, flight manual updates, wiring modifications, and a readiness flight to be completed before the aircraft can return to service."); "Our Thoughts Post MAX Recertification," Barclays, November 18, 2020 ("Today's MAX recertification is an important milestone in [Boeing's] recovery path.  …[W]e continue to expect MAX deliveries to resume in 2021 and average ~400 annually over the next several years including a mix of aircraft from storage and off the line.").

[190] Coffman Report, ¶ 13.

whistleblower protection, thereby increasing the level of FAA oversight of Boeing.[191]  Following implementation of the law and the resulting increased FAA oversight and control over certain aspects of Boeing's manufacturing processes, analysts commented on the additional improvements that Boeing would need to make to its safety processes and culture.[192]  Similarly, throughout the 737 MAX grounding and 787 Dreamliner delivery halt, the market learned that successfully meeting requirements for return to service would be challenging under the FAA's increasingly stringent safety checks, including the revocation of Boeing's ability to self-certify the 787 Dreamliner in February 2022.[193]  Given the effect of these developments on the regulatory environment in which Boeing operated and the level of scrutiny its operations faced on a day-to-day basis, it is likely that investors' interpretation of Boeing's statements regarding its progress on safety would have also changed.  Mr. Coffman fails to present a damages methodology capable of addressing the impact of these changes on the market's perceptions of the likelihood and timing of Boeing successfully implementing its forward-looking safety statements.

106.    Before the two 737 MAX accidents in 2018 and 2019, Boeing (like many other aircraft manufacturers) operated under Organization Designation Authorization ("ODA") privileges, which gave Boeing authority to act on behalf of the FAA for certain certification steps.[194]  After the accidents, as the public began to question the effectiveness of FAA oversight, the FAA signaled that it would more closely scrutinize the use of delegated authority.[195]

107.    In June 2019, the FAA commissioned a technical review committee to conduct an investigation of the causes of the two 737 MAX accidents, as related to the flight control system

---

[191] "Comprehensive Aircraft Certification Reform Legislation Advances to President's Desk," U.S. Senate Committee on Commerce, Science, and Transportation Press Release, December 22, 2022, available at https://www.commerce.senate.gov/2020/12/comprehensive-aircraft-certification-reform-legislation-advances-to-president-s-desk.

[192] *See*, *e.g.*, "Quick Take:  Boeing – 787 Deliveries on Hold Again; Working with the FAA," Bernstein, May 28, 2021; "Boeing Loses 787 Certification Authority," Bank of America, February 15, 2022.

[193] "When Boeing 787 Deliveries Resume, FAA Will Certify Each Plane Itself," *Seattle Times*, February 16, 2022, available at https://www.seattletimes.com/business/boeing-aerospace/when-boeing-787-deliveries-resume-faa-will-certify-each-plane-itself/.

[194] FAA, "Boeing 737 MAX Flight Control System:  Observations, Findings, and Recommendations," October 11, 2019, available at https://www.faa.gov/sites/faa.gov/files/2021-08/Final_JATR_Submittal_to_FAA_Oct_2019.pdf.

[195] *See*, *e.g.*, "After Boeing Crashes, Sharp Questions About Industry Regulating Itself," *New York Times*, March 26, 2019, available at https://www.nytimes.com/2019/03/26/us/politics/boeing-faa.html.

and MAX certification process.[196] The report issued by that committee in October 2019 (just after the start of the Putative Class Period) concluded that "FAA resource shortfalls … may have contributed to an inadequate number of FAA specialists being involved in the B737 MAX certification program" and recommended that the FAA review the effectiveness of the ODA process, including "examining how to help ensure adequate communications in [the] future certification processes about important characteristics of what is being certif[ied]" and "review[ing] the [Boeing ODA] work environment and ODA manual to ensure the Boeing ODA engineering unit members … are working without any undue pressure when they are making decisions on behalf of the FAA."[197]

108.    Analysts commented on the involved and lengthy process of working with the FAA as Boeing both faced more stringent oversight and sought to regain trust. For example, related to the 20-month process of recertifying the 737 MAX after the two accidents, analysts at Bernstein noted that the FAA planned to "inspect every airplane before it is delivered," an additional check.[198] They also noted that it was unclear "how the FAA [would] implement … or for how long it would intend to do [so]" but that it would "have a slowing effect on the initial delivery."[199] In December 2019, analysts also noted that even though work was completed from a "technical standpoint" and the 737 MAX had passed additional "[h]uman factors testing," there remained "items that the FAA would like to see addressed and documented," including a lengthy final approval process requiring Joint Operational Evaluation Board review and a Flight Standards

---

[196] FAA, "Boeing 737 MAX Flight Control System: Observations, Findings, and Recommendations," October 11, 2019, available at https://www.faa.gov/sites/faa.gov/files/2021-08/Final_JATR_Submittal_to_FAA_Oct_2019.pdf.

[197] FAA, "Boeing 737 MAX Flight Control System: Observations, Findings, and Recommendations," October 11, 2019, available at https://www.faa.gov/sites/faa.gov/files/2021-08/Final_JATR_Submittal_to_FAA_Oct_2019.pdf.

[198] "Boeing: 737Max Production Halt; Little Clarity on Timeline for Return to Service," Bernstein, December 17, 2019.

[199] See "Boeing: 737MAX Production Halt; Little Clarity on Timeline for Return to Service," Bernstein, December 17, 2019 ("An additional issue for Boeing is that the FAA has said it plans to inspect every airplane before it is delivered, at least initially. But, we do not yet know how the FAA will implement such a plan or for how long it would intend to do this. This could have a slowing effect on the initial delivery rate from storage.").

Report.[200]  Analysts reflected that the additional checks delaying recertification of the 737 MAX were part of the FAA's "new demands" and "new questions … about the certification process."[201]

109.    In 2020, Congress passed the Aircraft Certification, Safety, and Accountability Act ("ACSAA"), which expanded the FAA's oversight role in the aircraft certification process.[202] The ACSAA also included new whistleblower protections for employees of aircraft manufacturers, additional budget for the FAA to recruit and train its own engineers and experts, and new civil penalties if employees at aircraft manufacturers interfered with oversight work or failed to disclose all safety information to the FAA.[203]  Analysts noted that the ACSAA would require "costly changes" at Boeing associated with new certification requirements for aircraft starting in 2023, including "new and enhanced restrictions on crew alert systems, which would have required significant modifications to the MAX 7/10 software."[204]

110.    Increased oversight following the ACSAA was evident with the 787 Dreamliner delivery halt in 2021–2022.  In May 2021, Boeing halted deliveries of the 787 Dreamliner following an FAA request for additional information about previously identified manufacturing quality issues.[205]  Deliveries of the aircraft remained on pause for 14 months before the FAA approved

---

[200] "Boeing: 737MAX Production Halt – What Does It Mean for Cash?," Bernstein, December 20, 2019 ("There is still a substantial lack of clarity around the timeline for the return of the MAX and the length of the production suspension.  There has been no official comment from the FAA this week.  But, our understanding is that [while] the airplane is essentially ready from a technical standpoint, there is work still to be completed by Boeing and the FAA. Human factors testing was done with line pilots from several airlines last week.  It is our understanding that the tests were largely successful, but that there were items that the FAA would like to see addressed and documented.  We do not expect these issues to cause major delays, but they will have to be resolved before a certification flight.  We believe the FAA will also require JOEB (Joint Operational Evaluation Board) approval of training prior to certification.  The JOEB review will not take place until January [2020] in any case.  The completion of the JOEB review is required for the Flight Standards Report, which is part of the final approval process by the FAA.  The FSB report requires a comment period (we expect 15 days).  So even if everything goes smoothly from here, certification is now logistically not possible before late January [2020].").

[201] "Global Commercial Aerospace: 2020?  MAX Impact, Shifting Demand, Airline Profits – Safran as Our Top Pick," Bernstein, January 17, 2020.

[202] "Congress Passes Legislation to Tighten FAA Oversight After Boeing Max Crashes," *Washington Post*, December 22, 2020, available at https://www.washingtonpost.com/local/trafficandcommuting/congress-passes-legislation-to-tighten-faa-oversight-after-boeing-max-crashes/2020/12/22/23d9c88e-4489-11eb-a277-49a6d1f9dff1_story.html.

[203] "Congress Passes Legislation to Tighten FAA Oversight After Boeing Max Crashes," *Washington Post*, December 22, 2020, available at https://www.washingtonpost.com/local/trafficandcommuting/congress-passes-legislation-to-tighten-faa-oversight-after-boeing-max-crashes/2020/12/22/23d9c88e-4489-11eb-a277-49a6d1f9dff1_story.html.

[204] "ICYMI:  Max 10 Granted Type Inspection Certification," Bank of America, November 24, 2023.

[205] "Boeing Halts Deliveries of 787 Again, Works with FAA on Fix," *Bloomberg*, May 28, 2021, available at https://www.bloomberg.com/news/articles/2021-05-28/boeing-confirms-fresh-halt-to-787-deliveries-working-with-faa.

Boeing's inspection and modification plan to resume deliveries in July 2022.[206]  Throughout the delivery halt, analysts commented on the FAA's close oversight and the involved process of gaining the FAA's certification (which, at least in part, was attributable to the additional oversight power and resources the FAA was granted under the ACSAA).  For example, when 787 Dreamliner deliveries were halted in mid-2021, analysts noted that they were not aware of any new technical issues at the time, stating that "[i]t appears the FAA is … taking back inspection authority … to review more data and documentation."[207]  The analysts noted that although "the path is not clear," "[i]f the FAA retains authority, that would likely slow deliveries materially."[208]

111.    In February 2022, after the FAA identified additional manufacturing issues with the fuselage of the 787 Dreamliner and while deliveries were still halted, the FAA announced that Boeing would not be allowed to self-certify new 787 Dreamliners.[209]  Analysts described this change as "unprecedented and a significant change in how Boeing airplanes are certified," noting that the "FAA certifying the planes is more time consuming and could delay deliveries."[210]  Importantly, the analysts interpreted the change as "show[ing that] the FAA does not have confidence in Boeing to self-certify to the required FAA standards."[211]  By April 2022, still months from the resumption of deliveries of the 787 Dreamliner, analysts described recertification as a "long process"[212] and noted that the process required "[the FAA] working side by side with Boeing as the company has gone through the discovery and solution process."[213]

112.    The increased level of FAA oversight and scrutiny of Boeing following the two 737 MAX accidents and passage of the ACSAA informed the market of additional challenges

---

[206] "US Approves Boeing Inspection and Modification Plan to Resume 787 Deliveries," *CNN*, July 30, 2022, available at https://www.cnn.com/2022/07/30/business/boeing-faa-inspection-787/index html.

[207] "Quick Take:  Boeing – 787 Deliveries on Hold Again; Working with the FAA," Bernstein, May 28, 2021.

[208] "Quick Take:  Boeing – 787 Deliveries on Hold Again; Working with the FAA," Bernstein, May 28, 2021.

[209] "U.S. to Inspect New 787 Dreamliners, Says Boeing Cannot Self-Certify," *Reuters*, February 15, 2022, available at https://www.reuters.com/business/aerospace-defense/faa-will-conduct-final-inspections-new-boeing-787-dreamliners-2022-02-15/.

[210] "Boeing Loses 787 Certification Authority," Bank of America, February 15, 2022.

[211] "Boeing Loses 787 Certification Authority," Bank of America, February 15, 2022.

[212] "Quick Take:  Boeing – A Rough Q1; Defense Charges, Miss on Cash, 777X Delays; But, 787 Progress and Expect Positive FCF for Year," Bernstein, April 27, 2022 ("On the 787, Boeing said it submitted its certification plan to the FAA with rework completed on initial airplanes.  This is one bright spot in the report, as this has been a long process.").

[213] "Re-setting Expectations in Defense, Lower PT to $215," Morgan Stanley, April 28, 2022.

and costs that Boeing would encounter in successfully making progress on safety.  The ACSAA's formalization of the FAA's increased oversight and the accompanying increase in the FAA's resources for oversight activities also meant that the standards for safety evolved during the Putative Class Period.  For example, the FAA's decision in February 2022 to use its new authority take away Boeing's power to self-certify new 787 Dreamliners marked a clear change in certification safety requirements and standards.

113.    Given the effect of these developments on the regulatory environment in which Boeing operated and the level of scrutiny its operations faced on a day-to-day basis, it is likely that investors' interpretation of Boeing's statements regarding its progress on safety would have also changed.  More specifically, the stock price impact of the Alleged Misrepresentations would be expected to be different after the FAA (1) was found to be potentially in need of stronger oversight of Boeing in late 2019, and (2) explicitly was given additional resources and oversight for the aircraft certification processes with passage of the ACSAA in December 2020 compared to before these changes.  More stringent oversight also likely increased Boeing's costs in implementing safety reforms by using resources and delaying production, which would also be expected to affect the stock price impact of Boeing's safety statements and inflation over time.  While Mr. Coffman claims that he could use various "valuation techniques" to determine how inflation evolved over time, he has not identified what he would do in applying those generic tools to measure the effect of changes in the FAA's oversight of Boeing on the stock price impact of the Alleged Misrepresentations.

### d)    Changes in Boeing's Regulatory Obligations Following the DPA with the DOJ Entered on January 7, 2021

114.    Other developments during the Putative Class Period may also have caused the market to change its expectations regarding the speed and degree to which Boeing could implement its proposed safety plans, thus affecting the stock price impact of the Alleged Misrepresentations over time.  For example, on January 7, 2021, Boeing entered into the DPA with the DOJ.[214]  The DPA would be expected to change the stock price impact of Boeing's safety statements by increasing the level of compliance required of Boeing and imposing costs of non-compliance that

---

[214] DPA, p. 1.

the Company would otherwise be able to avoid.  It would also be expected to change the stock price impact of Boeing's forward-looking safety statements by informing the market of the extent of Boeing's safety culture issues that needed to be addressed.[215]

115.    Mr. Coffman fails to present a damages methodology capable of measuring changes in the stock price impact of the Alleged Misrepresentations before and after the DPA, which increased the level of compliance required of Boeing, imposed costs of non-compliance that the Company would otherwise be able to avoid, and informed the market of the extent of Boeing's safety culture issues that needed to be addressed.

116.    As part of the DPA entered into with the DOJ in January 2021:

    a.  Boeing admitted that it "interfered with the FAA AEG's lawful function to evaluate MCAS and to include information about MCAS in the 737 MAX FSB Report, and fraudulently obtained from the FAA AEG a differences-training determination for the 737 MAX that was based on incomplete and inaccurate information about MCAS."[216]

    b.  Boeing paid over $2.5 billion in criminal monetary penalties, compensation to airline customers, and compensation to relatives of accident victims.[217]

    c.  Boeing agreed to future cooperation and disclosure requirements until the later of the conclusion of all investigations and prosecutions arising from the 737 MAX accidents or the end of the DPA's three-year term.[218]

117.    As of the signing of the DPA, the FAA acknowledged that Boeing had "engaged in remedial measures" since the 737 MAX accidents, including that:

    a.  Boeing made "significant changes to its top leadership since the offense occurred," which included the resignation of Boeing's CEO Dennis Muilenburg and the hiring of new CEO David Calhoun effective January 2020.[219]

---

[215] DPA, Attachment A, ¶ 43.
[216] DPA, ¶ 4.
[217] DPA, ¶ 4.
[218] DPA, ¶¶ 3–5.
[219] DPA, ¶ 4; "Boeing Announces Leadership Changes," Boeing Press Release, December 23, 2019, available at https://boeing mediaroom.com/2019-12-23-Boeing-Announces-Leadership-Changes.

b.  Boeing "create[ed] a permanent aerospace safety committee of the Board of Directors to oversee the Company's policies and procedures governing safety and its interactions with the FAA and other government agencies and regulators."

c.  Boeing "creat[ed] a Product and Services Safety organization to strengthen and centralize the safety-related functions that were previously located across the Company."

d.  Boeing "reorganize[ed] the Company's engineering function to have all Boeing engineers, as well as the Company's Flight Technical Team, report through the Company's chief engineer rather than to the business units."

e.  Boeing made "structural changes to the Company's Flight Technical Team to increase the supervision, effectiveness, and professionalism of the Company's Flight Technical Pilots, including moving the Company's Flight Technical Team under the same organizational umbrella as the Company's Flight Test Team, and adopting new policies and procedures and conducting training to clarify expectations and requirements governing communications between the Company's Flight Technical Pilots and regulatory authorities, including specifically the FAA AEG."[220]

118.    Boeing further agreed to "continue to implement a compliance and ethics program designed, implemented, and enforced to prevent and detect violations of the U.S. fraud laws."[221] Boeing also agreed to enhanced corporate compliance reporting at no less than three-month intervals during the three-year term of the DPA.[222] Boeing made "statements concerning these significant changes, as well as the creation of the new Chief Aerospace Safety Officer position and recertification of the 737 MAX by the FAA, Canadian, and European regulators, during a January 27, 2021 conference call with investors and analysts, the first such statement made to investors following entry into the DPA and payment of over $2.5 billion."[223]

---

[220] DPA, ¶ 4.
[221] DPA, pp. 14–15.
[222] DPA, p. 15.
[223] Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund, p. 8.

119.     The DPA marked a change in Boeing's regulatory environment.  The changes in the regulatory environment involved not just a greater level of regulatory scrutiny and compliance requirements for Boeing's operations and oversight of its safety processes, but also an increase in the potential penalties Boeing would face for future quality escapes (i.e., potentially the resurrection of criminal charges and any additional penalties for noncompliance).  In addition, Boeing's admissions as part of the DPA of making "misleading statements, half-truths, and omissions to the FAA"[224] could affect the market's understanding of the depth of culture and safety process issues that Boeing needed to address.

120.     Given these developments, it is implausible to suggest that investors would have interpreted Boeing's statements regarding its commitment to safety in the same way before and after the DPA in January 2021.  In other words, Boeing's safety statements would be expected to have different stock price implications, affecting the measurement of inflation, before and after the DPA.  Mr. Coffman offers no damages methodology that could address what one Lead Plaintiff in this case admitted were "significant changes."[225]

### e)     Implementation of a Safety Management System

121.     New safety processes required during the Putative Class Period would also be expected to change the market's perception of the standards and goals for Boeing's safety processes and the challenges of meeting those standards and goals.  For example, in May 2020, in response to recommendations by an expert panel investigating the 737 MAX accidents, the FAA mandated that aircraft manufacturers, including Boeing, implement an SMS.[226]  With the new requirement of the SMS, the standards for safety processes and anticipated timeline for implementing those processes would have changed, which would be expected to affect the market's perception of the stock price impact of Boeing's safety statements.  The challenges Boeing faced in

---

[224] DPA, Attachment A, ¶ 43.
[225] Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund, p. 8.
[226] "U.S. to Mandate New Safety-Management Tools for Aircraft Makers," *Reuters*, May 19, 2020, available at https://www.reuters.com/article/idUSKBN22V2I3.  The requirement that all airplane manufacturers implement such a system, as well as specific features of compliant systems, became part of the law with the December 2020 passage of the Aircraft Certification, Safety, and Accountability Act.  *See* Congress.gov, "H.R.133 - 116th Congress (2019–2020): Consolidated Appropriations Act, 2021," December 27, 2020, Division V, Section 102, available at https://www.congress.gov/bill/116th-congress/house-bill/133.

implementation, as described to the public, could also be expected to change the value impact of the Company's safety statements.

122.    Again, Mr. Coffman fails to present a damages methodology capable of measuring changes in the stock price impact of the Alleged Misrepresentations as new safety processes became required and the market learned of Boeing's complexity in implementing those processes during the Putative Class Period.

123.    In May 2020, the FAA mandated that Boeing and other aircraft manufacturers each adopt an SMS to proactively identify and mitigate safety risks.[227]  Boeing discussed the ongoing process of developing and improving its SMS on conference calls.  For example, on its Q3 2020 earnings call, CEO David Calhoun noted that the Company had been "making significant progress" on its SMS, "working to ensure [its] system *meets the regulators' tougher standards and reflects industry best practices*."[228]  During its annual shareholders meeting the following year, Mr. Calhoun noted that Boeing had appointed a Chief Aerospace Safety Officer and had "in parallel" been "advancing [its] enterprise-wide safety management system," which it expected to be "fully embedded in every aspect of how [it] design[s], how [it] build[s], [and] how [it] support[s] all of [its] products and [its] services."[229]  He also noted that recent improvements to the system included "new forms of data; data from ground operations, data from customers, data for regulators, and … data broadly across [its] production system."[230]  Mr. Calhoun continued to discuss progress on its SMS at an investor conference in 2022, explaining the challenges of the later stages of SMS integration and development and describing

---

[227] "U.S. to Mandate New Safety-Management Tools for Aircraft Makers," *Reuters*, May 19, 2020, available at https://www.reuters.com/article/idUSKBN22V2I3/.  Creation of a safety management system "consistent" with international "standards and recommended practices" was also required by the Aircraft Certification, Safety, and Accountability Act passed by Congress in December 2020.  According to Section 102 of the act, the safety management system was required to "include a confidential employee reporting system through which employees can report hazards, issues, concerns, occurrences, and incidents[, a] reporting system … without concern for reprisal for reporting," and a code of ethics "applicable to all appropriate employees of a certificate holder, including officers (as determined by the FAA), which clarifies that safety is the organization's highest priority."  Congress.gov, "H.R.133 - 116th Congress (2019–2020):  Consolidated Appropriations Act, 2021," December 27, 2020, Division V, Section 102, available at https://www.congress.gov/bill/116th-congress/house-bill/133.

[228] The Boeing Company, Q3 2020 Earnings Call, October 28, 2020 (emphasis added) ("We're … making significant progress on our enhanced enterprise safety management system, with an initial focus on our Commercial Airplanes business.  We are working to ensure our system *meets the regulators' tougher standards and reflects industry best practices* as well as lessons learned from a number of independent reviews that have taken place over the past 18 months.").

[229] The Boeing Company Annual Shareholders Meeting, April 20, 2021.

[230] The Boeing Company Annual Shareholders Meeting, April 20, 2021.

the system as "the most complex, difficult program that [it has] in [its] company," noting that the "best leadership team [was] working on it" and that the Company was "invest[ing] in a whole variety of new sources of data" to improve and modernize the system.[231]

124.    While Boeing had discussed the implementation of and improvements to its SMS at various earlier points in the Putative Class Period, the Complaint alleges that it was not until May 24, 2022—more than two and a half years into the Putative Class Period—that Boeing published its first SMS Policy Statement.[232]  On an investor call in June 2022 discussing the purpose of its SMS, Boeing Chief Sustainability Officer Christopher Raymond explained that the SMS was part of an effort toward "driving [safety] further and further into the culture of the [C]ompany," which it viewed as a "never-ending journey[]" that "will … continue."[233]

125.    According to the SMS Policy Statement, Boeing's SMS was designed to "ensure all employees understand the requirement to report any safety hazard, incident, or concern, and can do so without fear of retaliation," and to promote "open[] communicat[ion of] safety actions being taken while appropriately protecting the safety data and safety information driving those actions," among other safety, quality, and compliance commitments.[234]

126.    Throughout the Putative Class Period, analysts commented on the ways in which the SMS could help with safety processes at Boeing.  For example, in October 2019, analysts at Jefferies stated:

> Safety management systems and cockpit automation testing are key in order to stay ahead of the human response to advanced automation in vehicles.  The seven NTSB recommendations were primarily related to the assumptions around pilot

---

[231] The Boeing Company Investor Conference, November 2, 2022 ("This is the most complex, difficult program that we have at our company and most players in the industry have in theirs.  This is assessing data from every use case, every flight, everywhere in the world understanding what anomalies occur in every one of those flights, putting them together, analyzing the data every way you can and get it to the engineers as fast as you can to make determinations and assessments about what it means to safety and then take action to do something about it.  It is a program of all programs.  We have our best leadership team working on it.  They've invested in a whole variety of new sources of data and most importantly, the integration of our safety management system with the safety management systems that exist in the airlines.  That integration gets us more current, more data, and ultimately better on avoiding safety incidents that may occur sometime in the distant future.").

[232] Complaint, ¶ 851.  Boeing's SMS Policy Statement is a written pledge to "commit to a Safety Management System to advance [its] goals for safety, quality and compliance" and to "foster a [p]ositive [s]afety [c]ulture."  *See* Boeing, "Boeing Safety Management System Policy," September 2024, available at https://www.boeing.com/content/dam/boeing/boeingdotcom/principles/safety/SMS_Policy.pdf.

[233] The Boeing Company at Jefferies A&D ESG Summit, June 14, 2022.

[234] Boeing, "Boeing Safety Management System Policy," September 2024, available at https://www.boeing.com/content/dam/boeing/boeingdotcom/principles/safety/SMS_Policy.pdf.

response to automated systems and reaction time in the face of multiple alarms. In general, automated systems and safety management systems have been shown to improve safety when properly reviewing and identifying risk and with proper operator training.[235]

127.     In April 2021, analysts noted that, once implemented, Boeing's SMS would "incorporate[] data from compliance, quality and safety assurance processes, including employee reporting," and that the "[w]eekly and monthly safety review meetings across the organization" would "increase awareness and visibility of concerns."[236]  The analysts described the process as part of Boeing "regaining its engineering excellence and unrelenting focus on safety" but also noted that "there will be bumps along the way" and that "restoring [Boeing's] reputation may take years and not be a straight path."[237]  The analysts further noted that the "faster turnaround and reinvestment" of data through the SMS as well as "new process controls and lines of communication with the supply side" had already helped Boeing "resolve persistent issues related to 787 fuselage joints."[238]  Analysts at Jefferies also stated that the SMS could help "foster a positive safety culture" by creating a culture in which "employees are informed about the human, technical, organizational, and environmental factors in global safety, as well as allowing for flexible organizational processes when facing safety issues, and a willingness to learn from safety information systems."[239]  Analysts at Wolfe Research also realized SMS's potential to

---

[235] "Takeaways from Third Congressional Hearing on 737 MAX," Jefferies, October 29, 2019.

[236] "When a Loss of Corporate Governance Results in Quality Erosion," Bank of America, April 12, 2021.

[237] "When a Loss of Corporate Governance Results in Quality Erosion," Bank of America, April 12, 2021 ("We look forward to [Boeing] ultimately re-finding its true North:  regaining its engineering excellence and unrelenting focus on safety.  However, until then, we believe there will be bumps along the way.  Similar case studies suggest restoring its reputation may take years and not be a straight path.…  Over the last two years the language in the proxy has shifted dramatically to emphasize Boeing's renewed focus on safety.…  In 2020 Boeing: … Began implementing an enterprise Safety Management System (SMS) which incorporates data from compliance, quality and safety assurance processes, including employee reporting.  Weekly and monthly safety review meetings across the organization are held to increase awareness and visibility of concerns.  We shall continue to track how these changes influence future operations at the company.").

[238] "Unclear Path to Engineering Excellence – Reiterate Neutral on Comm'l Aero Recovery," Bank of America, April 29, 2021 ("Safety management further integrated into engineering function.  CEO David Calhoun commented that the company has been working to broadly align its engineering function, in part by further integrating a new safety management system.  This system is said to reveal new data in a faster cycle time, allowing for faster turnaround and reinvestment into fundamental design practices.  Calhoun cites the resolution of 787 issues in 1Q21 as a testament to these new practices.  Through new process controls and lines of communication with the supply side, Boeing was able to resolve persistent issues related to 787 fuselage joints.").

[239] "2022 Sustainability Report:  Continuous Improvement," Jefferies, June 29, 2022 ("[Boeing] implemented a Safety Management System across the business in 2021, which helps to foster a positive safety culture.  The new system creates a culture where employees are informed about the human, technical, organizational, and

address quality issues: "[Boeing's] plan must include further maturity of the Safety Management System (SMS) program and an integration of the SMS program with the Quality Management System to ensure suppliers see the same rigor & oversight the FAA sees as necessary to address the systemic quality issues."[240]  Taken together, the SMS could have affected the market's perception of Boeing's progress on safety over time.

128.    As such, these developments—including (1) a new requirement to implement an SMS; and (2) Boeing's stated progress on the evolution of its SMS, including the challenges it faced in fully implementing the system—would be expected to change the market's perception of the standards and goals for Boeing's safety processes and the challenges of meeting those standards and goals.  The development of and improvements to Boeing's SMS were part of an ongoing, complex, and nonlinear process of culture change at Boeing, neither immediate nor easily measurable.  The requirement of an SMS marked a change in the goalposts for Boeing's safety processes.  In addition, Boeing's updates on its progress in implementing its SMS, including its description of the system as "the most complex, difficult program" across the Company, would be expected to have informed the market of challenges Boeing was facing with safety processes and culture change.  Information about these challenges could have changed the market's perception of Boeing's safety statements or of how close (or far) Boeing's aspirations were from being realized.  As such, these developments related to Boeing's SMS would be expected to change the effect of the Alleged Misrepresentations on Boeing's stock price, if any, over time. Mr. Coffman, however, does not provide a damages methodology that can address these factors and determine their effect on inflation.  As such, Mr. Coffman fails to propose a damages methodology to address the impact of changing regulations and rules on inflation throughout the Putative Class Period between September 2019 and May 2024.

---

environmental factors in global safety, as well as allowing for flexible organizational processes when facing safety issues, and a willingness to learn from safety information systems.  The positive safety culture also relies on people reporting errors and experiences.").

[240] "[Boeing]:  This Feels Like Progress," Wolfe Research, February 28, 2024.

**3.    Mr. Coffman Has Not Proposed a Damages Methodology Capable of Measuring Changes in the Stock Price Impact of the Alleged Misrepresentations Due to Major Changes in the Economic Environment**

129.    During the nearly five-year Putative Class Period, Boeing faced numerous external developments and changes in market-driven risks and in the economic environment in which it operated.  As these developments occurred and the risks evolved over the Putative Class Period, Boeing's business was impacted in ways that would affect the stock price impact of the Alleged Misrepresentations related to the changes Boeing was making to improve its manufacturing operations and enhance the safety of its commercial aircraft.  While Mr. Coffman acknowledges that inflation may have "evolved over the [Putative Class Period]" and claims that he could determine how inflation evolved using various potential "valuation techniques," including "event studies, fundamental valuation, contemporaneous valuations or documents, or some combination of the above,"[241] Mr. Coffman's generic discussion of those potential techniques does not amount to a methodology for measuring damages that is tied to the facts or economic circumstances of this particular case (including Plaintiffs' theory of liability).

130.    As discussed below, Mr. Coffman does not address the many changes in Boeing's economic environment over the nearly five-year Putative Class Period and as such has not proposed a methodology to measure the change in the stock price impact of the Alleged Misrepresentations over time in light of these changes, which include:  the evolving macroeconomic environment (Section VI.A.3.a), the COVID-19 pandemic (Section VI.A.3.b), changing value contribution of Boeing's BCA business segment to Boeing's overall business (Section VI.A.3.c), changes in consumer demand for air travel (Section VI.A.3.d), changes in the competitive landscape (Section VI.A.3.e), and changes in the financial and operating conditions of Boeing's third-party suppliers (Section VI.A.3.f).

### a)    Evolving Macroeconomic Environment

131.    As discussed in this section, Mr. Coffman does not propose a damages methodology capable of addressing the effect of changes in the macroeconomic environment on Boeing's

---

[241] Coffman Report, ¶ 100.

valuation during the nearly five-year Putative Class Period.  Mr. Coffman largely ignores the macroeconomic factors affecting Boeing's business, the changes in these factors over the course of the nearly five-year Putative Class Period, and the implications of these changes for measuring inflation over time.

132.    Macroeconomic conditions are an important driver of valuations in the commercial aircraft industry.[242]  The industry is seen as cyclical, as profitability depends on consumer demand for air travel,[243] which is tied to GDP.[244]  As such, analysts saw "weakness in global macroeconomic demand" as a primary risk for commercial aircraft company stocks.[245]

133.    Macroeconomic conditions were very different between the start of the Putative Class Period in September 2019 and in 2020, after the onset of the COVID-19 pandemic.  Macroeconomic conditions in those two periods were also different from those in 2021 and 2022 and in 2023 and 2024.[246]

134.    With the onset of COVID-19 and stay-at-home orders, the macroeconomy was suddenly characterized by uncertainty, as the U.S. and countries across the globe faced shocks to GDP and unemployment, as well as sudden changes in interest rates and inflation.[247]  As shown in **Exhibit 6**, nominal GDP quickly fell 9% between the start of the Putative Class Period in Q4 2019 and Q2 2020, before increasing by nearly the same percentage the next quarter.  The unemployment rate demonstrated even more dramatic movement, rising from 3.6% at the start of the Putative Class Period in September 2019 to 14.8% in April 2020, an increase of over 300%

---

[242] "Global Aerospace & Defense:  A&D 101 – Sector Primer," Bernstein, February 5, 2021; "Medical Devices, Airlines, Airplanes:  How Do New COVID Testing Advances Impact Cases for Airlines and Aerospace?," Bernstein, September 3, 2020.

[243] *See* Section VI.A.3.d below for a discussion of how changes in consumer demand impacted Boeing's business during the Putative Class Period.

[244] "Global Aerospace & Defense:  A&D 101 – Sector Primer," Bernstein, February 5, 2021 ("Commercial aerospace is a cyclical industry driven by GDP and airline profitability."); "Medical Devices, Airlines, Airplanes: How Do New COVID Testing Advances Impact Cases for Airlines and Aerospace?," Bernstein, September 3, 2020 ("The airline industry is highly sensitive to macroeconomic conditions and cyclicality in the economy.  A general slowdown of the economy will cause companies to curb business travels and households to hold off leisure travel. A downturn in demand has negative implications for industry pricing, earnings, and stock prices.").

[245] *See, e.g.*, "Quick Take:  Boeing Q1 – Revenues, Cash in Line with Our Estimates; On the Call, Market and Production Context Will Be Key," Bernstein, April 28, 2021.

[246] Section VI.A.3.b below discusses the specific disruptions to Boeing's supply chain, work force, and production process from COVID-19.

[247] *See, e.g.*, Board of Governors of the Federal Reserve System, "Global Real Economic Uncertainty and COVID-19," February 18, 2022, available at https://www.federalreserve.gov/econres/notes/feds-notes/global-real-economic-uncertainty-and-covid-19-20220218 html/.

(see **Exhibit 7**).  By December 2020, the unemployment rate had declined to 6.7%, but did not reach its pre-Putative Class Period levels until May 2022.

135.    There was also notable movement in interest rates and inflation during this time.  The Federal Reserve cut interest rates to nearly 0% in March 2020, and as shown in **Exhibit 8**, interest rates remained this low through the first quarter of 2022.  Inflation, as measured by the 12-month percentage change in the Consumer Price Index, also declined from its pre-Putative Class Period levels from early- to mid-2020, as shown in **Exhibit 9**.

136.    As the economy began to recover from the global pandemic, macroeconomic conditions continued to change over the subsequent years, such that Boeing's economic operating environment in 2020 was not only different from that in 2019, but also different from its operating environment in 2021 and 2022, which was different still from its operating environment in 2023 and 2024.

137.    For example, as shown in **Exhibit 6**, following the macroeconomic instability of 2020, nominal GDP rose through the end of the nearly five-year Putative Class Period, ending at levels approximately 33% higher than the level at the start of the Putative Class Period.  As shown in **Exhibit 8**, it was not until mid-2022 that interest rates began to steadily climb, but rates reached double their pre-Putative Class Period levels in mid-2023 and remained high through the end of the Putative Class Period.  Similarly, as shown in **Exhibit 7**, while it was not until May 2022 that the unemployment rate fell back down to its pre-Putative Class Period rate of 3.6%, the unemployment rate began to slowly climb through 2023 and 2024, such that it was 11% above the September 2019 rate by the end of the Putative Class Period.

138.    Inflation continued to show large movement through the last four years of the Putative Class Period.  As shown in **Exhibit 9**, 12-month inflation reached its September 2019 rate by February 2021 and continued to climb through June 2022, to a rate over seven percentage points above the rate at the start of the Putative Class Period (an increase of over 400%).  The 12-month inflation rate fell from 9.1% in June 2022 to 3.0% a year later, and ended the nearly five-year Putative Class Period at 3.3% in May 2024.

139.    As such, there were large changes in Boeing's macroeconomic environment during the Putative Class Period that would be expected to impact its valuation over time.  Mr. Coffman

fails to offer a damages methodology capable of addressing the impact of these changes on the level of inflation in Boeing stock.

### b) COVID-19's Disruptions to Boeing's Supply Chain, Work Force, and Production Processes

140.    As discussed in this section, Mr. Coffman does not propose a damages methodology capable of addressing the effect of the COVID-19 pandemic on Boeing.  In his regression model for his *Cammer* Factor 5 analysis of efficiency, Mr. Coffman acknowledges that the pandemic affected the market for Boeing's securities, and he estimated separate regressions "[t]o account for the changes in volatility" at the outset of the pandemic.[248]  However, even assuming that Mr. Coffman's model does properly "account for the changes in volatility," his event study model does *not* "account for" the pandemic's lasting impact on Boeing's supply chain, workforce, or production processes.[249, 250]  These factors would be expected to change the

---

[248] Coffman Report, ¶ 51.

[249] I discuss the effect of COVID-19 on consumer demand for air travel separately in Section VI.A.3.d below.

[250] Another macroeconomic development during the Putative Class Period that affected Boeing is the conflict between Russia and Ukraine, which began in late January 2022.  While Boeing's defense peers such as Lockheed Martin, General Dynamics, and RTX saw increased revenues attributable to demand from the war, BDS recorded operating losses annually in both 2022 and 2023, after operating at an annual profit in every year since 2017.  These losses in 2022 and 2023 were driven by cost-overruns on defense programs with fixed-price contracts, which require Boeing to pay for any costs that exceed the agreed-upon thresholds in its contracts (e.g., due to inflation or manufacturing issues requiring rework) and which were less common and pervasive among many of Boeing's defense peers.  *See* Boeing 2019 10-K, p. 21; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on January 31, 2022 ("Boeing 2021 10-K"), p. 92; "Boeing Struggles to Steer Defense Unit in Another Year of Losses," *Reuters*, October 27, 2023, available at https://www.reuters.com/business/aerospace-defense/boeing-struggles-steer-defense-unit-another-year-billion-dollar-losses-2023-10-27/.  The Russia-Ukraine conflict may have also affected performance of Boeing in other ways.  For example, in early 2022, as tension between Russia and Ukraine escalated, Boeing announced that the tension was contributing to an "adverse climate" for business, leading to the decision to suspend its business operations in Russia (including a major design center) and threatening to disrupt its supply chain due to its use of Russia as a supplier of titanium for its aircraft. On its Q1 2022 earnings call, CEO Mr. Calhoun noted that the Company had "suspended maintenance and support for Russian customers" and suspended titanium imports from Russia, which were used for aircraft manufacturing, although it "had a program of inventory built for quite some time" such that it was "reasonably protected on that front."  In a February 2022 report titled "Boeing and Russia," analysts at Morgan Stanley discussed how "further escalation of tension in the region could have an adverse effect on Boeing's supply chain and downside risk to the order book."  While investors initially questioned whether Boeing's titanium supply would hold up without Russian imports, the Company announced at the 2023 Paris Airshow that it had completely moved away from its Russian titanium supplier.  It also announced it had rebuilt Russian BGS operations in Poland, Brazil, and India.  *See* "Boeing Says Ukraine Tensions Creating 'Adverse Climate' for Business," *Reuters*, January 31, 2022, available at https://www.reuters.com/business/aerospace-defense/boeing-says-us-russia-relations-weighing-business-2022-01-31/; The Boeing Company, Q1 2022 Earnings Call, April 27, 2022; "Boeing and Ford Suspend Operations in Russia," *New York Times*, March 1, 2022, available at https://www.nytimes.com/2022/03/01/business/boeing-ford-russia.html; "Airbus Calls on West to Avoid

market's perception of the progress, timing, and/or success of Boeing's implementation of its safety initiatives. For example, as discussed in this section, as the industry faced supply chain disruptions, including a lack of raw materials and labor shortages, Boeing's suppliers struggled to keep up with production timelines, resulting in quality escapes.[251] Similarly, as also discussed in this section, as Boeing laid off workers and offered early retirement to others in response to a lack of demand for air travel, it faced the challenges of having to retrain workers—who needed time to develop skills—forcing Boeing to rely in the interim on less-trained workers, potentially resulting in a greater risk of quality escapes.[252] Also, when Boeing shifted planes into long-term storage in response to the decline in aircraft demand in 2020 due to COVID-19, the extra steps needed to bring the planes back to service may have diverted resources from existing manufacturing and process improvements, delaying or adding costs and complexity to the manufacturing process.[253]

141.    First, the pandemic adversely affected global supply chain operations. As early as April 2020, Boeing publicly highlighted that a number of its suppliers had suspended or reduced operations, resulting in shortages for Boeing's operations and contributing to its own site suspension decisions.[254] Boeing added risk disclosures for "increased instability" in its supply chain to its annual SEC filings, and explained that COVID-19 supply chain disruptions "could

---

Sanctions on Russian Titanium," *Wall Street Journal*, June 21, 2022, available at https://www.wsj.com/articles/airbus-calls-on-west-to-avoid-sanctions-on-russian-titanium-11655817028; "Boeing: Three Problems – Lower Price Target to $235; Remain Outperform," Bernstein, March 15, 2022; "Boeing and Russia," Morgan Stanley, February 18, 2022; "Day 1 at the Paris Air Show," Morgan Stanley, June 19, 2023.
[251] *See, e.g.*, "Boeing: CEO Dave Calhoun at Bernstein's Strategic Decisions Conference – Takeaways and Our Perspectives," Bernstein, June 6, 2022 ("[I]t was reported Friday (WSJ) that Boeing had paused production for 10 days in May [2022] as it addressed supplier issues. This was consistent with Calhoun's characterization that it was more important to stabilize the production process than it was to rush aircraft through with incomplete jobs that require traveled work. He wants to avoid out of sequence production issues, which can lead to much higher complexity and costs.").
[252] *See, e.g.*, The Boeing Company, Q3 2022 Earnings Call, October 26, 2022 ("We have brought on 10,000 people. We are at a head count level that we think can handle rate increases and all the things that we need inside our own shop. We have significant training and development programs and investments that are being made as we speak, so that we are productive with the introduction of all of these new people. …[T]hat is not a simple process. It's not just bring in people and start them up. There's a real learning curve and cycle that is needed to sort of ramp up capacity.").
[253] *See, e.g.*, "Boeing Reached Its Delivery Target on Strong December," Bank of America, January 10, 2023 ("We note … that a sustainable level of 49 deliveries per month is not easy to maintain as Boeing struggles with supply chain constraints to new aircraft production and the complexity of de-pickling parked inventories.").
[254] The Boeing Company, Q1 2020 Earnings Call, April 29, 2020.

have severe adverse impacts on [its] production costs, delivery schedule and/or ability to meet customer commitments."[255]

142.    After air traffic began picking back up in 2021, Boeing continued to face supply chain constraints, including suppliers' access to both raw materials and skilled labor.  On its Q3 2021 earnings call, CEO David Calhoun stated that the Company was "actively working to ensure the production system, including the supply chain, is stable" and that "[r]aw materials, logistics, and labor availability" would "be key watch items for future [production] rate increases."[256]  At a November 2022 investor conference, Boeing management noted that "supply chain disruption ha[d] impacted [the Company] significantly" and that the supply chain was the Company's "limiter" for production and that overcoming issues with suppliers remained a "focus" for the Company.[257]  On its Q3 2023 earnings call, Boeing management noted that the Company was continuing to experience issues getting its supply chain up to quality and stability standards, particularly with respect to Spirit (as discussed in Section VI.A.3.f below).[258]

143.    Analysts likewise commented on the ongoing supply chain issues.  For example, in March 2020, analysts at Bernstein noted that "many [supply chain] arrangements were agreed before the coronavirus outbreak, which has materially impacted near-term aviation demand … Boeing may be required to provide further support as strain increases across the system."[259]  In June 2020, analysts at UBS noted that the pull back in production during the COVID-19 pandemic would "do hard-to-reverse damages to the supply chain" as the pandemic "exacerbated what was already a delicate balancing act of delivering aircraft while getting and keeping the supply chain healthy."[260]  In October 2020, analysts at J.P. Morgan noted that "[t]he recovery path remain[ed] very challenging, with customers struggling with COVID-19, suppliers struggling with not enough to do, and Boeing struggling with a levered balance sheet and continued cash burn."[261]  In November 2022, analysts at Bank of America noted that Boeing faced "limiting factors to finishing aircraft … from across the supply chain," that put pressure on

---

[255] Boeing 2020 10-K, p. 7.
[256] The Boeing Company, Q3 2021 Earnings Call, October 27, 2021.
[257] The Boeing Company Investor Conference, November 2, 2022.
[258] The Boeing Company, Q3 2023 Earnings Call, October 25, 2023.
[259] "Boeing:  Navigating the COVID-19 Crisis - Resetting the Delivery and Cash Outlook," Bernstein, March 18, 2020.
[260] "Bull vs. Bear Case:  A Seemingly Longer Road for the Bull Post Recent Move," UBS, June 16, 2020.
[261] "Confronting Multiple Challenges," J.P. Morgan, October 29, 2020.

ensuring "'stability, quality and flow'" of the production system.[262]  Bank of America analysts noted in April 2023 that the supply chain had been "weakened … to a critical point" and that suppliers were left "fragile and vulnerable" such that any production ramp-up could lead to manufacturing issues.[263]

144.    As ensuring and strengthening the operation of its supply chain became more difficult for Boeing, the market's assessment of the likelihood of success of Boeing's safety initiatives, Boeing's progress in implementing those initiatives, and the stock price impact of Boeing's forward-looking safety statements also likely changed.  While the Company faced ongoing constraints to production from its suppliers even as demand for air travel was rebounding, Boeing's safety initiatives may have had a different timeline and probability of success depending on the extent of constraints on suppliers and the pressure suppliers faced to meet production goals.

145.    Boeing added a risk disclosure in 2021 regarding the costs and potential negative effects of supply chain constraints, noting that "[o]perational issues, including delays or defects in supplier components, [or] failure to meet internal performance plans … could result in significant out-of-sequence work and increased production costs, as well as delayed deliveries to customers, impacts to aircraft performance and/or increased warranty or fleet support costs."[264]  As one example, analysts attributed Boeing's decision to pause certain aircraft production in May 2022 to "supplier issues," noting CEO David Calhoun's recognition of the trade-offs between "rush[ing] aircraft through with incomplete jobs" and "stabiliz[ing] the production process."[265]

146.    Second, Boeing also faced labor-related changes within its own manufacturing workforce.  As the Company noted, a key component of the commercial aircraft business is the "*skilled labor from thousands of employees* and other partners."[266]  Nonetheless, in light of the global collapse in airline travel, Boeing announced the layoff of 19,000 workers in the summer

---

[262] "Boeing Investor Day 2022:  Honesty Is the Best Policy, But Much Remains to Be Seen," Bank of America, November 3, 2022.
[263] "Looking for Clarity on the 737-MAX Path Forward," Bank of America, April 17, 2023.
[264] Boeing 2021 10-K, p. 12.
[265] "Boeing: CEO Dave Calhoun at Bernstein's Strategic Decisions Conference – Takeaways and Our Perspectives," Bernstein, June 6, 2022.
[266] Boeing 2021 10-K, p. 11 (emphasis added).

of 2020 and an additional 7,000 workers that fall.[267]  The Company also offered early retirement packages and other incentives for workers to leave voluntarily, changing the composition of its workforce and leading analysts to question whether Boeing would be facing a "brain drain" of senior technical workers carrying the most knowledge.[268]

147.    Following these layoffs, Boeing disclosed in its risk factors that it would expect to face workforce challenges when it eventually increased production again.  The Company warned that there may be "an increasingly competitive labor market due to a sustained labor shortage or increased turnover rates"[269] and that it, together with its suppliers, expected to experience "labor instability."[270]  By the time of its Q3 2022 earnings call, the Company confirmed that as production picked back up and Boeing worked to increase deliveries, "labor stability" was an "issue" "that is likely to continue into the future" given the challenge of "getting the workforce trained and up to speed" for the highly skill-based work required.[271]  On a subsequent earnings call, Boeing CEO David Calhoun reiterated that the timing of its production would be "almost entirely built around labor availability, trained labor availability" and that while hiring—a challenge in the initial stages of the COVID-19 recovery—was no longer an issue, the challenge was "about the training and ultimately getting them ready to do the sophisticated work that [it] demand[s]."[272]  CEO David Calhoun also explained the effect of changes in its workforce composition (i.e., the loss of older, more experienced workers with early retirement), noting that as it continued to "rework" airplanes with manufacturing issues, the challenge in ensuring quality would be to "incorporate all the learning from folks who are doing the rework," and "[t]hat will

---

[267] "Citing 'Devastating' Pandemic Impact, Boeing to Lay Off 7,000 More Workers," *NPR*, October 28, 2020, available at https://www npr.org/sections/coronavirus-live-updates/2020/10/28/928884032/citing-devastating-pandemic-impact-boeing-to-lay-off-7-000-more-workers.

[268] "Citing 'Devastating' Pandemic Impact, Boeing to Lay Off 7,000 More Workers," *NPR*, October 28, 2020, available at https://www npr.org/sections/coronavirus-live-updates/2020/10/28/928884032/citing-devastating-pandemic-impact-boeing-to-lay-off-7-000-more-workers; The Boeing Company, Q2 2021 Earnings Call, July 28, 2021.

[269] Boeing 2021 10-K, p. 9.

[270] Boeing 2022 10-K, p. 8.

[271] The Boeing Company, Q3 2022 Earnings Call, October 26, 2022 ("We have brought on 10,000 people.  We are at a head count level that we think can handle rate increases and all the things that we need inside our own shop.  We have significant training and development programs and investments that are being made as we speak so that we are productive with the introduction of all of these new people.  …[T]hat is not a simple process.  It's not just bring in people and start them up.  There's a real learning curve and cycle that is needed to sort of ramp up capacity.").

[272] The Boeing Company, Q4 2022 Earnings Call, January 25, 2023.

displace whatever retirements and/or demographic issues that [it has] over the next couple of years."[273]

148.     It would be expected that the challenges associated with laying off and then needing to rebuild a highly skilled workforce would affect the probability of Boeing successfully implementing its safety reforms as well as the timeline for their implementation.  For example, at an investor conference in September 2022, Boeing CFO Brian West discussed that an electrical wiring issue discovered in the 737 MAX airplanes was due in part to labor-related challenges, explaining that it had recently brought "a lot of new labor into the factory" and that, to resolve the issue and prevent similar quality escapes in the future, the workers needed to learn, and that the "experience curve is real for many of [its workers], and it takes time."[274]

149.     Third, because of the obvious impact on commercial air traffic and the dramatic cutbacks in operations by global airlines, including grounding of fleets, deferral of airplane orders, and postponement of accepting completed orders,[275] Boeing ended up with a large inventory of completed but undelivered aircraft.  Those planes had to be "pickled" (preserved) for long-term storage.  Once demand began to recover in 2021,[276] Boeing had to "de-pickle" those planes, which added complexity to the manufacturing process, including by requiring staff and resource reallocation and affecting spare part reallocation.  Market commentators noted the complexities introduced by de-pickling.  For example, analysts at Bank of America noted in May 2022 that the "de-pickling [process] has proved to be more difficult and taken longer than anticipated"[277] and reiterated in August 2022 that "the 'de-pickling' of 737 [MAXs] proved to be a larger than

---

[273] The Boeing Company, Q4 2022 Earnings Call, January 25, 2023.

[274] The Boeing Company at Morgan Stanley Laguna Conference, September 15, 2022.

[275] The Boeing Company, Q2 2020 Earnings Call, July 29, 2020 ("COVID has also dealt a heavy blow to the commercial aerospace sector and our business.  Airlines have cut back operations dramatically.  As they assess their business, they are making difficult decisions that result in grounding fleets, deferring airplane orders, postponing acceptance of completing orders and slowing down or stopping payments.  They are also accelerating aircraft retirements, deferring elective maintenance and requiring [less] service.  …[W]e are taking action to adjust our production rates and our infrastructure to adapt to the COVID-19 pandemic impact on aircraft demand.  These rate decisions are based on our current assessment of our demand environment, and we will continue to closely monitor these factors that affect our skyline and make rate adjustments as appropriate in the future.  We strive to adjust our production rates as timely as possible.  In some cases, we would have liked to bring [the] production rate down sooner to match near-term demand.  However, there's a number of key factors that [we] need to take into consideration, including orderly supply chain transition and production system stability.  Therefore, we expect production to continue to outpace [the] delivery rate in the near term, resulting in higher finished[-]good inventory.").

[276] *See, e.g.,* **Exhibit 14**.

[277] "'Nothing Is, But What Is Not,' – Lowering PO to $180, Reiterate Neutral," Bank of America, May 2, 2022.

expected headwind for Boeing and this is a risk for the stored 787 [Dreamliners]."[278]  On its Q3 2022 earnings call, in response to a question from an analyst on how complicated the "de-pickling" process would be for 787 Dreamliners, Boeing CEO David Calhoun replied that all the aircraft would "have to go through a prescribed set of rework."[279]  Discussing the effect of the de-pickling process on the delivery rate, Bank of America analysts noted in January 2023 that "a sustainable level of 49 deliveries per month is not easy to maintain as Boeing struggles with supply chain constraints to new aircraft production and the complexity of de-pickling parked inventories."[280]

150.    As such, the additional steps and complexity required for de-pickling airplanes out of long-term storage as COVID-19-related demand disruptions eased added complexity to an already complex manufacturing process and, as a result, could have impacted the market's perception of the feasibility of Boeing's safety initiatives and the Company's expected timeline for implementing those initiatives.

151.    These lasting effects of COVID-19, including constraints on supply chain, workforce, and labor-related instability, as well as the complexities introduced to the manufacturing process through the "de-pickling" of stored planes, would be expected to affect the amount of any inflation allegedly created by the Alleged Misrepresentations by changing the market's perception of Boeing's progress on its safety initiatives and the challenge of implementing its forward-looking safety statements over time.

152.    Despite the lasting impact of COVID-19 on Boeing, Mr. Coffman provides no damages methodology to allow inflation to vary as the market's expectations regarding the implementation of Boeing's safety processes and the stock price impact of the Alleged Misrepresentations changed with the onset of and repercussions from the COVID-19 pandemic.

---

[278] "Boeing Gets Preliminary Greenlight on 787 Deliveries Restart," Bank of America, August 1, 2022.
[279] The Boeing Company, Q3 2022 Earnings Call, October 26, 2022.
[280] "Boeing Reached Its Delivery Target on Strong December," Bank of America, January 10, 2023.

c)       **Evolving Value Contribution of the Boeing Commercial Airplanes Segment**

153.     Mr. Coffman also fails to present a damages methodology capable of addressing the evolving value contribution of Boeing's BCA business segment over time.  As discussed below, issues with Mr. Coffman's own event study demonstrate the importance of changes in the contribution of BCA to Boeing's overall business.

154.     During the Putative Class Period, Boeing operated in three reportable segments: (1) BCA, (2) BDS, and (3) BGS.[281]  Each of these segments had a different cash flow and risk profile.  I understand that Plaintiffs' allegations in this matter pertain to the BCA segment[282] only.  In particular, Plaintiffs allege that "[t]his case is about Boeing's false and misleading representations to investors about the most important aspect of its business—manufacturing safe airplanes."[283]  Moreover, the Alleged Corrective Events in this case also relate to issues with Boeing's commercial aircraft and quality escapes in the commercial airline manufacturing process.

155.     The revenue and operating profit of Boeing and the contribution of the BCA segment to overall revenue and operating profit varied during the Putative Class Period.  **Exhibit 10** shows Boeing's revenue by segment from Q1 2018 through Q3 2024.  As shown in that exhibit, while BCA accounted for the majority of revenue before the Putative Class Period, the revenue of that segment fell dramatically in the second quarter of 2019, following the second 737 MAX accident and the global grounding of the 737 MAX.  Revenue in the BCA segment remained lower than its Q1 2019 levels but varied as a share of Boeing's total revenue through the end of the Putative Class Period.  In Q2 2020, for example, BCA revenue was approximately 14% of Boeing's total revenue while in Q2 2023 it accounted for nearly half.

156.     As shown in **Exhibit 11**, a similar pattern is true for Boeing's operating profit by segment, that is, changes in BCA operating profit drove variation in the Company's overall

---

[281] Prior to Q1 2023, Boeing also included BCC as a reportable segment.  As described in the Boeing 2020 10-K, BCC "seeks to ensure that Boeing customers have the financing they need to buy and take delivery of their Boeing product," and its portfolio consists of "equipment under operating leases, sales-type/finance leases, notes and other receivables, assets held for sale or re-lease and investments."  Boeing 2020 10-K, p. 2.  *See also* Boeing 2023 10-K, pp. 104–105.

[282] According to Boeing's 10-Ks, BCA "develops, produces and markets commercial jet aircraft and provides fleet support services, principally to the commercial airline industry worldwide."  *See, e.g.*, Boeing 2020 10-K, p. 1.

[283] Complaint, ¶ 1.

operating profit. Operating profit was *negative* for BCA in all but one quarter from Q2 2019 through Q3 2024. Moreover, through the start of 2021, BCA's losses dwarfed the net profits of the other segments. It was not until 2022 and 2023 that BCA losses declined and in 2023 the Company was able to turn an overall profit.

157.    Mr. Coffman does not provide a damages methodology to measure the impact of the BCA business segment's expected value contribution over time on his measurement of inflation.[284] In particular, Mr. Coffman suggests that "constant percentage" inflation, which implies Boeing's stock price was inflated by a constant percentage throughout the Putative Class Period, may be "reasonable."[285] If the Alleged Misrepresentations affected the BCA segment value by 5%, the overall stock price impact of the Alleged Misrepresentations would change over the course of the Putative Class Period as the BCA segment's contribution to Boeing's overall valuation changed. If the Alleged Misrepresentations affected the BCA segment value by a different percentage over time—for example, as other events and developments discussed in Section VI.A.2 above changed the market's perception of the likelihood of successfully implementing progress on safety—the stock price impact of the Alleged Misrepresentations would vary over time with *both* the variation in the Alleged Misrepresentations' effect on BCA segment value and the variation in that segment's contribution to Boeing's overall stock price value.

158.    Alternatively, Mr. Coffman states that "constant dollar" inflation, which implies artificial inflation was the same dollar amount from the first Alleged Misrepresentation until the first Alleged Corrective Event, is an approach that is "often-used."[286] However, the expected dollar benefits of improving safety may well have changed as the relative value of the BCA segment changed. For example, assume the Alleged Misrepresentations caused the market to believe that Boeing's safety improvements would save the Company $100,000 in potential costs per airplane delivered (i.e., by making adverse consequences less likely), so a decline in aircraft deliveries (i.e., a smaller BCA segment) would lead to lower expected benefits of the safety statements

---

[284] To be clear, I am not suggesting that Mr. Coffman should have quantified the relationship between the size of BCA and inflation, only that by failing to explain *how* he would do so he has failed to provide a methodology that can measure damages in a manner consistent with Plaintiffs' allegations.

[285] Coffman Report, ¶ 100.

[286] Coffman Report, ¶ 100.

(and lower inflation).  Put differently, if the Alleged Misrepresentations about safety improvements lower the market's expected risk of a quality escape from 0.2% to 0.1% per plane, and the expected cost of an escape is $100,000,000 per plane, then 0.1% per plane amounts to $100,000.  If Boeing makes 100 planes, the expected quality escape cost savings are $10,000,000 but if Boeing makes 500 planes, the expected savings are $50,000,000.  As such, Mr. Coffman has also not shown that "constant dollar" inflation can appropriately account for these changes in the BCA business segment's expected value contribution over time.

159.    Although Mr. Coffman also claims that he could use other generic "valuation techniques" to measure the evolution of inflation over time,[287] he does not explain how one could apply any of those techniques in a manner consistent with Plaintiffs' theory of liability.  As such, Mr. Coffman fails to propose a damages methodology to address the evolving value contribution of the BCA segment.

160.    Mr. Coffman's own event study demonstrates the importance of changes in the contribution of BCA to Boeing's overall business.  To control for industry-wide information in his event study, Mr. Coffman uses a "Peer Index" consisting of the constituents of the S&P 500 Aerospace and Defense Index during the Putative Class Period (excluding Boeing).[288]  Many of the constituent companies in Mr. Coffman's Peer Index, like Boeing, have both defense businesses and other businesses.[289]  However, these companies are not large commercial aircraft manufacturers like Boeing.  For example, Mr. Coffman's Peer Index does *not* contain Boeing's largest commercial aircraft manufacturer competitor, Airbus (see discussion in Section VI.A.3.e), nor does it contain the large regional jet providers, such as Embraer and

---

[287] Coffman Report, ¶ 100.

[288] Coffman Report, ¶ 50.

[289] *See, e.g.*, General Dynamic Corporation, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 8, 2024, pp. 3, 16;  General Electric Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 2, 2024, pp. 4, 8; Howmet Aerospace Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 13, 2024, p. 2; Huntington Ingalls Industries Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 1, 2024, pp. 1, 7;  L3Harris Technologies, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 16, 2024, pp. 1–2;  Lockheed Martin Corporation, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on January 23, 2024, pp. 3, 29, 32; Northrop Grumman Corporation,  SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on January 24, 2024, p. 1; RTX Corporation, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 5, 2024, p. 4; Teledyne Technologies Incorporated, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 23, 2024, p. 3; Textron Inc., SEC Form 10-K for the Fiscal Year Ended December 31, filed on February 12, 2024, pp. 3–4; TransDigm Group Incorporated, SEC Form 10-K for the Fiscal Year Ended September 30, 2024, filed on November 7, 2024, pp. 1–4.

Bombardier, viewed as the closest contenders to challenging Boeing and Airbus' duopoly in the commercial aircraft manufacturing market.[290]  The customers of Boeing's BCA segment, commercial airlines, may also be affected by many of the same economic factors as Boeing, such as consumer demand for air travel.  As I discuss in Section VI.A.3.d below, consumer demand for air travel is also a large driver of BCA business segment profitability.[291]  Indeed, the S&P 500 Passenger Airlines Index ("Airline Index") is closely correlated with Boeing, as shown in **Exhibit 12**.[292]  This suggests that economic factors relevant to Boeing's BCA segment, while important to Boeing's stock price, may not be fully captured in Mr. Coffman's Peer Index.

161.    Indeed, statistical evidence suggests that Mr. Coffman's event study fails to fully capture Boeing's relevant peers.  In Mr. Coffman's event study, Boeing's stock returns are modeled as a function of a market index and an industry index.  In such an event study, the coefficient on the industry index measures the co-movement of the returns of that index with the returns of the stock (holding market returns constant).  An industry index coefficient of 0 means that there is no co-movement between the two return series, so the movement in one is not explained by the same factors as movement in the other.  As shown in Mr. Coffman's Exhibit 6, the coefficient on Mr. Coffman's Peer Index, which measures the covariance of the returns of the index with those of Boeing stock, varies during the Putative Class Period, ranging from 1.9 to approximately -0.1 with an overall downward trend starting in 2020.[293]  In particular, the industry index coefficient from Mr. Coffman's event study is generally lower (and not always statistically significant) in 2022 and 2024.[294]  When the industry index coefficient is not statistically significant, it cannot be reliably distinguished from 0, and shows that Mr. Coffman's event study is not capturing the effect of industry-wide factors on Boeing's stock price.  This could be because Mr. Coffman is

---

[290] "Commercial Aircraft:  Where We Came From – History of the Duopoly," Bernstein, December 11, 2020.
[291] See discussion in Section VI.A.3.d below.
[292] The Airline Index itself may not capture all industry-wide information affecting aircraft manufacturers; I present it here only to illustrate the failure of Mr. Coffman's model to fully control for industry-wide information.
[293] Coffman Report, Exhibit 6, backup materials.
[294] Coffman Report, Exhibit 6, backup materials.  Specifically, starting on February 1, 2022 the coefficient on Mr. Coffman's Peer Index begins to decline rapidly.  As an illustration that there was a structural break on or around this time, I used a statistical procedure known as a Chow test.  I tested for a structural break within the 120 trading days of the control period Mr. Coffman used for his model for April 27, 2022.  Specifically, I tested whether the relationship between Boeing and the industry was different from November 3, 2021 through January 31, 2022 than it was from February 1, 2022 through April 26, 2022.  The results of this test indicate that his peer index coefficient declined sharply from 1.26 prior to February 1, 2022 to -0.18 for the subsequent period.  This difference is statistically significant.

failing to capture the relevant industry factors with his chosen industry index, as explained above.

162.    To the extent Mr. Coffman's event study is not fully capturing industry factors—particularly for dates on which the Peer Index coefficient in Mr. Coffman's model is not statistically significant—Mr. Coffman could be incorrectly including in Boeing's residual return the effects of industry factors.  In other words, Mr. Coffman's event study may not actually be isolating the effect on Boeing's stock price of Company-specific news, but rather also incorporating the effect of industry-wide factors into the Company's residual return.  Properly accounting for industry factors could therefore lower Boeing's residual return.  One of the periods during which Mr. Coffman's Peer Index is statistically insignificant is early 2024, when the Alleged Corrective Events occurred.  Therefore, although Mr. Coffman suggests that inflation could be measured "start[ing] from" Boeing's residual returns following the Alleged Corrective Events, those residual returns, as calculated by his event study regression, could be driven in part by industry factors.[295]

163.    Indeed, the addition of the Airline Index as an additional explanatory factor in Mr. Coffman's event study affects the statistical significance of Boeing's residual returns.[296]  In particular, one finds that the coefficient on that index is statistically significant for much of the Putative Class Period, meaning that the Airline Index helps explain changes in Boeing's returns.  Moreover, the index is statistically significant throughout 2022 and in 2024 when Mr. Coffman's Peer Index is not, as shown in **Exhibit 13**.  This finding underscores the importance of the change in the relative contribution of BCA to understanding the economic value of Boeing and of the Alleged Misrepresentations.

164.    Additionally, the last Alleged Corrective Event, which occurred after market hours on May 14, 2024, is associated with a statistically significant price decline in Mr. Coffman's model.  However, when the Airline Index is included as an additional factor in Mr. Coffman's event study, the residual return on that date is *not* statistically significant, suggesting that there is no residual price decline in Boeing stock on that day and that the statistically significant return in

---

[295] Coffman Report, ¶ 99.
[296] Like Mr. Coffman does for his "Peer Index," I include the returns of the Airline Index net of the S&P 500 Total Return Index.  *See* Coffman Report, footnote 60.

Mr. Coffman's event study may in fact have been driven by industry factors, rather than Boeing-specific news.

### d)        Changes in Consumer Demand for Air Travel

165.    Mr. Coffman similarly fails to propose a damages methodology that addresses the effect of changes in consumer demand for air travel on the market's perception of the likelihood and expected timing of Boeing's successful implementation of its safety initiatives.

166.    An important driver of aircraft manufacturer profitability is consumer demand for air travel, as deliveries of aircraft to airlines is a key driver of cash flows.[297]  Indeed, as noted above, if an index of commercial airlines is added to Mr. Coffman's regression, the coefficient on that index is positive and statistically significant, showing a correlation between the stock returns of commercial airlines and Boeing (and thus, in an efficient market, cash flows).  Analysts also recognized the importance of changes in consumer demand in air travel for driving Boeing's BCA business segment (and its competitors') profitability.[298]  As changes in consumer demand for air travel affected Boeing's revenues and valuation during the Putative Class Period, the stock price impact of the Alleged Misrepresentations would be expected to change as well.

167.    COVID-19 was a "major demand shock" that affected Boeing and other commercial aerospace stock valuations.[299]  While air travel demand had increased approximately 4%–5% annually in the years before the COVID-19 pandemic, demand for air travel plummeted with the advent of stay-at-home orders.[300]  As shown in **Exhibit 14**, consumer demand for air travel, as measured by the number of global airline passengers, began recovering each year after 2020, and by 2023 was just short of 2019 levels.  As shown in **Exhibit 15**, aircraft deliveries, which at least in part reflect air travel demand, followed a similar pattern, falling to the lowest recent historic levels in 2020 but increasing each year from 2021 through 2023.  The differences in air travel

---

[297] "Global Aerospace & Defense:  A&D 101 – Sector Primer," Bernstein, February 5, 2021.

[298] For example, UBS analysts noted that "[Boeing's] aerospace businesses face a number of risks including exposure to the ups and downs of global economies as well as exogenous events (such as COVID-19) which can lead to a decrease in passenger and/or freight demand.  Lower demand can impact aircraft deliveries and related aircraft services which could significantly impact sales and earnings."  "No New Shoes Drop; 787/737 Margins Stepping Down Toward Our Outyear Est," UBS, April 30, 2020.

[299] See, e.g., "End of an Era:  Cutting Widebody Production by 60%," Jefferies, March 31, 2020; "Commercial Aircraft Demand:  Post-Vaccine News – A Better Scenario?," Bernstein, November 11, 2020.

[300] "Global Aerospace & Defense:  A&D 101 – Sector Primer," Bernstein, February 5, 2021.

and deliveries between the onset of COVID-19 and later years were stark.  For example, in 2024, global passengers had increased to 2.7 times their 2020 levels.  Accordingly, while Boeing made approximately 100 external deliveries in 2020, it tripled its deliveries to 300 in 2021 and delivered around 500 aircraft per year in 2022 and 2023.

168.    The changes in consumer demand throughout the nearly five-year Putative Class Period would be expected to affect the stock price impact of the Alleged Misrepresentations, as such changes affected not only the Company's overall valuation, but also the operating environment for Boeing.  As also discussed in Section VI.A.3.e below, there may be trade-offs between safety and efficiency:  with finite resources, increasing the production rate means spending less time on each plane.  When demand is low, the trade-off may not be binding, that is, there may be sufficient time to meet demand *and* design and implement safety process improvements.  When demand is high, however, it may be more difficult for a manufacturer to do both.  Alternatively, given a focus on safety, high demand may mean a number of orders going unfulfilled (because of the time and resources expended on safety efforts rather than toward faster production).  In this case, the cost of implementing safety reforms is higher when demand is higher, as it may mean lowering production rates.  Therefore, changes in demand would be expected to change the market's perception of the likelihood of Boeing successfully implementing its forward-looking safety statements and the stock price value of those statements.

169.    Analyst and Company commentary is consistent with this trade-off between efficiency and quality.  For example, while Boeing was facing wiring issues on the 737 MAX during the dramatic slowdown in demand in March 2020, a Bernstein analyst report noted that challenges with recertification and/or manufacturing issues appeared manageable at the time, relative to periods of "high delivery growth" when they would be more "critical."[301]  Similarly, on its Q1 2023 earnings call, Boeing's CEO David Calhoun explained that when it comes to production, the Company was "steadily increasing rates across key programs to meet the robust demand" but would need to balance this with "prioritiz[ing] … stability and not push[ing] the system too fast."[302]

---

[301] "Quick Take:  Boeing – Wiring Issues Reportedly May Need to Be Addressed on the 737 MAX," Bernstein, March 10, 2020.
[302] The Boeing Company, Q1 2023 Earnings Call, April 26, 2023.

170.    Plaintiffs themselves allege that Boeing repeatedly denied a trade-off of "quality or safety for cost or schedule things"[303] and that its statements that "no trade-offs … take place"[304] were false and misleading because "Boeing continued to take unsafe shortcuts during the manufacturing process" and "rel[ied] on … inherently unsafe production practice[s] … in an effort to speed up production at the expense of safety."[305]  If these allegations are correct, then there is in fact a trade-off between safety and efficiency of production, which would logically be more constraining when demand is higher.  Without a method to measure damages consistently with that trade-off and the observed changes in consumer demand during the Putative Class Period, Mr. Coffman has not offered a methodology to measure damages consistent with Plaintiffs' allegations.

### e)    Changing Competitive Landscape

171.    Mr. Coffman also fails to present a damages methodology capable of addressing changes in the market's perceptions of the stock price impact of Boeing's safety statements, including the likelihood and costs of successfully implementing those safety initiatives, as Boeing's competitive position changed.

172.    Although there are some small players, analysts have characterized the commercial aerospace sector as essentially a duopoly between Boeing and its chief competitor, Airbus.[306]  The market share and competitive dynamics of the two companies evolved over the Putative Class Period, in part due to Boeing's production issues and groundings (see discussion in Section VI.A.2 above).  The changes in Boeing's market share and competitive environment over the course of the Putative Class Period would be expected to affect the amount of any

---

[303] Complaint, ¶ 612, citing The Boeing Company at Robert W. Baird Global Industrial Conference, November 6, 2019.

[304] Complaint, ¶ 612, citing The Boeing Company at Robert W. Baird Global Industrial Conference, November 6, 2019.

[305] Complaint, ¶ 613.

[306] *See* "Commercial Aircraft:  Where We Came From – History of the Duopoly," Bernstein, December 11, 2020 ("The large commercial aircraft industry has been effectively an Airbus-Boeing duopoly for more than 20 years.… The duopoly becomes a natural construct because of the advantages of scale.  The costs of product development, manufacturing facilities, technology advancement, working with regulatory authorities, and building a global supply chain and support network make this a difficult world for smaller players.  In addition, the very high bars for safety and quality control have been challenging even for Boeing and Airbus.  They are much harder for new entrants.").

inflation over time—for example, by affecting the Company's operating and financial situation through the impact on production timelines and profitability.

173.    While Boeing and Airbus historically held approximately equal shares of the narrowbody aircraft market and Boeing held an approximately 60% share of the widebody market throughout the 2010s,[307] Boeing's edge disappeared with the grounding of the 737 MAX in March 2019. **Exhibit 16** shows the total commercial aircraft deliveries by Boeing and Airbus from 2018 through 2024.  As shown in that exhibit, Boeing's market share has not recovered after 2019, even as its total deliveries grew at a faster rate than that of Airbus deliveries.  **Exhibit 17**, which shows the gross commercial aircraft orders for each of the two manufacturers over the same period, presents a similar story, with a large decrease in orders for Boeing in 2019 after the second 737 MAX accident and the global grounding.  While Boeing orders outpaced those of Airbus in 2021, Airbus saw a large increase in orders in 2023 (nearly 900 more than Boeing) following two large orders from Indian airlines, including the largest order in aviation history at the time.[308]

174.    Analysts closely monitored the market shares of these two competitors and noted that any problems with ramping up production would cause an even greater loss in market share by Boeing than that already caused by the grounding of the 737 MAX as "product quality and safety are a necessity to maintain and gain [market] share."[309]

175.    In response to questions about the challenges of losing market share at an investor conference in June 2022, Boeing CEO David Calhoun discussed the trade-off between pushing production to regain market share and ensuring production stability, noting that in the case of a rush to increase production, "stability [would go] down."[310]

176.    Thus, increased competitive pressures with Airbus underscored the potential trade-off Boeing faced between safety and efficiency.  As in times of high demand (as discussed in Section VI.A.3.d above), under pressure to regain market share, the trade-off between efficient

---

[307] "Supply Chain and Market Share Implications from Airbus Production Cut," Jefferies, April 8, 2020.  *See also* **Exhibit 16**.

[308] **Exhibit 17**; "Air India Firms Up Order with Airbus, Boeing for 470 Planes," *Reuters*, June 20, 2023, available at https://www.reuters.com/business/aerospace-defense/air-india-firms-up-order-with-airbus-boeing-470-planes-2023-06-20/; "Airbus Wins Record 500-Plane Order from India's IndiGo," *Reuters*, June 20, 2023, available at https://www.reuters.com/business/aerospace-defense/airbus-wins-historic-500-plane-indigo-order-2023-06-19/.

[309] "Aerospace & Defense Sector ESG Integration Refresh," Jefferies, March 9, 2023.

[310] The Boeing Company at Sanford C. Bernstein Strategic Decision Conference, June 3, 2022.

production and ensuring and expanding safety processes may be more binding.  While Plaintiffs suggest that this trade-off did exist,[311] and further allege that Boeing "felt intensive competitive pressures from Airbus,"[312] Mr. Coffman fails to present any damages methodology capable of addressing this trade-off that is capable of measuring inflation consistent with Plaintiffs' allegations.

### f) Financial and Operational Conditions of Third-Party Suppliers

177.    Mr. Coffman fails to present a damages methodology capable of addressing changes in the stock price impact of Boeing's safety statements, including progress on successfully implementing the plans discussed in those statements and the associated costs with those plans, as the market learned of additional challenges Boeing faced related to its third-party supplier Spirit.

178.    Boeing's aircraft manufacturing process relies on third-party suppliers for production of aircraft parts.[313]  During the Putative Class Period, Boeing's primary third-party supplier of large aircraft parts was Spirit.[314]  As discussed below, during the Putative Class Period, Spirit experienced widely reported safety and quality issues.  Because of its role as Boeing's primary parts supplier, on which Boeing depended for the stability and quality of its own aircraft manufacturing process, quality issues at Spirit would be expected to affect the market's perception of the supplier's reliability and thus the likelihood and timing of Boeing successfully implementing its own safety initiatives.

179.    During the Putative Class Period, Spirit faced challenges related to its workforce and quality escapes in its manufacturing process, leading to financial and operational instability at the supplier.  **Exhibit 18** presents a timeline of some of these events.

---

[311] *See*, *e.g.*, Complaint, ¶¶ 612–613.

[312] Complaint, ¶ 51.

[313] For example, on Boeing's Q2 2019 earnings call, CEO Dennis Muilenburg noted that Boeing's production process was dependent on "supply chain health" with "more than 600 suppliers on the MAX program."  *See* The Boeing Company, Q2 2019 Earnings Call, July 24, 2019.

[314] "A Timeline of Boeing Supplier Spirit AeroSystems' Major Moments," *Seattle Times*, February 21, 2024, available at https://www.seattletimes.com/business/a-timeline-of-boeing-supplier-spirit-aerosystems-major-moments/.

180.    For example, in April 2023, Spirit notified Boeing of defects in 737 MAX aircraft tail fittings that it had produced.[315]  Although the defects did not create safety issues, they caused Boeing to develop and institute rework procedures to fix the airplanes, lowering Boeing's rate of production.[316]

181.    In August 2023, Boeing identified another widespread manufacturing quality issue on the 737 MAX stemming from assembly work performed by Spirit.  The issue involved misaligned and duplicated holes on the aircraft's fuselage that Spirit was filling with fasteners before passing on to Boeing, which contributed to a quarterly loss for Boeing.[317]  Earlier that summer, Spirit also faced a work stoppage as a result of a labor contract dispute, which, although quickly resolved, also slowed Boeing's production.[318]  On November 1, 2023, Spirit reported a Q3 2023 operating loss of $133.7 million.[319]

182.    As a result of these issues and Spirit's deteriorating financial condition, Spirit's CEO Tom Gentile resigned in October 2023.[320]

183.    As quality issues at Spirit forced rework on Boeing aircraft, this added complexity to Boeing's manufacturing process and may have affected the market's perception of the progress Boeing was making in improving safety.  For example, analysts noted that Spirit had been the "biggest [source of] issues for Boeing on the 737[ ]MAX" as Spirit quality issues required "time-consuming inspections and some rework"[321] and questioned whether Spirit could "get [737] MAX quality issues under control."[322]  Analysts at J.P. Morgan explained that the "problem"

---

[315] "Boeing 737 MAX Production Hit by a New Defect in Supplier Part," *Seattle Times*, April 13, 2023, available at https://www.seattletimes.com/business/boeing-aerospace/boeing-737-max-production-hit-by-a-new-defect-in-supplier-part/.

[316] The Boeing Company, Q1 2023 Earnings Call, April 26, 2023.

[317] "Boeing Finds New 737 MAX Defect, Threatening Delivery Target," *The Seattle Times*, August 23, 2023, available at https://www.seattletimes.com/business/boeing-finds-new-737-max-defect-delaying-some-deliveries/.

[318] "Spirit AeroSystems Completes Rework of Boeing 737 Vertical Fittings," *AeroTime*, August 2, 2023, available at https://www.aerotime.aero/articles/spirit-aero-q2-2023; The Boeing Company, Q2 2023 Earnings Call, July 26, 2023.

[319] "Spirit AeroSystems Reports Third Quarter 2023 Results," Spirit AeroSystems Press Release, November 1, 2023, available at https://www.spiritaero.com/pages/release/spirit-aerosystems-reports-third-quarter-2023-results/.

[320] "Spirit Aero CEO Resigns as Former Boeing Exec Named Interim Head," *Reuters*, October 2, 2023, available at https://www.reuters.com/business/aerospace-defense/spirit-aero-names-board-member-shanahan-interim-ceo-2023-10-02/.

[321] "Global Aerospace & Defense:  2024 Outlook – Commercial Aero Growth Opportunities and New Risks; Defense Volatility Ahead," Bernstein, January 9, 2024.

[322] "'24 Outlook:  Aero Overweight Remains but Defense Moves to Market Weight from Overweight," Wolfe Research, December 13, 2023.

with Spirit's quality lapses came down to the rework, which "adds cost" and "diverts resources to rework from new production."[323]  More generally, analysts noted that "Boeing and Spirit will succeed or fail together"[324] because, "[i]n commercial aerospace, the OEMs are only as strong as their weakest suppliers."[325]

184.    Given Spirit's importance to Boeing's aircraft production and Spirit's visible struggles, Boeing signed a Memorandum of Agreement ("MoA") with Spirit in October 2023 designed to stabilize Spirit's production system and to help Boeing meet its planned rate increases.[326]  The agreement required Spirit to create an "operational stability plan" in exchange for temporary financial assistance and changes to payment terms.[327]  Spirit described the MoA as an "important step forward" to help "strengthen Spirit financially," while ensuring it could meet its "customer commitments" and "improve operational performance."[328]  By 2024, when Boeing was in discussions to purchase Spirit, analysts saw the acquisition as an opportunity to "allow greater visibility into the production process and let Boeing bring its own more formidable resources directly to bear to address issues."[329]  The possibility that Boeing might acquire Spirit and thus be able to manage its safety processes would likely have changed the market's perception of Boeing's ability to properly implement its safety plans, as well as the costs of and timeline for doing so, relative to when Spirit was an independent supplier.

185.    As such, the quality issues Spirit faced during the Putative Class Period would be expected to affect the market's perception of the likelihood of Boeing successfully implementing its own safety initiatives and thus the stock price impact, if any, of the Alleged Misrepresentations.  While Plaintiffs allege that Boeing "did not properly oversee its suppliers to ensure quality control including its critical supplier Spirit," Mr. Coffman does not provide a damages methodology capable of measuring the impact of these developments on Spirit's

---

[323] "Disappointing News for Boeing, More So for Spirit," J.P. Morgan, April 13, 2023.

[324] "Spirit AeroSystems: Deal with Boeing Is a Step Forward," J.P. Morgan, October 19, 2023.

[325] "Lower Del. Estimates on Supplier Concerns, BDS Remains Hampered; PO to $250," Bank of America, October 17, 2023.

[326] "New MOA Just Struck: [Boeing] and [Spirit] Reconcile Their Differences," Jefferies, October 18, 2023; "Spirit AeroSystems: Deal with Boeing Is a Step Forward," J.P. Morgan, October 19, 2023.

[327] "Boeing Pumps Cash into Spirit AeroSystems to Shore Up Troubled Supplier," *The Spokesman-Review*, October 20, 2023, available at https://www.spokesman.com/stories/2023/oct/18/boeing-pumps-cash-into-spirit-aerosystems-to-shore/.

[328] "Spirit AeroSystems Reports Third Quarter 2023 Results," Spirit AeroSystems Press Release, November 1, 2023, available at https://www.spiritaero.com/pages/release/spirit-aerosystems-reports-third-quarter-2023-results/.

[329] "Boeing & Spirit: It Seems You CAN Go Home Again," J.P. Morgan, March 3, 2024.

quality, or the actions Boeing took during the Putative Class Period to mitigate issues at Spirit (including the signing of the MoA) on inflation over the Putative Class Period in a manner consistent with Plaintiffs' allegations.

**B.    Mr. Coffman Fails to Provide a Damages Methodology That Can "Start[] from" the Price Declines Following the Numerous Alleged Corrective Events in 2024 and Measure Inflation Over the Previous 50 Months Consistently in Light of the Complexities of Plaintiffs' Allegations**

186.    Instead of proposing a methodology that attempts to directly measure the effect of the Alleged Misrepresentations on Boeing's stock price at particular points in time during the nearly five-year Putative Class Period and the changes in those effects over that period, Mr. Coffman suggests "start[ing]" with Boeing's stock price reaction to the Alleged Corrective Events beginning in January 2024.[330]  However, Mr. Coffman's suggested approach fails to explain how he will reliably connect the stock price reactions to the Alleged Corrective Events in 2024 to inflation allegedly created by the Alleged Misrepresentations dating back to 2019 given the complexities of the Plaintiffs' allegations.  As discussed in Section VI.B.1, Mr. Coffman has not provided any explanation for how he will reliably use the price reactions following the Alleged Corrective Events as a starting point to estimate inflation throughout the nearly five-year Putative Class Period consistent with Plaintiffs' allegations about the hundreds of Alleged Misrepresentations challenged in the Complaint.[331]  Of the 20 dates on which I understand that Plaintiffs allege that Boeing's stock price declined in response to the Alleged Corrective Events, only seven are associated with statistically significant residual price declines based on Mr. Coffman's event study analysis.[332]

---

[330] Coffman Report, ¶ 99

[331] The number of Alleged Misrepresentations represents the number of individual highlighted statements in Section VI of the Complaint.  *See* Complaint, Section VI.  *See also* Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Class Action Complaint, *In re The Boeing Company Securities Litigation*, United States District Court, Eastern District of Virginia, Alexandria Division, Civil Action No. 1:24-cv-00151-LMB-LRV, Document 51, June 21, 2024, Appendix A.

[332] **Exhibit 1**; Complaint, ¶¶ 365–469.  The number of Alleged Corrective Event impact dates are identified as dates on which Plaintiffs discuss price declines in Boeing's stock in Section IV.H of the Complaint.  Plaintiffs discuss additional dates in Section IV.H of the Complaint, but do not discuss price declines on those dates.  My use of the results from Mr. Coffman's event study model in this report is for illustrative purposes only and should not be considered an endorsement of his methodology or his results.

187.   Additionally, the Alleged Corrective Events in this case represent materializations of the risk of quality escapes that could cause safety issues on Boeing's airplanes and the consequences of those quality escapes.  As discussed in Section VI.B.2, Plaintiffs' allegations suggest that the Alleged Misrepresentations about Boeing's plans to improve its "safety" caused the market to underestimate the risk that quality escapes or resulting safety incidents (such as the Alaska Airlines accident) would occur.  Yet an event such as the Alaska Airlines accident likely would have caused Boeing's price to decline even if none of the Alleged Misrepresentations had been made and the market was correctly informed about the risk of manufacturing quality escapes. Mr. Coffman proposes no method for determining which portion of the observed decline could be attributed to the Alleged Misrepresentations.  Finally, as discussed in Section VI.B.3, Mr. Coffman provides no methodology to properly measure the consequential effects of the materialization of these risks.  Specifically, he has not explained how he could use the "price reactions to" disclosures about the consequences of particular quality escapes to measure inflation resulting from numerous different statements that allegedly caused the market to underestimate the *risk* (or likelihood) of quality escapes.  Similar to the materialization of a risk, these consequences could lead to price declines even absent any Alleged Misrepresentations.

### 1. The Putative Class Period Includes 50 Months in Which the Alleged Misrepresentations Occurred and More Than Four Months During Which Those Misrepresentations Were Purportedly Corrected

188.   Mr. Coffman claims that "the most widely-used technique to quantify artificial inflation starts from an event study that measures price reactions to disclosures that revealed the relevant truth."[333]  However, he does not provide a damages methodology that can reliably apply the stock price reactions following the Alleged Corrective Events in 2024 to measure inflation throughout the Putative Class Period given the complexities of Plaintiffs' allegations.

189.   Plaintiffs' Putative Class Period spans almost five years, during which hundreds of misrepresentations are alleged to have been made during the first 50 months of the period, from September 2019 to January 2024, before any of the Alleged Corrective Events.  During this 50-month period, a number of important developments occurred that would be expected to affect

---

[333] Coffman Report, ¶ 99.

the extent to which the Alleged Misrepresentations may have impacted the value of Boeing's stock (if at all). These developments also detract from the informativeness of later price reactions to the Alleged Corrective Events for estimating inflation earlier in the Putative Class Period, as the price reaction to an earlier disclosure may have been different because of these intervening developments. Mr. Coffman provides no way to verify the implicit assumption in his "constant dollar" or "constant percentage" inflation approaches, namely, that the market's reaction to the Alleged Corrective Events after these developments occurred would be equal to the market's reaction to the same alleged corrective information absent these developments. Nor has Mr. Coffman provided a damages methodology to measure inflation over time if not using one of those two approaches.

190.    The numerous developments during this 50-month period include (but are not limited to): the global pandemic beginning in March 2020; the resumption of production of the 737 MAX in May 2020; the return to service of the 737 MAX in the U.S. in December 2020; Boeing's entry into a DPA with the DOJ in January 2021; partial groundings and delivery and production halts of the 787 Dreamliner in 2020, 2021, and 2022; and reports of quality escapes by Boeing and its suppliers throughout the Putative Class Period.[334] These developments would be expected to affect the extent to which investors may have been misled by the Alleged Misrepresentations regarding Boeing's plans to improve safety (as discussed in Section VI.A.2 above). Further, Boeing experienced many changes in its economic environment over this same period, which included the evolving macroeconomic environment, the COVID-19 pandemic, changing relevance of Boeing's BCA business segment, changes in consumer demand for air travel, changes in the competitive landscape, and changes in the financial and operating conditions of Boeing's third-party suppliers. These would be expected to affect the stock price impact of the Alleged Misrepresentations related to the changes Boeing was making to improve its manufacturing operations and enhance the safety of its commercial aircraft (as discussed in Section VI.A.3 above). Mr. Coffman therefore has no reliable basis to assume that the amount of any inflation at the time of the Alleged Corrective Events is informative about the amount of any

---

[334] *See, e.g.*, "Boeing 737 MAX Planes Inspected for Loose Bolts, FAA Says," *Wall Street Journal*, December 28, 2023, available at https://www.wsj.com/business/airlines/boeing-737-max-planes-inspected-for-loose-bolts-faa-says-c925e2a9 ("Boeing 737 MAX airplanes are being inspected for potential loose bolts in the rudder control system.").

inflation earlier in the Putative Class Period and thus fails to provide a damages methodology to translate price reactions in the first half of 2024 to price inflation as early as September 2019.

191.    Plaintiffs' allegations suggest that the extent to which the Alleged Misrepresentations may have affected the value of Boeing's stock (if at all) changed over time.  Specifically, Plaintiffs allege that there were hundreds of misrepresentations during the Putative Class Period occurring on more than 50 separate dates.

192.    I further understand that Plaintiffs contend that "the repetition of safety-related statements"[335] may have caused inflation to increase over time as the repetition made the statements material to investors.  I understand Plaintiffs argue that when statements that may be unimportant standing alone "are made repeatedly in an effort to reassure the investing public … those statements may become material to investors."[336]  To the extent that Plaintiffs' allegations suggest that the repetition of the Alleged Misrepresentations affected how the market understood those statements, Mr. Coffman has not provided a damages methodology that can measure damages consistent with Plaintiffs' allegations because he suggests starting with an analysis of the price reactions to the Alleged Corrective Events in 2024.[337]  For example, he has not proposed a damages methodology for estimating the inflation introduced by the first alleged misstatements on September 30, 2019, made in the wake of the 737 MAX accidents in 2018 and 2019 and before any repetition of similar statements about safety over the next several years.  Instead, Mr. Coffman proposes to calculate inflation based on price reactions to the alleged correction of allegedly misrepresented information starting in January 2024, after the Alleged Misrepresentations had been repeated hundreds of times throughout the Putative Class Period.

---

[335] Plaintiffs' Opposition to MTD, p. 16.

[336] Plaintiffs' Opposition to MTD, p. 8 (emphasis removed) ("While certain statements, viewed in isolation, may be mere puffery, when the statements are made repeatedly in an effort to reassure the investing public about matters particularly important to the company and investors, those statements may become material to investors.").

[337] For example, Plaintiffs allege that Defendants' statements with respect to safety during the Putative Class Period were different from prior statements made about safety due to their repetition.  The Complaint and subsequent pleadings cite a Bank of America analyst report discussing that such statements had "shifted dramatically," which was an observation made in April 2021, 18 months into the Putative Class Period, based on information that had been repeated over two years.  *See* Plaintiffs' Opposition to MTD, p. 17 (emphasis in original) ("In those cases, Boeing's 'vague affirmations of safety' during the period between and immediately after the Crashes were held nonactionable.…  This case, by contrast, concerns Defendants' <u>years</u> of representations that Boeing had turned a new page after the Crashes by prioritizing safety").  *See also* Complaint, ¶ 156 ("Bank of America observed that '[o]ver the last two years the language in [Boeing's] proxy has shifted dramatically to emphasize Boeing's renewed focus on safety, indicating to us that the company clearly wants shareholders to know its Board is again laser-focused on this'" and "[t]he 2021 proxy even states 'Safety is, simply put, our highest priority.'"); "When a Loss of Corporate Governance Results in Quality Erosion," Bank of America, April 12, 2021.

193.    Despite stating that the "most widely-used" measurement of inflation "start[s]" with price movements following the "disclosures that revealed the relevant truth,"[338] Mr. Coffman does not address the specific nature of the Alleged Corrective Events in this case.  Plaintiffs allege that the relevant "truth" was revealed through a series of events that occurred during the last four and one-half months of the Putative Class Period, between January and May 2024.  Those events started with a materialization of the risk that quality escapes might occur, specifically the Alaska Airlines door plug failure on January 5, 2024.[339]  That accident produced consequential developments for Boeing in the form of increased public and regulatory scrutiny, including but not limited to investigations by the FAA into manufacturing deficiencies[340] and by the SEC into Boeing's safety-related disclosure,[341] delay in China Southern Airlines' acceptance of 737 MAX deliveries,[342] the FAA's grounding of the 737 MAX,[343] and the reduction in Boeing's 737 MAX production rate,[344] several of which also constitute Alleged Corrective Events.

194.    Mr. Coffman provides no damages methodology that would allow him to translate the price movements following these various events to measures of inflation throughout the entire Putative Class Period—that is, the degree to which the Alleged Misrepresentations affected Boeing's stock price over the period from September 2019 to May 2024 (if at all).  This is especially problematic because, although the Alleged Misrepresentations purportedly affected the market's perception of the *likelihood* of safety incidents, these events and their consequences could have occurred and caused stock price reactions even absent any Alleged Misrepresentations, as discussed further below in Sections VI.B.2 and VI.B.3.

195.    For example, Plaintiffs allege that Boeing "made numerous statements throughout the [Putative] Class Period in which it told investors it was complying with all requirements imposed by regulators after the 737 MAX" accidents and that the "market understood that Defendants'

---

[338] Coffman Report, ¶ 99.

[339] The door plug failure occurred on January 5, 2024.  *See* Complaint, ¶ 365.

[340] The FAA announced that it was conducting an audit involving the Boeing 737 MAX 9 Production line on January 12, 2024.  *See* Complaint, ¶ 379.

[341] Reports that the SEC was investigating Boeing's safety-related disclosures emerged on May 9, 2024.  *See* Complaint, ¶ 460.

[342] Reports of a delay in China Southern Airlines' acceptance of 737 MAX deliveries occurred on January 14, 2024.  *See* Complaint, ¶ 385.

[343] The FAA temporarily grounded the 737 MAX on January 6, 2024.  *See* Complaint, ¶ 366.

[344] The FAA's announcement of oversight activities that included reducing the expanded production of new Boeing 737 airplanes occurred on January 24, 2024.  *See* Complaint, ¶¶ 394–395.

compliance with the (1) the DPA, (2) the Aircraft Certification, Safety, and Accountability Act, and (3) FAA requirements, hinged upon Defendants' ability to properly execute safety and quality control practices across the Company."[345]  However, Boeing's Alleged Misrepresentations about its compliance with the DPA could not have occurred before the announcement of the DPA on January 7, 2021.  Similarly, Boeing's Alleged Misrepresentations about the compliance of its SMS with FAA requirements could not have occurred before the FAA's mandate to implement an SMS in May 2020, and the extent to which Boeing misrepresented its SMS (if at all) would depend on the changing requirements for Boeing's SMS.[346]  Mr. Coffman has not provided a damages methodology capable of determining the amount of any inflation introduced by these different categories of statements, which could not have existed in Boeing's stock price before those statements were made.

196.    Additionally, while Mr. Coffman suggests that his approach will be based on "price reactions to [the] disclosures that revealed the relevant truth,"[347] he has not stated how he will address any Alleged Corrective Events that are not associated with statistically significant residual returns.  Of the 20 dates on which I understand that Plaintiffs allege that Boeing's stock price declined in response to alleged corrective information (as discussed in Section III above), only seven are associated with statistically significant residual price declines according to Mr. Coffman's event study.[348]  Mr. Coffman does not explain how his suggested approach will address Alleged Corrective Events that are not associated with statistically significant price declines, as he may not have any scientific basis to conclude that those price movements were caused by allegedly corrective information rather than random variation in the stock price or market- and industry-wide factors.

---

[345] Complaint, ¶ 180.

[346] For example, as discussed above, in July 2021, the FAA determined that "BCA's SMS meets [the] FAA's expectations and operates as intended."  *See* FAA, "Section 103 Organization Designation Authorizations (ODA) for Transport Airplanes Expert Panel Review Report," February 26, 2024, Figure 2, available at https://www.faa.gov/sites/faa.gov/files/Sec103_ExpertPanelReview_Report_Final.pdf.  It was not until 2024, after requirements for the SMS changed, that Boeing's SMS was deemed incomplete.

[347] Coffman Report, ¶ 99.

[348] **Exhibit 1**.  My use of the results from Mr. Coffman's event study model in this report is for illustrative purposes only and should not be considered an endorsement of his methodology or his results.

**2.    Mr. Coffman Provides No Damages Methodology to Address the Materialization of Known Risks**

197.    As noted above, Mr. Coffman suggests that his damages approach will "start[] from an event study that measures price reactions to [the] disclosures that revealed the relevant truth."[349] However, he fails to explain how such an approach could address the specific nature of the Alleged Corrective Events in this matter.  In particular, some, if not all, of the Alleged Corrective Events (such as the Alaska Airlines accident on January 5, 2024) represent materializations of the risk that Boeing's safety processes, including any efforts to improve those processes, could fail to prevent quality escapes, which could lead to safety incidents.  Although Plaintiffs allege that the risks of these quality escapes were understated by Defendants, market commentary during the Putative Class Period suggests that the possibility of such escapes was known by the market.

198.    When such a known risk materializes, the risk of the adverse outcome increases from some lower probability before the event to a 100 percent certainty, which would generally result in a stock price decline even if the market had been fully informed about the probability of the risk before the event.  In other words, even in the absence of Alleged Misrepresentations that according to Plaintiffs understated the risk of quality escapes, the price of Boeing's stock would still have fallen following the materializations of these known risks.

199.    While Mr. Coffman asserts that his damages approach "can easily accommodate any changes due to a determination that an event is partially or fully the result of a materialization of the risk,"[350] he provides no explanation for *how* his approach would do so.  He has not explained how his approach would identify the inputs needed to transform the price declines following materializations of risk into measures of inflation dating back years, determine the values of those inputs, or account for changes in these values over time.  Accordingly, he has not proposed a damages methodology to reliably estimate inflation consistent with Plaintiffs' allegations.  Simply suggesting that he will "start[] from … price reactions to [the] disclosures that revealed the relevant truth"[351] is insufficient given that at least some of those disclosures represent the

---

[349] Coffman Report, ¶ 99.
[350] Coffman Report, footnote 125.
[351] Coffman Report, ¶ 99.

materializations of the allegedly understated risk of quality escapes and thus could have caused price declines absent any Alleged Misrepresentations.

### a)      Market Participants Were Aware of the Risk of Quality Escapes During the Putative Class Period

200.    As discussed in Section III above, Plaintiffs' allegations in this matter suggest that the Alleged Misrepresentations about changes with respect to safety processes caused the market to underestimate the risk that quality escapes (such as the Alaska Airlines accident) would occur.[352] However, while the market may have underestimated the risk of quality escapes if Plaintiffs' allegations are correct, Plaintiffs do not claim (and Mr. Coffman does not show) that the market believed that there was no inherent risk of quality escapes in a manufacturing process as complicated as airplane production.  Indeed, although Boeing and other manufacturers attempt to minimize quality escapes, manufacturing can be exceedingly complex, involving thousands of parts, global supply chains, and both software and human components.[353]  During the Putative Class Period, statements from Boeing and commentary from analysts acknowledge the ongoing risk of quality escapes prior to the first Alleged Corrective Event on January 5, 2024.

201.    Disclosures in Boeing's annual reports acknowledged that quality issues continued to be a risk in the Company's production of commercial aircraft.  For example, the Form 10-K that Boeing filed on January 25, 2023 states:

> [Boeing's] Commercial Airplanes business depends on our ability to … meet or exceed stringent performance and reliability standards … [d]eveloping and manufacturing commercial aircraft that meet or exceed our performance and reliability standards, … as well as those of customers and regulatory agencies, can

---

[352] Plaintiffs allege that Defendants stated that Boeing was "prioritizing safety in its aircraft manufacturing" while the Company purportedly was instead "taking dangerous shortcuts and prioritizing the rate of production of its airplanes over safety and quality."  Coffman Report, ¶ 13.

[353] Waguih ElMaraghy et al., "Complexity in Engineering Design and Manufacturing," *CIRP Annals – Manufacturing Technology* 61, no. 2 (2012), pp. 793–814, p. 793 ("Manufacturing is facing unprecedented challenges due to increased variety, market volatility and distributed global manufacturing.  A fundamental residue of globalization and market uncertainty is the increasing complexity of manufacturing, technological and economic systems."; "Modern complex products or equipment may have many thousands of parts and take hundreds of manufacturing and assembly steps to be produced.  Most complex products and equipment now incorporate not only mechanical and electrical components but also software, control modules, and human-machine interfaces.").

be costly and technologically challenging.  These challenges are particularly significant with newer aircraft programs.[354]

202.    Similarly, annual reports from some commercial airlines that were Boeing's customers during the Putative Class Period discussed risks associated with quality escapes during the aircraft manufacturing process.  For example, Alaska Airlines' 2022 annual report noted that:

> Alaska is dependent on Boeing as its sole supplier for aircraft and many aircraft parts … [and a]s a result, we are vulnerable to issues associated with the supply of those aircraft and parts including design defects, mechanical problems, contractual performance by the manufacturers, or adverse perception by the public that would result in customer avoidance or actions by the FAA.[355, 356]

203.    Boeing and its executives made additional statements about the ongoing risks of quality escapes (despite Boeing's stated efforts to improve its safety processes) in discussions with analysts on earnings calls during the Putative Class Period.  For example, Boeing's CEO David Calhoun described the remaining risk of quality escapes after an inspection of Boeing's fleet was completed in 2021.

---

[354] Boeing 2022 10-K, pp. 7–8.  *See also* Boeing 2021 10-K, pp. 11–12; Boeing 2020 10-K, pp. 11–12; Boeing 2019 10-K, pp. 7–8.

[355] Alaska Air Group, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2022, filed on February 13, 2023, p. 23.  Alaska Airlines' 10-Ks for years 2019–2021 contain similar language.  *See also* Alaska Air Group, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on February 11, 2022, p. 24; Alaska Air Group, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2020, filed on February 26, 2021, p. 24; Alaska Air Group, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2019, filed on February 12, 2020, p. 22.

[356] Annual reports from some other commercial airlines discuss similar risks.  *See, e.g.*, American Airlines Group Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2022, filed on February 22, 2023, pp. 47–48 ("We depend on a limited number of suppliers for aircraft, aircraft engines and many aircraft and engine parts.  For example, as of the end of 2022, all of our mainline aircraft were manufactured by either Airbus or Boeing and all of our regional aircraft were manufactured by either Bombardier or Embraer….  Due to the limited number of these suppliers, we are vulnerable to any problems associated with the performance of their obligation to supply key aircraft, parts and engines, including design defects, mechanical problems, contractual performance by suppliers, adverse perception by the public that would result in customer avoidance of any of our aircraft or any action by the FAA or any other regulatory authority resulting in an inability to certify or operate our aircraft, even temporarily.  For instance, in March 2019, the FAA ordered the grounding of all Boeing 737 MAX Family aircraft, which remained in place for over a year and was not lifted in the United States until November 2020.  More recently, regulatory concerns raised by the FAA forced Boeing to temporarily suspend deliveries of certain 787 aircraft, resulting in significant reductions to our planned long-haul flying.  The limited number of these suppliers may also result in reduced competition and potentially higher prices than if the supplier base was less concentrated.").

Good news, the inspections are done, right, toe to tail.  So those inspections are done.  Doesn't mean somewhere along the way, a supplier[] [is] not going to raise their hand and tell us there's an escape somewhere along the way.[357, 358]

204.    Additionally, analyst commentary during the Putative Class Period also acknowledged risks associated with quality escapes.  For example, in 2021, Bank of America analysts warned that Boeing's ability to "mitigate future safety risks" was not yet realized and "will take time,"[359] and Bernstein analysts noted that "'escapement' letters have been written to customers, meaning that a defect had escaped Boeing's earlier inspections."[360]  When explaining expectations for "commercial aero production" in 2024, a Bank of America analyst commented that "[t]he supply chain remains fragile and after a year of multiple quality escapes leading to increase[d] FAA scrutiny, we suspect there may be more decade[-]old skeletons in the closet."[361, 362]  Similarly, throughout the Putative Class Period, Credit Suisse analysts noted that "further safety issues" at Boeing posed a key risk to their price target.[363]

205.    Analysts also acknowledged these risks following reports of quality escapes in late December 2023 and early January 2024, just prior to the first Alleged Corrective Event.  For example, in December 2023, the FAA announced "that it [was] closely monitoring newer

---

[357] The Boeing Company, Q2 2021 Earnings Call, July 28, 2021.  *See also* "Boeing:  At the Half – Raising Target to $252:  Better than Expected Cash, BGS/BDS Margin Upside; Remain Market-Perform," Bernstein, July 30, 2021 ("Calhoun said that while the risk of further issues [with the 787] can never be eliminated entirely, this review process should significantly reduce this risk.").

[358] Similarly, when asking about the expected production ramp-up, analysts at Bernstein asked, "what could this ramp look like *if you can avoid quality escapes* like the ones we have seen this year?"  The Boeing Company, Q3 2023 Earnings Call, October 25, 2023 (emphasis added).  *See also* The Boeing Company, Q2 2023 Earnings Call, July 26, 2023 ("As it pertains to the 787, very proud of that team, given where they've been over the last couple of years.…  They're working on their share of escapes that they knocked out as fast as they see them."); The Boeing Company Investor Conference, November 2, 2022 ("You've heard about them from galleys to wires to electric components and on an occasional quality escape out of our supply chain, which our quality management system catches.").

[359] "When a Loss in Corporate Governance Results in Quality Erosion," Bank of America, April 12, 2021.

[360] "Boeing:  Downgrade to Underperform – 787 Outlook Worsens, More Cash Pressure; TP $199," Bernstein, January 4, 2021.

[361] "2024 Aerospace & Defense Year Ahead:  Butterflies and Bullets," Bank of America, January 2, 2024.

[362] Other issues with quality escapes were discussed by analysts earlier in the Putative Class Period as well.  *See, e.g.,* "Q1'20 First Look:  Q1 Cash Burn Better than Expected and 787 Rate Reduction Somewhat Gradual; Defense Books More Charges," Credit Suisse, April 29, 2020 ("Risks to our $187 target price and our Neutral rating include … further safety issues"); "Valuation Trends – Val. Trends #701:  Lessons Learned in 2021, Preamble to 2022," Bank of America, December 27, 2021 ("We view continued manufacturing issues in mature programs, like the 787, as a red flag and are concerned about what this could imply about engineering health, but also timely quality control and overall negative impact to the [Boeing] brand.").

[363] *See, e.g.*, "Q1 '20 Cash Performance Better than Expected as Management Strives to Outline the Path to Recovery," Credit Suisse, April 30, 2020.

Page 95

deliveries of Boeing 737 MAX aircraft for loose bolts in the rudder control system" after "an international operator [] found a missing nut in addition to a loose nut which was not tightened properly."[364]  A Bank of America analyst report following this announcement noted that "[w]hile the issue appears contained for now, we see the incident as a reminder to investors that even quality escapes the size of nuts and bolts demonstrate how difficult ramping production in aerospace can be."[365]

206.    Such commentary suggests that the market was aware of risks of quality escapes, even as specific as involving loose bolts, during the Putative Class Period and before the first Alleged Corrective Event.

> **b)    Mr. Coffman Fails to Put Forth a Damages Methodology to Assess Materialization of Previously Disclosed Risks on January 5, 2024 and January 8, 2024**

207.    At least two of the Alleged Corrective Events represent the materialization of these risks of quality escapes, which Mr. Coffman has failed to explain how his proposed damages approach that "starts from" price declines following those events could address.

208.    First, on January 5, 2024, an Alaska Airlines flight on a Boeing-manufactured aircraft was forced to make an emergency landing minutes after take-off "because an emergency exit-sized door plug blew out at around 16,000 feet."[366]  The cause of this accident was later determined to be a quality escape during rework to fix damaged rivets.[367]

---

[364] "Boeing Recommending Inspection of Rudder Control System Due to Loose Bolts," Bank of America, December 28, 2023.  *See also* "Boeing 737 MAX Planes Inspected for Bolts, FAA Says," *Wall Street Journal*, December 28, 2023, available at https://www.wsj.com/business/airlines/boeing-737-max-planes-inspected-for-loose-bolts-faa-says-c925e2a9 ("Boeing 737 MAX airplanes are being inspected for potential loose bolts in the rudder control system.").

[365] "Boeing Recommending Inspection of Rudder Control System Due to Loose Bolts," Bank of America, December 28, 2023.

[366] "United, Alaska Find Loose Parts on Some Boeing 737 Max 9 Jets," *Wall Street Journal*, January 9, 2024, available at https://www.wsj.com/business/airlines/faa-approves-inspection-method-for-grounded-boeing-737-max-9-jets-c06c3234.

[367] "Alaska Airlines 737 May Have Left Boeing Factory Missing Bolts, N.T.S.B. Says," *New York Times*, February 6, 2024, available at https://www.nytimes.com/2024/02/06/business/ntsb-boeing-alaska-airlines-report.html ("Four bolts used to secure the panel that ultimately blew off an Alaska Airlines plane during a flight last month were removed — and appear not to have been replaced — at Boeing's factory in Renton, Wash., according to a preliminary report released Tuesday by the National Transportation Safety Board.").

209.    Following the Alaska Airlines accident, market commentary described the incident as the result of a quality escape.  For example, a Bank of America analyst report on January 7, 2024 stated that "[i]n our view, with the limited information we have at this early stage, this appears to be a manufacturing quality escape [i.e., quality deficiency] as opposed to a design issue."[368]

210.    Second, on January 8, 2024, news reports emerged that United Airlines "had found loose bolts in door plugs in some of its Max 9 planes" during inspections after the Alaska Airlines accident.[369]  Following the United Airlines reports, some market commentary similarly described the "loose bolts" that had been discovered as the result of quality escapes.  A Bernstein analyst report on January 10, 2024, for example, stated that "inspections on Monday revealed loose bolts on the door plugs of multiple airplanes at Alaska Airlines and United Airlines … [which] indicated to us that there was a pattern of poor workmanship that led to quality escapes."[370]  Likewise, a Wolfe Research analyst report stated: "the emergency decompression is a result of quality escape in bolt installation securing the position of the door plug."[371]

211.    Given the nature of these Alleged Corrective Events, the subsequent price reactions, which Mr. Coffman suggests he will use as the starting point for his damages calculation, represent at least in part the response to the materialization of the risk that Boeing's safety processes would fail to prevent quality escapes, rather than the removal of inflation from the price.  When risks such as these quality escapes materialize, the stock price can decline even if the market had been fully informed about that risk.  That is because the risk of an adverse outcome increases from some lower probability before the event to a 100% certainty after the event.  If the adverse outcome has negative value implications for the firm, this change in probabilities is expected to result in a stock price decline, irrespective of whether the risk was understated or correctly understood by the market.

212.    By way of example, consider a situation where an automobile manufacturer discloses that there is a 1% probability that the car it will deliver has a manufacturing defect.  If the firm

---

[368] Complaint, ¶ 370.  *See also* "737 Max-9 Partial Fleet Grounded by FAA After Fuselage Panel Loss Mid Flight," Bank of America, January 7, 2024.

[369] "Panel on Boeing Plane May Not Have Been Properly Attached, Agency Says," *New York Times*, January 8, 2024, available at https://www.nytimes.com/2024/01/08/business/boeing-max-9-alaska-airlines.html.

[370] "Boeing, Spirit AeroSystems:  Max-9 Incident – Where We Stand Now? What Are the Big Questions?," Bernstein, January 10, 2024.

[371] "[Boeing]:  Down Here Wishing We Were up There Is Better than Vice Versa; Update on the MAX9," Wolfe Research, January 11, 2024.

delivers a defective car, it expects a loss of profits from future sales of $10. It follows that the expected loss due to the disclosed risk of potential manufacturing issues is 1% of $10, or $0.10. In an efficient market, assuming for simplicity that the firm has one share, the market would incorporate this expected loss of $0.10 in the share price prior to any information about whether or not a defective car was delivered. Then, if a defective car was actually delivered, the stock price in an efficient market would be expected to decline by $9.90, reflecting the difference between the actual $10 loss and the expected loss of $0.10.

213.    Suppose now that the company misrepresented the defect rate, such that the actual defect rate was 10% rather than the market's expectation of 1%. In this case, had the market known the truth regarding the manufacturing issues, the true expected loss would be higher by the difference in the probabilities of 9% (10% - 1% = 9%) times the $10 loss of future profits if a defective car is delivered, or $0.90. While the share price decline in an efficient market upon news that a defective car was delivered would still be $9.90, there are two components to that price decline. The $0.90 decrease in the share price is the difference between the market's expectation of the loss ($0.10 per share) and the true expected loss ($1 per share). With this example, the share price, before the market learned whether the car is defective, would have been lower by $0.90 had the market known the truth that the probability of a defect was 10% instead of 1%. This $0.90 could be a starting point for a measure of inflation. However, if the market learns that there is a defect, the $9.00 remainder of the price decline following the realization of that loss (which would have occurred even if the market knew the true defect rate) cannot logically be a component of inflation before the realization of the loss because the market did not know that the loss would materialize and hence could not incorporate that information in the stock price.

214.    As a matter of economics, therefore, to reliably estimate alleged inflation consistent with the materialization of an understated risk of quality escapes, an expert needs to separate the portion of the price decline following the materialization of a risk that would have occurred absent any of the Alleged Misrepresentations. This involves determining the inputs provided in the simple hypothetical above: (1) the market's assessment of the probability of quality escapes if the market had been correctly informed about the risk (i.e., absent the Alleged

Misrepresentations), (2) the market's actual assessment of that risk, and (3) the market's expectations of the implications of the quality escapes on the value of the firm.

215.    However, these inputs are not directly observable in the case of Boeing and quality escapes, and Mr. Coffman does not provide a damages methodology that would allow one to measure these inputs.[372]  In the simplified example above, the decline in the company's stock price in an efficient market following news of a defective delivery will reflect the increase in the 1% expected probability of a defect to the 100% certain loss of $10 per share.  The stock price decline corresponding to the change from the actual 10% risk to a 100% certainty cannot be attributed to the alleged fraud and must be disaggregated from the stock price decline observed on the date when the risk materialized.

216.    While Mr. Coffman asserts that the "out-of-pocket" measurement of damages "can easily accommodate any changes due to a determination that an event is partially or fully the result of a materialization of the risk,"[373] he provides no damages methodology that could measure inflation.  Specifically, he provides no methodology to assess the inputs listed above that are needed to reliably estimate inflation, to assess the difference between the degree to which the Alleged Misrepresentations affected market's perceived probability of quality escapes, to transform the price declines following materializations of risk into measures of earlier inflation, or to assess changes in any of these values over time.  Accordingly, he has not proposed a damages methodology to isolate the portion of the price decline following the Alleged Corrective Events attributable to the materialization of allegedly understated risk of quality escapes.

217.    Additionally, any attempt to reliably estimate alleged inflation consistent with the materialization of an understated risk of quality escapes will be further complicated by the specific facts in this case.  For example, Boeing's use of independent third-party suppliers to produce and assemble components introduced an additional dimension that complicates an analysis of the extent to which the Alleged Misrepresentations may have influenced the market's

---

[372] Mr. Coffman states that "the most widely-used technique to quantify artificial inflation starts from an event study that measures price reactions to disclosures that revealed the relevant truth."  Coffman Report, ¶ 99.  To be clear, my understanding is that Mr. Coffman need not calculate inflation or damages at this stage of the litigation, and I am not criticizing Mr. Coffman for not having actually *calculated* the inputs described above.  Rather, my point is that Mr. Coffman has failed to even explain *how* he would measure these inputs or estimate damages at a later stage of the case in a manner consistent with Plaintiffs' theory of liability.
[373] Coffman Report, ¶ 96, footnote 125.

understanding of the risk of quality escapes, as those third-party suppliers introduced their own risks and the market's perception of those risks changed over time.[374]  Spirit was "the largest independent supplier of aerostructures to Boeing and manufacture[d] aerostructures for every Boeing commercial aircraft currently in production."[375]

218.    During the Putative Class Period, Defendants acknowledged the additional risks that were introduced by its suppliers, including Spirit.  On the June 2, 2023 earnings call, Boeing's CEO David Calhoun described additional risks with suppliers that were in part outside of Boeing's control, stating:

> It's the supplier who lost some experienced talents somewhere along the way, didn't replace them in kind.  They're still going through learning curves, and you get a notice of escape or a defect or I can't make next month's delivery.[376]

219.    Mr. Calhoun also described similar risks from suppliers after an inspection of Boeing's fleet was completed in 2021, when he said that the completion of that inspection "[d]oesn't mean [that] somewhere along the way, a supplier is not going to raise their hand and tell us there's an escape somewhere along the way."[377]

220.    Additionally, analyst commentary following issues related to quality concerns at Spirit suggests that the market was aware of the risk of potential quality escapes during the Putative Class Period.  For example, as discussed in Section VI.A.3.f above, Spirit experienced two quality escapes in 2023.  First, in April 2023, Boeing reported that Spirit had improperly installed tail fin fittings on the 737 MAX.[378]  These reports prompted additional concerns about quality from some analysts, with a Bernstein analyst report stating that "[f]or Spirit, this situation is a more serious disappointment" and that the analysts' "greatest worry is that there could be

---

[374] Boeing 2022 10-K ("We rely on other companies, including U.S. and non-U.S. subcontractors and suppliers, to provide and produce raw materials, integrated components and sub-assemblies, and production commodities[,] and to perform some of the services that we provide to our customers … If one or more of our suppliers or subcontractors continue to experience financial difficulties, delivery delays or other performance problems, we may be unable to meet commitments to our customers and our financial position, results of operations and cash flows may continue to be adversely impacted.").

[375] Spirit AeroSystems Holdings, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on February 15, 2022 ("Spirit 2021 10-K"), p. 7.

[376] The Boeing Company at Sanford C. Bernstein Strategic Decisions Conference, June 2, 2023.

[377] The Boeing Company, Q2 2021 Earnings Call, July 28, 2021.

[378] "Boeing, Spirit:  The Spirit Max Problem – What We Know and What We Don't Know," Bernstein, April 14, 2023 ("Yesterday it was disclosed that Spirit Aerosystems identified a manufacturing process issue with a fitting used to attach the vertical fin of the 737MAX to the fuselage.… The problem with the fittings extends back to 2019, affecting many aircraft in service, and in storage at Boeing.").

further issues at Spirit, given the track record, which could derail both Spirit and Boeing's performance."[379]   Second, in August 2023, Spirit revealed that it had mis-drilled holes in bulkheads it provided to Boeing.[380]   Analysts commented that this "issue highlights continuing execution problems that [Spirit management] must overcome to win the confidence of customers and investors."[381]   Similarly, user-generated public commentary in online forums during the Putative Class Period noted that "[m]istakes made at Spirit contractor on construction of aft pressure bulkhead … could be a huge safety issue" and that Spirit "ke[pt] having quality defects."[382]

221.     The changing risks of quality escapes from third-party suppliers such as Spirit would have factored into the market's assessment of the risks of quality escapes in Boeing-manufactured airplanes.  Mr. Coffman does not provide a damages methodology that could address such case-specific complications to reliably estimate inflation.

### 3.     Mr. Coffman Provides No Damages Methodology to Assess the Consequential Effects of Quality Escapes

222.     At least the first two Alleged Corrective Events on January 5, 2024 and January 8, 2024 (the "Quality Escape Incidents") represented materializations of the risk that Boeing's safety processes, including any efforts to improve those processes described in the Alleged Misrepresentations, would fail to prevent quality escapes, which could lead to safety incidents. Plaintiffs allege that Boeing faced additional consequences "in the wake of" or "prompted by the Alaska Airlines Incident."[383]   Mr. Coffman does not provide a methodology to reliably address the implications of these allegations for calculating damages.

---

[379] "Boeing, Spirit:  The Spirit Max Problem – What We Know and What We Don't Know," Bernstein, April 14, 2023.
[380] "Spirit AeroSystems 737 Aft Bulkhead Statement," Spirit AeroSystems Press Release, August 23, 2023, available at https://www.spiritaero.com/pages/release/spirit-aerosystems-737-aft-bulkhead-statement/.
[381] "New 737 Production Issue Emerges: SPR Continues to Struggle, Boeing Should See Temporary Delivery Impact," J.P. Morgan, August 23, 2023.
[382] *See* "Another MAX Build Issue … Aft Pressure Bulkhead," *Airliners.net*, August 24, 2023, available at https://www.airliners net/forum/viewtopic.php?f=3&t=1486769#p23936173 ("Mistakes made at Spirit contractor on construction of aft pressure bulkhead.  You just can't screw those up … this could be a huge safety issue."); "Re: Boeing and Earning Money," *Airliners.net*, October 29, 2023, available at https://www.airliners net/forum/viewtopic.php?f=3&t=1488325&p=24012833 ("Spirit keeps having quality defects because they've been starved for cash.").
[383] Complaint, ¶¶ 385, 430.

223.    An analysis of inflation that purports to "start[] from" the price declines following the Alleged Corrective Events would also need to address the complication of using "price reactions" to assess the consequences of the Quality Escape Incidents—the fact that these consequences could have caused price declines absent any Alleged Misrepresentations.[384]  These consequences, like materializations of a risk, represent realizations of an adverse possibility that was previously recognized.  As a result, any measurement of inflation must be based on the extent to which the Alleged Misrepresentations caused the market to misunderstand the possibility or severity of the consequences, and not the price declines caused by the adverse consequences themselves.  In other words, even if the market had fully understood Boeing's safety processes, so that there was no inflation, the Quality Escape Incidents could have caused, for example, the FAA to initiate new investigations into "Boeing's production and manufacturing processes" or Chinese airlines to "further delay[] the long-awaited delivery of aircraft,"[385] and the price of Boeing stock could have declined as a result.  Mr. Coffman fails to provide a damages methodology that can quantify the extent to which the market was still misled by Alleged Misrepresentations *after* the Quality Escape Incidents had occurred such that the price reactions to the later consequences of the Quality Escape Incidents are measures of inflation.

224.    For example, Plaintiffs point to "a class action lawsuit against Boeing … assert[ing] that Boeing owes … passengers aboard [Alaska Airlines] Flight 1282 compensation," announced after market close on January 11, 2024, as an Alleged Corrective Event.[386]  The next morning, the FAA announced "an audit" of the "production line" for the 737 MAX 9, the aircraft involved in the Alaska Airlines accident; that it "planned to increase its monitoring of the 737 MAX 9[;] and that it was contemplating the use of an independent third party to oversee inspections and quality systems."[387]  Plaintiffs allege that these events contributed to Boeing's share price decline on January 12, 2024.[388]

---

[384] Coffman Report, ¶ 99.
[385] Complaint, ¶¶ 379, 385.
[386] Complaint, ¶ 378.
[387] Complaint, ¶ 379.
[388] Complaint, ¶ 384.

225.    Analyst commentary following the Quality Escape Incidents suggests that the market was aware of potential consequences of increased FAA oversight and investigation "in the wake of" the Alaska Airlines and loose bolt events, before the disclosure of these consequences occurred.[389]  For example, a Barclays analyst report on January 7, 2024 stated:

> At minimum, we expect additional oversight by the FAA of the MAX-10 certification process.  At worst, the FAA could require design changes further delaying certification that will drive additional airline compensation or cancellations.[390]

226.    As another example, Plaintiffs identify an Alleged Corrective Event on January 14, 2024, when it was reported that "China Southern Airlines … had decided to conduct additional safety inspections as instructed by China's aviation regulator *in the wake of the Alaska Airlines Incident*, further delaying the long-awaited delivery of aircraft to the Chinese airline."[391] Plaintiffs' own allegations about this event characterize it as a consequence of the Alaska Airlines accident, and any price decline resulting from the delay in China Southern Airlines' deliveries could still have occurred even had the market fully understood Boeing's safety processes after the Alaska Airlines accident.

227.    Moreover, similar to the FAA investigation, prior to this Alleged Corrective Event, several analysts had discussed the possibility that deliveries, particularly to Chinese airlines, would be slowed.  An RBC analyst report on January 8, 2024 cited by Plaintiffs stated that "[i]nvestors are now focusing on the potential for a slowdown in MAX production and deliveries,"[392] and a Barclays analyst report on January 7, 2024 stated that the "[u]nknown on the

---

[389] *See, e.g.*, "Updating Model for 4Q Deliveries and Orders; Latest MAX 9 Thoughts," J.P. Morgan, January 9, 2024 (emphasis removed) ("More seriously, intensified regulatory scrutiny or Boeing's own desire to assure quality could slow deliveries and push the 737 production ramp to the right.  While this is a possible outcome, however, we do not see it as a probable outcome based on the developments we have observed so far."); "4Q23 A&D Earnings Preview:  We Like FTAI, CW, GE, and HII Into the Q," Wolfe Research, January 9, 2024 ("On delivery disruption risk, we think there is more heightened risk as the prevalence of outcomes in non-tight hardware will require some level of blow back, which would likely occur in higher scrutiny in the FAA's ticketing (i.e. delivery approval of aircraft).  In the medium-term risk category, we continue to see further potential delay on the MAX7/10 certification by the FAA as the one to watch.").

[390] "MAX-9 Incident Risks Slower Near-term Production Ramp; Don't Expect Impact to Airline Demand," Barclays, January 7, 2024.  *See also* "Boeing, Spirit Aerosystems:  MAX-9 Incident – Where We Stand Now? What Are the Big Questions?," Bernstein, January 10, 2024 (additionally, the analyst stated, "Heightened FAA scrutiny could also delay certification of the 737MAX-7, 737MAX-10, and 777X.").

[391] Complaint, ¶ 385 (emphasis added).

[392] Complaint, ¶ 373.

back of [the] MAX-9 incident is whether China further delays restarting MAX deliveries as a result," cautioning that "China has not resumed MAX deliveries from prior to the grounding in 2019 and this could be used as a reason to further delay deliveries."[393]

228.    Consistent with these expectations among analysts, the Alleged Corrective Events after the Quality Escape Incidents were largely, if not entirely, consequences of those events.  In other words, those consequences could have occurred following the Quality Escape Incidents and caused a decline in Boeing's stock price even absent any Alleged Misrepresentations about Boeing's safety processes.[394]

229.    Mr. Coffman has not proposed a damages methodology that can isolate the portion of the price decline following these and other consequential developments, if any, that can be attributed to the materialization of any allegedly understated risk about quality escapes, rather than the realization of additional costs of quality escapes that had already occurred.  Said differently,

---

[393] "MAX-9 Incident Risks Slower Near-term Production Ramp; Don't Expect Impact to Airline Demand," Barclays, January 7, 2024.  As another example, a J.P. Morgan analyst on January 9, 2024 stated that "[t]he accident might also delay MAX 7 and 10 certification or the resumption of China deliveries."  "Updating Model for 4Q Deliveries and Orders; Latest MAX 9 Thoughts," J.P. Morgan, January 9, 2024.

[394] Examples of other Alleged Corrective Events related to consequences of the Quality Escape Incidents are January 11, 2024:  FAA investigation (*see* Letter from FAA to The Boeing Company re:  File Number: EIR2024NM420001, January 10, 2024, "The Federal Aviation Administration (FAA) is conducting an investigation concerning an in-service incident on a Boeing Model 737-9 MAX aircraft."; "F.A.A. Investigating Whether Boeing 737 Max 9 Conformed to Approved Design," *New York Times*, January 11, 2024, available at https://www.nytimes.com/2024/01/11/business/faa-boeing-737-boeing-max-investigation.html); January 12, 2024: Alaska Airlines lawsuit (*see* Complaint, ¶ 378, "[S]ix Alaska Airlines passengers on Flight 1282 and a family member of one of those passengers had filed a class action lawsuit against Boeing in Washington state court") and increased FAA oversight (*see* Complaint, ¶ 430, "[S]ix-week audit of Boeing and Spirit AeroSystems prompted by the Alaska Airlines Incident"); January 16, 2024:  China Southern Airlines delivery delay (*see* Complaint, ¶ 385, China Southern Airlines "had decided to conduct additional safety inspections as instructed by China's aviation regulator in the wake of the Alaska Airlines Incident"); January 22, 2024:  FAA issued a Safety Alert for Operators (*see* FAA, "SAFO 24001:  Boeing 737-900ER Mid-Cabin Door Plug Inspection," January 21, 2024, available at https://www.faa.gov/media/74751, "Following the in-flight loss of a mid-cabin door plug on a Boeing 737-9 MAX airplane … operators are encouraged to conduct a visual inspection"); January 25, 2024:  Announcement of FAA return to service process (Complaint, ¶¶ 397–398, "JP Morgan explained … that '[e]ver since the Alaska incident, investors' main concern has been that it would affect the overall 737 production ramp and it seems we've reached this stage today, with the FAA halting Boeing plans to expand MAX production pending improved quality control.'"; "Bank of America also commented … that Boeing was 'in the spotlight of materially increased regulatory scrutiny.'"); January 30, 2024:  Boeing withdraws FAA request (*see* Complaint, ¶ 402, "Boeing reportedly withdrew its request for an exemption following pressure in the wake of the Alaska Airlines Incident."); February 13, 2024: Comments on FAA increased oversight (*see* Complaint, ¶ 407, "In other words, West announced that, due to investigations into Boeing's quality issues, Boeing's 737 production rate would be slower than 38-per-month for at least the first half of 2024."); February 14, 2024:  Continued reaction to comments on FAA increased oversight; March 11, 2024:  Additional reports of DOJ investigation (*see* Complaint, ¶ 432, "[T]he DOJ had opened a criminal investigation into the Alaska Airlines Incident"); May 10, 2024:  Reports of SEC investigation (*see* Complaint, ¶ 460, "[I]t was reported that the SEC is investigating statements made by Boeing about its safety practices in light of the Alaska Airlines Incident").

Mr. Coffman fails to provide a damages methodology that can quantify the extent to which the market was still misled by the Alleged Misrepresentations after the two Quality Escape Incidents or assess the consequential effects of the Quality Escape Incidents in a manner consistent with Plaintiffs' allegations. Further, even if Mr. Coffman were able to isolate some portion of the price decline following the consequential developments that can be attributed to the materialization of any allegedly understated risk about quality escapes, he provides no method to transform that price decline into a measure of inflation that can be applied throughout the Putative Class Period and can assess the changes in the value of that information over time.

## VII. Mr. Coffman Has Not Reliably Established Efficiency for Boeing's Options

230. In this section, I explain that Mr. Coffman fails to reliably establish that Boeing options traded in efficient markets during the Putative Class Period. Section VII.A provides an overview of options markets and discusses market efficiency in the context of equity options.

231. In Section VII.B, I discuss why Mr. Coffman's attempt to link the efficiency of Boeing common stock with the efficiency of Boeing options by evaluating the put-call parity relationship is unreliable. Mr. Coffman's analysis identifies "apparent violations of put-call parity"[395] which "would be evidence against market efficiency."[396] He does not determine what portion of these violations can be explained by the "substantial uncertainty about [Boeing's] dividend policy" he references as a potential explanation for his findings.[397] He further does not explain how he can reliably interpret the results of his put-call parity analysis given this uncertainty.

232. In Section VII.C, I discuss the heterogeneity of trading across Boeing options and explain why this heterogeneity renders Mr. Coffman's analysis unreliable. Specifically, Mr. Coffman's purported tests of option market efficiency are based on an *average* across all Boeing options, which ignores differences in the trading of the over 35,000 individual options, including some options characterized by differences such as trading frequencies.

---

[395] Coffman Report, ¶ 88.
[396] Coffman Report, ¶ 86.
[397] Coffman Report, ¶ 88.

233. Mr. Coffman does not address this heterogeneity in his purported tests of *Cammer* Factor 5. As I discuss in Section VII.D, Mr. Coffman's analysis of the correlation between "synthetic and actual stock price returns"[398] fails to demonstrate a cause-and-effect relationship between new, value-relevant information and option prices. First, the synthetic stock price Mr. Coffman calculates is problematic, as it is based on quoted prices, which represent the bids or the offers posted by market participants at prices they are willing to trade, rather than actual trade prices, and it is derived using a formula that applies to European options, even though Boeing's options contracts are American. Second, his analysis ignores the wide heterogeneity between option series by using a single correlation coefficient across all Boeing call and put option series over the entire Putative Class Period.

234. Further, Mr. Coffman's purported analysis of option price movements on earnings announcement dates also fails to "support[] the existence of a cause and effect relationship."[399] Mr. Coffman's analysis is based on a comparison of both prices derived from an option pricing model and quoted option prices. His use of model-derived prices introduces model error, as shown by the substantial deviation between model-derived prices and actual option prices, and his use of quoted prices obscures the fact that many option series did not trade on Boeing's earnings announcement days.

235. Finally, as discussed in Section VII.E, Mr. Coffman does not conduct any analysis of the other *Cammer* and *Krogman* factors for the options in his report, despite emphasizing the importance of these factors in assessing market efficiency in this matter.[400] When I analyze some of these factors, I find evidence of illiquidity for many of the Boeing options in the form of low trading volume and high transaction costs (high bid-ask spreads), which could limit the ability of arbitrageurs to correct mispricing and impound value-relevant information into the option prices quickly.

---

[398] Coffman Report, ¶ 95.
[399] Coffman Report, footnote 122.
[400] Coffman Report, ¶ 22.

### A.    Background on Options and Options Markets

236.    An equity option gives the buyer the right to either buy (in the case of a call option) or sell (in the case of a put option) a particular stock at a pre-specified price (the "strike price") before or at a particular point in time (the "maturity" or "expiration" date).[401]  A unique combination of option type (call or put), strike price, and maturity date defines an "option series."[402]  With the well-known Black-Scholes formula,[403] the value of an option depends on six factors:  current price of the underlying stock, strike price of the option, time to maturity, volatility of the underlying stock price, risk-free rate, and expected dividends.[404]  Changes in any of these six factors affect the value of the option.[405]

237.    If the underlying stock price is such that exercising the option would be profitable (i.e., above the strike price for a call and below the strike price for a put), the option is described as "in the money"; if the underlying stock price is such that exercising the option would *not* be profitable (i.e., below the strike price for a call and above the strike price for a put), the option is described as "out of the money."[406]  Thus, how the current stock price compares relative to the strike price is known as "moneyness."[407]

---

[401] John C. Hull, *Options, Futures, and Other Derivatives*, 9th ed. (Pearson, 2015) ("Hull (2015)"), p. 213.  One equity option contract gives the holder of the call (put) option the right to buy (sell) 100 shares of the underlying stock.  *See also* CBOE, "Equity Options Product Specifications," available at https://www.cboe.com/exchange_traded_stock/equity_options_spec/ ("Underlying:  Generally, 100 shares of the underlying equity security.").

[402] Hull (2015), p. 220.

[403] Myron Scholes and Robert Merton were awarded the 1997 Nobel Memorial Prize in Economic Sciences for their work related to the model (Fischer Black died in 1995 and was therefore ineligible).  (Fischer Black was my dissertation advisor.)  *See* Robert C. Merton, "Theory of Rational Option Pricing," *Bell Journal of Economics and Management Science* 4, no. 1 (1973), pp. 141–183; Fischer Black and Myron Scholes, "The Pricing of Options and Corporate Liabilities," *Journal of Political Economy* 81, no. 3 (1973), pp. 637–654; "Press Release," The Royal Swedish Academy of Sciences, October 14, 1997, available at https://www.nobelprize.org/prizes/economic-sciences/1997/press-release/.

[404] Hull (2015), p. 250 ("There are six factors affecting the value of a stock option:  the current stock price, the strike price, the expiration date, the stock price volatility, the risk-free interest rate, and the dividends expected during the life of the option.").  *See also* Coffman Deposition, 200:21–201:19 ("The Black-Scholes model depends on six different factors, right? A. Uh-huh. Q. You have to answer yes or no. A. I'm sorry. Yes, yes. Q. I mean it depends on the current price of the underlying stock, the strike price of the option, the time to maturity of the option, the expected volatility of the underlying stock, the risk-free rate of interest, and the expected dividends for the underlying stock, right? A. Correct.").

[405] Hull (2015), p. 235.

[406] Hull (2015), p. 220.

[407] Hull (2015), p. 440.

238.    The two most common types of option contracts are "American" and "European" option contracts.  The difference between the two is that American options can be exercised on or before the maturity date, while European options can be exercised only on the maturity date.[408] In certain cases, it might be optimal to exercise an option before the maturity date, in which case the American option provides valuable flexibility.[409]  The Boeing options at issue here were American options.[410]

239.    In frictionless markets, the "law of one price" dictates that any two securities, or portfolios of securities, with the same payoff have the same price.  Because one can replicate the payoffs of a stock by buying and selling European options and either borrowing or investing money, a relationship known as "put-call parity" defines the theoretical relationship between the price of a European put option, the price of a European call option with the same strike and expiry date, and the underlying stock.[411]  As discussed below, Mr. Coffman uses this relationship to construct a synthetic price of Boeing's stock from individual option prices.[412]

240.    Each individual option series included in Mr. Coffman's analysis represents a unique financial instrument that was independently listed and traded on options exchanges such as the Chicago Board Options Exchange ("CBOE").[413]  This means that any trade, or quote published by a market maker, is specific to a particular option series, and no single security incorporates the economic characteristics and payoffs of *all* different "Boeing Options."  Although in efficient

---

[408] Hull (2015), p. 213.

[409] Richard A. Brealey, Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 10th ed. (McGraw-Hill/Irwin, 2011) ("Brealey et al. (2011)"), p. 543 (emphasis removed) ("For example, suppose that immediately after you buy an American put, the stock price falls to zero.  In this case there is no advantage to holding onto the option since it cannot become more valuable.  It is better to exercise the put and invest the exercise money.  Thus an American put is always more valuable than a European put.").

[410] Mr. Coffman's analysis indicates that the exercise style of all options in his analysis is American.  *See* Coffman Report, ¶ 83.

[411] Specifically, an investor can replicate owning a share of stock by buying a (European) call option, selling a corresponding put, and investing at the risk-free interest rate.  An investor can replicate shorting a share of stock by selling a (European) call option, buying a corresponding put, and borrowing the present value of the strike price and expected dividends at the risk-free rate.  *See* Hull (2015), p. 242 ("This relationship is known as put-call parity. It shows that the value of a European call with a certain exercise price and exercise date can be deduced from the value of a European put with the same exercise price and exercise date, and vice versa.").  *See also* Stephen A. Ross, Randolph W. Westerfield, Jeffrey Jaffe, *Corporate Finance*, 9th ed. (McGraw-Hill/Irwin, 2010) ("Ross et al. (2010)"), p. 684 ("This relationship now states that you can replicate the purchase of a share of stock by buying a call, selling a put, and buying a zero-coupon bond.").

[412] Coffman Report, ¶¶ 92–93.

[413] Each option series in the data Mr. Coffman produced has a distinct value for the "option_symbol."  For example, the symbol "BA240126C00275000" identifies a call option series with an expiration date of January 26, 2024 and a strike price of $275.  *See* Coffman Report, backup materials.

markets the values of the various options are influenced by certain common factors (i.e., underlying stock price, stock price expected volatility), values of different option series have different sensitivities to the underlying stock's price and volatility fluctuations depending on, among other things, their expiration date and moneyness.[414]  This means that two buyers of similar Boeing call options, one that is at the money and another that is deeply out of the money, can experience different economic outcomes for the same underlying stock price movement, even if the prices of those securities fully incorporate information relevant to their values.

### B.      Mr. Coffman's Purported Analysis of Put-Call Parity Is Insufficient to Demonstrate Efficiency for Boeing Options

241.    Mr. Coffman asserts that a "standard and well-accepted method for evaluating whether an options market is efficient is to test what is known as 'put-call parity'"[415] and purports to use such a test to provide "evidence of the efficiency of the market for Boeing Options."[416]  However, Mr. Coffman's analysis identifies "apparent violations of put-call parity"[417] which he states "would be evidence against market efficiency."[418]  Despite Mr. Coffman's attempts to explain these "apparent violations,"[419] he cannot reliably use such results as "evidence of … efficiency"[420] for Boeing options throughout the Putative Class Period.

242.    Mr. Coffman purports to demonstrate the efficiency of Boeing options by evaluating whether there were arbitrage opportunities between Boeing's stock and options markets, as measured by violations of put-call parity.  He states that "[i]f the prices of a put-call pair are not consistent with each other and the underlying security, there would be a violation of put-call parity and a potential arbitrage opportunity," and that "a consistent pattern of material arbitrage opportunities would be evidence against market efficiency."[421]

---

[414] Hull (2015), p. 440.
[415] Coffman Report, ¶ 86.
[416] Coffman Report, ¶ 90.
[417] Coffman Report, ¶ 88.
[418] Coffman Report, ¶ 86.
[419] Coffman Report, ¶ 88
[420] Coffman Report, ¶ 85.
[421] Coffman Report, ¶ 86.

243.    First, Mr. Coffman does not establish an objective threshold for what percentage of violations of put-call parity would constitute "strong evidence of … efficiency."[422]  While Mr. Coffman finds that "put-call parity held … 91.10% of the time" for the Boeing options, he does not attempt to compare the percentage to a benchmark from academic literature or against any other criteria.[423]  Indeed, Mr. Coffman has previously opined that options for which put-call parity held a substantially higher percentage of the time (specifically 99.92%) also constituted "strong evidence" of market efficiency for options.[424]  It is therefore not clear from Mr. Coffman's report whether 91.10% actually constitutes evidence supporting market efficiency of the Boeing options.  The lack of any objective standard Mr. Coffman apparently uses to interpret these results renders any conclusion drawn from his test unreliable.

244.    Second, Mr. Coffman acknowledges that there were "apparent violations of put-call parity" as part of his finding that "put-call parity held … 91.10% of the time."[425]  He claims that "there was substantial uncertainty about [Boeing's] dividend policy" after the Company's "suspen[sion of] its dividend as a result of the COVID-19 pandemic" and that such uncertainty means "the arbitrage mechanisms no longer provide a risk-free way" to enforce put-call parity.[426]  It is therefore unclear how Mr. Coffman can reliably interpret the results a test for whether there were "potential arbitrage opportunit[ies]" as a measure of market inefficiency, when he states that he "would not be surprised to find apparent violations of put-call parity that do not truly represent arbitrage opportunities.""[427]

245.    Further, Mr. Coffman does not cite any data or analyst commentary on expected dividends during this time to support his assertions about dividend uncertainty, and he does not provide any further evidence to support how many of the more than 88,000 violations he finds

---

[422] Coffman Report, ¶ 90.

[423] Coffman Report, ¶ 89.

[424] *See* Expert Report of Chad Coffman, CFA, *In re Uniti Group Inc. Securities Litigation*, dated October 25, 2021, ¶ 87 ("Of the 54,169 tests of put-call parity over the option series and the 1,048 option trading days during the Class Period, put-call parity held for 54,125 of the tests, or 99.92% of the time.  In fact, there were only 44 violations to put call parity that occurred, which represents 0.08% of all tests.…  This provides evidence that the market prices of Uniti Options consistently reacted contemporaneously with changes in the market price of Uniti Common Stock so as to prevent arbitrage opportunities.  This is strong evidence that Uniti Options traded efficiently and that any mispricing due to the alleged misstatements and omissions would translate into the prices of Uniti Options.").

[425] Coffman Report, ¶¶ 88–89.

[426] Coffman Report, ¶ 88.

[427] Coffman Report, ¶¶ 87–88.

during the Putative Class Period can be explained by this uncertainty.[428]  For example, as shown in **Exhibit 19**, Mr. Coffman finds violations of put-call parity for more than 40% of options series during July 2021.  Although Mr. Coffman presents his results as a single average across the nearly five-year Putative Class Period and across all Boeing option series, there were substantial violations for certain option series that occurred outside of the period Mr. Coffman claims was affected by dividend uncertainty.  For example, there were 196 put-call option pairs that began trading in 2023 and 2024 with violations of put-call parity on more than 10% of the days they were available to trade during the Putative Class Period.

246.    Mr. Coffman's dismissal of these violations and use of these results as evidence of efficiency ignores the findings in academic literature that identified frictions that can impede the efficiency of the options markets.  For example, an academic study by Professor Santa-Clara and Dr. Saretto notes that "limits to arbitrage, represented by transaction costs and margin requirements" are present in the options markets.[429]  Similarly, another study by Professors Lin and Lu finds that "the price efficiency of puts" is hindered by high short-selling costs on the underlying stock.[430]  Furthermore, a study by Professors Ackert and Tian finds that "S&P 500 index options are frequently mispriced to a significant extent," and that there are "[s]ignificant violations of pricing relations across option and stock markets" that may "indicate market inefficiency."[431]  As noted by Professors Basak and Croitoru, "[s]uch mispricings clearly lead to opportunities for arbitrage profits."[432]

---

[428] Coffman Report, ¶ 89.

[429] Pedro Santa-Clara and Alessio Saretto, "Option Strategies: Good Deals and Margin Calls," *Journal of Financial Markets* 12, no. 3 (2009), pp. 391–417, p. 414.  *See also* Laurent Deville and Fabrice Riva, "Liquidity and Arbitrage in Options Markets:  A Survival Analysis Approach," *Review of Finance* 11, no. 3 (2007), pp. 497–525.

[430] Tse-Chun Lin and Xiaolong Lu, "How Do Short-Sale Costs Affect Put Options Trading?  Evidence from Separating Hedging and Speculative Shorting Demands," *Review of Finance* 20, no. 5 (2016), pp. 1911–1943, p. 1913.

[431] Lucy F. Ackert and Yisong S. Tian, "Efficiency in Index Options Markets and Trading in Stock Baskets," *Journal of Banking and Finance* 25, no. 9 (2001), pp. 1607–1634 at pp. 1609, 1627.

[432] Suleyman Basak and Benjamin Croitoru, "On the Role of Arbitrageurs in Rational Markets," *Journal of Financial Economics* 81, no. 1 (2006), pp. 143–173, p. 144 ("Recent examples include the deviations from put-call parity in options markets (Ofek et al., 2004) and the paradoxical behavior of prices in some equity carve-outs (Lamont and Thaler, 2003).…  Such mispricings clearly lead to opportunities for arbitrage profits, and not surprisingly, there is ample evidence of market participants engaging in trades designed to reap these profits.").

**C.      Mr. Coffman's Options Analysis Fails to Account for the Heterogeneity Across Boeing Options and the Markets Where the Options Traded**

247.     Mr. Coffman claims to "provide[] strong evidence that Boeing Options trade in efficient markets" based on tests that do not address the heterogeneity that exists across different Boeing option series.[433]  Mr. Coffman presents the results of his purported analyses of option market efficiency in aggregate, even though there are in fact many different options contracts which have varying attributes.

248.     Given that each individual option contract for Boeing is a unique and separate financial instrument, each quote published by a market maker represents the price for a single security. Thus, Boeing has many option markets and no single security incorporates the economic characteristics and payoffs of *all* Boeing options.  In fact, Mr. Coffman aggregates his analysis across option contracts with 216 unique strike prices ranging from $50 to $650, 261 unique maturity dates ranging from October 4, 2019 to December 18, 2026, and 17,947 pairs of call and put options with unique strike price-maturity combinations.[434]

249.     This approach completely ignores the fundamental heterogeneity in terms of option types (difference between call versus put options), strike prices, and maturities of different options, which can lead to different risks and payouts across the whole range of options.  These different risks and payouts may coincide with different trading behaviors and different market characteristics.  For example, suppose the current stock price of Boeing is $10, and consider a call option with a strike price of $100 and a maturity of one week.  The call option would allow an investor to bet that the price will increase 900% within one week, which is typically unlikely. Thus, because the likelihood of this call option to become in the money is relatively low, the price of this call option today will also be low.  On the other extreme, suppose again that the current stock price of Boeing is $10, but the investor purchases a call option with a strike price of $11 and a maturity of one year.  Because the stock price is relatively close to the strike price and the maturity is long, it is more likely that the call option will become in the money and will be exercised (e.g., if the stock price becomes $12 within the year, it will be profitable to exercise the

---

[433] Coffman Report, ¶ 95.

[434] The options Mr. Coffman considers in his analysis have times to maturity ranging between one day and 1,075 days.

option with the strike price of $11). Thus, the price today will be much higher than the price of the option with a strike price of $100 discussed earlier. The investors trading these different types of options may have different risk profiles, look for different economic payoffs, and/or follow different trading strategies. The prices for these two different call options will be set in two different markets.[435] Indeed, the prices determined in the markets for these options can move differently with respect to the price of the underlying stock, as discussed in Section VII.D, and the markets for different Boeing options were characterized by different trading frequencies and trading costs, as discussed in Section VII.E.

### D. Mr. Coffman's Analysis of *Cammer* Factor 5 for Boeing Options Fails to Demonstrate a Cause-and-Effect Relationship Between New, Value-Relevant Information and Option Prices

250. Mr. Coffman presents two analyses that he claims constitute "test[s] to demonstrate cause and effect (i.e., *Cammer* Factor 5) for Boeing Options."[436] However, neither of these purported tests reliably demonstrates a cause-and-effect relationship between new, value-relevant information and prices of the Boeing option series. Mr. Coffman's use of theoretical relationships to estimate model-derived prices in both of his purported analyses means he does not directly test whether *actual* option prices moved in response to news. Further, as discussed above, Mr. Coffman presents the results of his purported analyses in aggregate, which obscures differences in the measures he uses across options with different characteristics.

251. First, Mr. Coffman calculates a synthetic stock price, which he purports to analyze to determine if "Boeing Option prices moved consistently to reflect the changes in the underlying stock price."[437] Mr. Coffman asserts that the put-call parity relationship can be used to construct a synthetic Boeing stock price based on the prices of option contracts, and uses that to create

---

[435] An option with a strike price that is close to the current price of the underlying stock (in the money or close to the money) may trade in a market with market depth and liquidity that are very different from an option that is deeply out of the money (i.e., where the strike price is far away from the current price of the underlying stock). *See* Cheri Etling and Thomas W. Miller Jr., "The Relationship Between Index Option Moneyness and Relative Liquidity," *The Journal of Futures Markets* 20, no. 10 (2000), pp. 971–987, p. 986.

[436] Coffman Report, ¶ 91.

[437] Coffman Report, ¶ 91.

synthetic stock price returns.  He then calculates a correlation between "the synthetic and actual stock price returns" and finds that they are "highly correlated with one another."[438]

252.    Instead of testing directly whether *actual* option prices moved in response to news, Mr. Coffman tests whether *synthetic* stock prices, implied by his theoretical model and based on market *quotations*, were correlated with stock price movements.  Such a test using his synthetic stock price is unreliable.  As discussed in Section VII.B above, Mr. Coffman identified "apparent violations of put-call parity" during the Putative Class Period, a test which is based on the same theoretical relationship between the price of Boeing stock and Boeing options that Mr. Coffman applies to calculate the synthetic stock price he tests here.[439]  Moreover, to construct the synthetic stock price, Mr. Coffman relies not on actual transaction prices, but on bid and ask *quotes*.[440]  He ignores that quoted prices can become stale or may, for various reasons, not reflect actual trading prices.

253.    Additionally, the formula Mr. Coffman uses to calculate synthetic stock prices applies for European options, not for American options like the Boeing options.[441]  As discussed above in Section VII.A, American options can be exercised before their maturity unlike European options.  Due to the fact that it might be optimal in certain cases to exercise an American option before its maturity date, meaning an American option will be more valuable than a European option,[442] the put-call relationship implies a range of valid prices for the call and put options.[443]  This range provides an upper and lower bound on a combination of call and put prices such that there are no arbitrage opportunities from buying and selling the call, put, and underlying stock, rather than

---

[438] Coffman Report, ¶¶ 94–95.  Mr. Coffman performs this correlation calculation on both the "average of the returns for each date across put-call pairs" and the "entire universe of returns for each individual put-call pair."  *See* Coffman Report, ¶ 95 ("I have also performed this calculation not just on the average of the returns for each date across put-call pairs, but over the entire universe of returns for each individual put-call pair as well.  I reach the same conclusion, that the synthetic and actual stock price returns are highly correlated with one another, with a correlation coefficient of 0.9952.").

[439] Coffman Report, ¶¶ 87, 93.

[440] Coffman Report, ¶¶ 89, 93, footnotes 113–114.

[441] *See* Brealey et al. (2011), p. 510 ("Put-call parity holds only if you are committed to holding the options until the final exercise date.  It therefore does not hold for American options, which you can exercise *before* the final date.").

[442] Brealey et al. (2011), p. 543 ("For example, suppose that immediately after you buy an American put, the stock price falls to zero.  In this case there is no advantage to holding onto the option since it cannot become more valuable.  It is better to exercise the put and invest the exercise money.  Thus, an American put is always more valuable than a European put.").

[443] Hull (2015), p. 251 ("Put-call parity does not hold for American options.  However, it is possible to use arbitrage arguments to obtain upper and lower bounds for the difference between the price of an American call and the price of an American put.").

identifying one specific price that would satisfy these conditions. Thus, the synthetic prices calculated by Mr. Coffman are not truly synthetic stock prices given that all Boeing options are *American*, while the method he uses only provides a synthetic price based on *European* options.[444]

254. Moreover, the single correlation coefficient Mr. Coffman calculates using his synthetic price obscures the heterogeneity that exists across Boeing call and put option series and over time during the Putative Class Period. As described above, Mr. Coffman calculates a synthetic return for each put and call option pair and for each date individually, but then aggregates his correlation analysis across all Boeing option series during the Putative Class Period, across a wide range of synthetic stock prices derived from options as disparate as those discussed in Section VII.C.[445] **Exhibit 20** presents the disaggregation of Mr. Coffman's *average* synthetic stock price ratio into *individual* synthetic stock price ratios for each day during the Putative Class Period. While Mr. Coffman cites the average of these values in his report, the distribution shows that Mr. Coffman's empirical analysis for Boeing options—his computation of the correlation between the synthetic stock returns and the actual stock returns—is flawed and deficient because each such analysis is based on averages that obscure the heterogeneity of the underlying options.

255. Second, Mr. Coffman also purports to evaluate "cause and effect for options"[446] by comparing "the incidence of statistically significant changes in option prices" between earnings announcement dates and a set of "days with least news."[447] Yet, similar to the analysis of his synthetic stock price above, Mr. Coffman's use of model-derived prices in estimating abnormal returns renders his analysis unreliable.

---

[444] *See also* Brealey et al. (2011), p. 543 ("Because the Black–Scholes formula does not allow for early exercise, it cannot be used to value an American put exactly.").

[445] Coffman Report, Exhibit 16, footnote 120.

[446] Coffman Report, footnote 122.

[447] Coffman Report, footnote 122, Appendix C. Mr. Coffman states that he compares the returns on earnings announcement dates to the 36 "days with the least amount of news" during the Putative Class Period. He defines these "least news days" as days where he "(1) identified 20 or fewer Boeing-related news articles from the Factiva database and (2) when there were no analyst reports or SEC filings issued." However, Mr. Coffman does not provide any objective methodology or criteria that he used to determine that "20 or fewer Boeing-related news articles" was the appropriate threshold to use for identifying "least news days." *See* Coffman Report, ¶ 62. Further, this 20-article threshold differs from the threshold that Mr. Coffman has used in previous matters, where he has compared dates he identifies as dates with news to dates without news. *See, e.g.*, Expert Report of Chad Coffman, CFA, *Plymouth County Retirement System v. GTT Communications, Inc.*, *et al.,* dated August 7, 2020, ¶ 59 ("I then compared these results against the 205 days during the Analysis Period where I identified no GTT-related news from the Factiva database and when there were no analyst reports or SEC filings issued.").

256.    Mr. Coffman estimates what he calls an "abnormal return" for each option series on each day of the Putative Class Period by comparing what he calls the "actual return" with what he calls the "expected return."[448]  What Mr. Coffman calls the "actual return" on each day represents the change in the quoted mid-price (i.e., the average of quoted best bid and best ask) from the prior day, which, as discussed above, does not reflect an actual traded price, and hence is not an actual return.  What he calls the "expected return" for each day represents the change in a Black-Scholes estimated model price from the prior day, using stock prices estimated based on Mr. Coffman's common stock event study as an input to the model.  As such, his expected return is simply a daily change in the estimate his model created, the relation of which to market expectations he does not establish.[449]  Mr. Coffman thus uses what he calls an actual return based on quoted prices and what he calls an expected return based on model-derived prices to estimate what he then says is an abnormal return.[450]  However, given the nature of his inputs, the relation of what he calls an abnormal return to what financial economists understand that term to represent is not clear.

257.    Mr. Coffman has not presented any support for the assumption that the model-derived prices he estimated are reliably comparable to quoted options prices in his data.  His decision to calculate an expected option return using a model-derived price on the day prior to earnings announcements, rather than using the quoted option price which he can observe in the data, is consistent with there being differences between these model-derived and actual option prices. Indeed, a comparison of Mr. Coffman's model-derived prices to his quoted option prices throughout the Putative Class Period shows substantial deviation.  **Exhibit 21** presents the deviation between Mr. Coffman's model-derived prices and the quoted options prices for each

---

[448] *See, e.g.*, Coffman Report, Appendix C, backup materials.

[449] Coffman Report, Appendix C, footnote 2 ("On day t-1, I compute a theoretical price (Pt-1) using the observed underlying stock price on day t-1, the strike price, the time to maturity as of t-1, the risk-free rate of interest on day t-1, and the implied volatility on day t-1.  I then calculate a theoretical price for day t (Pt) where the underlying stock price is equal to the stock price on day t-1 multiplied by (1 +rexpected) where rexpected is the expected return on day t from my market model regression for Boeing Stock described in my Section VII.F of my Report, the time to maturity as of day t, the risk-free rate of interest on day t, the strike price (which did not change) and the implied volatility from day t-1.").

[450] Coffman Report, Appendix C, footnote 3 ("To test for statistical significance I compute a t-statistic by dividing the abnormal return by the standard deviation of abnormal returns for that particular series over the prior 20 trading days.").

option series on each date of the Putative Class Period.[451, 452]  The deviations show substantial variation over time, with the largest differences between the model-derived and quoted prices of more than $20.00.  Additionally, more than 10% of all observations during the Putative Class Period differed by more than $1.50.  Therefore, it is not clear how Mr. Coffman can reliably draw any conclusions about the price movements of the Boeing options based on a calculation of abnormal returns using these inputs.

258.    Further, even what Mr. Coffman calls an "actual return" in this calculation is based on market *quotations* across all call options and put options, respectively.[453]  With this approach, he pays no attention to the fact that many option series did not trade or did not have a significant price reaction on any of his earnings days.  To illustrate the lack of trading of options, for each earnings announcement date, I calculate the number of options available for trading, and the number of those options that actually traded.  This is presented in **Exhibit 22**.  For example, on July 28, 2021, there were 737 call options and 751 put options available for trading.  Out of these, despite the statistically significant stock price movement in Mr. Coffman's event study model, 28.4% of call options and 43.1% of put options had *no* trading volume during that day. Mr. Coffman also identifies statistically significant abnormal returns for 5,979 of the call and put options on the earnings announcement dates using the combination of model-derived and quoted prices discussed above.[454]  However, 31% of these statistically significant returns for call and put options are associated with *no traded volume.*  As described in Section VII.E below, many of the

---

[451] The deviation presented in the exhibit is between the quoted mid-price and the Black-Scholes price Mr. Coffman calculates "on day t-1", which relies on the "observed underlying stock price" and "the implied volatility on day t-1." *See* Coffman Report, Appendix C, Exhibit A, footnote 2 ("On day t-1, I compute a theoretical price (Pt-1) using the observed underlying stock price on day t-1, the strike price, the time to maturity as of t-1, the risk-free rate of interest on day t-1, and the implied volatility on day t-1."). Mr. Coffman's backup material performs the calculation of these Black-Scholes prices for each option series on each day during the Putative Class Period.  In **Exhibit 21**, I present the deviation across all dates and option series, though only a subset of these datapoints affect the returns on Mr. Coffman's earning announcement and "least news" dates. *See* Coffman Report, Appendix C.
[452] Additionally, while Mr. Coffman stated in deposition that he "used the dividend rate that had been occurring" up until Boeing suspended their dividend, the Black Scholes calculation in his backup assumed that Boeing did not pay a dividend throughout the Putative Class Period, despite the fact that Boeing did pay dividends in the beginning of the Putative Class Period. *See* Coffman Deposition, 201:24–202:6 ("Q. And for purposes of your efficiency analysis, you assumed zero dividends, correct? A. After they had suspended their dividend. Prior to that I did not, I used the dividend rate that had been occurring up until that point. But after they suspended their dividend, I assumed zero, yes."). *See also* Coffman Report, footnote 100 ("Boeing did pay dividends during the initial period of the Class Period. … The Company stopped paying dividends on March 20, 2020."). *See also* Coffman Report, backup materials.
[453] *See* Coffman Report, Appendix C.
[454] Coffman Report, Exhibits 16–17.

options traded infrequently.  Because information gets impounded in prices through trading, this pattern raises additional concerns about his use of a test across all option series based on option quotes as a basis for concluding that the options traded in efficient markets.  Mr. Coffman's conclusion that these news events were efficiently incorporated into option prices is therefore unreliable.

259.     Finally, Mr. Coffman evaluates the price movement between earnings announcement dates and a set of "days with least news" collectively for all Boeing options.  Such an approach further obscures differences in price movements between different types of options.  Although Mr. Coffman purports to find more "statistically significant returns" on his earnings announcement dates than other dates, a large percentage of Boeing options series do not have significant price reactions on these dates.

260.     For example, on January 26, 2022, Mr. Coffman's event study for Boeing stock estimates a statistically significant abnormal price decline of -4.01%, yet less than half of the Boeing options experienced a statistically significant price movement based on Mr. Coffman's abnormal option returns.  The proportion of Boeing option series that are associated with statistically significant returns also shows heterogeneity across dates and different types of options. Mr. Coffman finds a higher percentage of statistically significant option series price movements on October 26, 2022 (when the Boeing stock experienced a statistically significant decline of -8.03%) than on January 26, 2022, consisting of a higher percentage of put option series than call option series.[455]  However, on January 26, 2022, the opposite is true, with almost half of the call option series associated with a statistically significant price movement compared to *only 1.4%* of put option series.[456]  Mr. Coffman does not attempt to explain why different types of options appear to have reacted differently to these earnings announcements, nor does his test account for the heterogeneity in options characteristics that could result in option prices reacting differently.  As such, he has no basis to conclude that the prices of the Boeing options consistently reacted to new, value-relevant information.

---

[455] Coffman Report, Appendix C.
[456] Coffman Report, Appendix C.

E.      **Mr. Coffman Fails to Consider the Other *Cammer* and *Krogman* Factors for Boeing Options**

261.    In his analysis of Boeing common stock, Mr. Coffman considers eleven factors that he describes as "important metrics to consider when evaluating efficiency for purposes of the 'fraud on the market' theory."[457]  Although Mr. Coffman states it is "important to consider the identified efficiency factors as a whole because none of the individual tests or metrics is determinative as to whether a particular market is efficient,"[458] in his analysis of the Boeing options markets, Mr. Coffman only analyzes one factor, *Cammer* Factor 5.

262.    Two of the factors that Mr. Coffman ignores, bid-ask spreads (*Krogman* Factor 2) and trading volume (*Cammer* Factor 1), assess market liquidity.  Despite using evidence of liquidity to support his conclusion of common stock efficiency, Mr. Coffman's analysis ignores the evidence of *illiquidity* that may impede market efficiency for some of the options.

263.    First, Mr. Coffman states that a "narrow bid-ask spread supports the presence of an efficient market where the prices reflect publicly available information."[459]  Conversely, therefore, the high bid-ask spreads found in the markets for Boeing options make trading in the securities more costly for investors and may impede market efficiency.  High bid-ask spreads make it challenging for investors to take advantage of arbitrage opportunities from incorrect option prices because high transaction costs reduce—and may even eliminate—the profitability of arbitrage.[460]  If so, investors may be unable to trade in a manner that fully and quickly incorporates information in the price.

264.    In his analysis of Boeing common stock, Mr. Coffman claims that the "[w]ider bid-ask spreads indicate greater liquidity costs and less ability to trade without moving the market."[461]  However, he does not conduct the same analysis on the markets for Boeing options.  **Exhibit 23** shows the distribution of bid-ask spreads for Boeing call and put option series during the

---

[457] Coffman Report, ¶ 22.
[458] Coffman Report, ¶ 22.
[459] Coffman Report, ¶ 71.
[460] Brealey et al. (2011), p. 327 ("In an efficient market, if prices get out of line, then arbitrage forces them back. The arbitrageur buys the underpriced securities (pushing up their prices) and sells the overpriced securities (pushing down their prices).  The arbitrageur earns a profit by buying low and selling high and waiting for prices to converge to fundamentals.  Thus arbitrage trading is often called convergence trading.  In practice arbitrage is harder than it looks.  Trading costs can be significant and some trades are difficult to execute.").
[461] Coffman Report, ¶ 71.

Putative Class Period.  *Average* spreads on some Boeing option series reached as high as 199.6%.  The heterogeneity of bid-ask spreads across option series shows the unreliability of Mr. Coffman's cursory analysis of market efficiency for all Boeing options.

265.    Second, Mr. Coffman does not assess the liquidity or market depth of Boeing options.  As shown in **Exhibit 24**, on average, options did not trade on *almost half* of the available trading days.  Specifically, call (put) options, on average, *did not trade* on 42% (44%) of the available trading days in the Putative Class Period.  Furthermore, 25% of call (put) options had *no trading* on 77% (83%) of the days during the Putative Class Period, and almost 10% of both call and put options had no trading at all.  Many options in Mr. Coffman's sample thus exhibit illiquidity and sparse trading.

266.    The low trading volume observed for some Boeing options suggests that it may be difficult for investors to take advantage of option prices that do not reflect publicly available information.  This, as a result, could impede trading by arbitrageurs seeking to correct mispricing and thus could impede the efficiency of the Boeing options markets, which Mr. Coffman fails to analyze.

## VIII.    Mr. Coffman Does Not Propose a Class-Wide Damages Methodology for Options Consistent with Plaintiffs' Theory of Liability

267.    Mr. Coffman gives the same generic description to measuring damages for options that he proposes for Boeing common stock, stating that "for each options series, one could determine the artificial inflation per option for Boeing calls and the artificial deflation per option for Boeing puts during the [Putative] Class Period."[462]  Mr. Coffman describes an approach to estimating artificial inflation for Boeing options that "starts from observing the abnormal price change in the option at the time of the release of corrective information" and then applies a "theoretical option pricing formula" to translate "artificial inflation in the Common Stock" into "an alternative 'but-for' price for the option on every day during the [Putative] Class Period in which the option existed."[463]  Mr. Coffman therefore appears to propose relying on the theoretical

---

[462] Coffman Report, ¶ 101.
[463] Coffman Report, ¶ 103.

relationship between the value of the options and the value of the underlying stock to estimate inflation.

268.     To start, because Mr. Coffman's damages approach for Boeing options explicitly relies on his ability to provide a class-wide methodology for calculating "artificial inflation in the Common Stock" that is consistent with Plaintiffs' theory of liability, all of the issues discussed in Section VI above with respect to calculating damages for Boeing common stock apply equally to his proposed approach for Boeing options.

269.     Further, Mr. Coffman's brief description of such an approach for options fails to demonstrate that he can reliably overcome the economic challenges in calculating inflation for Boeing options.  First, he has not established that he can reliably estimate "the abnormal price change in the option at the time of the release of corrective information" which he claims will be the starting point for his approach, or that he can reliably interpret any "abnormal price change" as a measure of inflation (or deflation) removed from the call (or put) option price following the Alleged Corrective Events.  Second, he has not established that he can reliably estimate how that inflation would evolve "for the option on every day during the [Putative] Class Period"[464] using the "theoretical option pricing formula," as Mr. Coffman's own market efficiency analyses have shown how the results of those formula can differ from actual option prices.

> **A.     Mr. Coffman Fails to Provide a Damages Methodology That Can Reliably Measure Option Price Movements Following Alleged Corrective Events**

270.     Mr. Coffman acknowledges that in order to determine damages for each option, inflation will need to be calculated "for each options series," with an individual analysis for each call option contract and "each put contract."[465]  As discussed above, Mr. Coffman suggests that he would calculate inflation for each call option and deflation for each put option starting with the "the abnormal price change in the option at the time of the release of corrective information."[466]

271.     An implicit assumption in such a calculation is that new public information about the Company was incorporated quickly and fully in the actual price of *each* call or put option. However, as discussed in Section VII, Mr. Coffman fails to test market efficiency of any of

---

[464] Coffman Report, ¶ 103.
[465] Coffman Report, ¶¶ 101, 104.
[466] Coffman Report, ¶ 103.

Page 121

Boeing's options individually, many of which traded relatively infrequently.  Instead, his conclusion that "the markets for Boeing's … Options were efficient during the [Putative] Class Period" is based on analysis that is averaged across all Boeing option series.[467]  As discussed above, Mr. Coffman's analysis ignores that each option contract trades as a unique instrument with distinct prices and differences in trading characteristics (e.g., liquidity or trading costs).

272.    Even if the market for the Boeing options was efficient (which Mr. Coffman has not established), Mr. Coffman has not provided a methodology to reliably measure the "abnormal price change[s] in the option[s] at the time of the release of corrective information"[468] for several reasons.  Mr. Coffman appears to propose using the same approach to estimate "abnormal options returns" that he applied in the analysis of option market efficiency in his Appendix C.[469]  However, those returns would be unreliable for the reasons discussed in Section VII.D.  Namely, the model-derived prices he proposes to use to calculate expected returns deviate from actual option prices, and even quoted option prices that he would use to calculate his "actual return" obscure the fact that Boeing's options did not trade every day.[470]

273.    Therefore, Mr. Coffman has not provided a methodology that can reliably use the "abnormal price change" following the Alleged Corrective Events as a starting point for measuring inflation (or deflation) in the price of each call or put option.

---

[467] Coffman Report, ¶ 6.

[468] Coffman Report, ¶ 103.

[469] Coffman Deposition 198:9–199:8 ("[I]t would start from whatever the relevant event study is for the common stock which establishes an expected portion of the stock price movement versus an unexpected portion of the stock price movement. You can use that expected portion of the stock price movement to infer how the option price also would have moved based on that expected price movement. … So in Appendix C, where I perform an alternative method of analyzing cause and effect for the options, I am using the daily regression that I used for cause and effect on the common stock to inform what the abnormal movement is of each of the options on each day that I'm testing. So I have done that form of calculation using the daily event study I've already performed.").

[470] If Mr. Coffman instead intends to estimate an event study on the Boeing options directly he would face additional complications.  To start with, the exposure of an option to the market index and to the industry index would change as the price of Boeing stock changes.  Given that in efficient markets different options are affected differently by news depending on numerous factors, including their moneyness, time to maturity, and the expected volatility of the underlying stock, determining the appropriate market and/or industry indices to use in an event study for each of Boeing's options is not straightforward.  Further, because many options may be outstanding for only 30 days, there are few observations on which to fit a reliable regression model.

**B.    Mr. Coffman Fails to Provide a Damages Methodology That Can Assess How Any Inflation (or Deflation) in Option Prices Changed Over Time**

274.    To estimate damages, Mr. Coffman states that he would need to calculate "an alternative 'but-for' price for the option on every day during the [Putative] Class Period" and proposes to apply a "theoretical option pricing formula" to do so.[471]  However, Mr. Coffman has not shown that he can reliably apply such "theoretical option pricing formula" to the Boeing options, given the evidence of deviations from the theoretical relationship between the value of options and the underlying stock contained in Mr. Coffman's market efficiency analysis and Mr. Coffman's acknowledgement of the "not [] perfect assumption" he would need to make for necessary inputs to the formula.[472]

275.    First, Mr. Coffman simply assumes that he can use "theoretical option pricing formula" to reliably calculate option prices, despite providing no support for such an assumption and his market efficiency analysis suggesting that model-derived prices do not accurately predict the actual prices of Boeing options during the Putative Class Period.  For example, in his analysis of earnings announcement dates in Appendix C, Mr. Coffman uses the Black-Scholes model (one of the two "theoretical option pricing formula" he discusses for damages) to estimate prices for the Boeing options based on the price of the Boeing stock.  Yet as discussed in Section VII.D, the Black-Scholes model-derived prices Mr. Coffman calculates showed substantial deviation from quoted option prices during the Putative Class Period (see, **Exhibit 21**), with the model-derived prices for some options deviating by more than $20.00.[473]  Further, as I show in **Exhibit 20**, the ratios Mr. Coffman calculates show that the synthetic stock price for individual option pairs can deviate from the actual stock price by 20% or more on certain days.  Given that prices of Boeing's individual option series deviated from prices that would be implied by the theoretical relationships between stock and options, Mr. Coffman has not explained how he would reliably use a theoretical relationship to measure inflation on a class-wide basis for all investors in these options.

---

[471] Coffman Report, ¶ 103.

[472] Coffman Report, ¶ 88.  *See also* Coffman Deposition, 202:17 – 203:19.

[473] Mr. Coffman's analysis of the "synthetic stock price" provides another example suggesting that some theoretical relationships between Boeing stock and options prices did not consistently hold.  Specifically, as discussed in Section VII above, Mr. Coffman creates a synthetic stock price using the put-call parity relationship and calculates the "ratio of actual common stock price to synthetic common stock price."  Coffman Report, ¶ 94.

276.    Second, for Mr. Coffman to reliably apply the proposed "theoretical option pricing formula," he would need to be able to reliably determine the inputs to this formula.  However, Mr. Coffman has acknowledged difficulties with determining two of these inputs that he has not proposed a methodology to address.

277.    For example, Mr. Coffman does not explain how he would determine the "but-for" volatility of Boeing's stock.  As discussed in Section VII above, expected volatility of the underlying stock is one of the inputs in options pricing and valuation because underlying stock prices that are more volatile will be more likely to meet the strike price of any options series, thus increasing the value of the options.[474]  Mr. Coffman does not provide a methodology to assess how expected volatility would be affected if, for example, the market had known that Boeing was "taking dangerous shortcuts and prioritizing the rate of production of its airplanes over safety and quality," as Plaintiffs allege.[475]  In his analysis discussed in Section VII.D, Mr. Coffman appears to agree that the effect on volatility of information released to the market would need to be accounted for because he used the implied volatility measure from *before* earnings announcements when estimating abnormal returns *after* earnings announcements.[476]  To make the matter more challenging, different options may require different expected volatility inputs (e.g., an option that expires in six months as compared to one that expires in one week requires an estimate of expected volatility over a much longer horizon).  Despite the importance of this input in valuing options, Mr. Coffman fails to explain how he would estimate the option-specific expected volatility that would have prevailed but for the Alleged Misrepresentations, and thereby reliably estimate the "but-for" prices of individual options in order to estimate options damages.

278.    As another example, Mr. Coffman does not explain how he would determine the expected dividend of Boeing's stock.  As discussed in Section VII above, one of the inputs in options pricing and valuation is the "expected dividends" of the underlying stock (which Mr. Coffman denotes as D in the quote below), as the expected value of dividends will change

---

[474] Hull (2015), p. 236.
[475] Coffman Report, ¶ 13.
[476] Coffman Report, Appendix C, Exhibit A, footnote 2 ("I use the implied volatility from day t-1 instead of day t because the news itself may be a contributor to changes in implied volatility of the underlying security.").

how valuable it is to hold the underlying stock.[477]  In his assessment of the put-call parity relationship that is part of his market efficiency analysis, Mr. Coffman states that because of the "uncertainty in the value of" expected dividends, he had to make an "[im]perfect assumption":

> For purposes of my analysis, I have assumed that D is zero following the suspension of the dividend.  Given this is not a perfect assumption, I would not be surprised to find apparent violations of put-call parity that do not truly represent arbitrage opportunities because of the uncertainty regarding the market's expectation of D.[478]

Mr. Coffman has not explained whether he would use the same "[im]perfect assumption" for the "expected dividend" input when estimating option price inflation and has failed to provide a methodology to determine what the appropriate input would be.  This lack of explanation is particularly problematic given that Mr. Coffman claims that at least some portion of the more than 88,000 violations of put-call parity he observes are due to this "substantial uncertainty about [Boeing's] dividend policy."[479]  Therefore, Mr. Coffman does not explain how he can reliably use "theoretical option pricing formula[e]" that *also require an estimate of "D"* as the basis for his damages approach.

Executed this 21st of January, 2025

_____
René M. Stulz, Ph.D.

---

[477] Hull (2015), p. 250 ("When dividends are expected, we can no longer assert that an American call option will not be exercised early. Sometimes it is optimal to exercise an American call immediately prior to an ex-dividend date.").
[478] Coffman Report, ¶¶ 88, 90.
[479] Coffman Report, ¶ 88.

**APPENDIX A**

**René M. Stulz**

Fisher College of Business
806 Fisher Hall
2100 Neil Avenue
Columbus, OH 43210-1144
Phone:  (614) 292-1970
Fax:    (614) 292-2359
E-mail: stulz.1@osu.edu
Homepage
Google Scholar

Home Address:
3419 River Seine Street
Columbus, OH 43221
Phone: (614) 771-1110
Cell:   (614) 206-0265

## UNDERGRADUATE STUDIES

University of Neuchâtel, Switzerland, Licence es Sciences Économiques, 1975.

## GRADUATE STUDIES

London School of Economics, 1975-1976, Visiting Graduate Student.

Massachusetts Institute of Technology (MIT), 1976-1980, Ph.D. in Economics.

## ACADEMIC APPOINTMENTS

Ohio State University, Everett D. Reese Chair of Banking and Monetary Economics, 1996 to present.

University of Southern California, Visiting Professor, 2007.

University of Chicago, Visiting Professor, Stigler Center, 2003-2004.

Northwestern University, Visiting Scholar, Kellogg School of Management, 2003-2004.

Harvard University, Business School, August 1996 to July 1997, Bower Fellow.

Ohio State University, Director of the Dice Center for Research in Financial Economics, 1995 to present.

Ohio State University, Ralph Kurtz Chair in Finance, 1993-1996.

Ohio State University, Riklis Chair in Business and its Environments, 1988-1993.

Ohio State University, Professor of Finance, 1985 to present.

University of Chicago, Visiting Professor of Finance, 1986-1987.

Massachusetts Institute of Technology, Visiting Associate Professor of Finance, Fall 1985.

Ohio State University, Associate Professor of Finance, 1983-1985.

University of Rochester, Assistant Professor of Finance and Economics, 1980-1983.

## OTHER POSITIONS

Research Associate, National Bureau of Economic Research (Asset Pricing Group and Corporate Finance Group).

Director, NBER Group on the Risks of Financial Institutions, 2005 to 2023.

Chairman, Scientific Council, Swiss Finance Institute, 2006 to 2019.

Finance Research Advisory Committee, Office of Financial Research, U.S. Treasury, 2016 to 2019.

Board of Directors, American Finance Association, 1988 to 2000, 2002 to 2006.

Consultant to the World Bank, the IMF, the NYSE, Federal Reserve Bank of New York, corporations, and law firms.

Expert testimony in federal courts, state courts, and domestic and international arbitrations.

Taught executives in Europe, Asia and North America (open enrollment as well as for corporations, courses on risk management, banking, derivatives, corporate valuation, investments).

Advisory Committee, Morningstar, 2000-2002.

Director, Banque Bonhôte, 2002 to 2020.

Director, Wegelin Fund Management, 1999 to 2010.

President, Gamma Foundation, 2002 to 2013.

Director, Community First Financial Group, Inc., 2001 to 2010.

Director, Peninsula Banking Group, Inc., 2001 to 2010.

Trustee, Global Association of Risk Professionals, 2002-2020; executive committee, 2004-2011; chair of governance committee, 2011-2020; vice-chair, 2017-2019.

Vice-Chairman, Board of Trustees, Global Association of Risk Professionals, 2019-2020.

Chairman, Financial Risk Management Examination Certification Committee, Global Association of Risk Professionals, 2002 to 2020.

Chairman, New York Federal Reserve Bank/GARP Global Risk Forum (2011, 2013, 2016, 2019), Bank of England/GARP Global Risk Forum (2012, 2014, 2017, 2020), Hong Kong Monetary Authority/GARP Global Risk Forum (2013, 2015).

International Advisory Committee, NCCR, 2002 to 2011.

External Examiner, London Business School Finance Department, 2005; New York University Finance Department, 2022; Wharton School, University of Pennsylvania, 2024.

Financial Advisory Roundtable (FAR), Federal Reserve Bank of New York, 2006 to 2010.

Guest Contributor, Harvard Law School Corporate Governance Blog.

Squam Lake Group, member, 2008 to present.

Senior Academic Fellow, Asia Bureau of Finance and Economic Research, 2012 to 2023.

Fellow, Wharton Center for Financial Institutions, 2013 to present.

Nominating Committee, American Finance Association, 2004 (chair), 2016, 2018.


**HONORS, SCHOLARSHIPS AND FELLOWSHIPS**

Advanced Researcher Fellowship, Swiss National Science Foundation, 1978-1980.

Dean's Research Professorship, Ohio State University, Spring 1984.

Pacesetter Research Award, Ohio State University, April 1986.

President-Elect (1993) and President (1994), International Economics and Finance Society.

Docteur Honoris Causa, University of Neuchâtel, Switzerland, 1998.

Eastern Finance Association Scholar Award, 1998.

Selected keynote speeches: ABFER, Asia-Pacific Finance Association, Bank of the Netherlands Governance Conference, Bocconi Derivatives Annual Conference, Drexel Corporate Governance Conference, Eastern Finance Association, European Corporate Finance Institute, European Finance Association, European Financial Management Association, Financial Management Association, Financial Management Association European Conference, FDIC Annual

3

Conference, Rising Stars Conference, Fourth Annual Conference on Asia-Pacific Financial Markets of the Korean Securities Association, French Finance Association, German Finance Association, Infiniti Conference, Notre Dame/SEC Conference, Northern Finance Association, Swiss Banking Association 100th Anniversary Conference, Western Finance Association, World Finance Conference, China International Conference in Finance, South Carolina Conference on Banking and Fixed Income, Asian Finance Association Conference, Seoul Asian Financial Forum, Oklahoma University Energy and Commodities Finance Research Conference, ECGI Roundtable Riga, ECGI Annual Meeting, Institutional Investor Private Markets Summit, 7th HEC Paris Workshop, Asian Pacific Risk and Insurance Association, Institute for Private Capital Annual Research Conference.

Assurant Lecture, Georgia Tech University, 2004.

Fellow, Financial Management Association, 2000.

Fellow, American Finance Association, 2005.

Fellow, European Corporate Governance Institute, 2005.

Vice-President (2002), Program Chair, (2003), President (2004), Western Finance Association.

Vice-President (2002), President-elect (2003), President (2004), American Finance Association.

Who's Who in Banking and Finance; Who's Who in Economics.

Jensen Prize for best article in Corporate Finance in the Journal of Financial Economics, 2000, 2008, 2017; runner-up, 2011.

William F. Sharpe Award for the best paper published in the Journal of Financial and Quantitative Analysis during the year 2003.

Selected by the magazine Treasury and Risk Management as one of the 100 most influential people in finance (June 2004).

René M. Stulz Scholar Development Fund, created in 2005 by former Ph.D. students.

Fama/DFA Prize for best article in Capital Markets and Asset Pricing in the Journal of Financial Economics, 2005.

Nominated for a Brattle Prize for best paper in Corporate Finance in the Journal of Finance in 2005.

Risk Who's Who, Charter Member, 2006.

Best paper, First Asian-Pacific Capital Markets Conference, Seoul, 2006.

4

Outstanding Academic Contribution to Corporate Governance Award, Drexel University, 2009.

Risk Manager of the year award, Global Association of Risk Professionals, 2009.

Swiss Finance Institute/Banque Privée Espirito Santo Prize 2010.

Trailblazer in Finance Award, 2014.

Reuters, Highly-Cited Researchers, first time in 2014.

Ohio State University, Distinguished Scholar Award, 2016.

Special issue of the Journal of Applied Corporate Finance in honor of René M. Stulz, 2022.

Best Paper Award, Southern Finance Association Meeting, 2023.

Honorary Doctor of Laws, University College Dublin, 2023.


**CONGRESSIONAL TESTIMONY**

"Over-the-Counter Derivatives Markets Act of 2009," testimony to the House of Representatives Committee on Financial Services, 2009.

"Oversight of the Mutual Fund Industry: Ensuring Market Stability and Investor Confidence," Subcommittee on Capital Markets and Government Sponsored Enterprises, House of Representatives Committee on Financial Services, 2011.


**BOOKS**

Risk Management and Derivatives, Southwestern College Publishing, 2003.

Handbook of the Economics of Finance, volume 1, edited with George Constantinides and Milton Harris, North-Holland, 2003.

Handbook of the Economics of Finance, volume 2, edited with George Constantinides and Milton Harris, Elsevier, 2013.

International Capital Markets, 3 volumes, edited with Andrew Karolyi, Edward Elgar, 2003.

Readings for the Financial Risk Manager, edited with Richard Apostolik, Wiley, 2004.

Readings for the Financial Risk Manager, edited with Richard Apostolik, Wiley, 2005.

The Risks of Financial Institutions, edited with Mark Carey, University of Chicago Press, 2006.

**APPENDIX A**

The Squam Lake Report: Fixing the Financial System, co-authored with the Squam Lake Group, Princeton University Press, 2010.

Private markets, public markets, and the 21st century corporation, manuscript in progress.

**PUBLISHED PAPERS**

"On the Effects of Barriers to International Investment," Journal of Finance, 1981, 36(4), 923-934; reprinted in Emerging Markets, Geert Bekaert and Campbell R. Harvey, ed., Edward Elgar Publishing, 2004, 1-36.

"A Model of International Asset Pricing," Journal of Financial Economics, 1981, 9(4), 383-406.

"The Forward Exchange Rate and Macroeconomics," Journal of International Economics, 1982, 12(3/4), 285-299.

"Options on the Minimum or the Maximum of Two Risky Assets: Analysis and Applications," Journal of Financial Economics, 1982, 10(2), 161-185, reprinted in Options Markets, vol. 2, George Constantinides and A. G. Malliaris, eds., Edward Elgar Publishing, 2001.

"On the Determinants of Net Foreign Investment," Journal of Finance, 1983, 38(2), 459-468.

"The Demand for Foreign Bonds," Journal of International Economics, 1983, 15(3/4), 225-238.

"Optimal Hedging Policies," Journal of Financial and Quantitative Analysis, 1984, 19(2), 127-140.

"Currency Preferences, Purchasing Power Risks and the Determination of Exchange Rates in an Optimizing Model," Journal of Money, Credit and Banking, 1984, 16(3), 302-316; reprinted in Monetary Policy and Uncertainty, Manfred J. M. Neumann, ed., Nomos, 1986.

"Pricing Capital Assets in an International Setting: An Introduction," Journal of International Business Studies (Winter 1984), 55-73; reprinted in International Financial Management: Theory and Applications, Donald R. Lessard, ed., John Wiley & Sons, 1985.

"Macroeconomic Time-Series, Business Cycles and Macroeconomic Policies," with Walter Wasserfallen, Carnegie-Rochester Conference Series on Public Policy (Spring 1985), 9-55.

"An Analysis of Secured Debt," with Herb Johnson, Journal of Financial Economics, 1985, 14(4), 501-522, reprinted in The Debt Market, vol. 3, Steve A. Ross, editor, Edward Elgar, 2000.

"The Determinants of Firm's Hedging Policies," with Clifford W. Smith, Journal of Financial and Quantitative Analysis, 1985, 20(4), 391-406; reprinted in Studies in Financial Institutions: Commercial Banks, C. James and C.W. Smith, eds., McGraw Hill, 1993, and in Corporate

Hedging in Theory and Practice: Lessons from Metallgesellschaft, Christopher L. Culp and Merton H. Miller, eds., Risk Publications, London, 1999.

"Asset Pricing and Expected Inflation," Journal of Finance, 1986, 41(1), 209-224.

"Risk Bearing, Labor Contracts and Capital Markets," with Patricia B. Reagan, Research in Finance, 1986, 6, 217-232.

"Interest Rates and Monetary Policy Uncertainty," Journal of Monetary Economics, 1986, 17(3), 331-348.

"Time-Varying Risk Premia, Imperfect Information and the Forward Exchange Rate," International Journal of Forecasting, 1987, 3(1), 171-178.

"The Pricing of Options with Default Risk," with Herb Johnson, Journal of Finance, 1987, 42(2), 267-280.

"An Equilibrium Model of Exchange Rate Determination and Asset Pricing with Non-Traded Goods and Imperfect Information," Journal of Political Economy, 1987, 95(5), 1024-1040.

"Managerial Control of Voting Rights: Financing Policies and the Market for Corporate Control," Journal of Financial Economics, 1988, 20(1/2), 25-54, reprinted in M.C. Jensen and C.W. Smith, eds., The Modern Theory of Corporate Finance, McGraw-Hill, 1989 (second edition).

"Risk and the Economy: A Finance Perspective," with K.C. Chan, Risk and the Economy, in C.C. Stone, ed., Financial Risk: Theory, Evidence and Implications, Proceedings of the Eleventh Annual Economic Conference of the Federal Reserve Bank of St. Louis, Kluwer Academic Publishers, 1988.

"Capital Mobility and the Current Account," Journal of International Finance and Money, 1988, 7(2), 167-180.

"The Eurobond Market and Corporate Financial Policy: A Test of the Clientele Hypothesis," with Yong Cheol Kim, Journal of Financial Economics, 1988, 22(2), 189-205.

"Contracts, Delivery Lags, and Currency Risks," with Patricia Reagan, Journal of International Money and Finance, 1989, 8(1), 89-104.

"The Pricing of Stock Index Options in General Equilibrium," with Warren Bailey, Journal of Financial and Quantitative Analysis, 1989, 24(1), 1-12.

"Managerial Performance, Tobin's q, and the Gains from Successful Tender Offers," with Larry Lang and Ralph Walkling, Journal of Financial Economics, 1989, 24(1), 137-154.

**APPENDIX A**

"Real Exchange Rate Dynamics and the Financial Theory of the Trading Firm," in Recent Developments in International Banking and Finance, S. Khoury and A. Ghosh, eds., Probus Publishing Company,1989, 3, 247-262.

"Properties of Daily Stock Returns from the Pacific Rim Stock Markets: Evidence and Implications," with Warren Bailey and Edward Ng, in S.G. Rhee and R. Chang, eds., Pacific-Basin Capital Markets Research, North Holland, 1990, 155-171.

"The Pricing of Currency Options: A Review," in R. E. Schwartz and C. W. Smith, eds., Handbook of Currency and Interest Rate Risk Management, Simon & Schuster, 1990, 5/1-5/20.

"Stock Index Futures in Switzerland: Pricing and Hedging Performance," with Walter Wasserfallen and Thomas Stucki, Review of Futures Markets, 1990, 9(3), 576-592.

"The Distribution of Target Ownership and the Division of Gains in Successful Takeovers," with Ralph A. Walkling and Moon H. Song, Journal of Finance, 1990, 45(3), 817-834.

"Managerial Discretion and Optimal Financing Policies," Journal of Financial Economics, 1990, 26(1), 3-26, reprinted in The Theory of Corporate Finance, M.J. Brennan, ed., Edward Elgar, 1995.

"Benefits of International Diversification: The Case of Pacific Basin Stock Markets," with Warren Bailey, Journal of Portfolio Management, 1990, 16(4), 57-61.

"A Test of the Free Cash Flow Hypothesis: The Case of Bidder Returns," with Ralph A.Walkling and Larry H. Lang, Journal of Financial Economics, 1991, 29(2), 315-335.

"Is There a Global Market for Convertible Bonds?" with Yong-Cheol Kim, Journal of Business, 1992, 65(1), 75-92.

"Industry Contagion Effects of Bankruptcy and Firm Size," with Larry Lang, in Ed Altman, ed., Bankruptcy and Distressed Restructurings, Business One Irwin, 1992, 215-221.

"Contagion and Competitive Intra-Industry Effects of Bankruptcy Announcements," with Larry Lang, Journal of Financial Economics, 1992, 32(1), 45-60.

"Global Financial Markets and the Risk Premium on U.S. Equity," with K.C. Chan and Andrew Karolyi, Journal of Financial Economics, 1992, 32(2), 137-168.

"Portfolio Management and Exchange Rate Risks: New Theoretical and Empirical Perspectives," with Warren Bailey and Edward Ng, S. Khoury and A. Ghosh, eds., Recent Developments in International Banking and Finance, 1992, 6, 230-248.

"Optimal Hedging of Stock Portfolios Against Foreign Exchange Risks: The Case of the Nikkei 225," with Warren Bailey and Edward Ng, Global Finance Journal, 1992, 3(2), 97-114.

"Contracting Costs, Inflation and Relative Price Volatility," with Patricia Reagan, Journal of Money, Credit and Banking, 1993, 25(3), Part 2, 585-601.

"Tobin's q, Diversification, and Firm Performance," with Larry Lang, Journal of Political Economy, 1994, 102(6), 1248-1280, reprinted in Empirical Corporate Finance, vol. IV, Michael Brennan, ed., Edward Elgar, 2001.

"International Asset Pricing: An Integrative Survey," Handbook of Modern Finance, R. Jarrow, M. Maksimovic and W. Ziemba, eds., North Holland-Elsevier, 1995, 201-223.

"Asset Sales, Firm Performance and the Agency Costs of Managerial Discretion," with Larry Lang and Annette Poulsen, Journal of Financial Economics, 1994, 37(1), 3-37, reprinted in Empirical Corporate Finance, vol. III, Michael J. Brennan, ed., Edward Elgar, 2001.

"The Cost of Capital in Internationally Integrated Markets," European Financial Management, European Financial Management, 1995, 11-22.

"An Analysis of the Wealth Effects of Japanese Offshore Dollar-Denominated Convertible and Warrant Bond Issues," with Jun-Koo Kang, Yong-Cheol Kim and Kyung-Joo Park, Journal of Financial and Quantitative Analysis, 1995, 30(2), 257-270.

"Globalization of Capital Markets and the Cost of Capital: The Case of Nestlé," Journal of Applied Corporate Finance, 1995, 8(3,Fall), 30-38.

"Foreign Equity Investment Restrictions, Capital Flight, and Shareholder Wealth Maximization," with Walter Wasserfallen, Review of Financial Studies, 1995, 8(4), 1019-1057.

"Leverage, Investment and Firm Growth," with Larry Lang and Eli Ofek, Journal of Financial Economics, 1996, 40(1), 3-29.

"How Different is Japanese Corporate Finance?", with Jun-Koo Kang, Review of Financial Studies, 1996, 9(1), 109-139.

"Information, Trading and Stock Returns: Lessons from Dually-Listed Securities," with K.C. Chan, Wai-Ming Fong, and Bong-Chan Kho, Journal of Banking and Finance,1996, 20(7), 1161-1187.

"Timing, Investment Opportunities, Managerial Discretion, and the Security Issue Decision," with Kooyul Jung and Yong-Cheol Kim, Journal of Financial Economics, 1996, 42(2), 159-185, reprinted in Empirical Corporate Finance, vol. III, Michael J. Brennan, ed., Edward Elgar, 2001.

"Why Do Markets Move Together? An Investigation of U.S.-Japan Stock Return Comovements," with G. Andrew Karolyi, Journal of Finance, 1996, 51(3), 951-986.

"Rethinking Risk Management," Journal of Applied Corporate Finance, 1996 (Fall), 8-24. Reprinted in Corporate Hedging in Theory and Practice: Lessons from Metallgesellschaft,

**APPENDIX A**

Christopher L Culp and Merton H. Miller, eds., Risk Publications, London, 1999, and in Corporate Risk: Strategies and Management, Gregory W. Brown and Donald H. Chew, eds., Risk Publications, London, 1999.

"Why Is There a Home Bias? An Analysis of Foreign Portfolio Equity Ownership in Japan," with Jun-Koo Kang, Journal of Financial Economics, 1997, 46(1), 3-28.

"Are Internal Capital Market Efficient?" with Hyun-Han Shin, Quarterly Journal of Economics, 1998, 113(2), 531-552.

"The Determinants and Implications of Corporate Cash Holdings," with Tim Opler, Lee Pinkowitz, and Rohan Williamson, Journal of Financial Economics, 1999, 52(1), 3-46. A shortened version of this paper appeared as "Corporate Cash Holdings," Journal of Applied Corporate Finance, 2001, 14(1), 55-79.

"Do Foreign Investors Destabilize Stock Markets? The Korean Experience in 1997," with Hyuk Choe and Bong-Chan Kho, Journal of Financial Economics, 1999, 54(2), 227-264.

"The Underreaction Hypothesis and the New Issue Puzzle: Evidence from Japan," with Yong-Cheol Kim and Jun-Koo Kang, Review of Financial Studies, 1999, 12(3), 519-534.

"International Portfolio Flows and Security Markets," in International Capital Flows, edited by Martin Feldstein, University Chicago Press, 1999, 257-293, reprinted in Emerging Markets, Geert Bekaert and Campbell R. Harvey, ed., Edward Elgar Publishing, 2004, 387-423.

"Globalization, Corporate Finance and the Cost of Capital," Journal of Applied Corporate Finance, 1999, 12(3), 8-25.

"Do Banking Shocks Affect Firm Performance? An Analysis of the Japanese Experience," with Jun-Koo Kang, Journal of Business, 2000, 73(1), 1-23.

"Banks, the IMF, and the Asian crisis," with Bong-Chan Kho, Pacific Basin Finance Journal, 2000, 8(2), 177-216.

"U.S. Banks, Crises, and Bailouts: From Mexico to LTCM," with Bong-Chan Kho and Dong Lee, American Economic Review, 2000, 90(2), 28-31.

"Financial Structure, Corporate Finance and Economic Growth," International Review of Finance, 2000, 1(1), 11-38.

"Merton Miller and Modern Finance," Financial Management, 2000, 29(4), 119-131. Reprinted in the Journal of Applied Corporate Finance, 2001(Winter), 8-20.

"International Competition and Exchange Rate Shocks: A Cross-Country Industry Analysis of Stock Returns," with John Griffin, Review of Financial Studies, 2001, 14(1), 215-241.

"Divestitures and the Liquidity of the Market for Corporate Assets," with Frederick Schlingemann and Ralph A. Walkling, Journal of Financial Economics, 2002, 64(1), 117-144, reprinted in Corporate Restructuring, vol. 2, John Campbell and David J. Denis, ed., Edward Elgar Publishing, 2005.

"Should we Fear Capital Flows?" in International Financial Markets: The Challenge of Globalization, Leonardo Auernheimer (Editor), University of Chicago Press, 2003, Chicago, Ill.

"Corporate Governance, Investor Protection, and the Home Bias," with Magnus Dahlquist, Lee Pinkowitz, and Rohan Williamson, Journal of Financial and Quantitative Analysis, 2003, 38(1), 87-110.

"Equity Market Liberalizations as Country IPOs," with Rodolfo Martell, American Economic Review, Papers and Proceedings, 2003, 93(2), 97-101.

"Culture, Openness, and Finance," with Rohan Williamson, Journal of Financial Economics, 2003, 70(3), 313-349.

"A New Approach to Measuring Financial Contagion," with Kee-Hong Bae and Andrew Karolyi, Review of Financial Studies, 2003, 16, 717-763. Pre-publication Working Paper

"Are Assets Priced Locally or Globally?" with Andrew Karolyi, in Constantinides, George, Milton Harris and René Stulz (eds.), The Handbook of the Economics of Finance, North Holland, 2003.

"Why are Foreign Firms that List in the U.S. Worth More?" with Craig Doidge and Andrew Karolyi, Journal of Financial Economics, 2004, 71(2), 205-238.

"Daily Cross-Border Flows: Pushed or Pulled?" with Federico Nardari and John Griffin, Review of Economics and Statistics, 2004, 86(3), 641-657.

"Firm Size and the Gains from Acquisitions," with Sara B. Moeller and Frederik P. Schlingemann, Journal of Financial Economics, 2004, 73, 201-228.

"Should we Fear Derivatives?" Journal of Economic Perspectives, 2004, 18(3), 173-192; reprinted in The ICFAI Journal of Derivatives Markets, 2005, 2(1), 42-53.

"Wealth Destruction on a Massive Scale? A Study of Acquiring-Firm Returns in the Recent Merger Wave," with Sara B. Moeller and Frederik P. Schlingemann, Journal of Finance, 2005, 60(2), 757-782 (Reprinted in Mergers and Acquisitions, J. Harold Mulherin, ed., Edward Elgar Publishing, 2012).

"Do Domestic Investors have an Edge? The Trading Experience of Foreign Investors in Korea," with Hyuk Choe and Bong-Chan Kho, Review of Financial Studies, 2005, 18(3),795-829.

"The Limits of Financial Globalization," Journal of Finance, 2005, 60(4), 1595-1638; reprinted in Journal of Applied Corporate Finance, 2007, 19(1), 8-15.

"Does the Contribution of Corporate Cash Holdings and Dividends to Firm Value Depend on Governance? A Cross-Country Analysis," with Lee Pinkowitz and Rohan Williamson, Journal of Finance, 2006, 61(6) 2725-2751; reprinted in Journal of Applied Corporate Finance, 2007, 19(1), 81-87.

"Dividend Policy and the Earned/Contributed Capital Mix: A Test of the Life-cycle Theory," with Harry DeAngelo and Linda DeAngelo, Journal of Financial Economics, 2006, 81(2), 227-254.

"Enterprise Risk Management: Theory and Practice," with Brian W. Nocco, Journal of Applied Corporate Finance, Fall 2006, 18(8), 8-20.

"Do Investors Trade more when Stocks have Performed Well? Evidence from 46 Countries," with John M. Griffin and Federico Nardari, Review of Financial Studies, 2007, 20(3), 905-951.

"Why Do Firms Become Widely Held? An Analysis of the Dynamics of Corporate Ownership," with Jean Helwege and Christo Pirinsky, Journal of Finance, 2007, 62 (3), 995-1028.

"Hedge Funds: Past, Present, and Future," Journal of Economic Perspectives, 2007, 21(2), 175-194.

"The Economics of Conflicts of Interests in Financial Institutions," with Hamid Mehran, Journal of Financial Economics, 2007, 85(2), 267-296.

"Why Do Countries Matter so much for Corporate Governance?" with Craig Doidge and Andrew Karolyi, Journal of Financial Economics, 2007, 86, 1-39.

"How do Diversity of Opinion and Information Asymmetry Affect Acquirer Returns?" with Sara B. Moeller and Frederik P. Schlingemann, Review of Financial Studies, 2007, 20(6), 2047-2078.

"Do Local Analysts know more? A Cross-Country Study of Performance of Local Analysts and Foreign Analysts," with Kee-Hong Bae and Hongping Tan, Journal of Financial Economics, 2008, 88(3), 581-606.

"Why Do Private Acquirer Pay so Little Compared to Public Acquirers?" with Leonce L. Bargeron, Frederik P. Schlingemann, and Chad J. Zutter, Journal of Financial Economics, 2008, 89(3), 375-390

"Risk Management Failures: What Are They and When Do They Happen?" Journal of Applied Corporate Finance, 2008, 20(4), 39-48.

"Private Benefits of Control, Ownership, and the Cross-Listing Decision," with Craig Doidge, G. Andrew Karolyi, Karl V. Lins, and Darius P. Miller, Journal of Finance, 2009, 64(1), 425-466.

**APPENDIX A**

"Has New York Become Less Competitive than London in Global Markets?  Evaluating Foreign Listing Choices Over Time," with Craig Doidge, and G. Andrew Karolyi, Journal of Financial Economics, 2009, 91(3), 253-277.

"Differences in Governance Practices between U.S. and Foreign Firms: Measurement, Causes, and Consequences," with Reena Aggarwal, Isil Erel, and Rohan Williamson, Review of Financial Studies, 2009, 22(8), 3171-3209.

"Managerial Ownership Dynamics and Firm Value," with Rüdiger Fahlenbrach, Journal of Financial Economics, 2009, 92(3), 342-361.

"How Much Do Banks Use Credit Derivatives to Hedge Loans?" with Bernadette Minton and Rohan Williamson, Journal of Financial Services Research, 2009, 35(1), 1-31.

"Securities Laws, Disclosure, and National Capital Markets in the Age of Financial Globalization," Journal of Accounting Research, 2009, 47(2), 349-390.

"Why Do U.S. Firms Hold so Much More Cash than they Used to?" with Thomas W. Bates, and Kathleen M. Kahle, Journal of Finance, 2009, 64(5), 1985-2021.

"Financial Globalization, Governance, and the Evolution of the Home Bias," with Bong-Chan Kho and Francis E. Warnock, Journal of Accounting Research, 2009, 47(2), 597-635.

"Seasoned Equity Offerings, Market Timing and the Corporate Lifecycle," with Harry DeAngelo and Linda DeAngelo, Journal of Financial Economics, 2010, 95(3), 275-295.

"Why do Firms Appoint CEOs as Outside Directors?" with Rüdiger Fahlenbrach and Angie Low, Journal of Financial Economics, 2010, 97(1), 12-32.

"Credit Default Swaps and the Credit Crisis," Journal of Economic Perspectives, 2010, 24(1), 73-92.

"Why Do Foreign Firms Leave U.S. Equity Markets?" with Craig Doidge and G. Andrew Karolyi, Journal of Finance, 2010, 65(4), 1507-1553.

"Hedge Fund Contagion and Liquidity Shocks," with Nicole M. Boyson and Christof W. Stahel, Journal of Finance, 2010, 65(5), 1789-1816.

"Bank CEO Incentives and the Credit Crisis," with Rüdiger Fahlenbrach, Journal of Financial Economics, 2011, 99, 11-26 (Reprinted in Regulations and Governance of Financial Institutions, James R. Barth and Ross Levine, eds., Edward Elgar Publishing, 2016).

"When Are Analyst Recommendation Changes Influential?" with Roger K. Loh, Review of Financial Studies, 2011, 24(2), 593-627.

13

"The Credit Crisis Around the Globe: Why Did Some Banks Perform Better?" with Andrea Beltratti, Journal of Financial Economics, 2012, 105(1), 1-17 (Reprinted in Regulations and Governance of Financial Institutions, James R. Barth and Ross Levine, eds., Edward Elgar Publishing, 2016).

"Why Are U.S. Stocks More Volatile?" with Söhnke M. Bartram and Gregory Brown, Journal of Finance, 2012, 67(4), 1329-1370.

"Market Institutions, Financial Market Risks, and The Financial Crisis," with Mark Carey, Anil K. Kashyap, and Raghuram Rajan, Journal of Financial Economics, 2012, 104(3),421-424.

"This Time Is the Same: Using Bank Performance in 1998 to Explain Bank Performance during the Recent Financial Crisis," with Rüdiger Fahlenbrach and Robert Prilmeier, Journal of Finance, 2012, 67(6), 2139-2185 (Reprinted in Regulations and Governance of Financial Institutions, James R. Barth and Ross Levine, eds., Edward Elgar Publishing, 2016).

"Access to Capital, Investment, and the Financial Crisis," with Kathleen Kahle, Journal of Financial Economics, 2013, 110(2), 280-299.

"The U.S. Left Behind? Financial Globalization and the Rise of IPOs Outside the U.S.," with Craig Doidge and G. Andrew Karolyi, Journal of Financial Economics, 2013, 110(3), 546-573.

"Why Did Holdings of Highly-Rated Securitization Tranches Differ So Much Across Banks?" with Isil Erel and Taylor Nadauld, The Review of Financial Studies, 2014, 27(2), 404-453.

"Liquid-Claim Production, Risk Management, and Bank Capital Structure: Why High Leverage is Optimal for Banks," with Harry DeAngelo, Journal of Financial Economics, 2015, 116, 219-236.

"Corporate Acquisitions, Diversification, and the Firm's Lifecycle" with Asli M. Arikan, Journal of Finance, 2016, 71(1), 139-194.

"Do U.S. Firms Hold More Cash than Foreign Firms?" with Lee Pinkowitz and Rohan Williamson, The Review of Financial Studies, 2016, 29(2), 309-348.

"Why Don't All Banks Practice Regulatory Arbitrage? Evidence from the Usage of Trust Preferred Securities," with Nicole Boyson and Rüdiger Fahlenbrach, The Review of Financial Studies, 2016, 29(7), 1821-1859.

"Risk Management, Governance, Culture and Risk-Taking in Banks," Economic Policy Review, Federal Reserve Bank of New York, 2016, 22(1), 43-59 (A shorter version was published as "Risk-Taking and Risk Management by Banks," Journal of Applied Corporate Finance, 2015, 27(1), 8-18).

"Firm Rigidities and the Decline of Growth Opportunities," with Claudio Loderer and Urs Wälchli, Management Science, 2016, 63(9), 3000-3020.

14

"Portable Country Governance and Cross-Border Acquisitions," with Jesse A. Ellis, Sara B. Moeller, and Frederik P. Schlingemann, Journal of International Business Studies, 2017, 48(2), 148-173.

"The U.S. Listing Gap," with Craig Doidge and Andrew Karolyi, Journal of Financial Economics, 2017, 123, 464-487.

"Is the US Public Corporation in Trouble?" with Kathleen Kahle, Journal of Economic Perspectives, 2017, 31(3), 67-88.

2017, 30(7), 2131-2358.

"What Is the Shareholder Wealth Impact of Target CEO Retention in Private Equity Deals?" with Leonce Bargeron, Frederik P. Schlingemann, and Chad J. Zutter, 2017, Journal of Corporate Finance, 46, 186-206.

"Why Does Fast Loan Growth Predict Poor Performance for Banks?" with Rüdiger Fahlenbrach and Robert Prilmeier, The Review of Financial Studies, 2017, 31(3), 1014-1063.

"Corporate Deleveraging and Financial Flexibility," with Harry DeAngelo and Andrei S. Gonçalves, The Review of Financial Studies, 2018, 31(8), 3122-3174.

"Eclipse of the Public Corporation or Eclipse of the Public Markets?" with Craig Doidge, Kathleen Kahle, and Andrew Karolyi, Journal of Applied Corporate Finance, 2018, 30(1), 8-16.

"Is Sell-Side Research More Valuable in Bad Times?" with Roger K. Loh, Journal of Finance, 2018, 73(3), 959-1013.

"Do Firms Issue More Liquidity When Markets Become More Liquid?" with Rogier M. Hanselaar and Mathijs A. van Dijk, Journal of Financial Economics, 2019,133(1), 64-82.

"Are the Largest Banks Valued More Highly?" with Bernadette Minton and Alvaro Taboada, Review of Financial Studies, 2019, 32(12), 4604-4652.

"FinTech, BigTech, and the Future of Banks," Journal of Applied Corporate Finance, 2019, 31(4), 86-97.

"Why Is Contagion Asymmetric During the European Sovereign Crisis?" with Andrea Beltratti, Journal of International Money and Finance, 2019, 99.

"Does the Stock Market Make Firms More Productive?" with Ben Bennett and Zexi Wang, Journal of Financial Economics, 2020, 136(2), 281-306.

"Public Versus Private Equity," Oxford Economic Policy Review, 2020, 36(2), 275-290.

"Risk Management, Firm Reputation, and the Impact of Successful Cyberattacks on Target Firms," with Shinichi Kamiya, Jun-Koo Kang, Jungmin Kim, and Andreas Milidonis, Journal of Financial Economics, 2021, 139(3), 719-749.

"Why Does Equity Capital Flow Out of High Tobin's q Industries," with Dong Wook Lee and Hyun-Han Shin, Review of Financial Studies, 2021, 24(4), 1867-1906.

"Why Are Firms with More Managerial Ownership Worth Less?" with Kornelia Fabisik, Rüdiger Fahlenbrach, and Jérôme Taillard, Journal of Financial Economics, 2021, 140(3), 699-725.

"How Valuable is Financial Flexibility when Revenue Stops? Evidence from the COVID-19 Crisis" with Rüdiger Fahlenbrach and Kevin Rageth, Review of Financial Studies, 2021, 34(11), 5474-5521.

"Were there Fire Sales in the RMBS Market?" with Craig B. Merrill, Taylor D. Nadauld, and Shane M. Sherlund, Journal of Monetary Economics, 2021, 122, 12-37.

"Why Are Corporate Payouts So High in the 2000s?" with Kathleen Kahle, Journal of Financial Economics, 2021, 142 (3), 1359-1380.

"Have Exchange-Listed Firms Become Less Important for the Economy?" with Frederik P. Schlingemann, Journal of Financial Economics, 2022, 143(2), 927-958.

"Are Analyst Short-Term Trade Ideas Valuable?" with Justin Birru, Sinan Gokkaya, and Xi Liu, Journal of Finance, 2022, 77(3), 1829-1875.

"Leverage and Cash Dynamics" with Harry DeAngelo and Andrei S. Gonçalves, Review of Finance, 2022, 26(5)1101-1144.

"Do Firms with Specialized M&A Staff Make Better Acquisitions?" with Sinan Gokkaya and Xi Liu, Journal of financial Economics, 2023, 147(1), 75-105.

"Crisis Risk and Risk Management," European Financial Management, 2023, 29, (5), 1377-1400.

"Are Analyst 'Top Picks' Informative?" with Justin Birru, Sinan Gokkaya, and Xi Liu, Review of Financial Studies, 2024, 37 (5), 1538-1583.

"Models Behaving Badly: The Limits of Data-Driven Lending" with Itzhak Ben-David and Mark J. Johnson, Review of Finance, forthcoming.

"Risk, the Limits of Financial Risk Management, and Corporate Resilience," Annual Review of Financial Economics, forthcoming.

16

**PROFESSIONAL JOURNAL ARTICLES, BOOK REVIEWS, NOTES AND COMMENTS**

Review of "Managing Foreign Exchange Risk," Richard J. Herring, ed., Journal of Money, Credit and Banking (February 1985), 124-125.

"On Capital Mobility in the World Economy," Carnegie-Rochester Conference Series on Public Policy (Spring, 1986), 105-114.

"Portfolio Management in International Capital Markets," Financial Markets and Portfolio Management (1, 1986), 18-23.

"Portfolio Insurance, Program Trading and the Crash of 1987," Financial Markets and Portfolio Management (1, 1988), 11-22.

"SMI Futures," with T. Stucki and W. Wasserfallen, Financial Markets and Portfolio Management (4, 1989), 288-300.

"Benefits of International Diversification with Daily Data: The Case of Pacific-Basin Stock Markets," with Warren Bailey, Journal of Portfolio Management (4, 1990), 57-61.

"Portfolio Insurance with Options and Futures on the SMI," with T. Stucki and W. Wasserfallen, Financial Markets and Portfolio Management (2, 1990), 99-115.

"Securities Transaction Taxes: Lessons from the International Experience," in The Globalization of Equity Markets, Jeffrey Frankel, ed., University of Chicago Press, 1994.

"Identifying and Quantifying Exposures," with Rohan Williamson, in Financial Risk and the Corporate Treasury: New Developments in Strategy and Control, Robert Jameson, ed., Risk Publications, London, 1997, 33-51 (Reprinted in Corporate Risk: Strategies and Management, Gregory W. Brown and Donald H. Chew, eds., Risk Publications, London, 1999). Pre-publication Working Paper

"What's Wrong with Modern Capital Budgeting?" Financial Practice and Education, Fall/Winter 1999, p.5-9.

"Diminishing the Threats to Shareholder Wealth," Financial Times, Mastering Risk Series, April 25, 2000.

"Why Risk Management is not Rocket Science," Financial Times, Mastering Risk Series, June 27, 2000.

"An Emotional High for Stocks?" a review of "Irrational Exuberance" by Robert J. Shiller, Science (June 30, 2000), 2323.

"Demystifying Financial Derivatives," The Milken Institute Review, Third Quarter 2005, 20-31.

"Merton Miller," New Palgrave Dictionary, 2006.

"Financial Derivatives: Lessons from the Subprime Crisis," The Milken Institute Review, First Quarter 2009, 59-70.

"Six Ways Companies Mismanage Risk," Harvard Business Review, February 2009, 87(3), 86-94.

"In Defense of Derivatives and How to Regulate Them," Wall Street Journal, April 7, 2009.


**SELECTED RESEARCH IN PROGRESS AND WORKING PAPERS**

"Has the Bond Market Really Become Less Liquid?" with Mike Anderson.

"Creative Destruction, Stock Return Volatility, and the Number of Listed Firms" with Söhnke Bartram and Gregory Brown.

"Bank Payout Policy, Regulation, and Politics" with Rüdiger Fahlenbrach and Minsu Ko.

"The US Equity Valuation Premium, Globalization, and Climate Change Risks" with Craig Doidge and Andrew Karolyi.

"Why Do Bank Boards Have Risk Committees?" with James Tompkins, Rohan Williamson, and Zhongxia Ye.

"How Important is Moral Hazard for Distressed Banks?" with Itzhak Ben-David and Ajay A. Palvia.

"Bank Liquid Assets, the Portfolio Motive, and Capital Requirements" with Alvaro Taboada and Mathijs A. van Dijk.

"The Unicorn Puzzle," with Daria Davydova, Rüdiger Fahlenbrach, and Leandro Sanz.

"Public Scrutiny, Firm Performance, and Corporate Policies" with Benjamin Bennett and Zexi Wang.

"Is there Information in Corporate Acquisition Plans?" with Sinan Gokkaya and Xi Liu.

"Why Are Countries So Important for the Composition of Corporate Debt?" with Michela Altieri and Söhnke Bartram.

"Risk, the Limits of Financial Risk Management, and Corporate Resilience"

"The Lessons of Mike Jensen"

18

**APPENDIX A**

**EDITORIAL AND REFEREEING ACTIVITIES**

Advisory Board, Journal of Risk and Financial Management, 2018 to present.

Editorial Board, Journal of Financial Intermediation, 2013 to present.

Advisory Editor, Journal of Investment Management, 2003 to present.

Advisory Editor, Journal of Financial Economics, 2000 to 2021.

Advisory Editor, Journal of Financial Services, 1999 to present.

Editor, Journal of Finance, 1988 to 2000.

Editor, Corporate Finance Abstracts, Social Science Research Network, 1998 to present.

Editor, Journal of Financial Economics, 1982 to 1987.

Board of Editors, Journal of Banking and Finance, 2008.

Co-Editor, Banking and Financial Institutions Abstracts, Social Science Research Network, 1998 to present.

Co-Editor, Financial Markets and Portfolio Management, 1999 to present.

Associate Editor, Journal of Risk, 2006 to present.

Board of Editors, Japan and the World Economy, 2006 to present.

Advisory Editor, The Review of Finance, 2003 to 2009.

Advisory Editor, Journal of Economic Perspectives, 2006 to 2008.

Associate Editor, Journal of Economic Perspectives, 2003 to 2005.

Associate Editor, Journal of Financial Abstracts, 1994 to 1998.

Associate Editor, Journal of Financial Economics, 1988 to 1999.

Associate Editor, Journal of International Finance and Accounting, 1988 to present.

Associate Editor, Global Finance Journal, 1988 to 2015.

Associate Editor, Journal of International Financial Markets, Institutions and Money, 1989 to present.

**APPENDIX A**

Associate Editor, Journal of Fixed Income, 1991 to present.

Associate Editor, Journal of International Trade and Finance, 1992 to present.

Associate Editor, Journal of Financial and Quantitative Analysis, 1983-1985.

Acted as an ad hoc referee for AER, JIE, JAE, JFE, JME, JMCB, JFQA, QJE, JF, JB, JPE, Canadian Journal of Economics, Management Science, Marketing Science, Journal of International Money and Finance, Journal of International Business Studies, the Canadian NSF and the NSF.

**APPENDIX B**

# Deposition and Trial Testimony of René M. Stulz
# During the Past Four Years

**Case Name:**       Lord Abbett Affiliated Fund, Inc. et al. v. Navient Corporation et al.
**Case No.:**        No. 1:16-cv-00112-MN, United States District Court, District of
                     Delaware
**Date of Testimony:** December 2019 (Deposition), June 2021 (Deposition)


**Case Name:**       In re WeWork Litigation
**Case No.:**        No. 2020-0258-AGB, Court of Chancery, Delaware
**Date of Testimony:** February 2021 (Deposition)


**Case Name:**       In re Envision Healthcare Corporation Securities Litigation
**Case No.:**        No. 3:17-cv-01112, United States District Court, Middle District of
                     Tennessee, Nashville Division
**Date of Testimony:** May 2021 (Deposition)


**Case Name:**       In Re Navient Corporation Securities Litigation
**Case No.:**        No. 17-cv-08373-RBK-AMD, United States District Court,
                     District of New Jersey
**Date of Testimony:** June 2021 (Deposition)


**Case Name:**       Evanston Police Pension Fund v. McKesson Corporation et al.
**Case No.:**        No. 3:18-cv-06525-CRB, United States District Court, Northern
                     District of California
**Date of Testimony:** July 2021 (Deposition)


**Case Name:**       In re Allergan PLC Securities Litigation
**Case No.:**        No. 18-cv-12089, United States District Court, Southern District of
                     New York
**Date of Testimony:** September 2021 (Deposition)


**Case Name:**       Gordon v. Vanda Pharmaceuticals Inc. et al.
**Case No.:**        No. 1:19-cv-01108-FB-LB, United States District Court, Eastern
                     District of New York
**Date of Testimony:** October 2021 (Deposition)

**APPENDIX B**

| | |
|---|---|
| **Case Name:** | Tollen v. Geron Corporation et al |
| **Case No.:** | No. 3:20-cv-00547-WHA, United States District Court, Northern District of California |
| **Date of Testimony:** | October 2021 (Deposition) |

| | |
|---|---|
| **Case Name:** | Patrick McDermid v. Inovio Pharmaceuticals, Inc. et al. |
| **Case No.:** | No. 2:20-cv-01402-GJP, United States District Court, Eastern District of Pennsylvania |
| **Date of Testimony:** | November 2021 (Deposition) |

| | |
|---|---|
| **Case Name:** | Strathclyde Pension Fund v. Bank OZK et al. |
| **Case No.:** | No. 4:18-cv-00793-DPM, United States District Court, Eastern District of Arkansas |
| **Date of Testimony:** | December 2021 (Deposition) |

| | |
|---|---|
| **Case Name:** | Boston Retirement System v. Uber Technologies, Inc. et al. |
| **Case No.:** | No. 3:19-cv-06361-RS, United State District Court, Northern District of California |
| **Date of Testimony:** | February 2022 (Deposition) |

| | |
|---|---|
| **Case Name:** | Ahmad Odeh v. Immunomedics, Inc. et al. |
| **Case No.:** | No. 2:18-17645-MCA-ESK, United States District Court, District of New Jersey |
| **Date of Testimony:** | May 2022 (Deposition) |

| | |
|---|---|
| **Case Name:** | In re Qualcomm Incorporated Securities Litigation |
| **Case No.:** | No. 3:17-cv-00121-JAH-WVG, United States District Court, Southern District of California |
| **Date of Testimony:** | November 2022 (Deposition) |

| | |
|---|---|
| **Case Name:** | City of Birmingham Relief and Retirement System, et al. v. Acadia Pharmaceuticals Inc., et al. |
| **Case No.:** | No. 3:21-cv-00762-WQH-NLS, United States District Court, Southern District of California |
| **Date of Testimony:** | November 2023 (Deposition) |

| | |
|---|---|
| **Case Names:** | In re Alta Mesa Resources, Inc. Securities Litigation<br>Alyeska Master Fund, L.P., et al. v. Alta Mesa Resources, Inc., et al.<br>Orbis Global Equity LE Fund, et al., v. Alta Mesa Resources, Inc., et al. |
| **Case No.:** | No. 4:22-cv-1189, United States District Court, Southern District of Texas |
| **Date of Testimony:** | November 2023 (Depositions) |

**APPENDIX B**

**Case Name:**     Carl Shupe, et al. v. Rocket Companies, Inc., et al.
**Case No.:**     No. 21-cv-11528, United States District Court, Eastern
District of Michigan, Northern Division
**Date of Testimony:**  January 2024 (Deposition), June 2024 (Deposition)


**Case Name:**     William C. Theodore, et al. v. PureCycle Technologies, Inc., et al.
**Case No.:**     No. 6:21-cv-809-PGB-GJK, United States District Court,
Middle District of Florida
**Date of Testimony:**  February 2024 (Deposition)


**Case Name:**     Boston Retirement System v. Uber Technologies Inc., et al.
**Case No.:**     No. 3:19-cv-06361-RS, United States District Court,
Northern District of California, San Francisco Division
**Date of Testimony:**  April 2024 (Deposition)


**Case Name:**     In Re Cassava Sciences, Inc. Securities Litigation
**Case No.:**     No. 1:21-cv-00751-DAE, United States District Court,
Western District of Texas, Austin Division
**Date of Testimony:**  August 2024 (Deposition)

**APPENDIX C**

# Documents Considered List

**Academic Articles**

- Ackert, Lucy F., and Yisong S. Tian, "Efficiency in Index Options Markets and Trading in Stock Baskets," *Journal of Banking and Finance* 25, no. 9 (2001), pp. 1607–1634

- Alkan, Bugra, et al., "Complexity in Manufacturing Systems and Its Measures: A Literature Review," *European Journal of Industrial Engineering* 12, no. 1 (2018), pp. 116–150

- Basak, Suleyman, and Benjamin Croitoru, "On the Role of Arbitrageurs in Rational Markets," *Journal of Financial Economics* 81, no. 1 (2006), pp. 143–173

- Black, Fischer, and Myron Scholes, "The Pricing of Options and Corporate Liabilities," *Journal of Political Economy* 81, no. 3 (1973), pp. 637–654

- Bradshaw, Mark T., et al., "Soft Information in the Financial Press and Analyst Revisions," *The Accounting Review* 96, no. 5 (2021), pp. 107–132

- Deville, Laurent, and Fabrice Riva, "Liquidity and Arbitrage in Options Markets: A Survival Analysis Approach," *Review of Finance* 11, no. 3 (2007), pp. 497–525

- ElMaraghy, Waguih, et al., "Complexity in Engineering Design and Manufacturing," *CIRP Annals – Manufacturing Technology* 61, no. 2 (2012), pp. 793–814

- Etling, Cheri, and Thomas W. Miller Jr., "The Relationship Between Index Option Moneyness and Relative Liquidity," *The Journal of Futures Markets* 20, no. 10 (2000), pp. 971–987

- Graham, John R., et al., "Corporate Culture: Evidence from the Field," *Journal of Financial Economics* 146, no. 2 (2022), pp. 552–593

- Leveson, Nancy, "White Paper on Approaches to Safety Engineering," Massachusetts Institute of Technology (2003), pp. 1–10, available at http://sunnyday.mit.edu/caib/concepts.pdf

- Leveson, Nancy, "Designing an Effective Safety Management System (SMS)," Massachusetts Institute of Technology (2020), pp. 1–30, available at http://psas.scripts.mit.edu/home/wp-content/uploads/2020/07/Paper-Designing-an-Effective-Safety-Management-System.pdf

- Li, Yuling, and Frank W. Guldenmund, "Safety Management Systems: A Broad Overview of the Literature," *Safety Science* 103 (2018), pp. 94–123

- Lin, Tse-Chun, and Xiaolong Lu, "How Do Short-Sale Costs Affect Put Options Trading? Evidence from Separating Hedging and Speculative Shorting Demands," *Review of Finance* 20, no. 5 (2016), pp. 1911–1943

- Loh, Roger K., and René M. Stulz, "When Are Analyst Recommendation Changes Influential?," *The Review of Financial Studies* 24, no. 2 (2011), pp. 593–627

**APPENDIX C**

- Merton, Robert C., "Theory of Rational Option Pricing," *Bell Journal of Economics and Management Science* 4, no. 1 (1973), pp. 141–183

- Santa-Clara, Pedro, and Alessio Saretto, "Option Strategies: Good Deals and Margin Calls," *Journal of Financial Markets* 12, no. 3 (2009), pp. 391–417

**Analyst Reports**

- *Analyst reports from all-star analysts (see footnote 100 in my report) between July 1, 2019 and May 31, 2024.*

**Books**

- Brealey, Richard A., Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 10th ed. (McGraw-Hill/Irwin, 2011)

- Hull, John C., *Options, Futures, and Other Derivatives*, 9th ed. (Pearson, 2015)

- Ross, Stephen A., Randolph W. Westerfield, and Jeffrey Jaffe, *Corporate Finance*, 9th ed. (McGraw-Hill/Irwin, 2010)

**Conferences and Meetings**

- The Boeing Company at Morgan Stanley Laguna Conference, September 11, 2019

- The Boeing Company at Robert W. Baird Global Industrial Conference, November 6, 2019

- The Boeing Company at Cowen Aerospace/Defense and Industrials Conference, February 12, 2020

- The Boeing Company at Jefferies Industrials Conference, August 5, 2020

- The Boeing Company at Credit Suisse Global Industrials Conference, December 4, 2020

- The Boeing Company Annual Shareholders Meeting, April 20, 2021

- The Boeing Company at Sanford C. Bernstein Strategic Decisions Conference, June 3, 2021

- The Boeing Company at Goldman Sachs Industrials & Materials Conference, May 11, 2022

- The Boeing Company at Sanford C. Bernstein Strategic Decisions Conference, June 3, 2022

- The Boeing Company at Jefferies A&D ESG Summit, June 14, 2022

- The Boeing Company at Morgan Stanley Laguna Conference, September 15, 2022

- The Boeing Company Investor Conference, November 2, 2022

**APPENDIX C**

- The Boeing Company at Cowen Inc. Aerospace/Defense & Industrials Conference, February 15, 2023

- The Boeing Company at Bank of America Global Industrials Conference, March 22, 2023

- The Boeing Company at Wolfe Research Global Transportation & Industrials Conference, May 25, 2023

- The Boeing Company at Sanford C. Bernstein Strategic Decisions Conference, June 2, 2023

- The Boeing Company at Jefferies Industrials Conference Transcript and Brief, September 7, 2023

- The Boeing Company at Cowen Aerospace & Defense Conference, February 13, 2024

- The Boeing Company at Bank of America Global Industrials Conference, March 20, 2024

## Data Sources

- Federal Reserve Bank of St. Louis

- Factiva

- LSEG Workspace/Datastream

- U.S. Bureau of Labor Statistics

## Depositions

- Videotaped Deposition of Chad W. Coffman, January 14, 2025

## Earnings Calls

- Airbus, FY 2018 Earnings Call Presentation, February 14, 2019

- Airbus, FY 2019 Earnings Call Presentation, February 13, 2020

- Airbus, FY 2020 Earnings Call Presentation, February 18, 2021

- Airbus, FY 2021 Earnings Call Presentation, February 17, 2022

- Airbus, FY 2022 Earnings Call Presentation, February 16, 2023

- Airbus, FY 2023 Earnings Call Presentation, February 15, 2024

- The Boeing Company, Q2 2019 Earnings Call, July 24, 2019

- The Boeing Company, Q3 2019 Earnings Call Transcript, Brief, and Presentation, October 23, 2019

**APPENDIX C**

- The Boeing Company, Q4 2019 Earnings Call Transcript, Brief, and Presentation, January 29, 2020

- The Boeing Company, Q1 2020 Earnings Call Transcript, Brief, and Presentation, April 29, 2020

- The Boeing Company, Q2 2020 Earnings Call Transcript, Brief, and Presentation, July 29, 2020

- The Boeing Company, Q3 2020 Earnings Call Transcript, Brief, and Presentation, October 28, 2020

- The Boeing Company, Q4 2020 Earnings Call Transcript, Brief, and Presentation, January 27, 2021

- The Boeing Company, Q1 2021 Earnings Call Transcript, Brief, and Presentation, April 28, 2021

- The Boeing Company, Q2 2021 Earnings Call Transcript, Brief, and Presentation, July 28, 2021

- The Boeing Company, Q3 2021 Earnings Call Transcript, Brief, and Presentation, October 27, 2021

- The Boeing Company, Q4 2021 Earnings Call Transcript, Brief, and Presentation, January 26, 2022

- The Boeing Company, Q1 2022 Earnings Call Transcript, Brief, and Presentation, April 27, 2022

- The Boeing Company, Q2 2022 Earnings Call Transcript, Brief, and Presentation, July 27, 2022

- The Boeing Company, Q3 2022 Earnings Call Transcript, Brief, and Presentation, October 26, 2022

- The Boeing Company, Q4 2022 Earnings Call Transcript, Brief, and Presentation, January 25, 2023

- The Boeing Company, Q1 2023 Earnings Call Transcript, Brief, and Presentation, April 26, 2023

- The Boeing Company, Q2 2023 Earnings Call Transcript, Brief, and Presentation, July 26, 2023

- The Boeing Company, Q3 2023 Earnings Call Transcript, Brief, and Presentation, October 25, 2023

- The Boeing Company, Q4 2023 Earnings Call Transcript and Presentation, January 31, 2024

- The Boeing Company, Q1 2024 Earnings Call Transcript, Brief, and Presentation, April 24, 2024

**APPENDIX C**

**Expert Reports**

- Expert Report of Chad Coffman, CFA, *In re The Boeing Company Securities Litigation*, dated December 13, 2024, with backup materials

- Expert Report of Chad Coffman, CFA, *In re Uniti Group Inc. Securities Litigation*, dated October 25, 2021

- Expert Report of Chad Coffman, CFA, *Plymouth County Retirement System v. GTT Communications, Inc., et al.*, dated August 7, 2020

**Legal Documents**

- Amended Class Action Complaint for Violation of the Federal Securities Laws, *In re The Boeing Company Securities Litigation*, United States District Court, Eastern District of Virginia, Alexandria Division, Civil Action No. 1:24-cv-00151-LMB-LRV, Document 43, May 22, 2024, and Exhibits

- Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Class Action Complaint, *In re The Boeing Company Securities Litigation*, United States District Court, Eastern District of Virginia, Alexandria Division, Civil Action No. 1:24-cv-00151-LMB-LRV, Document 51, June 21, 2024, and Appendices

- Deferred Prosecution Agreement, *United States of America v. The Boeing Company*, United States District Court, Northern District of Texas, Fort Worth Division, Civil Action No. 4:21-cr-00005-O, Document 4, January 7, 2021

- Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint, *In re The Boeing Company Securities Litigation*, United States District Court, Eastern District of Virginia, Alexandria Division, Civil Action No. 1:24-cv-00151-LMB-LRV, Document 53, July 22, 2024, and Appendices

- Memorandum of Law in Support of the Motion of Local #817 IBT Pension Fund for Appointment as Lead Plaintiff and for Approval of Selection of Counsel, *State of Rhode Island Office of the General Treasurer et al. v. The Boeing Company et al.*, United States District Court, Eastern District of Virginia, Alexandria Division, Civil Action No. 1:24-cv-00151-LMB-LRV, Document 19, April 1, 2024

**Press Releases**

- "Airbus Reports Full-Year (FY) 2019 Results, Delivers on Guidance," Airbus Press Release, February 13, 2020, available at https://www.airbus.com/en/newsroom/press-releases/2020-02-airbus-reports-full-year-fy-2019-results-delivers-on-guidance

- "Airbus Reports Full-Year (FY) 2020 Results," Airbus Press Release, February 18, 2021, available at https://www.airbus.com/en/newsroom/press-releases/2021-02-airbus-reports-full-year-fy-2020-results

**APPENDIX C**

- "Airbus Reports Full-Year (FY) 2022 Results," Airbus Press Release, February 16, 2023, available at https://www.airbus.com/en/newsroom/press-releases/2023-02-airbus-reports-full-year-fy-2022-results

- "Airbus Reports Full-Year (FY) 2023 Results," Airbus Press Release, February 15, 2024, available at https://www.airbus.com/en/newsroom/press-releases/2024-02-airbus-reports-full-year-fy-2023-results

- "Airbus Reports Nine-Month (9m) 2024 Results," Airbus Press Release, October 30, 2024, available at https://www.airbus.com/en/newsroom/press-releases/2024-10-airbus-reports-nine-month-9m-2024-results

- "Airbus Reports Strong Full-Year (FY) 2021 Results," Airbus Press Release, February 17, 2022, available at https://www.airbus.com/en/newsroom/press-releases/2022-02-airbus-reports-strong-full-year-fy-2021-results

- "Airbus Reports Strong Full-Year 2018 Results, Delivers on Guidance," Airbus Press Release, February 14, 2019, available at https://www.airbus.com/en/newsroom/press-releases/2019-02-airbus-reports-strong-full-year-2018-results-delivers-on-guidance

- "Boeing Announces Leadership Changes," Boeing Press Release, December 23, 2019, available at https://boeing.mediaroom.com/2019-12-23-Boeing-Announces-Leadership-Changes

- "Boeing Announces Leadership Updates," Boeing Press Release, April 20, 2021, available at https://investors.boeing.com/investors/news/press-release-details/2021/Boeing-Announces-Leadership-Updates/default.aspx

- "Boeing Appoints Brian West as Chief Financial Officer," Boeing Press Release, June 30, 2021, available at https://boeing.mediaroom.com/2021-06-30-Boeing-Appoints-Brian-West-as-Chief-Financial-Officer

- "Boeing CEO Updates Employees on Safety Infrastructure," Boeing Press Release, January 13, 2021, available at https://boeing.mediaroom.com/news-releases-statements?item=130804

- "Boeing Chairman, President and CEO Dennis Muilenburg Announces Changes to Sharpen Company Focus on Product and Services Safety," Boeing Press Release, September 30, 2019, available at https://boeing.mediaroom.com/2019-09-30-Boeing-Chairman-President-and-CEO-Dennis-Muilenburg-Announces-Changes-to-Sharpen-Company-Focus-on-Product-and-Services-Safety

- "Boeing Charged with 737 Max Fraud Conspiracy and Agrees to Pay over $2.5 Billion," U.S. Department of Justice, Office of Public Affairs Press Release, January 7, 2021, available at https://www.justice.gov/opa/pr/boeing-charged-737-max-fraud-conspiracy-and-agrees-pay-over-25-billion

- "Boeing Names Northern Virginia Office Its Global Headquarters; Establishes Research & Technology Hub," Boeing Press Release, May 5, 2022, available at https://investors.boeing.com/investors/news/press-release-details/2022/Boeing-Names-Northern-Virginia-Office-Its-Global-Headquarters-Establishes-Research--Technology-Hub/default.aspx

**APPENDIX C**

- "Boeing Reports First Quarter Results," Boeing Press Release, April 24, 2024, available at https://boeing.mediaroom.com/2024-04-24-Boeing-Reports-First-Quarter-Results

- "Boeing Reports First-Quarter Results," Boeing Press Release, April 29, 2020, available at https://boeing.mediaroom.com/2020-04-29-Boeing-Reports-First-Quarter-Results

- "Boeing Reports First-Quarter Results," Boeing Press Release, April 28, 2021, available at https://boeing.mediaroom.com/2021-04-28-Boeing-Reports-First-Quarter-Results

- "Boeing Reports First-Quarter Results," Boeing Press Release, April 27, 2022, available at https://boeing.mediaroom.com/2022-04-27-Boeing-Reports-First-Quarter-Results

- "Boeing Reports First-Quarter Results," Boeing Press Release, April 26, 2023, available at https://boeing.mediaroom.com/2023-04-26-Boeing-Reports-First-Quarter-Results

- "Boeing Reports Fourth Quarter Results," Boeing Press Release, January 31, 2024, available at https://boeing.mediaroom.com/2024-01-31-Boeing-Reports-Fourth-Quarter-Results

- "Boeing Reports Fourth-Quarter Results," Boeing Press Release, January 29, 2020, available at https://boeing.mediaroom.com/2020-01-29-Boeing-Reports-Fourth-Quarter-Results

- "Boeing Reports Fourth-Quarter Results," Boeing Press Release, January 27, 2021, available at https://boeing.mediaroom.com/2021-01-27-Boeing-Reports-Fourth-Quarter-Results

- "Boeing Reports Fourth-Quarter Results," Boeing Press Release, January 26, 2022, available at https://boeing.mediaroom.com/2022-01-26-Boeing-Reports-Fourth-Quarter-Results

- "Boeing Reports Fourth-Quarter Results," Boeing Press Release, January 25, 2023, available at https://boeing.mediaroom.com/2023-01-25-Boeing-Reports-Fourth-Quarter-Results

- "Boeing Reports Second Quarter Results," Boeing Press Release, July 26, 2023, available at https://boeing.mediaroom.com/2023-07-26-Boeing-Reports-Second-Quarter-Results

- "Boeing Reports Second-Quarter Results," Boeing Press Release, July 29, 2020, available at https://boeing.mediaroom.com/2020-07-29-Boeing-Reports-Second-Quarter-Results

- "Boeing Reports Second-Quarter Results," Boeing Press Release, July 28, 2021, available at https://boeing.mediaroom.com/2021-07-28-Boeing-Reports-Second-Quarter-Results

**APPENDIX C**

- "Boeing Reports Second-Quarter Results," Boeing Press Release, July 27, 2022, available at https://boeing.mediaroom.com/2022-07-27-Boeing-Reports-Second-Quarter-Results

- "Boeing Reports Third Quarter Results," Boeing Press Release, October 25, 2023, available at https://boeing.mediaroom.com/2023-10-25-Boeing-Reports-Third-Quarter-Results

- "Boeing Reports Third-Quarter Results," Boeing Press Release, October 23, 2019, available at https://boeing.mediaroom.com/2019-10-23-Boeing-Reports-Third-Quarter-Results

- "Boeing Reports Third-Quarter Results," Boeing Press Release, October 28, 2020, available at https://boeing.mediaroom.com/2020-10-28-Boeing-Reports-Third-Quarter-Results

- "Boeing Reports Third-Quarter Results," Boeing Press Release, October 27, 2021, available at https://boeing.mediaroom.com/2021-10-27-Boeing-Reports-Third-Quarter-Results

- "Boeing Reports Third-Quarter Results," Boeing Press Release, October 26, 2022, available at https://boeing.mediaroom.com/2022-10-26-Boeing-Reports-Third-Quarter-Results

- "Boeing Responds to FAA Approval to Resume 737 MAX Operations," Boeing Press Release, November 18, 2020, available at https://boeing.mediaroom.com/2020-11-18-Boeing-Responds-to-FAA-Approval-to-Resume-737-MAX-Operations

- "Boeing Resumes 737 MAX Production," Boeing Press Release, May 27, 2020, available at https://boeing.mediaroom.com/news-releases-statements?item=130685

- "Boeing Statement on Lion Air Flight 610 Preliminary Report," Boeing Press Release, November 27, 2018, available at https://boeing.mediaroom.com/news-releases-statements?item=130336

- "Boeing Statement Regarding 737 MAX Production," Boeing Press Release, December 16, 2019, available at https://boeing.mediaroom.com/2019-12-16-Boeing-Statement-Regarding-737-MAX-Production

- "Boeing to Consolidate 787 Production in South Carolina in 2021," Boeing Press Release, October 1, 2020, available at https://investors.boeing.com/investors/news/press-release-details/2020/Boeing-to-Consolidate-787-Production-in-South-Carolina-in-2021/default.aspx

- "Boeing to Pay $200 Million to Settle SEC Charges that it Misled Investors about the 737 MAX," U.S. Securities and Exchange Commission Press Release, September 22, 2022, available at https://www.sec.gov/newsroom/press-releases/2022-170

- "Comprehensive Aircraft Certification Reform Legislation Advances to President's Desk," U.S. Senate Committee on Commerce, Science, and Transportation Press Release, December 22, 2020, available at

https://www.commerce.senate.gov/2020/12/comprehensive-aircraft-certification-reform-legislation-advances-to-president-s-desk

- "FAA Closely Monitoring Inspections of Boeing 737 MAX Airplanes," FAA Press Release, December 28, 2023, available at https://www.faa.gov/newsroom/faa-closely-monitoring-inspections-boeing-737-max-airplanes

- "FAA Continues to Hold Boeing Accountable for Implementing Safety and Production Quality Fixes," FAA Press Release, May 30, 2024, available at https://www.faa.gov/newsroom/faa-continues-hold-boeing-accountable-implementing-safety-and-production-quality-fixes

- "FAA Halts Boeing MAX Production Expansion to Improve Quality Control, Also Lays Out Extensive Inspection and Maintenance Process to Allow Boeing 737-9 MAX Aircraft to Return to Service," FAA Press Release, January 24, 2024, available at https://www.faa.gov/newsroom/faa-halts-boeing-max-production-expansion-improve-quality-control-also-lays-out-extensive

- "FAA Updates on Boeing 737 Max," FAA Press Release, April 8, 2021, available at https://www.faa.gov/newsroom/faa-updates-boeing-737-max-0

- "Press Release," The Royal Swedish Academy of Sciences, October 14, 1997, available at https://www.nobelprize.org/prizes/economic-sciences/1997/press-release/

- "Renton Restart: 737 MAX Production Resumes," Boeing Press Release, May 27, 2020, available at https://www.boeing.com/company/about-bca/washington/737-max-production-resumes-05-27-20

- "Spirit AeroSystems 737 Aft Bulkhead Statement," Spirit AeroSystems Press Release, August 23, 2023, available at https://www.spiritaero.com/pages/release/spirit-aerosystems-737-aft-bulkhead-statement/

- "Spirit AeroSystems Announces Acquisition by Boeing in $8.3 Billion Transaction," Spirit AeroSystems Press Release, July 1, 2024, available at https://www.spiritaero.com/pages/release/spirit-aerosystems-announces-acquisition-by-boeing-in-8.3-billion-transaction/

- "Spirit AeroSystems Reports Third Quarter 2023 Results," Spirit AeroSystems Press Release, November 1, 2023, available at https://www.spiritaero.com/pages/release/spirit-aerosystems-reports-third-quarter-2023-results/

- "Spirit AeroSystems, Boeing Reach Agreement to Support Production Stability," Spirit AeroSystems Press Release, October 18, 2023, available at https://www.spiritaero.com/pages/release/spirit-aerosystems-boeing-reach-agreement-to-support-production-stability/

- "Update on Spirit's 2020 737 MAX Production," Spirit AeroSystems Press Release, June 10, 2020, available at https://www.spiritaero.com/pages/release/update-on-spirit-s-2020-737-max-production/

**APPENDIX C**

- "Updated: Boeing Statement on Ethiopian Airlines Flight 302," Boeing Press Release, March 10, 2019, available at https://boeing.mediaroom.com/news-releases-statements?item=130401&_gl=1*engm2m*_ga*OTE2MTA5MDY0LjE3MzM3ODY3NjE.*_ga_3N2PEGZ4HD*MTczNjE4OTM5NC43LjEuMTczNjE4OTQxMi4wLjAuMA..

- "Updates on Alaska Airlines Flight 1282 and the 737-9," Boeing Pres Release, January 15, 2024, available at https://www.boeing.com/737-9-updates/jan-15-2024-boeing-announces-immediate-actions-to-strengthen-quality

- Supplier of Boeing 737 Max Planes Finds Misdrilled Holes During Production, Impacting 50 Aircraft, Report Says," *Business Insider*, February 4, 2024, available at https://www.businessinsider.com/spirit-aerosystems-misdrilled-holes-found-50-boeing-737-max-aircraft-2024-2

**Public Press**

- "A Timeline of Boeing Supplier Spirit AeroSystems' Major Moments," *Seattle Times*, February 21, 2024, available at https://www.seattletimes.com/business/a-timeline-of-boeing-supplier-spirit-aerosystems-major-moments/

- "After Boeing Crashes, Sharp Questions About Industry Regulating Itself," *New York Times*, March 26, 2019, available at https://www.nytimes.com/2019/03/26/us/politics/boeing-faa.html

- "Air India Firms Up Order with Airbus, Boeing for 470 Planes," *Reuters*, June 20, 2023, available at https://www.reuters.com/business/aerospace-defense/air-india-firms-up-order-with-airbus-boeing-470-planes-2023-06-20/

- "Airbus Calls on West to Avoid Sanctions on Russian Titanium," *Wall Street Journal*, June 21, 2022, available at https://www.wsj.com/articles/airbus-calls-on-west-to-avoid-sanctions-on-russian-titanium-11655817028

- "Airbus Wins Record 500-Plane Order from India's IndiGo," *Reuters*, June 20, 2023, available at https://www.reuters.com/business/aerospace-defense/airbus-wins-historic-500-plane-indigo-order-2023-06-19/

- "Alaska Airlines 737 May Have Left Boeing Factory Missing Bolts, N.T.S.B. Says," *New York Times*, February 6, 2024, available at https://www.nytimes.com/2024/02/06/business/ntsb-boeing-alaska-airlines-report.html

- "Alaska Airlines CEO: We Found 'Many' Loose Bolts on our Max 9 Planes Following Near-Disaster," *NBC News*, January 23, 2024, available at https://www.nbcnews.com/business/business-news/alaska-airlines-found-more-loose-bolts-boeing-737-max-9-ceo-says-rcna135316

- "Alaska Airlines Passengers Sue Boeing After 737 MAX 9 Blowout," *Seattle Times*, January 11, 2024, available at https://www.seattletimes.com/business/boeing-aerospace/alaska-airlines-flight-1282-passengers-sue-boeing-after-737-max-9-blowout/

**APPENDIX C**

- "American Just Received the First Boeing 787 Delivery in 15 Months. Here's Why the FAA Paused Deliveries of the Jet and How It Impacted Airlines," *Business Insider*, August 13, 2022, available at https://www.businessinsider.com/american-received-first-boeing-787-dreamliner-after-faa-paused-deliveries-2022-8

- "Another MAX Build Issue … Aft Pressure Bulkhead," *Airliners.net*, August 24, 2023, available at https://www.airliners.net/forum/viewtopic.php?f=3&t=1486769#p23936173

- "Boeing and Ford Suspend Operations in Russia," *New York Times*, March 1, 2022, available at https://www.nytimes.com/2022/03/01/business/boeing-ford-russia.html

- "Boeing 737 Max Completes 1st U.S. Commercial Flight Since It Was Grounded," *NPR*, December 29, 2020, available at https://www.npr.org/2020/12/29/951134212/boeing-737-max-completes-first-u-s-commercial-flight-since-it-was-grounded

- "Boeing's Biggest Supplier Lays Off 2,800 Workers Because of 737 Max Production Suspension," *CNN*, January 10, 2020, available at https://www.cnn.com/2020/01/10/business/boeing-737-max-spirit-aerosystems-layoffs/index.html

- "Boeing 737 MAX Planes Inspected for Loose Bolts, FAA Says," *Wall Street Journal*, December 28, 2023, available at https://www.wsj.com/business/airlines/boeing-737-max-planes-inspected-for-loose-bolts-faa-says-c925e2a9

- "Boeing 737 MAX Production Hit by a New Defect in Supplier Part," *Seattle Times*, April 13, 2023, available at https://www.seattletimes.com/business/boeing-aerospace/boeing-737-max-production-hit-by-a-new-defect-in-supplier-part/

- "Boeing 737 Max Safety System Was Vetoed, Engineer Says," *New York Times*, October 29, 2019, available at https://www.nytimes.com/2019/10/02/business/boeing-737-max-crashes.html

- "Boeing Admits It Can't Find Records on the Alaska Airlines Door Plug Work," *Seattle Times*, March 8, 2024, available at https://www.seattletimes.com/business/boeing-aerospace/boeing-admits-it-cant-find-records-on-the-alaska-airlines-door-plug-work/

- "Boeing Falls as Parts Issue Stifles 737 Max Deliveries," *Bloomberg*, April 13, 2023, available at https://www.bloomberg.com/news/articles/2023-04-13/boeing-to-pause-some-737-max-deliveries-over-production-issue?sref=jJ5dcbrU

- "Boeing CEO Fights Back Tears and Admits 'Our Mistake' in 737 Address," *Bloomberg*, January 9, 2024, available at https://www.bloomberg.com/news/articles/2024-01-09/boeing-ceo-calhoun-to-press-safety-message-at-all-hands-meeting

- "Boeing Discloses a New Problem With the 787 Dreamliner," *CNN*, July 13, 2021, available at https://www.cnn.com/2021/07/13/business/boeing-787-dreamliner-faa/index.html

**APPENDIX C**

- "Boeing Finds New 737 MAX Defect, Threatening Delivery Target," *The Seattle Times*, August 23, 2023, available at https://www.seattletimes.com/business/boeing-finds-new-737-max-defect-delaying-some-deliveries/

- "Boeing Falls as Parts Issue Stifles 737 Max Deliveries," *Bloomberg*, April 13, 2023, available at https://www.bloomberg.com/news/articles/2023-04-13/boeing-to-pause-some-737-max-deliveries-over-production-issue?sref=jJ5dcbrU

- "Boeing Halts Deliveries of 787 Again, Works with FAA on Fix," *Bloomberg*, May 28, 2021, available at https://www.bloomberg.com/news/articles/2021-05-28/boeing-confirms-fresh-halt-to-787-deliveries-working-with-faa

- "Boeing Has a 'Crisis of Confidence.' It's Time for the Board to Step Up," *CNN*, May 16, 2019, available at https://www.cnn.com/2019/05/16/business/boeing-737-max-crisis-faa/index.html

- "Boeing Max Returns to US Skies with First Passenger Flight," *AP News*, December 29, 2020, available at https://apnews.com/general-news-75684a63d76bf567292da2f53313f353

- "Boeing, Not Spirit, Mis-Installed Piece That Blew Off Alaska MAX 9 Jet, Industry Source Says," *Seattle Times*, January 24, 2024, available at https://www.seattletimes.com/business/boeing-aerospace/boeing-not-spirit-mis-installed-piece-that-blew-off-alaska-max-9-jet/

- "Boeing Pauses Delivery of 787 Dreamliners Over Fuselage Issue," *CNBC*, February 23, 2023, available at https://www.cnbc.com/2023/02/23/boeing-temporarily-halts-delivery-of-787-dreamliners-over-fuselage-issue.html?msockid=04456237fb7263170bb37688fa15621d

- "Boeing Pumps Cash into Spirit AeroSystems to Shore Up Troubled Supplier," *The Spokesman-Review*, October 20, 2023, available at https://www.spokesman.com/stories/2023/oct/18/boeing-pumps-cash-into-spirit-aerosystems-to-shore/

- "Boeing Says Ukraine Tensions Creating 'Adverse Climate' for Business," *Reuters*, January 31, 2022, available at https://www.reuters.com/business/aerospace-defense/boeing-says-us-russia-relations-weighing-business-2022-01-31/

- "Boeing Set To Deliver First 737 Max Since Plane's Grounding", *CNN*, December 8, 2020, available at https://www.cnn.com/2020/12/08/business/boeing-737-max-delivery-united-airlines/index.html

- "Boeing Struggles to Steer Defense Unit in Another Year of Losses," *Reuters*, October 27, 2023, available at https://www.reuters.com/business/aerospace-defense/boeing-struggles-steer-defense-unit-another-year-billion-dollar-losses-2023-10-27/

- "Boeing Supplier Shuts Down Plant after Workers Vote to Strike," *CNN*, June 22, 2023, available at https://www.cnn.com/2023/06/22/business/spirit-aerosystems-boeing-workers-strike/index.html

**APPENDIX C**

- "Boeing Temporarily Halts Deliveries of 787 Dreamliner Jets – FAA," *Reuters*, February 23, 2023, available at https://www.reuters.com/business/aerospace-defense/boeing-halts-deliveries-787-dreamliner-jets-faa-2023-02-23/

- "Boeing Violated Settlement over 737 Max Problems, Justice Dept. Says," *New York Times*, May 14, 2024, available at https://www.nytimes.com/2024/05/14/business/boeing-justice-department-settlement.html

- "Boeing Withdraws Request to Expedite Approval of 737 Max 7 Jet," *Financial Times*, January 30, 2024, available at https://www.ft.com/content/fcccafe5-f0ec-4b23-a796-25343f04114e

- "Boeing Warns New Defect on 787 Dreamliners Will Slow Deliveries," *CNBC*, June 6, 2023, available at https://www.cnbc.com/2023/06/06/boeing-warns-of-new-defect-on-787-dreamliners.html?msockid=04456237fb7263170bb37688fa15621d

- "Boeing's Pile of Problems Gets Bigger as a Crucial Buyer Hesitates," *Wall Street Journal*, January 15, 2024, available at https://www.wsj.com/business/airlines/boeing-faces-longer-wait-to-resume-max-deliveries-in-china 9277f534?msockid=04456237fb7263170bb37688fa15621d

- "Boeing's Dealing With Fresh 787 Dreamliner Production Problems, Just as It Prepares to Bring the 737 Max Back into Service," *Business Insider*, September 8, 2020, available at https://www.businessinsider.com/boeing-787-dreamliner-quality-problems-737-max-crisis-2020-9

- "Boeing's Plane Deliveries Tumble as 737 MAX Jet Stays Grounded," *Wall Street Journal*, August 13, 2019, available at https://www.wsj.com/articles/boeing-plane-deliveries-tumble-so-far-in-2019-11565714502

- "Boeing's Safety Claims Probed by SEC After Panel Blew Off Plane," *Bloomberg*, May 9, 2024, available at https://www.bloomberg.com/news/articles/2024-05-09/sec-probing-boeing-s-safety-claims-after-panel-blew-off-plane

- "Citing 'Devastating' Pandemic Impact, Boeing to Lay Off 7,000 More Workers," *NPR*, October 28, 2020, available at https://www.npr.org/sections/coronavirus-live-updates/2020/10/28/928884032/citing-devastating-pandemic-impact-boeing-to-lay-off-7-000-more-workers

- "Congress Passes Legislation to Tighten FAA Oversight After Boeing Max Crashes," *Washington Post*, December 22, 2020, available at https://www.washingtonpost.com/local/trafficandcommuting/congress-passes-legislation-to-tighten-faa-oversight-after-boeing-max-crashes/2020/12/22/23d9c88e-4489-11eb-a277-49a6d1f9dff1_story.html

- "DOJ Opens New Criminal Investigation of Boeing 737 Max Incident," *Forbes*, March 10, 2024, available at https://www.forbes.com/sites/marisagarcia/2024/03/10/doj-opens-new-criminal-investigation-of-boeing-737-max-incident/

**APPENDIX C**

- "FAA Approves Restarting Boeing 787 Dreamliner Deliveries Next week," *Reuters*, March 10, 2023, available at https://www.reuters.com/business/aerospace-defense/faa-approves-restarting-boeing-787-dreamliner-deliveries-next-week-2023-03-10/

- "F.A.A. Audit Finds Quality-Control Lapses at Boeing and Spirit AeroSystems," *New York Times*, March 4, 2024, available at https://www.nytimes.com/2024/03/04/us/politics/faa-boeing-737-max-audit.html

- "F.A.A. Audit of Boeing's 737 Max Production Found Dozens of Issues," *New York Times*, March 11, 2024, available at https://www.nytimes.com/2024/03/11/us/politics/faa-audit-boeing-737-max.html

- "F.A.A. Gives Boeing 90 Days to Develop Plan to Address Quality-Control Issues," *New York Times*, February 28, 2024, available at https://www.nytimes.com/2024/02/28/us/politics/faa-boeing-737-max.html

- "F.A.A. Investigates Claims by Boeing Whistle-Blower About Flaws in 787 Dreamliner," *New York Times*, April 9, 2024, available at https://www.nytimes.com/2024/04/09/us/politics/boeing-787-dreamliner-whistle-blower.html

- "F.A.A. Investigating Whether Boeing 737 Max 9 Conformed to Approved Design," *New York Times*, January 11, 2024, available at https://www.nytimes.com/2024/01/11/business/faa-boeing-737-boeing-max-investigation.html

- "F.A.A. Orders Airlines to Ground Some Boeing 737 Max 9 Jets After Midair 'Incident,'" *New York Times*, January 6, 2024, available at https://www.nytimes.com/2024/01/05/business/alaska-airlines-flight-portland-landing.html

- "F.A.A. to Increase Oversight of Boeing and Audit 737 Max 9 Production," *New York Times*, January 12, 2024, available at https://www.nytimes.com/2024/01/12/business/faa-boeing-737-max-investigation.html

- "FAA Gives Boeing 90 Days to Develop Quality-Control Plan," *Wall Street Journal*, February 29, 2024, available at https://www.wsj.com/business/faa-gives-boeing-90-days-to-come-up-with-quality-control-plan-e1252a63

- "Facing Scrutiny Over Quality Control, Boeing Withdraws Request for Safety Exemption," *AP News,* January 29, 2024, available at https://apnews.com/article/boeing-737-max-safety-exemption-door-plug-7bb30166181034fc07750ded8f072d7f

- "First Boeing 737 Max 9 with Passengers Flies After Three-Week Grounding, Alaska Airlines COO Sits Next to Door Plug," *CNN*, January 26, 2024, available at https://www.cnn.com/2024/01/26/business/first-boeing-737-max-9-with-passengers-flies-after-grounding/index.html

- "Justice Department Looking into Boeing Door Plug Blowout," *Bloomberg*, February 29, 2024, available at https://www.bloomberg.com/news/articles/2024-02-28/justice-department-looking-into-boeing-midair-door-plug-blowout

**APPENDIX C**

- "Key Events in the Troubled History of the Boeing 737 Max," *Associated Press*, July 8, 2024, available at https://apnews.com/article/boeing-plea-737-max-crashes-b34daa014406657e720bec4a990dccf6

- "Panel on Boeing Plane May Not Have Been Properly Attached, Agency Says," *New York Times*, January 8, 2024, available at https://www.nytimes.com/2024/01/08/business/boeing-max-9-alaska-airlines.html

- "Re:  Boeing and Earning Money," *Airliners.net*, October 29, 2023, available at https://www.airliners.net/forum/viewtopic.php?f=3&t=1488325&p=24012833

- "Re:  Something Wrong with Boeing's Safety Culture?," *Airliners.net*, May 6, 2019, available at https://www.airliners.net/forum/viewtopic.php?f=3&t=1421869

- "'Shortcuts Everywhere':  How Boeing Favored Speed over Quality," *New York Times*, March 29, 2024, available at https://www.nytimes.com/2024/03/28/business/boeing-quality-problems-speed.html

- "Spirit Aero CEO Resigns as Former Boeing Exec Named Interim Head," *Reuters*, October 2, 2023, available at https://www.reuters.com/business/aerospace-defense/spirit-aero-names-board-member-shanahan-interim-ceo-2023-10-02/

- "Spirit AeroSystems Completes Rework of Boeing 737 Vertical Fittings," *AeroTime*, August 2, 2023, available at https://www.aerotime.aero/articles/spirit-aero-q2-2023

- "US Approves Boeing Inspection and Modification Plan to Resume 787 Deliveries," *CNN*, July 30, 2022, available at https://www.cnn.com/2022/07/30/business/boeing-faa-inspection-787/index.html

- "U.S. FAA Confirms Boeing Halt to 787 Dreamliner Deliveries," *Reuters*, May 28, 2021, available at https://www.reuters.com/business/aerospace-defense/boeing-halts-deliveries-787-dreamliners-wsj-2021-05-28/

- "U.S. to Inspect New 787 Dreamliners, Says Boeing Cannot Self-Certify," *Reuters*, February 15, 2022, available at https://www.reuters.com/business/aerospace-defense/faa-will-conduct-final-inspections-new-boeing-787-dreamliners-2022-02-15/

- "U.S. to Mandate New Safety-Management Tools for Aircraft Makers," *Reuters*, May 19, 2020, available at https://www.reuters.com/article/idUSKBN22V2I3/

- "United, Alaska Find Loose Parts on Some Boeing 737 MAX 9 Jets," *Wall Street Journal*, January 9, 2024, available at https://www.wsj.com/business/airlines/faa-approves-inspection-method-for-grounded-boeing-737-max-9-jets-c06c3234

- "United Airlines Finds Loose Bolts in Boeing 737 MAX Planes," *Reuters*, January 8, 2024, available at https://www.reuters.com/business/aerospace-defense/united-airlines-finds-loose-bolts-boeing-737-max-planes-2024-01-08/

- "United Finds Loose Bolts on Boeing Jets Grounded after Blowout Incident," *Washington Post*, January 8, 2024, available at https://www.washingtonpost.com/business/2024/01/08/boeing-737-max-inspections-begin/

**APPENDIX C**

- "What Boeing Has Taught Us About Not Neglecting Company Culture," *Forbes*, December 18, 2019, available at https://www.forbes.com/sites/brettonputter/2019/12/18/what-boeing-has-taught-us-about-not-neglecting-company-culture-culturegene/

- "When Boeing 787 Deliveries Resume, FAA Will Certify Each Plane Itself," *Seattle Times*, February 16, 2022, available at https://www.seattletimes.com/business/boeing-aerospace/when-boeing-787-deliveries-resume-faa-will-certify-each-plane-itself/

- "Where Are Boeing Factories?," *GB Times*, June 6, 2024, available at https://gbtimes.com/where-are-boeing-factories/

- "Workers at Key Boeing Supplier Vote to End Strike," *CNN*, June 29, 2023, available at https://www.cnn.com/2023/06/29/business/boeing-supplier-ratification-vote/index.html

- *In addition to the public press cited in my report (listed above), I considered all public press for Boeing from the Wall Street Journal during the Putative Class Period.*


**SEC Filings and Annual Reports**

- Alaska Air Group, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2019, filed on February 12, 2020

- Alaska Air Group, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2020, filed on February 26, 2021

- Alaska Air Group, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on February 11, 2022

- Alaska Air Group, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2022, filed on February 13, 2023

- American Airlines Group Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2022, filed on February 22, 2023

- General Dynamic Corporation, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 8, 2024

- General Electric Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 2, 2024

- Howmet Aerospace Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 13, 2024

- Huntington Ingalls Industries Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 1, 2024

- L3Harris Technologies, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 20, 2024

- Lockheed Martin Corporation, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on January 23, 2024

**APPENDIX C**

- Northrop Grumman Corporation, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on January 25, 2024

- RTX Corporation, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 5, 2024

- Spirit AeroSystems Holdings, Inc., SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on February 15, 2022

- Teledyne Technologies Incorporated, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on February 23, 2024

- Textron Inc., SEC Form 10-K for the Fiscal Year Ended December 31, filed on February 12, 2024

- The Boeing Company, 2023 Annual Report, filed April 2024, available at https://investors.boeing.com/investors/reports/

- The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2018, filed on February 8, 2019

- The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2019, filed on January 31, 2020

- The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2020, filed on February 1, 2021

- The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on January 31, 2022

- The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2022, filed on January 27, 2023

- The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on January 31, 2024

- The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended March 31, 2021, filed on April 28, 2021

- The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended June 30, 2021, filed on July 28, 2021

- The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended September 30, 2021, filed on October 27, 2021

- The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended March 31, 2022, filed on April 27, 2022

- The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended June 30, 2022, filed on July 27, 2022

- The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended September 30, 2022, filed on October 26, 2022

**APPENDIX C**

- The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended September 30, 2024, filed on October 23, 2024

- The Boeing Company, SEC Schedule 14-A, Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, filed on April 2, 2021

- The Boeing Company, SEC Schedule 14A, Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, filed on April 27, 2020

- The Boeing Company, SEC Schedule 14A, Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, filed on April 2, 2021

- TransDigm Group Incorporated, SEC Form 10-K for the Fiscal Year Ended September 30, 2024, filed on November 7, 2024

**Testimonies and Statements**

- Opening Statement of Chair Richard Blumenthal, "Examining Boeing's Broken Safety Culture:  Firsthand Accounts," April 17, 2024

- Opening Statement of Dennis Muilenburg, "Aviation Safety and the Future of Boeing's 737 MAX," October 29, 2019

- Opening Statement of Javier de Luis, Committee on Commerce, Science, and Transportation, April 17, 2024

- Opening Statement of Ranking Member Ron Johnson, "Examining Boeing's Broken Safety Culture:  Firsthand Accounts," April 17, 2024

- Opening Statement of U.S. Senator Maria Cantwell, Chair, U.S. Senate Committee on Commerce, Science & Transportation, Before the Senate Committee on Commerce, Science, and Transportation, "Hearing:  National Transportation Safety Board Investigations Reports," March 6, 2024

- Opening Statement of U.S. Senator Maria Cantwell, Chair, U.S. Senate Committee on Commerce, Science & Transportation, Before the Senate Committee on Commerce, Science, and Transportation, "Hearing on FAA Organization Designation Authorization (ODA) Expert Panel Report," April 17, 2024

- Oral Statement of Dr. Najmedin (Najm) Meshkati, Professor, University of Southern California, Before the Committee on Commerce, Science, and Transportation, United States Senate, "FAA Organization Designation Authorization (ODA) Expert Panel Report," April 17, 2024

- Statement of Edward F. Pierson, Before the Senate Permanent Subcommittee on Investigations, April 17, 2024

- Testimony of Christopher A. Hart, Chairman of the Joint Authorities Technical Review (JATR), Submitted to the Senate Commerce, Science and Transportation Committee, "Hearing on Aviation Safety and the Future of Boeing's 737 MAX," October 29, 2019

**APPENDIX C**

- Testimony of Jennifer Homendy, Chair, National Transportation Safety Board, Before the Committee on Commerce, Science, & Transportation, United States Senate, "National Transportation Safety Board Investigations Report," March 6, 2024

- Testimony of Joe Jacobsen, Before the U.S. Senate Committee on Homeland Security and Governmental Affairs, April 17, 2024, available at https://www.hsgac.senate.gov/wp-content/uploads/Jacobsen-Testimony-2024.04.17.pdf

- Testimony of Shawn Pruchnicki PhD FRAeS, Before the U.S. Senate Committee on Homeland Security and Governmental Affairs, "Examining Boeing's Broken Safety Culture:  Firsthand Accounts," April 17, 2024

- Testimony of The Honorable Robert L. Sumwalt, III, Chairman, National Transportation Safety Board, Before the Committee on Commerce, Science, and Transportation, United States Senate, "Aviation Safety and the Future of Boeing's 737 MAX," October 29, 2019

- Written Testimony of Sam Salehpour, Senate Committee on Homeland Security and Governmental Affairs, Permanent Subcommittee on Investigations, April 17, 2024


**Websites and Other Online Content**

- Board of Governors of the Federal Reserve System, "Global Real Economic Uncertainty and COVID-19," February 18, 2022, available at https://www.federalreserve.gov/econres/notes/feds-notes/global-real-economic-uncertainty-and-covid-19-20220218.html

- Boeing, "737 Updates:  Changes to the 737 MAX," available at https://www.boeing.com/737-max-updates/#faqs/process/what-information-will-pilots-receive-about-enhancements-during-their-training

- Boeing, "Boeing Global:  Global Focus," available at https://www.boeing.com/company/key-orgs/boeing-global#global-focus

- Boeing, "Boeing Safety Management System Policy," September 2024, available at https://www.boeing.com/content/dam/boeing/boeingdotcom/principles/safety/SMS_Policy.pdf

- Boeing, "Chief Aerospace Safety Officer Report, 2022:  Our Safety Journey," April 2023, available at https://www.boeing.com/content/dam/boeing/boeingdotcom/principles/safety/caso-report-2022.pdf

- Boeing, "Chief Aerospace Safety Officer Report, 2023:  Our Safety Journey," May 2024, available at https://www.boeing.com/content/dam/boeing/boeingdotcom/safety/caso/caso-report-2023.pdf

- Boeing, "General Information:  Employment Data," available at https://www.boeing.com/company/general-info#employment-data

- Boeing, "General Information:  Orders and Deliveries," available at https://www.boeing.com/company/general-info#orders-deliveries

- Boeing, "Orders & Deliveries," December 30, 2024, available at https://www.boeing.com/commercial#orders-deliveries

- Boeing, "Safety at Boeing," available at https://www.boeing.com/safety

- CBOE, "Equity Options Product Specifications," available at https://www.cboe.com/exchange_traded_stock/equity_options_spec/

- Congress.gov, "H.R. 8408 - 116th Congress (2019–2020):  Aircraft Certification Reform and Accountability Act," November 18, 2020, available at https://www.congress.gov/bill/116th-congress/house-bill/8408

- Congress.gov, "H.R.133 - 116th Congress (2019–2020):  Consolidated Appropriations Act, 2021," December 27, 2020, available at https://www.congress.gov/bill/116th-congress/house-bill/133

- Coresignal, "Always Fresh Public Web Data," available at https://coresignal.com/

- FAA, "Advisory Circular No. 21-43 for Production Approval Holders Under Title 14, Code of Federal Regulations Part 21, Certification Procedures for Products, Articles, and Parts," October 16, 2009, available at https://www.faa.gov/documentLibrary/media/Advisory_Circular/AC_21-43.pdf

- FAA, "Boeing 737 MAX Flight Control System:  Observations, Findings, and Recommendations," October 11, 2019, available at https://www.faa.gov/sites/faa.gov/files/2021-08/Final_JATR_Submittal_to_FAA_Oct_2019.pdf

- FAA, "Boeing 737 MAX Timeline," November 2020, available at https://www.faa.gov/sites/faa.gov/files/2022-08/737_MAX_Timeline.pdf

- FAA, "Emergency Airworthiness Directive (AD) 2024-02-51," January 6, 2024, available at https://drs.faa.gov/browse/excelExternalWindow/DRSDOCID1226934866202401062 01913.0001

- FAA, "How Does the FAA Certify Aircraft?," September 11, 2024, available at https://www.faa.gov/aircraft/air_cert/airworthiness_certification

- FAA, "Safety Management System (SMS)," August 2, 2024, available at https://www.faa.gov/about/initiatives/sms

- FAA, "SAFO 24001:  Boeing 737-900ER Mid-Cabin Door Plug Inspection," January 21, 2024, available at https://www.faa.gov/media/74751

- FAA, "Section 103 Organization Designation Authorizations (ODA) for Transport Airplanes Expert Panel Review Report," February 26, 2024, available at https://www.faa.gov/sites/faa.gov/files/Sec103_ExpertPanelReview_Report_Final.pdf

- FAA, "Summary of the FAA's Review of the Boeing 737 MAX," November 18, 2020, available at https://www.faa.gov/sites/faa.gov/files/2022-08/737_RTS_Summary.pdf

**APPENDIX C**

- FAA, "Updates on Boeing 737-9 MAX Aircraft," available at https://www.faa.gov/newsroom/updates-boeing-737-9-max-aircraft

- Glassdoor, "About Us / Press," available at https://www.glassdoor.com/about/

- GovInfo, "Federal Aviation Administration, Department of Transportation, 14 CFR Ch. 1, § 21.139: Location of or Change to Manufacturing Facilities," 2012, available at https://www.govinfo.gov/content/pkg/CFR-2012-title14-vol1/pdf/CFR-2012-title14-vol1-sec21-139.pdf

- GovInfo, "Final Committee Report: The Design, Development & Certification of the Boeing 737 MAX," September 2020, available at https://www.govinfo.gov/content/pkg/GOVPUB-Y4_T68_2-PURL-gpo144993/pdf/GOVPUB-Y4_T68_2-PURL-gpo144993.pdf

- International Air Transport Association, "Industry Statistics," December 2024, available at https://www.iata.org/en/iata-repository/pressroom/fact-sheets/industry-statistics/

- National Transportation Safety Board, "Aviation Investigation Preliminary Report," January 5, 2024, available at https://www.ntsb.gov/investigations/Documents/DCA24MA063%20Preliminary%20report.pdf

- National Transportation Safety Board, "In-Flight Mid Exit Door Plug Separation," February 6, 2024, available at https://www.ntsb.gov/investigations/Pages/DCA24MA063.aspx

- National Transportation Safety Board, "Safety Recommendation Report: Assumptions Used in the Safety Assessment Process and the Effects of Multiple Alerts and Indications on Pilot Performance," September 19, 2019, available at https://www.ntsb.gov/investigations/accidentreports/reports/asr1901.pdf

- U.S. Senate Committee on Commerce, Science, and Transportation, "Committee Investigation Report: Aviation Safety Oversight," December 2020, available at https://www.commerce.senate.gov/services/files/FFDA35FA-0442-465D-AC63-5634D9D3CEF6

**Other Documents**

- Institutional Investor, "2021 II Research All-America & All-Canada Methodology"

- Letter from FAA to The Boeing Company re: File Number: EIR2024NM420001, January 10, 2024

**APPENDIX C**

- Letter from U.S. Department of Justice to The Honorable Reed O'Connor, "Re: *United States v. The Boeing Company*, 4:21-cr-00005," May 14, 2024

- Thomson Reuters, "The World's Most Influential Scientific Minds," December 2015


**Note:  In addition to the documents on this list, I considered all documents cited in my report and my exhibits to form my opinions.**

**Exhibit 1**

# The Boeing Company
## Alleged Corrective Event Impact Dates Identified in the Complaint[1]
### 1/5/24 – 5/15/24

| Alleged Corrective Event Impact Date[2] | Alleged Corrective Event | Coffman Residual Return[3] | Complaint Section |
|---|---|---|---|
| 1/8/24 | "That evening, Alaska Airlines Flight 1282 was forced to make an emergency landing minutes after take-off when a door plug in the fuselage blew off mid-flight."<br><br>"The next day, the FAA issued Emergency Airworthiness Directive ('EAD') 2024-02-51 temporarily grounding 171 Boeing 737 MAX 9 jets as it began safety inspections of 737 MAX 9 airplanes alongside Boeing and airline operators." | -9.46% * | IV.H.1. |
| 1/9/24 | "After the market closed on January 8, 2024, news reports emerged that United Airlines had discovered loose bolts in its door plugs when conducting an FAA-mandated investigation of its grounded 737 MAX 9 airplanes following the Alaska Airlines Incident. Similarly, reports emerged that Alaska Airlines had disclosed that its technicians had found 'loose hardware' in preliminary assessments of other 737 MAX 9 aircraft in its fleet."[4]<br><br>"Additionally, on January 9, 2024, in a safety meeting with employees concerning the Alaska Airlines Incident, Defendant Calhoun stated that Boeing was 'acknowledging our mistake.'"[5] | -1.06% | IV.H.2. |
| 1/11/24 | "On January 11, 2024, the FAA announced that it had formally notified Boeing that it was conducting an investigation to determine if Boeing had failed to ensure that its airplanes conformed to their approved design and were in a condition for safe operation in compliance with FAA regulations." | -2.08% | IV.H.3. |
| 1/12/24 | "After markets closed that day [(January 11, 2024)], news outlets reported that six Alaska Airlines passengers on Flight 1282 and a family member of one of those passengers had filed a class action lawsuit against Boeing in Washington state court."<br><br>"Additionally, before markets opened on January 12, 2024, news outlets reported that the FAA would increase oversight of Boeing's production and manufacturing processes." | -3.10% * | IV.H.3. |
| 1/16/24 | "On Sunday, January 14, 2024, the Wall Street Journal reported that China Southern Airlines—which was set to receive the first delivery of a 737 MAX aircraft in China since the 2019 Ethiopian Airlines Crash—had decided to conduct additional safety inspections as instructed by China's aviation regulator in the wake of the Alaska Airlines Incident, further delaying the long-awaited delivery of aircraft to the Chinese airline." | -7.06% * | IV.H.4. |

**Exhibit 1**

# The Boeing Company
## Alleged Corrective Event Impact Dates Identified in the Complaint[1]
### 1/5/24 – 5/15/24

| Alleged Corrective Event Impact Date[2] | Alleged Corrective Event | Coffman Residual Return[3] | Complaint Section |
|---|---|---|---|
| 1/22/24 | "On Sunday, January 21, 2024, the FAA issued a Safety Alert for Operators ("SAFO") encouraging airlines to inspect the Boeing 737-900ER mid-exit door plugs, which have an identical design as those on the 737 MAX 9." | -0.44% | IV.H.5. |
| 1/24/24 | "Before trading hours on January 24, 2024, The Seattle Times published an article titled, 'Boeing, not Spirit, mis-installed piece that blew off Alaska MAX 9 jet, industry source says.' The article reported that the fuselage panel involved in the Alaska Airlines Incident 'was removed for repair then reinstalled improperly by Boeing mechanics on the Renton final assembly line, a person familiar with the details of the work told the Seattle Times.'" | 0.76% | IV.H.6. |
| 1/25/24 | "On Wednesday, January 24, 2024, the FAA announced that it had informed Boeing that it had approved a thorough inspection and maintenance process that, once completed, would allow eligible grounded 737 MAX 9 aircraft to return to service, but that it would 'not agree to any request from Boeing for an expansion in production or approve additional production lines for the 737 MAX until we are satisfied that the quality control issues uncovered during this process are resolved.' | -6.10% * | IV.H.7. |
| 1/29/24 | "On January 29, 2024, the Wall Street Journal published an article titled, 'Alaska Airlines Plane Appears to Have Left Boeing Factory Without Critical Bolts,' which further corroborated the Seattle Times's unverified report from four days earlier, and explained that 'Boeing and other industry officials increasingly believe the plane maker's employees failed to put back the bolts when they reinstalled a 737 MAX 9 plug door after opening or removing it during production, according to people familiar with the matter.'" | -0.93% | IV.H.8. |
| 1/30/24 | "Before the market opened on January 30, 2024, news outlets reported that Boeing had withdrawn a request to the FAA for a safety exemption which would permit certification of the 737 MAX 7 despite an issue with the plane's engine de-icing system. Boeing reportedly withdrew its request for an exemption following pressure in the wake of the Alaska Airlines Incident." | -2.64% | IV.H.9. |
| 2/13/24 | "On February 13, 2024, Defendant West presented at the TD Cowen Aerospace & Defense Conference, where West acknowledged that 'the FAA has increased oversight, and we welcome it.' Defendant West explained that 'we have a 38-per-month cycle' for producing airplanes on the supply chain, and announced that '[f]irst half output will be lower than that because we have to acknowledge that we have lots of things to focus on in terms of keeping the airplanes in position longer so that we can incorporate all the learnings that we're finding.'"[6] | -1.50% | IV.H.11. |

Page 2

**Exhibit 1**

## The Boeing Company
## Alleged Corrective Event Impact Dates Identified in the Complaint[1]
### 1/5/24 – 5/15/24

| Alleged Corrective Event Impact Date[2] | Alleged Corrective Event | Coffman Residual Return[3] | Complaint Section |
|---|---|---|---|
| 2/14/24 | Continued alleged price response to Defendant West comments at the TD Cowen Aerospace & Defense Conference.[6] | -1.61% | IV.H.11. |
| 2/26/24 | "On February 26, 2024, the FAA published its Expert Panel Report that reviewed Boeing's safety systems and safety culture, and considered Boeing's 'safety management policies, processes, and activities from 2009 through February 2024.'" | 0.09% | IV.H.12. |
| 2/29/24 | "On February 28, 2024, news outlets reported that the FAA was requiring Boeing to submit a comprehensive action plan to address its 'systemic quality-control issues' within 90 days."[7] <br><br> "Then, late in the day on February 28, 2024, Bloomberg reported that the DOJ was investigating the Alaska Airlines Incident to examine whether Boeing had violated its DPA with the DOJ." | -1.97% | IV.H.13. |
| 3/4/24 | "On March 4, 2024, the FAA announced that its six-week audit of Boeing and Spirit AeroSystems prompted by the Alaska Airlines Incident found multiple instances where Boeing had failed to comply with manufacturing quality control requirements." | -0.19% | IV.H.14. |
| 3/11/24 | "Over the following weekend, media sources confirmed that the DOJ had opened a criminal investigation into the Alaska Airlines Incident." | -2.80% * | IV.H.15. |
| 3/12/24 | "After trading hours on March 11, 2024, the New York Times published an article describing a 'highly technical' slide presentation it had reviewed which 'offer[ed] a more detailed picture of what the [FAA's] audit [of Boeing] turned up.' According to the presentation, Boeing had failed 33 of 89 product audits, with 97 instances of non-conformance recorded, and Boeing supplier Spirit AeroSystems failed 7 of 13 audits." | -5.13% * | IV.H.16. |
| 4/9/24 | "On April 9, 2024, the New York Times published an article titled, 'F.A.A. Investigates Claims by Boeing Whistle-Blower About Flaws in 787 Dreamliner' which reported on Sam Salehpour's whistleblower allegations..." | -1.54% | IV.H.20. |

**Exhibit 1**

## The Boeing Company
## Alleged Corrective Event Impact Dates Identified in the Complaint[1]
### 1/5/24 – 5/15/24

| Alleged Corrective Event Impact Date[2] | Alleged Corrective Event | Coffman Residual Return[3] | Complaint Section |
|---|---|---|---|
| 5/10/24 | "After the markets closed on May 9, 2024, it was reported that the SEC is investigating statements made by Boeing about its safety practices in light of the Alaska Airlines Incident."[8] | -1.60% | IV.H.21. |
| 5/15/24 | "On May 14, 2024, after trading hours, it was reported that the DOJ has found that Boeing violated the provisions of the DPA, confirming that Boeing never complied with the mandates of the DPA." | -3.05% * | IV.H.22. |

Source:  Amended Class Action Complaint for Violation of the Federal Securities Laws, *In re The Boeing Company Securities Litigation*, United States District Court, Eastern District of Virginia, Alexandria Division, Civil Action No. 1:24-cv-00151-LMB-LRV, Document 43, May 22, 2024, and Exhibits; Expert Report of Chad Coffman, CFA, dated December 13, 2024, with backup materials; "United Finds Loose Bolts on Boeing Jets Grounded After Blowout Incident," *Washington Post*, January 8, 2024, available at https://www.washingtonpost.com/business/2024/01/08/boeing-737-max-inspections-begin/; "Boeing CEO Fights Back Tears and Admits 'Our Mistake' in 737 Address," *Bloomberg*, January 9, 2024, available at https://www.bloomberg.com/news/articles/2024-01-09/boeing-ceo-calhoun-to-press-safety-message-at-all-hands-meeting; The Boeing Company at Cowen Aerospace & Defense Conference, February 13, 2024; "F.A.A. Gives Boeing 90 Days to Develop Plan to Address Quality-Control Issues," *New York Times*, February 28, 2024, available at https://www.nytimes.com/2024/02/28/us/politics/faa-boeing-737-max.html; "FAA Gives Boeing 90 Days to Develop Quality-Control Plan," *Wall Street Journal*, February 29, 2024, available at https://www.wsj.com/business/faa-gives-boeing-90-days-to-come-up-with-quality-control-plan-e1252a63; "Boeing's Safety Claims Probed by SEC After Panel Blew Off Plane," *Bloomberg*, May 9, 2024, available at https://www.bloomberg.com/news/articles/2024-05-09/sec-probing-boeing-s-safety-claims-after-panel-blew-off-plane

Note:
[1] Alleged corrective event impact dates are identified as dates on which Plaintiffs discuss price declines in Boeing's stock in Section IV.H of the Complaint.  Plaintiffs discuss additional dates in Section IV.H of the Complaint, but do not discuss price declines on those dates.  *See* Complaint, Section IV.H.10:  Defendant Calhoun Admits Boeing's Fault in the Alaska Airlines Incident ("Defendant Calhoun discussed the Alaska Airlines Incident on Boeing's January 31, 2024 Q4 2023 earnings call," ¶405);  Section IV.H.17:  The NTSB Continues Its Investigation and Announces It Will Hold a Hearing on August 6-7, 2024 Related to the Alaska Airlines Incident ("On February 6, 2024, the NTSB released its preliminary report on the Alaska Airlines Incident," ¶440, and "[o]n March 12, 2024, the NTSB set a hearing for August 6 and 7, 2024 regarding its investigation into the Alaska Airlines Incident," ¶441);  Section IV.H.18:  Admissions in Boeing's Conference Calls ("On March 20, 2024, Defendant West presented at the Bank of America Global Industrials Conference," ¶446, and "on April 24, 2024, during the question-and-answer segment of Boeing's Q1 2024 earnings call," ¶448);  Section IV.H.19:  Boeing Undergoes Leadership Changes ("on March 25, 2024, Boeing announced a series of upcoming changes to the Company's management team," ¶449).  Based on his production materials, Mr. Coffman also excludes from his event study January 31, 2024 and April 24, 2024, which are earnings announcement dates discussed in Section IV.H of the Complaint.  *See* Coffman Report.  The Complaint does not allege price declines associated with these dates.  *See* Complaint, ¶¶ 405–406, 448.  Including any of these dates in Exhibit 1 would not increase the number of impact dates associated with statistically significant price declines at the 95% confidence level in Mr. Coffman's event study model.
[2] Impact dates associated with each alleged corrective event are those identified in the Complaint.  Based on his production materials, Mr. Coffman also excludes from his event study February 28, 2024 and May 9, 2024 as market impact days of alleged corrective events.  *See* Coffman Report.  The Complaint does not allege price declines associated with these dates.  *See* Complaint, ¶¶ 429, 461.
[3] Single asterisk (*) denotes statistical significance at the 95% confidence level.
[4] *The Washington Post* published an article titled "United finds loose bolts on Boeing jets grounded after blowout incident," on January 8, 2024 at 12:36 PM ET.
[5] *Bloomberg* published an article titled "Boeing CEO Fights Back Tears and Admits 'Our Mistake' in 737 Address," on January 9, 2024 at 2:51 PM ET.
[6] Occurred during market hours on February 13, 2024, according to the conference transcript published by Boeing on February 13, 2024, at 10:45 AM ET.
[7] Occurred during market hours on February 28, 2024, according to *The New York Times* article titled "F.A.A. Gives Boeing 90 Days to Develop Plan to Address Quality Control Issues," on February 28, 2024, published at 10:55 AM ET. *The Wall Street Journal* article titled "FAA Gives Boeing 90 Days to Develop Quality-Control Plan," cited in the Complaint is from February 29, 2024, published at 2:14 AM ET.  *See* Complaint, ¶ 427.
[8] Occurred during market hours on May 9, 2024, according to the *Bloomberg* article titled titled "Boeing's Safety Claims Probed by SEC After Panel Blew Off Plane," on May 9, 2024, published at 3:44 PM.

**Exhibit 2**

# The Boeing Company
## Timeline of Select Events Involving Safety of Boeing Aircrafts and Regulatory Developments[1]
### 2018 – 2024

| Date | Event Description | Source |
|---|---|---|
| **Prior to the Start of the Putative Class Period** | | |
| 10/29/18 | Lion Air Flight JT 610 crashes, involving a Boeing 737 MAX. | Boeing |
| 3/10/19 | Ethiopian Airlines Flight ET 302 crashes, involving a Boeing 737 MAX. | Boeing |
| 3/13/19 | The Federal Aviation Administration ("FAA") grounds the Boeing 737 MAX. | Federal Aviation Administration |
| 6/1/19 | The FAA initiates the Joint Authorities Technical Review ("JATR") to investigate the 737 MAX crashes. | Federal Aviation Administration |
| August 2019 | Boeing establishes the Aerospace Safety Committee as a permanent Board committee with the goal of overseeing safe development, production, and testing of Boeing's aerospace products and services. | Securities and Exchange Commission |
| **During the Putative Class Period (9/30/19 – 5/14/24)** | | |
| 9/30/19 | Boeing establishes a new Product and Services Safety ("PSS") organization with the goal of unifying safety-related responsibilities and aligns its engineering function to a single reporting structure. | Boeing |
| 10/11/19 | The JATR report commissioned in June 2019 concludes that the FAA had an "inadequate" number of specialists involved in the certification of the 737 MAX. | Federal Aviation Administration |
| 12/17/19 | Boeing announces that it will halt 737 MAX production in January 2020. | Boeing |
| 5/19/20 | The FAA mandates that Boeing implement a Safety Management System ("SMS"). | Reuters |
| 5/27/20 | Boeing restarts production of the 737 MAX. | Boeing |
| 9/16/20 | The U.S. House Committee on Transportation & Infrastructure issues a Final Committee Report entitled *The Design, Development & Certification of the Boeing 737 MAX* that concludes that the FAA's lack of oversight, Boeing's safety and quality issues, and defects in the 737 MAX's MCAS software contributed to the 2018 and 2019 crashes. | U.S. House Committee on Transportation & Infrastructure |
| 11/18/20 | The FAA issues an Airworthiness Directive ("AD") with stipulations for the Boeing 737 MAX's return to service. | Federal Aviation Administration |
| December 2020 | The FAA accepts Boeing's proposed SMS. | Boeing |
| 12/27/20 | The U.S. Congress passes the Aircraft Certification, Safety, and Accountability Act of 2020 ("ACSAA"), formally increasing the oversight powers and resources of the FAA. | Washington Post |
| 12/29/20 | American Airlines completes the first U.S. commercial flight of a Boeing 737 MAX since the plane's grounding. | AP News |
| 1/6/21 | Boeing enters a Deferred Prosecution Agreement ("DPA") with the U.S. Department of Justice ("DOJ") related to the 737 MAX Crashes. | U.S. Department of Justice |
| 1/13/21 | Boeing establishes a Chief Aerospace Safety Office and its first Chief Aerospace Safety Officer. | Boeing |
| 5/28/21 | Boeing halts deliveries of the 787 Dreamliner because the FAA requested more information about previously identified quality issues. | Reuters |

**Exhibit 2**

# The Boeing Company
## Timeline of Select Events Involving Safety of Boeing Aircrafts and Regulatory Developments[1]
### 2018 – 2024

| Date | Event Description | Source |
|---|---|---|
| July 2021 | The FAA determines that Boeing's SMS meets the FAA's expectations and operates as intended. | Boeing |
| 2/15/22 | The FAA announces it will not allow Boeing to self-certify new 787 Dreamliners. | Reuters |
| 5/24/22 | Boeing publishes its SMS Policy. | Boeing |
| 7/30/22 | The FAA approves Boeing's plan to modify the 787 Dreamliner and restart deliveries. | CNN |
| 2/23/23 | Boeing pauses 787 Dreamliner deliveries to investigate a problem with a fuselage part manufactured by Spirit AeroSystems. | CNBC |
| 3/10/23 | The FAA allows Boeing to restart deliveries of the 787 Dreamliner. | Reuters |
| 4/14/23 | Boeing reports that Spirit used "a non-standard manufacturing process" when it installed tail fin fittings on the 737 MAX. | Bloomberg |
| 6/6/23 | Boeing announces it will slow deliveries of the 787 Dreamliner because of a manufacturing issue with the horizontal stabilizer. | CNBC |
| 8/23/23 | Boeing discovers that Spirit misdrilled holes in 737 MAX bulkheads. | Spirit AeroSystems |
| 1/5/24 | The door plug of the Boeing 737 MAX airplane flying Alaska Airlines Flight 1282 blows off mid-flight. | Federal Aviation Administration |
| 1/6/24 | The FAA issues an Emergency Airworthiness Directive, which temporarily grounds the Boeing 737 MAX 9. | Federal Aviation Administration |
| 1/7/24 | The three-year term of the DPA expires. | U.S. Department of Justice |
| 1/26/24 | Alaska Airlines completes the first U.S. commercial flight of a Boeing 737 MAX since the plane's grounding. | CNN |
| 2/6/24 | The National Transportation Safety Board ("NTSB") releases a preliminary report that demonstrates that a Boeing facility had improperly installed the door plug involved in the Alaska Airlines incident. | National Transportation Safety Board |
| 2/26/24 | The FAA concludes in an Expert Panel report that Boeing's SMS was improperly structured. | Federal Aviation Administration |
| 5/14/24 | The DOJ determines that Boeing breached its obligations under the DPA, meaning that it can be prosecuted under federal criminal law for its involvement in the 2018 and 2019 crashes. | U.S. Department of Justice |

Source:  Factiva; The Boeing Company Analyst Reports; Federal Aviation Administration; Securities and Exchange Commission; U.S. House Committee on Transportation and Infrastructure; U.S. Department of Justice; Spirit AeroSystems; National Transportation Safety Board

Note:
[1]  Select events included in the timeline consist of:  (1) Boeing aircraft safety and quality related incidents and (2) regulatory actions and developments relevant to safety of Boeing aircrafts and certification process.

**Exhibit 3**

# The Boeing Company
# Alleged Misrepresentation Impact Dates[1]
## 9/30/19 – 12/4/20[2]

| Alleged Misrepresentation Impact Date | Alleged Misrepresentation Source | Coffman Residual Return[3] |
|---|---|---|
| 9/30/19 | Press Release Concerning Product Safety | -1.02% |
| 10/23/19 | Q3 2019 Press Release and Earnings Call; Q3 2019 Form 10-Q | 1.05% |
| 11/5/19 | Interview of Defendant Calhoun on CNBC's Squawk Box | 2.13% |
| 11/6/19 | New York Times DealBook Conference | -1.56% |
| 11/7/19 | Baird Global Industrial Conference | 1.10% |
| 12/17/19 | Press Release Regarding 737 MAX Production | 0.23% |
| 1/22/20 | Press Conference at Boeing's Longacres Campus in Renton, Washington | -0.86% |
| 1/29/20 | Interview of Defendant Calhoun on CNBC; Q4 2019 Press Release and Earnings Call | 2.10% |
| 1/31/20 | FY 2019 Form 10-K; Boeing Codes of Conduct Published | 0.28% |
| 2/12/20 | Cowen Aerospace Defense Industrial Conference | 0.60% |
| 2/20/20 | Interview of Defendant Calhoun on Seattle's King-5 News | 0.11% |
| 3/5/20 | Interview of Defendant Calhoun on Fox Business News | 2.86% |
| 3/16/20 | Boeing Proxy Statement | -3.87% |
| 4/27/20 | 2020 Address to Shareholders | -4.91% |
| 4/29/20 | Q1 2020 Press Release and Earnings Call; Q1 2020 Form 10-Q | -0.42% |
| 5/12/20 | Interview of Defendant Calhoun on NBC's Today Show | 1.09% |
| 5/29/20 | Boeing Letter to Employees | -0.98% |
| 7/7/20 | Boeing Statement About Values | 0.35% |
| 7/29/20 | Q2 2020 Press Release and Earnings Call; Q2 2020 Form 10-Q | -3.47% |
| 10/28/20 | Q3 2020 Press Release and Earnings Call; Q3 2020 Form 10-Q | 2.06% |
| 11/18/20 | Press Release Concerning the 737 MAX | -3.12% |
| 12/4/20 | Credit Suisse Analyst Conference | -4.35% * |

Source:  Amended Class Action Complaint for Violation of the Federal Securities Laws, *In Re The Boeing Company Securities Litigation,* United States District Court, Eastern District of Virginia, Alexandria Division, Civil Action No. 1:24-cv-00151-LMB-LRV, Document 43, May 22, 2024, and Exhibits; Expert Report of Chad Coffman, CFA, dated December 13, 2024, with backup materials; Factiva; Securities and Exchange Commission

Note:
[1] Alleged Misrepresentation Sources identified in Section VI of the Complaint.  Impact dates for Alleged Misrepresentations confirmed based on the timestamp of the source document identified in the Complaint.
[2] Includes Alleged Misrepresentation impact dates prior to January 7, 2021, when Boeing entered into a Deferred Prosecution Agreement with the Department of Justice.
[3] Single asterisk (*) denotes statistical significance at the 95% confidence level.

**Exhibit 4**

# The Boeing Company
# Timeline of Select Events Involving Boeing's 787 Dreamliner[1]
## 2020 – 2023

| Date | Event Description | Source |
|---|---|---|
| 9/8/20 | Press reports that the FAA is investigating issues with the 787 Dreamliner fuselage and horizontal stabilizer. | Business Insider |
| 10/1/20 | Boeing announces its decision to consolidate 787 Dreamliner production at facilities in South Carolina. | Jefferies |
| October 2020 | Boeing pauses deliveries of the 787 Dreamliner to address structural defects in the plane's fuselage. | Jefferies |
| 3/26/21 | Boeing resumes deliveries of the 787 Dreamliner. | Jefferies |
| 5/28/21 | Boeing halts deliveries of the 787 Dreamliner because the FAA requested more information about previously identified quality issues. | Reuters |
| 7/13/21 | Boeing discloses that the 787 Dreamliner fuselage might not meet quality standards due to issues with its production process. | CNN |
| 2/15/22 | The FAA announces it will not allow Boeing to self-certify new 787 Dreamliners. | Reuters |
| 7/30/22 | The FAA approves Boeing's plan to modify the 787 Dreamliner and restart deliveries. | CNN |
| 8/13/22 | Boeing delivers a 787 Dreamliner to American Airlines, the first delivery since its pause in May 2021. | Business Insider |
| 2/23/23 | Boeing pauses 787 Dreamliner deliveries to investigate a problem with a fuselage part manufactured by a supplier. | CNBC |
| 3/10/23 | The FAA allows Boeing to restart deliveries of the 787 Dreamliner. | Reuters |
| 6/6/23 | Boeing announces it will slow deliveries of the 787 Dreamliner because of an issue with the horizontal stabilizer. | CNBC |

Source: Factiva; The Boeing Company Analyst Reports

Note:
[1] Select events included in the timeline consist of 787 Dreamliner production, delivery, and safety and quality-related developments.

**Exhibit 5**

# The Boeing Company
# Timeline of Select Events Involving Boeing's 737 MAX[1]
## 2018 – 2024

| Date | Event Description | Source |
|------|-------------------|--------|
| 10/29/18 | Lion Air Flight JT 610 crashes, involving a Boeing 737 MAX. | Boeing |
| 3/10/19 | Ethiopian Airlines Flight ET 302 crashes, involving a Boeing 737 MAX. | Boeing |
| 3/13/19 | The FAA grounds the 737 MAX. | FAA |
| 6/1/19 | The FAA initiates the Joint Authorities Technical Review ("JATR") to investigate the 737 MAX crashes. | FAA |
| 10/11/19 | The JATR report commissioned in June 2019 concludes that the FAA had an "inadequate" number of specialists involved in 737 MAX certification. | FAA |
| 10/29/19 | The U.S. Senate Committee on Commerce, Science, and Transportation holds a hearing titled *Aviation Safety and the Future of Boeing's 737 MAX* at which Boeing CEO Dennis Muilenburg testifies about the 2018 and 2019 crashes and changes to the company's safety and quality practices. | U.S. Commerce Department |
| 12/17/19 | Boeing announces that it will halt 737 MAX production in January 2020. | Boeing |
| 5/27/20 | Boeing restarts 737 MAX production. | Boeing |
| 9/16/20 | The U.S. House Committee on Transportation & Infrastructure issues a Final Committee Report entitled *The Design, Development & Certification of the Boeing 737 MAX* that concludes that the FAA's lack of oversight, Boeing's safety and quality issues, and defects in the 737 MAX's MCAS software contributed to the 2018 and 2019 crashes. | U.S. House Committee on Transportation & Infrastructure |
| 11/18/20 | The FAA issues an order with stipulations for the Boeing 737 MAX's return to service that include installing new flight control and cockpit display software to prevent MCAS issues, improving training on the system, and changing wiring to comply with FAA regulations. | FAA |
| 12/8/20 | United Airlines receives the first delivery of a 737 MAX since the plane's grounding. | CNN |
| 12/29/20 | American Airlines flies the first U.S. flight with a 737 MAX since the plane's grounding. | AP News |
| 1/6/21 | Boeing enters a Deferred Prosecution Agreement ("DPA") with the U.S. Department of Justice ("DOJ") related to the 737 MAX Crashes. | U.S. Department of Justice |
| 9/22/22 | Boeing enters a settlement agreement with the Securities Exchange Commission ("SEC"), which alleges that Boeing misled investors about the safety of the 737 MAX. Boeing pays $200 million. | Securities and Exchange Commission |
| 4/14/23 | Boeing announces that Spirit AeroSystems used a "non-standard manufacturing process" that will delay 737 MAX deliveries. | Bloomberg |
| 12/28/23 | The FAA announces that it is monitoring inspections of the 737 MAX for possible loose bolts. | FAA |

**Exhibit 5**

# The Boeing Company
# Timeline of Select Events Involving Boeing's 737 MAX[1]
## 2018 – 2024

| Date | Event Description | Source |
|---|---|---|
| 12/28/23 | The Wall Street Journal reports that Boeing 737 MAX airplanes are being inspected for potential loose bolts in the rudder control system. | Wall Street Journal |
| 1/5/24 | The door plug of the Boeing 737 MAX airplane flying Alaska Airlines Flight 1282 blows off mid-flight. | FAA |
| 1/6/24 | The FAA issues an Emergency Airworthiness Directive, which temporarily grounds the 737 MAX. | FAA |
| 1/8/24 | United Airlines and Alaska Airlines disclose that each found loose hardware in 737 MAX planes following the Alaska Airlines incident. | Reuters |
| 1/10/24 | The FAA informs Boeing that it will investigate the 737 MAX production line for potential non-compliance with FAA regulations. | FAA |
| 1/14/24 | The Chinese aviation regulator directs China Southern Airlines to conduct additional safety inspections on the 737 MAX. | Wall Street Journal |
| 1/15/24 | Boeing Commercial Airplanes CEO Stan Deal announces the deployment of additional quality inspections for the 737 MAX and additional oversight of Spirit's 737 MAX production facilities. | Boeing |
| 1/21/24 | The FAA issues a Safety Alert for Operators encouraging airlines to inspect the 737-900ER mid-exit door plugs, which have an identical design to those on the 737 MAX. | FAA |
| 1/24/24 | The FAA announces it will not allow Boeing to expand 737 MAX production and approves a process for returning grounded 737 MAX planes to service that includes inspections and enhanced maintenance. | FAA |
| 1/26/24 | Alaska Airlines completes the first U.S. commercial flight of a Boeing 737 MAX since the plane's grounding. | CNN |
| 1/30/24 | Boeing withdraws its request to the FAA to be allowed to deliver 737 MAX 7 planes without updating them to meet a safety standard. | AP News |
| 5/14/24 | The DOJ determines that Boeing breached its obligations under the DPA, meaning that it can be prosecuted under federal criminal law for its involvement in the 2018 and 2019 crashes. | U.S. Department of Justice |

Source:  Factiva; The Boeing Company; The Boeing Company Analyst Reports; Federal Aviation Administration; U.S. Commerce Department; U.S. House of Representatives Committee on Transportation & Infrastructure; U.S. Department of Justice; Securities and Exchange Commission

Note:
[1] Select events included in the timeline consist of 737 MAX production, delivery, and safety and quality-related developments.

**Exhibit 6**

# Nominal Gross Domestic Product[1]
## Q1 2018 – Q3 2024



Source:  Federal Reserve Bank of St. Louis

Note:
[1] Nominal gross domestic product reported quarterly by the U.S. Bureau of Economic Analysis.

**Exhibit 7**



## Unemployment Rate[1]
### January 2018 – December 2024

Source: Federal Reserve Bank of St. Louis

Note:
[1] Unemployment rate reported monthly by the U.S. Bureau of Labor Statistics.

**Exhibit 8**



## Federal Funds Effective Rate[1]
### January 2018 – December 2024

Source:  Federal Reserve Bank of St. Louis

Note:
[1] Federal funds effective rate reported monthly by the Board of Governors of the Federal Reserve System.

**Exhibit 9**



**Consumer Price Index**
**12-Month Percentage Change[1]**
January 2018 – December 2024

Source: U.S. Bureau of Labor Statistics

Note:
[1] 12-Month percentage change in the consumer price index reported monthly by the U.S. Bureau of Labor Statistics.

**Exhibit 10**



## The Boeing Company
## Revenue by Segment[1]
## Q1 2018 – Q3 2024

Revenue *(Millions)*

Legend: Commercial Airplanes ("BCA"), Defense, Space & Security ("BDS"), Global Services ("BGS")

Source: *LSEG Workspace/Datastream;* The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended March 31, 2022, filed on April 27, 2022; The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended June 30, 2022, filed on July 27, 2022; The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended September 30, 2022, filed on October 26, 2022; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on January 31, 2022; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2022, filed on January 27, 2023; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on January 31, 2024

Note:
[1] The BCA segment develops, produces and markets commercial jet aircraft principally to the commercial airline industry worldwide. The BDS segment engages in the research, development, production and modification of manned and unmanned military aircraft and weapons systems. The BGS segment provides services to commercial and defense customers worldwide. Prior to the first quarter of 2023, Boeing had an additional segment, BCC, which ensures Boeing customers have the financing they need to buy and take delivery of Boeing products. Starting in the first quarter of 2023, this segment became part of BCA. BCC revenue is combined with BCA throughout the period shown.

**Exhibit 11**



## The Boeing Company
## Operating Profit by Segment[1]
### Q1 2018 – Q3 2024

Operating Profit
(*Millions*)

Legend:
- Commercial Airplanes ("BCA")
- Defense, Space & Security ("BDS")
- Global Services ("BGS")

Source: *LSEG Workspace/Datastream;* The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended March 31, 2022, filed on April 27, 2022; The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended June 30, 2022, filed on July 27, 2022; The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended September 30, 2022, filed on October 26, 2022; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on January 31, 2022; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2022, filed on January 27, 2023; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on January 31, 2024

Note:
[1] The BCA segment develops, produces and markets commercial jet aircraft principally to the commercial airline industry worldwide.  The BDS segment engages in the research, development, production and modification of manned and unmanned military aircraft and weapons systems.  The BGS segment provides services to commercial and defense customers worldwide.  Prior to the first quarter of 2023, Boeing had an additional segment, BCC, which ensures Boeing customers have the financing they need to buy and take delivery of Boeing products.  Starting in the first quarter of 2023, this segment became part of BCA.  BCC revenue is combined with BCA throughout the period shown.

**Exhibit 12**

# The Boeing Company and Select Indices
# Pegged Closing Price[1]
## 9/30/19 – 5/31/24



Source:  Expert Report of Chad Coffman, CFA, dated December 13, 2024, with backup materials;  *LSEG Workspace/Datastream*

Note:
[1]  Closing prices of indices are pegged to the closing price of the Boeing Company common stock on 9/30/19.

## The Boeing Company
## Estimated Coefficients in Mr. Coffman's Event Study Model
## with Additional S&P 500 Passenger Airlines Factor[1]
### 9/30/19 – 5/15/24



Source: Expert Report of Chad Coffman, CFA, dated December 13, 2024, with backup materials; *LSEG Workspace/Datastream*

Note:
[1] Darker shades indicate that the t-statistic of the estimated coefficient is statistically significant, and lighter shades indicate that the t-statistic of the estimated coefficient is statistically insignificant. A t-statistic cutoff of 1.96 is used to determine statistically significance at the 95% confidence level.
[2] Between 2/24/20 and 4/14/20, the estimated coefficients of the Coffman Report Peer Index are equal to 1.4495. These values do not appear on the above chart.
[3] Following Mr. Coffman's approach, each index return is net of the S&P 500 Total Return Index return.

**Exhibit 14**

# Number of Global Airline Passengers[1]
## 2019 – 2024



Source: International Air Transport Association, "Industry Statistics," December 2024, available at https://www.iata.org/en/iata-repository/pressroom/fact-sheets/industry-statistics/

Note:
[1] The number of passengers in 2024 is an estimate provided by the International Air Transport Association. Number of passengers is the number of origin-destination passengers.

**Exhibit 15**

# Annual Boeing External Deliveries of Aircrafts by Aircraft Type[1]
## 2018 – 2024



Source:  The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2018, filed on February 8, 2019; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2019, filed on January 31, 2020; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2020, filed on February 1, 2021; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on January 31, 2022; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2022, filed on January 27, 2023; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on January 31, 2024; The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended September 30, 2024, filed on October 23, 2024

Note:
[1] The chart plots BCA deliveries, excluding intercompany deliveries, on an annual basis.  Due to unavailability of data, the number of commercial aircraft deliveries in 2024 is annualized based on data through the first nine months.

**Exhibit 16**

# Commercial Aircraft Deliveries[1]
## 2018 – 2024



Source: "Airbus Reports Strong Full-Year 2018 Results, Delivers on Guidance," Airbus Press Release, February 14, 2019; "Airbus Reports Full-Year (FY) 2019 Results, Delivers on Guidance," Airbus Press Release, February 13, 2020; "Airbus Reports Full-Year (FY) 2020 Results," Airbus Press Release, February 18, 2021; "Airbus Reports Strong Full-Year (FY) 2021 Results," Airbus Press Release, February 17, 2022; "Airbus Reports Full-Year (FY) 2022 Results," Airbus Press Release, February 16, 2023; "Airbus Reports Full-Year (FY) 2023 Results," Airbus Press Release, February 15, 2024; "Airbus Reports Nine-Month (9m) 2024 Results," Airbus Press Release, October 30, 2024; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2018, filed on February 8, 2019; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2019, filed on January 31, 2020; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2020, filed on February 1, 2021; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2021, filed on January 31, 2022; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2022, filed on January 27, 2023; The Boeing Company, SEC Form 10-K for the Fiscal Year Ended December 31, 2023, filed on January 31, 2024; The Boeing Company, SEC Form 10-Q for the Quarterly Period Ended September 30, 2024, filed on October 23, 2024

Note:
[1] Due to unavailability of data, the number of commercial aircraft deliveries in 2024 for both Airbus and Boeing are annualized based on data through the first nine months. Deliveries include intercompany deliveries.

**Exhibit 17**



## Gross Commercial Aircraft Orders[1]
### 2018 – 2024

Source:  Airbus, FY 2018 Earnings Call Presentation, February 14, 2019;  Airbus, FY 2019 Earnings Call Presentation, February 13, 2020;  Airbus, FY 2020 Earnings Call Presentation, February 18, 2021;  Airbus, FY 2021 Earnings Call Presentation, February 17, 2022;  Airbus, FY 2022 Earnings Call Presentation, February 16, 2023;  Airbus, FY 2023 Earnings Call Presentation, February 15, 2024;  "Airbus Reports Nine-Month (9m) 2024 Results," Airbus Press Release, October 30, 2024;  Boeing, Orders and Deliveries, retrieved from Boeing, https://www.boeing.com/commercial#orders-deliveries, December 30, 2024

Note:
[1] Gross commercial aircraft orders excludes cancellations.  Due to unavailability of data, Airbus gross commercial orders in 2024 are annualized based on data through the first nine months.  Boeing gross commercial orders in 2024 are annualized based on data through the first 11 months.

**Exhibit 18**

# The Boeing Company
## Timeline of Select Events Involving Spirit AeroSystems Production[1]
### 2020 – 2024

| Date | Event Description | Source |
|---|---|---|
| 1/10/20 | Spirit lays off 2,800 workers, 20% of its workforce in Wichita, citing the 737 MAX production stoppage as a major cause. | CNN |
| 6/10/20 | Spirit places employees working on the 737 MAX program on a temporary layoff due to the 737 MAX production stoppage and COVID-19. | Spirit AeroSystems |
| 2/23/23 | Boeing stops 787 Dreamliner deliveries to investigate a problem with a fuselage part manufactured by Spirit AeroSystems. | Reuters |
| 4/13/23 | Boeing reports that Spirit used "a non-standard manufacturing process" when it installed tail fin fittings on the 737 MAX. | Seattle Times |
| 6/22/23 | Production at Spirit's Wichita facility shuts down after employees represented by the International Association of Machinists and Aerospace Workers vote to strike. | CNN |
| 6/29/23 | Unionized Spirit employees vote to end their strike. | CNN |
| 8/23/23 | Spirit reveals that it misdrilled holes in aft pressure bulkheads it provided to Boeing for the 737 MAX. | Spirit AeroSystems |
| 10/18/23 | Boeing and Spirit enter into a Memorandum of Agreement ("MoA") intended to improve production quality at Spirit. | Spirit AeroSystems |
| 2/5/24 | Spirit reports that it identified misdrilled holes in 50 737 MAX fuselages. | Business Insider |
| 2/6/24 | The National Transportation Safety Board ("NTSB") publishes a report indicating that Spirit had manufactured the door plug on the 737 MAX involved in the Alaska Airlines doorplug incident. | National Transportation Safety Board |
| 7/1/24 | Spirit and Boeing announce a plan to recombine, in part to promote efficiencies in the companies' safety and quality systems. | Spirit AeroSystems |

Source:  Factiva; Spirit AeroSystems; National Transportation Safety Board

Note:
[1] Select events included in the timeline consist of developments at Spirit AeroSystems relevant to production and quality of Boeing aircraft.

**Exhibit 19**



# The Boeing Company
## Put-Call Parity Violation Rate[1]
September 2019 – May 2024

Source:  Expert Report of Chad Coffman, CFA, dated December 13, 2024, with backup materials

Note:
[1] Incidence of Put-Call Parity Violations calculated monthly using the data from Mr. Coffman's test for each put-call option pair on each date during the Putative Class Period.

**Exhibit 20**



**The Boeing Company**

# Ratio of Actual Stock Price Over Individual Options Synthetic Stock Prices[1]
## 9/30/19 – 5/14/24

Source:  Expert Report of Chad Coffman, CFA, dated December 13, 2024, with backup materials

Note:

 [1]   Mr. Coffman calculates the synthetic stock price as the sum of the call option price, the interest rate- and maturity-discounted option strike price, and the present value of expected future dividends, less the put option price.  The Ratio is taken from Mr. Coffman's backup materials, and is calculated as the actual stock price divided by Mr. Coffman's synthetic stock price.

**Exhibit 21**

# The Boeing Company

# Difference Between Mr. Coffman's Black-Scholes Prices and Quoted Option Prices[1]
## 9/30/19 – 5/14/24



Source:  Expert Report of Chad Coffman, CFA, dated December 13, 2024, with backup materials

Note:

 [1]  The dollar difference presented in the exhibit is between the quoted mid-price and the Black-Scholes price Mr. Coffman calculates "on day t-1," which relies on the "observed underlying stock price" and "the implied volatility on day t-1."  See Coffman Report, Appendix C, footnote 2 ("On day t-1, I compute a theoretical price (Pt-1) using the observed underlying stock price on day t-1, the strike price, the time to maturity as of t-1, the risk-free rate of interest on day t-1, and the implied volatility on day t-1.").  Mr. Coffman's backup material performs the calculation of these Black-Scholes prices for each option series on each day during the Putative Class Period.  I present the deviation across all dates and option series, though only a subset of these datapoints affect the returns on Mr. Coffman's earning announcement and "least news" dates.  See Coffman Report, Appendix C.  Each observation represents an individual option series on each date.

**Exhibit 22**

## The Boeing Company
## Options Trading Volume on Days with Earning Announcements
9/30/19 – 5/14/24

| Date | Coffman Abnormal Returns[1] | Coffman Statistical Significance[2] | Number of Options Available for Trading | | Number of Options With Trading Volume | | Percent with Trading Volume | | Number With Trading Volume and Statistically Significant Returns[3] | | Percent with Trading Volume and Statistically Significant Returns[3] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Calls | Puts | Calls | Puts | Calls | Puts | Calls | Puts | Calls | Puts |
| 10/23/19 | 1.1% | | 810 | 866 | 441 | 449 | 54.4% | 51.8% | 0 | 2 | 0.0% | 0.2% |
| 1/29/20 | 2.1% | | 806 | 830 | 477 | 429 | 59.2% | 51.7% | 25 | 50 | 3.1% | 6.0% |
| 4/29/20 | -0.4% | | 1,208 | 1,254 | 921 | 662 | 76.2% | 52.8% | 47 | 0 | 3.9% | 0.0% |
| 7/29/20 | -3.5% | | 965 | 981 | 739 | 479 | 76.6% | 48.8% | 575 | 15 | 59.6% | 1.5% |
| 10/28/20 | 2.1% | | 756 | 820 | 596 | 454 | 78.8% | 55.4% | 182 | 58 | 24.1% | 7.1% |
| 1/27/21 | -0.5% | | 729 | 721 | 605 | 443 | 83.0% | 61.4% | 16 | 88 | 2.2% | 12.2% |
| 4/28/21 | -3.3% | | 767 | 715 | 540 | 436 | 70.4% | 61.0% | 292 | 52 | 38.1% | 7.3% |
| 7/28/21 | 4.0% | ** | 737 | 751 | 528 | 427 | 71.6% | 56.9% | 349 | 308 | 47.4% | 41.0% |
| 10/27/21 | 0.1% | | 782 | 776 | 536 | 387 | 68.5% | 49.9% | 0 | 32 | 0.0% | 4.1% |
| 1/26/22 | -4.0% | ** | 625 | 664 | 469 | 394 | 75.0% | 59.3% | 189 | 2 | 30.2% | 0.3% |
| 4/27/22 | -7.7% | *** | 572 | 633 | 486 | 467 | 85.0% | 73.8% | 411 | 443 | 71.9% | 70.0% |
| 7/27/22 | -3.5% | | 624 | 629 | 404 | 362 | 64.7% | 57.6% | 64 | 6 | 10.3% | 1.0% |
| 10/26/22 | -8.0% | *** | 589 | 649 | 465 | 431 | 78.9% | 66.4% | 301 | 396 | 51.1% | 61.0% |
| 1/25/23 | 0.0% | | 571 | 488 | 377 | 328 | 66.0% | 67.2% | 0 | 34 | 0.0% | 7.0% |
| 4/26/23 | 2.1% | | 518 | 476 | 320 | 291 | 61.8% | 61.1% | 26 | 70 | 5.0% | 14.7% |
| 7/26/23 | 8.5% | *** | 556 | 456 | 399 | 330 | 71.8% | 72.4% | 378 | 303 | 68.0% | 66.4% |
| 10/25/23 | -2.1% | * | 659 | 679 | 415 | 348 | 63.0% | 51.3% | 44 | 1 | 6.7% | 0.1% |
| 1/31/24 | 6.6% | *** | 705 | 641 | 416 | 340 | 59.0% | 53.0% | 378 | 267 | 53.6% | 41.7% |
| 4/24/24 | -2.7% | * | 653 | 672 | 477 | 456 | 73.0% | 67.9% | 273 | 18 | 41.8% | 2.7% |

Source: Expert Report of Chad Coffman, CFA, dated December 13, 2024, with backup materials

Note:
[1] Abnormal returns and statistical significance are based on Mr. Coffman's common stock event study.
[2] Statistical significance as shown in Coffman Report Appendix C, with "***" denoting the 99% confidence level, "**" denoting the 95% confidence level, and "*" denoting the 90% confidence level.
[3] Statistically significant returns correspond to individual option series with returns determined to be statistically significant at the 95% confidence level by Mr. Coffman, based on his backup materials.

**Exhibit 23**

# The Boeing Company
## Average Bid-Ask Spread Percentage by Option Series[1]
### 9/30/19 – 5/14/24

| | Min | Mean | Max | 10% | 25% | 50% | 75% | 90% |
|---|---|---|---|---|---|---|---|---|
| **Call** | | | | | | | | |
| In-the-Money[2] | 0.1% | 2.6% | 155.6% | 0.8% | 1.2% | 1.9% | 3.2% | 5.1% |
| Out-of-the-Money[3] | 0.0% | 24.3% | 199.5% | 2.5% | 4.2% | 9.0% | 26.3% | 66.7% |
| Total | 0.0% | 13.5% | 199.5% | 1.0% | 1.8% | 3.6% | 9.7% | 35.3% |
| **Put** | | | | | | | | |
| In-the-Money[2] | 0.0% | 2.3% | 133.3% | 0.6% | 1.0% | 1.6% | 2.8% | 4.5% |
| Out-of-the-Money[3] | 0.0% | 25.5% | 199.6% | 2.4% | 3.9% | 8.2% | 27.4% | 78.3% |
| Total | 0.0% | 12.0% | 199.6% | 0.8% | 1.4% | 2.8% | 7.0% | 28.6% |

Source:  Expert Report of Chad Coffman, CFA, dated December 13, 2024, with backup materials

Note:
[1]  For each option series, the start of the analysis period is the earliest day during the Putative Class Period for which there is an observation in Mr. Coffman's backup materials, and the end of the analysis period is the earlier of the option expiration date and 5/14/24.  Bid-ask spread is calculated as the difference between the ask and bid prices divided by the mid price in Mr. Coffman's backup materials.  The prices used in this calculation are the "bid price as of 15:45" and the "ask price as of 15:45" that Mr. Coffman uses in his data.  *See* Coffman Report, footnotes 104, 113.  Consistent with Mr. Coffman, I have removed observations where the bid or the ask price of an option was listed as $0.  *See* Coffman Report, Appendix C.
[2]  For option series that alternate between in- and out-of-the-money, summary statistics are calculated based on the days the option series is in-the-money.  At-the-money options are grouped with in-the-money options.
[3]  For option series that alternate between in- and out-of-the-money, summary statistics are calculated based on the days the option series is out-of-the-money.  At-the-money options are grouped with in-the-money options.

# The Boeing Company
## Percent of Days with No Trading by Option Series[1]
9/30/19 – 5/14/24

|  | Min. | Mean | Max. | 10% | 25% | 50% | 75% | 90% |
|---|---|---|---|---|---|---|---|---|
| **Call** | | | | | | | | |
| In-the-Money[2] | 0.0% | 51.7% | 100.0% | 0.0% | 14.3% | 55.2% | 88.9% | 100.0% |
| Out-of-the-Money[3] | 0.0% | 16.2% | 100.0% | 0.0% | 0.0% | 1.7% | 23.3% | 58.3% |
| Total | 0.0% | 41.7% | 100.0% | 0.0% | 5.9% | 33.3% | 77.4% | 97.6% |
| **Put** | | | | | | | | |
| In-the-Money[2] | 0.0% | 52.8% | 100.0% | 0.0% | 11.1% | 57.1% | 92.3% | 100.0% |
| Out-of-the-Money[3] | 0.0% | 21.4% | 100.0% | 0.0% | 0.0% | 6.7% | 35.7% | 66.7% |
| Total | 0.0% | 44.2% | 100.0% | 0.0% | 6.5% | 37.0% | 83.3% | 100.0% |

Source: Expert Report of Chad Coffman, CFA, dated December 13, 2024, with backup materials

Note:
[1] For each option series, the start of the analysis period is the earliest day during the Putative Class Period for which there is an observation in Mr. Coffman's backup materials, and the end of the analysis period is the earlier of the option expiration date and 5/14/24. An option series is considered to have no trading for a given day if the "volume" variable is equal to zero in Mr. Coffman's Underlying Options data. Consistent with Mr. Coffman, I have removed observations where the bid or the ask price of an option was listed as $0. *See* Coffman Report, Appendix C.
[2] For option series that alternate between in- and out-of-the-money, summary statistics are calculated based on the days the option series is in-the-money. At-the-money options are grouped with in-the-money options.
[3] For option series that alternate between in- and out-of-the-money, summary statistics are calculated based on the days the option series is out-of-the-money. At-the-money options are grouped with in-the-money options.