UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE THE BOEING COMPANY
SECURITIES LITIGATION

)
)
)
)

Case No. 1:24-cv-00151-LMB-LRV
Hon. Leonie M. Brinkema

**DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF LEAD PLAINTIFFS'
REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES
AND CLASS COUNSEL**

I, CHRISTINE M. FOX, declare under penalty of perjury pursuant to 28. U.S.C. § 1746 as follows:

1.      I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner in the firm of Labaton Keller Sucharow LLP, counsel for Lead Plaintiff State of Rhode Island Office of the General Treasurer on behalf of The Employees' Retirement System of Rhode Island.  I submit this declaration in support of Lead Plaintiffs' Reply Memorandum in Further Support of the Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Table of Federal Circuit and District Court Decisions Certifying Securities Class Actions and Rejecting Arguments Premised on *Comcast Corp. v. Behrend*, 529 U.S. 27 (2013)

Exhibit B:      Deposition of Professor René Stulz on February 4, 2025

Exhibit C:      Expert Report of Chad Coffman, CFA, *In re NII Holdings Inc. Sec. Litig.*, No. 1:14-cv-00227-LMB-JFA (E.D. Va. Sept. 11, 2015, ECF No. 200-10

Exhibit D:      Expert Rebuttal Report of Frank C. Torchio, *Loritz v. Exide Techs.*, No. 2:13-cv-02607-SVW-E (C.D. Cal. May 26, 2015), ECF No. 116-6

Exhibit E:       Table of Federal Circuit and District Court Decisions Certifying Securities Class Actions and Rejecting Arguments Premised on *Ludlow v. BP, P.L.C.*, 800 F.3d 674 (5th Cir. 2015)

Exhibit F:       Rebuttal Expert Report of Chad Coffman, dated February 20, 2025

Exhibit G:       Order, *Utesch v. Lannett Co.*, No. 2:16-cv-05932-WB (E.D. Pa. Dec. 6, 2024), ECF No. 272

Exhibit H:[1]    Document produced by Defendants in discovery, bearing Bates stamp BOEING_EDVA0040160045-55

Exhibit I:       Document produced by Defendants in discovery, bearing Bates stamp BOEING_EDVA0260065867-71

Exhibit J:       Document produced by Defendants in discovery, bearing Bates stamp BOEING_EDVA0040257166-76

Exhibit K:       Document produced by Defendants in discovery, bearing Bates stamp BOEING_EDVA0040258663-69

Exhibit L:       Document produced by Defendants in discovery, bearing Bates stamp BOEING_EDVA0040261314-47

Exhibit M:[2]    Document produced by Defendants in discovery, bearing Bates stamp BOEING_EDVA0290452217-19

Exhibit N:       Document produced by Defendants in discovery, bearing Bates stamp BOEING_EDVA0270028630-32

Exhibit O:       Document produced by Defendants in discovery, bearing Bates stamp BOEING_EDVA0150015027-30

Exhibit P:       Document produced by Defendants in discovery, bearing Bates stamp BOEING_EDVA0150014975-76

Exhibit Q:       Document produced by Defendants in discovery, bearing Bates stamp BOEING_EDVA0120026959-62

---

[1] Certain of these exhibits are stamped with confidentiality designations pursuant to the Parties' negotiated discovery protocols, however the parties have met and conferred and agreed that none of the documents attached hereto need to be filed under seal.

[2] This document was stamped by Defendants with an "Export Control" designation, notwithstanding that labeling, Defendants have confirmed that this document does not contain Export Controlled information and may be filed publicly.

Exhibit R:  Report published by Jeffries on October 1, 2019, titled "Stress Testing the Widebody and 737 MAX Skyline"

Exhibit S:  Report published by Jefferies on October 23, 2019, titled "737 MAX Update: Progress w/ Software Submission, but Timeline Slipping to Right"

Exhibit T:  Report published by Credit Suisse on October 23, 2019, titled "Q3'19 First Look: 787 Rate Cut Announced for Late 2020, MAX RTS Assumed Q4'19"

Exhibit U:  Report published by J.P.Morgan on April 24, 2019, titled "First Look at Q1 - ALERT"

Exhibit V:  Report published by Bernstein on April 25, 2019, titled "Boeing: Q1 earnings and 737MAX - Positive quarter while managing through uncertainty; Outperform, target to $452"

Exhibit W:  Report published by Morgan Stanley on May 24, 2019, titled "A Good Enough FAA Meeting; 3 Quick Takeaways"

Exhibit X:  Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws, *In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033-YGR (N.D. Cal. June 23, 2020), ECF No. 114

Exhibit Y:  Order Modifying Class, *In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033-YGR (N.D. Cal. Mar. 28, 2023), ECF No. 352

4.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 20, 2025, at New York, New York.

_Christine M. Fox_

Christine M. Fox

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic copy of the foregoing to all counsel of record in this case.

/s/ *Steven J. Toll*