UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE THE BOEING COMPANY SECURITIES LITIGATION | )<br>)<br>)  Case No. 1:24-cv-151-LMB-LRV<br>)<br>)  Hon. Leonie M. Brinkema<br>) |

## ORDER GRANTING DEFENDANTS LEAVE TO SUBMIT A SUR-REPLY BRIEF AND SUR-REBUTTAL REPORT FROM DR. STULZ

This matter is before the Court on Defendants' Motion for Leave To Submit a Sur-Reply Brief and Sur-Rebuttal Report From Dr. René Stulz. Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, the arguments presented by counsel, and all other matters of which the Court may properly take notice, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that on or before March 3, 2025, Defendants may file (i) a sur-reply brief not to exceed ten pages in further opposition to Plaintiffs' motion for class certification, and (ii) a sur-rebuttal report from Defendants' economic expert Dr. René Stulz, *not to exceed ten pages. /mb*

Dated: *February 25, 2025*

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge