UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| | ) |
| | ) |
| IN RE THE BOEING COMPANY | ) Case No. 1:24-cv-151-LMB-LRV |
| SECURITIES LITIGATION | ) |
| | ) Hon. Leonie M. Brinkema |
| | ) |
| | ) |

### DECLARATION OF BENJAMIN L. HATCH IN SUPPORT OF DEFENDANTS' SUR-REPLY IN FURTHER OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to 28 U.S.C. § 1746, I, Benjamin L. Hatch, hereby declare as follows:

1.      I am a member of the Bar of the Commonwealth of Virginia, and partner at McGuireWoods LLP, counsel to Defendants in the above-captioned action. I make this Declaration in support of Defendants' Sur-Reply In Further Opposition to Lead Plaintiffs' Motion for Class Certification based on information known to me and provided to me.

2.      Attached as Exhibit 1 hereto is a true and correct copy of the Sur-Rebuttal Expert Report of Dr. René Stulz, dated March 3, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 3, 2025 in Norfolk, Virginia.

/s/ Benjamin L. Hatch
Benjamin L. Hatch
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (757) 640-3727
F: (757) 640-3947
E-mail: bhatch@mcguirewoods.com