UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| IN RE THE BOEING COMPANY SECURITIES LITIGATION | ) ) ) ) ) ) ) | Case No. 1:24-cv-151-LMB-LRV<br><br>Hon. Leonie M. Brinkema |

**DECLARATION OF BENJAMIN L. HATCH
IN SUPPORT OF DEFENDANTS' MOTION
TO STAY ALL FURTHER PROCEEDINGS IN THIS
CASE PENDING RESOLUTION OF THEIR RULE 23(f) APPEAL**

Pursuant to 28 U.S.C. § 1746, I, Benjamin L. Hatch, hereby declare as follows:

1.      I am a member of the Bar of the Commonwealth of Virginia, and partner at McGuireWoods LLP, counsel to Defendants in the above-captioned action.   I make this Declaration in support of Defendants' motion to stay all further proceedings in this case pending resolution of Defendants' Rule 23(f) appeal based on information known to me and provided to me.

2.      Attached as Exhibit 1 hereto is a true and correct copy of the Merits Expert Report of Chad Coffman, dated March 13, 2025.

I declare under penalty of perjury that the foregoing is true and correct.   Executed on May 6, 2025 in Norfolk, Virginia.

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (757) 640-3727
F: (757) 640-3947
E-mail: bhatch@mcguirewoods.com