**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE THE BOEING COMPANY | ) | Case No. 1:24-cv-151-LMB-LRV |
| SECURITIES LITIGATION | ) | |
| | ) | |
| | ) | |

## ORDER

THIS MATTER is before the Court on the Parties' joint motion pursuant to Rule 23(f) for a partial stay of this litigation [Dkt. No. 166 ], allowing the completion of certain specified fact discovery but otherwise staying all proceedings in this action pending a decision in the interlocutory appeal of the Court's class certification order filed by Defendants. *In re The Boeing Company Sec. Litig.*, No. 25-1492 (4th Cir. filed May 2, 2025). Upon consideration of the joint motion, and it otherwise appearing proper to do so, it is hereby

ORDERED that the joint motion for partial stay is GRANTED; and it is further

ORDERED that the Parties may complete the discovery identified in the joint motion but that the case otherwise is STAYED pending a decision on the appeal; and it is further

ORDERED that the pre-trial conference in this matter scheduled for May 22, 2025, is removed from the calendar, and will be rescheduled at a future date; and it is further

ORDERED that Defendants' motion for a stay [Dkt. No. 161] is DENIED as MOOT.

ENTERED this _____9th_____ day of May 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge